# EXHIBIT A

**1100:** ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM
475 TENTH AVENUE **NEW YORK** NY 10018 USA
T 212 645 1011 • F 212 645 4670
INFO@1100ARCHITECT.COM • WWW.1100ARCHITECT.COM

~~March 17, 2016~~ April 27th, 2016
John and Amy Berylson
38 Highgate
Wellesley, MA 02481

RE: The Berylson Residence / 38 + 44 Highgate **REVISED PROPOSAL** ~~April 12th  2016~~ **April 27th, 2016**

Dear Amy and John,

This letter serves as our summary understanding of our conversations of the project to date. Pursuant to our conversations and mutual understanding regarding a basic fee for services, this letter also outlines the services we propose to perform in the months ahead.

**Program:**
Renovation of, and addition to, the existing residence at 38 Highgate. Program contemplates the substantial renovation to 38 Highgate including a total of Six bedrooms [Four in renovated 38, Two in new addition]; connection to new addition; a new Living Room/Library and Seating Area; Dining Room for 24-30 persons; Support Kitchen; future guest suite (one of six bedrooms); future staff accommodations (one of six bedrooms); Office; Garage (6 car capacity); Storage and Infrastructure as appropriate.

**Project Complexities**
A significant renovation of your existing home is an integral component of the project scope.
It is anticipated that you will remain in occupancy during the renovation and expansion work on and to your home, an intention that will necessitate the careful conception and execution of a phased work plan.

**Construction Budget – Preliminary Appraisal:**
The following statement outlines a general approximation of scope in terms of total square footage and construction costs per current market factors. A brief statement of the program spaces for the Addition is as follows:

**Existing House**

| | |
|---|---|
| Renovation impact area | Approx. 5,500 SF |
| Cost Range for renovation, reconstruction, selected exterior modifications | $850 - $1,000/SF |
| Subtotal Existing House | $4,675,000 – 5,500,000 |

**Addition**

| | |
|---|---|
| Approximate area of new building | Approx. 3,500 SF |
| Cost range for pre-construction, new construction, site work | $1,000 – 1,200/SF |
| (NIC finished landscaping by Reed Hilderbrand) | |
| Subtotal Addition | $3,500,000 - $4,200,000 |

**Staff Quarters /Garage/ Storage/ Mechanical**

| | |
|---|---|
| Approximate area of new building | Approx. 3,200 SF |
| Cost range for pre-construction, new construction, and associated site work | $800 – 950/SF |
| (NIC finished landscaping by Reed Hilderbrand) | |
| Subtotal Garage/Carriage House | $2,400,000 - $3,040,000 |

| | |
|---|---|
| **Preliminary Appraised Range of Project Construction Cost** | $10,575,000 - $12,740,000 |

**1100:** ARCHITECT · DAVID PISCUSKAS · JUERGEN RIEHM
475 TENTH AVENUE **NEW YORK** NY 10018 USA
T 212 645 1011 · F 212 645 4670
INFO@1100ARCHITECT.COM · WWW.1100ARCHITECT.COM

**Attachment A**

**Architectural Services Compensation**:
~~$2,600,000.00 [Two Million Six Hundred Thousand Dollars].~~
Basic services compensation of 18.5% of Total Construction Costs.

Basic Services include selected additional services above Basic Services: Consultant coordination; site master planning (additions and provision for potential future additions); project management (in tandem with Bob Carlson).

The fee contemplates a project duration of 30 – 36 months. The more expeditious the completion of the project, the sooner the owners can enjoy its benefits. The Architect is prepared to commit the resources in time and personnel appropriate to completing a quality outcome, thoroughly executed, according to these objectives.

A significant component of the project involves the substantial renovation of your existing residence at 38 Highgate, and your occupancy of this residence throughout the project, inclusive of all renovation work (and notwithstanding the construction of a new addition to the residence).

Respectfully, we forecast several complex conditions will arise from this aspect of the project, many of which cannot be fully assessed and quantified at this time. We agree that 1100 will keep you regularly advised of the scope of the work, and the cost and issues related to same.

Based upon numerous discussions with Amy, (including an overall review today), these components of the renovation include but are not limited to:
- New updated plumbing, radiant heating and air conditioning systems and integration with the existing and new parts of the house;
- New lighting and electrical circuiting into and integration with the existing and new parts of the house;
- The likelihood of selected structural modifications to the existing house to enhance the flow and spatial proportions of the building and connection to the new addition;
- The likelihood that sub-par quality of many interior partitions will need to be reconstructed;
- The potential transition to well water from town water supply;
- The replacement of the majority of the windows and doors;
- Selected modifications to the exterior and the roof;
- The possibility that the renovation work may occur in stages and phases, which must be integrated with the certainty of your occupancy in 38 Highgate throughout the duration of the project.

**1100:** ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM
475 TENTH AVENUE **NEW YORK** NY 10018 USA
T 212 645 1011 • F 212 645 4670
INFO@1100ARCHITECT.COM • WWW.1100ARCHITECT.COM

Hourly Billing Rates:

| | | | |
|---|---|---|---|
| Founding Principal | $325.00 | Project Captain | $140.00 |
| Principal | $225.00 | Designer III | $130.00 |
| Associate | $175.00 | Designer II | $120.00 |
| Project Architect | $150.00 | Designer I | $110.00 |
| Project Manager | $150.00 | Design Assistant | $ 85.00 |

**Consulting Engineers, Design Professionals, Architectural Consultant:**

The following estimates may be used for reference and order of magnitude for the following engineering and consulting professional disciplines:

- Structural Engineer [Silman]      $ 40,000 – $ 80,000
- MEP Engineer, TBD      $ 75,000 – $ 110,000
- Controlled Inspection (as required)      $ 3,500 – $ 10,000
- Lighting Design consultant, TBD      $ 5,000 – $ 40,000
- Landscape Designer [Reed Hildebrand]      TBD

Note: The foregoing fee estimates of consulting engineers are approximations. The respective service providers will view the project conditions first-hand in order to confirm and formally submit their proposals.

**Interior Design Services:**

If the Owner elects to request interior design services, in part or in whole, services for the design and specification of interior design elements are provided on an hourly rate basis in accordance with a forthcoming rate and personnel time expenditure forecast approved by the Owner.

Services related to procurement, fabrication, tracking, delivery and installation of the approved schedule of interior furniture non-built-in elements will be invoiced on an hourly basis.  As a design professional, we are usually able to procure discounts on purchases; we are pleased to pass this discount to you.

**1100: ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM**
**475 TENTH AVENUE NEW YORK NY 10018 USA**
**T 212 645 1011 • F 212 645 4670**
**INFO@1100ARCHITECT.COM • WWW.1100ARCHITECT.COM**

**Attachment B**

**Architectural Services:**
Architectural Services to include Basic Services (as noted below) plus the following unique characteristics: Renovation of existing residence; New Addition to existing residence; Master Planning of potential development of site including new addition, and future construction; Design Services Management of selected Structural and Mechanical Engineers; Phased Construction of project; Owner Occupancy throughout the duration of construction phase; Procurement of Town Approvals; Project Management (in coordination with Bob Carlson) of construction trades, bidding, and negotiation.

The following statement, on page 4 and 5, provides an overview description of the basic services proposed by 1100 Architect PC. References in this section apply to AIA Document B101 – 2007 Standard Form of Agreement Between Owner and Architect.

Phase:  Schematic Design / detailed in Article 3.1, 3.2 of B101-2007/ 22% of fee
- Review, and development as necessary, of Owner's program and requirements; including budget and schedule
- Review of site, code requirements; building permit requirements;
- Preparation and presentation of the schematic design for the house;
- Develop a cohesive schematic design for both a new addition and the existing house
- Design review meetings with Owner, on a regular interval appropriate to the project schedule, as required.
- Establishment of project budget/probable construction cost on the basis of schematic design documents. Review of probable construction costs with Owner; per evaluation with Owner, establishment of document modifications with commensurate cost adjustments to be developed in Design Development phase in accordance with Owner's budget.
- The time schedule and extent of this phase will be impacted by various factors with implications on time and cost, foremost of which are:
  - Construction phasing for a house being continually occupied
  - Strategies for regulatory approvals
- The base fee includes time expended in the service of regulatory approval.
- Per proposed schedule, phase estimated to complete in fourteen to seventeen weeks.

Phase:  Design Development / detailed in Article 3.1, 3.3 of B101-2007/ 22% of fee
- Development of the approved schematic design including material and finishes;
- Direction and Coordination of Consultants for structural, mechanical, electrical, and plumbing engineering services as required by project and authorized by Owner;
- Design review meetings with Owner, on a regular interval appropriate to the project schedule, as required.
- Per proposed schedule, phase estimated to complete in twelve to fourteen weeks.

1

**II00:** ARCHITECT · DAVID PISCUSKAS · JUERGEN RIEHM
475 TENTH AVENUE **NEW YORK** NY I0018 USA
T 2I2 645 I0II · F 2I2 645 4670
INFO@II00ARCHITECT.COM · WWW.II00ARCHITECT.COM

Phase:  Construction Documents / detailed in Article 3.1, 3.4 of B101-2007/ 23% of fee
- Preparation of construction documents including complete construction drawings and construction specifications suitable for the construction of the project as per the approved design;
- Coordination of the services of engineering and other consultants related and necessary for the completion of the construction documents and specifications;
- Design and drawing review meetings with Owner, on a regular interval appropriate to the project schedule, as required;
- Negotiation of project construction cost on the basis of construction documents at intervals appropriate to the execution of the work. Review of negotiated construction costs with Owner; evaluation of scope and content appropriate to Owner needs and requirements; establishment of document modifications with commensurate cost adjustments to be executed in Construction Document phase in accordance with Owner's budget. This process to occur in two iterations in advance of and commensurate with the construction, fabrication, and material procurement schedule established by the General Contractor.
- Per proposed schedule, phase estimated to complete in sixteen to nineteen weeks.

Phase:  Bidding and Negotiation / detailed in Article 3.1, 3.5 of B101-2007/ 3% of fee
- Solicitation of complete proposals for the construction of the project.
- Per proposed schedule phase, estimated to complete in six to eight weeks.

Phase:  Construction Administration / detailed in Article 3.1,3.6 of B101-2007/ 30% of fee
- Construction observation during construction at regular intervals appropriate to the work;
- Construction and contract administration including review of shop drawings, (material samples, etc.) and the provision of answers to requests for information made by contractor;
- On-going review of status of work fabricated and prepared off-site in advance of preparation for on-site installation;
- Review of activity and projection reports prepared by General Contractor of two weeks and six weeks look ahead schedules.
- Tri-monthly reporting to the Owner of project progress and compliance with the project schedule;
- Preparation and administration of punch list upon substantial completion of the work and project close-out.