# EXHIBIT C

Highgate
Project Schedule
6/15/2016

