# EXHIBIT H



| BY SEA-DAR | | TOTAL | *Source / Explanation* |
|---|---|---|---|
| 1.) | Original Control Estimate | $ 16,403,553 | *See original budget / Schedule of Values* |
| 2.) | Approved Cost Events to Date | $ 685,779 | *See 'CE Log'* |
| 3.) | Currently Proposed Cost Events | $ - | *See 'CE Log', Individual CE's* |
| 4.) | Risks + Exposures | $ 3,176,562 | *See 'Risk Log'* |
| | | $ 20,265,894 | |

*Key Risks / Opportunities*

+

+

+

-

-

-