## THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John G. Berylson and Amy Berylson,<br>　　　Plaintiffs,<br><br>　　v.<br><br>1100 Architect, P.C. and David Piscuskas,<br>　　　Defendants. | Civil Action No. 1:21-CV-10527 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiffs John G. Berylson and Amy Smith Berylson in the above-captioned matter.

    Respectfully Submitted,
    John G. Berylson and Amy Smith Berylson,
    By their Attorneys,

*/s/ Lauren Koslowsky*
_____
William S. Rogers, Jr., BBO No.549487
wsrogers@princelobel.com
Christopher Miller, BBO No. 685219
cmiller@princelobel.com
M. Matthew Madden, BBO No. 685738
mmadden@princelobel.com
Lauren Koslowsky BBO No. 705541
lkoslowsky@princelobel.com
Prince Lobel Tye LLP
One International Place
Boston, MA  02110
617-456-8000

Dated: September 30, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 30, 2020.

Paul T. Muniz, Esquire
pmuniz@donovanhatem.com
Thomas D. Duquette, Jr., Esquire
tduquette@donovanhatem.com
DONOVAN HATEM, LLP
53 State Street, 8th Floor
Boston, MA 02109

                                            */s/ Lauren Koslowsky*
                                            _____
                                            Lauren Koslowsky