THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| John G. Berylson and Amy Berylson,<br>  Plaintiffs,<br><br>v.<br><br>1100 Architect, P.C. and David Piscuskas,<br>  Defendants. | Civil Action No. 1:21-CV-10527 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiffs John G. Berylson and Amy Smith Berylson in the above-captioned matter.

               Respectfully Submitted,
               John G. Berylson and Amy Smith Berylson,
               By their Attorneys,

               */s/ Christopher C. Miller*

               William S. Rogers, Jr., BBO No.549487
               wsrogers@princelobel.com
               Christopher Miller, BBO No. 685219
               cmiller@princelobel.com
               M. Matthew Madden, BBO No. 685738
               mmadden@princelobel.com
               Lauren Koslowsky BBO No. 705541
               lkoslowsky@princelobel.com
               Prince Lobel Tye LLP
               One International Place
               Boston, MA  02110
               617-456-8000

Dated: October 4, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 4, 2020.

Paul T. Muniz, Esquire
pmuniz@donovanhatem.com
Thomas D. Duquette, Jr., Esquire
tduquette@donovanhatem.com
DONOVAN HATEM, LLP
53 State Street, 8th Floor
Boston, MA 02109

/s/ *Christopher C. Miller*
_____
Christopher C. Miller