# **EXHIBIT D**

Message

| | |
|---|---|
| **From**: | PlanGrid [support@plangrid.com] |
| **Sent**: | 2/18/2021 9:18:21 PM |
| **To**: | Jon Markir [jonmarkir@berkshireconstruction.com] |
| **Subject**: | Daily Report Submission Summary |



Report summary - Feb 18, 2021

# Field report submissions have been received.

**38 Highgate**

**38 Highgate Daily Report**                                  2021-02-18

VIEW

Eric Schaefer, ID #516

**38 Highgate Daily Report**                                  2021-02-17

VIEW

Eric Schaefer, ID #515

Need help using PlanGrid? Reply to this email or chat with our support team.
Manage your email preferences
Sent by PlanGrid • 2111 Mission Street, San Francisco CA 94110