IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN G. BERYLSON and <br> AMY SMITH BERYLSON, | ) <br> ) <br> ) | NO. 21-CV-10527-RGS |
| Plaintiffs, | ) <br> ) <br> ) |  |
| v. | ) <br> ) |  |
| 1100 ARCHITECT, P.C., and <br> DAVID PISCUSKAS, | ) <br> ) <br> ) |  |
| Defendants. | ) <br> ) |  |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL NON-PARTY LEE F. MINDEL, ARCHITECT, D.P.C.'S COMPLIANCE WITH THE FEBRUARY 2, 2022 SUBPOENA**

On July 25, 2022, Defendants 1100 Architect, P.C. and David Piscuskas filed their Motion to Compel Non-Party Lee F. Mindel, Architect, D.P.C.'s Compliance with the February 2, 2022 Subpoena, dkt. no. 64. Defendants now file this Notice to inform the Court that they are withdrawing their previously filed Motion to Compel.

Respectfully Submitted,

The Defendants,
1100 ARCHITECT, P.C., and
DAVID PISCUSKAS,

 */s/ Thomas D. Duquette, Jr.*
Paul T. Muniz
pmuniz@donovanhatem.com
Thomas D. Duquette, Jr.
tduquette@donovanhatem.com
DONOVAN HATEM, LLP
53 State Street, 8th Floor
Boston, MA  02109
Tel: 617-406-4500
Fax: 617-406-4501

**CERTIFICATE OF SERVICE**

      I, Thomas D. Duquette, Jr., hereby certify that, on this 29th day of August, 2022, I caused a true and correct copy of the foregoing document to be served upon counsel of record herein via the Court's electronic filing system in accordance with the applicable rules of the Court. I further certify that a true and correct copy was served via electronical mail on the following counsel for Lee F. Mindel, Architect, D.P.C.:

John Nocera
Rosner Nocera & Ragone LLP
61 Broadway, Suite 1900
New York, NY 10006
(617) 742-3420
jnocera@rnrlawgroup.com

                                             */s/ Thomas D. Duquette, Jr.*
                                                Thomas D. Duquette, Jr.