# Exhibit 2

## Barry Rothschild

| | |
|---|---|
| **From:** | Barry Rothschild |
| **Sent:** | Thursday, June 9, 2022 8:14 PM |
| **To:** | Rogers, William S., Jr.; Miller, Christopher C.; Madden, Matthew; Koslowsky, Lauren; Jonathan Grippo |
| **Cc:** | Paul Muniz; Thomas D. Duquette; Ryan Forgione |
| **Subject:** | Monday Call Recap and Deposition Notices and Subpoenas - Berylson v. 1100 Architect and Piscuskas |
| **Attachments:** | Berylson - Deposition Notice and Subpoena to J. Grippo.pdf; Berylson - Deposition Notice and Subpoena to Mindel 30(b)(6).pdf; Berylson - Deposition Notice and Subpoena to R. Carlson.pdf; Berylson - Deposition Notice and Subpoena to R. Roberts.pdf |

Bill, Jon, Chris, Matt, and Lauren,

To recap our call on Monday and ensure we are on the same page, please review the following and confirm or let me know if I am mistaken or forgot anything.

Plaintiffs' Agenda Items

1. I believe we did not come to a definitive conclusion on this issue, but acknowledged that summer vacations all around are going to make scheduling depositions difficult and are hopeful Judge Stearns will allow a further extension to deal with that. We understand the Berylsons will be on vacation the last two weeks of August. David Piscuskas is not available on August 8th and 9th. With regard to depositions generally, I think we are looking at them as tentative now in hopes we will get more time.

2. We are in agreement on a "9th Hour" motion to extend the deadlines. The motion, to be filed on 7/11 or 7/12, will provide Judge Stearns a full picture of the status of discovery, conflicts and vacations, and a schedule of all fact witness depositions to meet the requested deadline. We note that Paul has a 4-week trial beginning at the end of August and you are away from August 12-15 and on vacation August 20 - 27. Please let us know if there are any other conflicts we should know about.

3. We are shooting to have our final rolling document production to you on or before 6/24. As I said, that is the target I believe we can hit, but cannot make that date a promise. We are working diligently with our review team to review and produce relevant non-privileged documents to you as soon as possible. We will make sure to be in touch with you as things progress. We also discussed, assuming that date was hit, that privilege logs would be produced a week later on 7/1.

4. Regarding employee personal devices, we both reiterated our positions on this and I believe we are at a loggerheads on the issue. As for party owned devices, you acknowledge receiving documents from 1100's devices in our last rolling production and advised the Berylsons' device documents would be produced in your next production.

5. I do not yet have any answers for you on accepting service for former employees. We will recommend it and I believe we will know by the end of the week if we can do that.

Defendants' Agenda Items

1. I understood you will have the Berylsons' last anticipated document production ready to go when our final document production is ready to go.

2. You did not know why we have no correspondence from or to Lee Mindel or his firm, but said you will find out. Please let us know when you can. Since Monday, we have been in contact with John Nocera who is declining to produce correspondence with the Berylsons on the grounds the Berylsons are equally capable of producing.

1

Additionally, you will find notices and subpoenas for Rich Roberts, Bob Carlson, Jon Grippo, and Lee F. Mindel Architects (30(b)(6)) attached for service. We have done our best to schedule these around your dates with travel in mind. Jon, can you let me know if you will accept service on the subpoena as well?

Thank you,
Barry

**Barry S. Rothschild**
Donovan Hatem LLP
53 State Street | 8th Floor | Boston, MA | 02109
Tel (617) 406-4527 / Mobile (617) 259-4037
www.donovanhatem.com
brothschild@donovanhatem.com



Confidentiality Notice: This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message.

**Barry S. Rothschild**
Donovan Hatem LLP
53 State Street | 8th Floor | Boston, MA | 02109
Tel (617) 406-4527 / Mobile (617) 259-4037
www.donovanhatem.com
brothschild@donovanhatem.com



Confidentiality Notice: This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message.