## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. BERYLSON and <br> AMY SMITH BERYLSON, <br>     Plaintiffs, <br><br> v. <br><br> 1100 ARCHITECT, P.C., and <br> DAVID PISCUSKAS, <br>     Defendants. | NO. 21-CV-10527-RGS |

## NOTICE OF WITHDRAWAL

Kindly enter the withdrawal of the undersigned as counsel of record for Defendants, 1100 ARCHITECT, P.C., and DAVID PISCUSKAS.

Respectfully submitted,

*/s/ Ryan O. Forgione*
Ryan O. Forgione (BBO No. 707185)
Donovan Hatem LLP
53 State Street, 8th Floor
Boston, MA  02109
T (617) 406-4500
F (617) 406-4501
rforgione@donovanhatem.com

Date:  February 23, 2023

## **CERTIFICATE OF SERVICE**

      I, Ryan O. Forgione, hereby certify that this document has been filed through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      **/s/ Ryan O. Forgione**
      _____
      Ryan O. Forgione

4858-0254-8562, v. 1