# EXHIBIT 9

Message

| | |
|---|---|
| **From**: | Robert Lipson |
| **Sent**: | 6/29/2020 5:39:55 PM |
| **To**: | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| **Subject**: | Re: HIghgate Add Service Contract Clauses |

Phasing and Contractor Recommendations are the two adds that are not specifically mentioned in the contract.  When I'm back from Standard Site Meeting I can check documentation which potentially includes minutes of calls with Amy and emails / minutes Of meetings that Richie participated in.

Get Outlook for iOS

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Monday, June 29, 2020 1:26 PM
**To:** Robert Lipson
**Subject:** Re: HIghgate Add Service Contract Clauses

So we have dated documented approval for each and all?

--
DAVID PISCUSKAS FAIA LEED AP
FOUNDING PRINCIPAL

1100: ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT - AIA NEW YORK

**From:** Robert Lipson <rlipson@1100architect.com>
**Date:** Monday, June 29, 2020 at 1:25 PM
**To:** David Piscuskas <dp@1100architect.com>
**Subject:** Re: HIghgate Add Service Contract Clauses

Yes and in broader conversations with Richie

Get Outlook for iOS

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Monday, June 29, 2020 1:00 PM
**To:** Robert Lipson
**Subject:** Re: HIghgate Add Service Contract Clauses

The verbal requests have been tendered in phone meetings to FCP?

--
DAVID PISCUSKAS FAIA LEED AP
FOUNDING PRINCIPAL

**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT **-** AIA NEW YORK

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Date:** Monday, June 29, 2020 at 12:57 PM
**To:** David Piscuskas <dp@1100architect.com>
**Subject:** Re: HIghgate Add Service Contract Clauses

We do not have written approval.  There have been verbal requests / approvals and we have been paid along with the way.

---

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Monday, June 29, 2020 12:34 PM
**To:** Robert Lipson <rlipson@1100architect.com>
**Subject:** Re: HIghgate Add Service Contract Clauses

Where the clauses reference "owner's approval in writing"….
Do we have these 'approvals in writing'?


--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL

**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT **-** AIA NEW YORK

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Date:** Sunday, June 28, 2020 at 9:38 PM
**To:** David Piscuskas <dp@1100architect.com>
**Subject:** Re: HIghgate Add Service Contract Clauses

David,

Attached is a PDF showing the add service clauses with the text

Robert

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Sunday, June 28, 2020 7:43 PM
**To:** Robert Lipson <rlipson@1100architect.com>
**Subject:** Re: HIghgate

Yes the text is relevant


David Piscuskas FAIA LEED AP
Founding Principal
1100: Architect
New York / Frankfurt
212.645.1011
917.847.5081


2017 PRESIDENT AIA NEW YORK

> On Jun 28, 2020, at 7:37 PM, Robert Lipson <rlipson@1100architect.com> wrote:
>
> Tomorrow I will have the team update their timesheets for all hours in June including possible time spent on the bunker, underpinning, and stone.
>
> I am working on the contract clauses now.  I already have the contract clause number matched to the line items.  I assume you want the actual text; if you don't need that please let me know.
>
> ---
>
> **From:** David Piscuskas <dp@1100architect.com>
> **Sent:** Sunday, June 28, 2020 6:53 PM
> **To:** Robert Lipson <rlipson@1100architect.com>
> **Subject:** Re: HIghgate
>
> RE the hours referenced below, have there been any more Add Service?
> I'd like to go ahead and settle the fee discussions as of 6/30/20.
>
> Reminder that I will need the contract clauses to talk Add Services w Grippo.
>
> In my conversation w Richie today he asked me about the 30-something terrazzo sample. Which led me to think of the # of windows we sampled, the # of pieces and types of stone we've reviewed, the # of pieces and types of hardware we've reviewed…everything w Amy is interrogated to the nines…
>
>
> --
> **DAVID PISCUSKAS** FAIA LEED AP
> FOUNDING PRINCIPAL
>
> **1100:** ARCHITECT
>
> 475 TENTH AVENUE **NEW YORK** NY 10018
> T 212 645 1011 • F 212 645 4670 • M 917 847 5081
> WWW.1100ARCHITECT.COM

2017 PRESIDENT - AIA NEW YORK

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Date:** Sunday, June 28, 2020 at 5:53 PM
**To:** David Piscuskas <dp@1100architect.com>
**Subject:** Re: HIghgate

All time logged from November 7, 2019 through June 28, 2020

Total Hours:  **4,112**
Total Dollars:  **$563,102**

---

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Sunday, June 28, 2020 2:28 PM
**To:** Robert Lipson <rlipson@1100architect.com>
**Subject:** HIghgate

Robert,
As you can perceive from emails today, I'm grinding through the Highgate fee and billing.

Another info point I need is the updated hourly time, hours and dollars, logged on the project since Nov 7, 2019.
Thank you


--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL

**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
[WWW.1100ARCHITECT.COM](WWW.1100ARCHITECT.COM)

2017 PRESIDENT - AIA NEW YORK