# EXHIBIT 10



EXHIBIT 13 Piscuskas 11-18-22 SP

| | |
|---|---|
| From: | Betty Gonzalez |
| Sent: | Tuesday, August 2, 2016 11:06 PM |
| To: | Ed Parker; Spencer Leaf |
| Cc: | David Piscuskas |
| Subject: | FW: Beryslon Contract Terms |

We never did meet to review the Berylson contract.
And I now have the final signed copy.
But I still want to make sure that we are all on the same page with the terms.

I know we have been performing surveying services – and these are included in the contract as a reimbursable expense. (Article 5.4) But we also have an additional service for services related to drawing and documenting existing conditions, which I believe is what we have done. Notwithstanding, these services need to be approved in writing.
Do we have John or Amy's authorization?

(FYI – all addserv need prior authorization, in writing)

Also, if we have brought on board any consultants, I need to negotiate a C401 contract with each. Please provide list of firms and location of signed proposals.

BETTY GONZALEZ
BUSINESS DIRECTOR

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM


Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** Betty Gonzalez
**Sent:** Tuesday, June 21, 2016 10:50 AM
**To:** Spencer Leaf <sleaf@1100architect.com>
**Cc:** David Piscuskas <dp@1100architect.com>; Ed Parker <eparker@1100architect.com>
**Subject:** Beryslon Contract Terms

Spencer,

Now that we have the final terms of the Beryslon contract, we need to discuss a few details:

Contract has no reference to Pre-Design services – therefore we should review which hours to assign to SD.

<u>Services that are basic services (usually AddServ):</u>
    Programming
    Site Evaluation and Planning
    One Value Analysis
    Coordination of Consultants (excluding Landscape and ID)

<u>Additional Services include:</u>
    Coordination of Landscape Consultant and Interior Designer
    Renderings
    Services related to drawing and documenting existing conditions
    Regulatory Approvals over 50 hours (50 hours in basic services)

1100APC0030935

With regard to entering time, I think we should be wary of scope creep and thus maintain very detailed time entries:
- All team members to understand the above designation of basic vs additional services;
- Each task in one entry – no entering multiple tasks as a group entry
- PM to review time entries weekly to assure adherence;
- PM to inform team of any additional phases/codes created for new additional services.

I would like to plan our first invoice – when can we meet? Tomorrow??

This is a large project with demanding clients. Let's make sure our billing details are spot – on.

Thank you,
Betty

**BETTY GONZALEZ**
BUSINESS DIRECTOR

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

1100APC0030936