# EXHIBIT 19

| | |
|---|---|
| **Message** | |
| **From**: | David Piscuskas [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F9B67B532E564111B939BF66418573C9-DP] |
| **Sent**: | 5/20/2020 3:22:54 PM |
| **To**: | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp]; Susanne Milne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7746c35769534881b0e396eacd79ce76-smilne] |
| **Subject**: | John Berylson Highgate call |

Below, Transcription of JB voice mail to me this morning.

--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL
**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT **-** AIA NEW YORK


**From:** Alexandria Nelson <anelson@1100architect.com>
**Date:** Wednesday, May 20, 2020 at 10:41 AM
**To:** David Piscuskas <dp@1100architect.com>
**Subject:** Voicemail transcription

David,

Please find the transcribed voicemail below.   Being it was a voicemail, it was very muffled and some words were unintelligible, which I put in parentheses.  I hope this helps.


Hey David -

Finally after weeks of my saying this, or longer,  it's now in print, the numbers are in.  Home building and US (tumbles) in mid-lock down.  Home building dropped 30.2% in April.  Permits and (unintelligible)  construction (tumbles) going forward all about (fears) and contraction, economic contraction going forward, showing a staggering loss being projected forward of 20.5 million jobs.  These are all our famous sub-contractors that we can't get their prices down.

David – they might think they're bidding for the jobs, they're not.  These people can go out for jobs, they're not going to get done.  The guys wanted to build a 10 million dollar house (that they) can't see and bid for, is now a 7 million dollar house, he's lost 30% of his money.  I gotta tell ya, to me it's not qualitative of value engineering.  One sub after the other, Amy's got to understand my position on this, and this goes back to Paul, you and Richie. Paul is sittin' back because he figures he's got the next two years sitting in millions of dollars, etc, needs to be a rich man, he can adjust.  I'll get into this, but this sucks.   And you guys outta say, you know, the world around us is falling apart, but not for him cause he's sittin' in this cozy spot where his guys work slowly but surely on this thing.   Well I've f***in' had it, we've all taken a knock on the chin here.  Those of us that are trying to get new business going forward, it's out there but it's out-out there, that's going to be true for you too.  You can win jobs, but you're going to find out that they're not going to break ground so fast.  One thing, I know Brown puts off…(Milton), I know that one, every (unintelligible) ground breaking off for a period of time until money shows up, and, I'm caught in the middle and I need you guys, or else get me to do

it.  I'll (unintelligible).  You know, no, do I want to go to a 3rd contractor…no.  But you know what?  If one is going to save me a million and a half or 2 million dollars because he knows, his way around, he's a quality guy, I'll do it.

I'm sick and tired of people telling me that it's me missing the world.  No I'm not missing the world, I actually live in this world and it is broken in half.  And another thing, I know we have issues about contracts and two different opinions on it.  I need your opinion on what we do going forward since…I'd rather over paid or under paid very close whatever it is I'm supposed to pay you, we have to resolve what we're doing as we go forward.  Now there is a contract…the contract is not a short contract, I think it was 18% or something significant, so within that, we have to figure out a way that (unintelligible) happy.  I've already showed you my (unintelligible), I'm not going to go after you with a machine gun, but we have to do it in such a way…I'm aware that your billing department got ahead of you and you probably have no idea what's going on, maybe I should have spoken up further but I actually thought at first that you knew what was going on, but that has to be resolved too, because we're not even close to finishing.  So that's that, talk soon.  Bye.

**ALEXANDRIA NELSON**
EXECUTIVE ASSISTANT

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 967 3649 • F 212 645 4670

WWW.1100ARCHITECT.COM


Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect