# EXHIBIT 20

| | |
|---|---|
| **Message** | |
| **From**: | Sarah Seeley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9B8526C51C5546A3A87EE904E279C248-SHOLM] |
| **Sent**: | 6/8/2020 12:51:32 PM |
| **To**: | O'Neill, Celeste [CONeill@GOULSTONSTORRS.com] |
| **Subject**: | RE: March Invoice |

Good morning Celeste,

I just wanted to touch base and let you know that the principles are going to handle this directly with the client. I didn't want you to think I forgot about it.

Have a great day,

SARAH SEELEY
ACCOUNTING MANAGER

1100 ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

**From:** O'Neill, Celeste <CONeill@GOULSTONSTORRS.com>
**Sent:** Monday, June 1, 2020 11:34 AM
**To:** Sarah Seeley <sseeley@1100architect.com>
**Subject:** FW: March Invoice

[1100 EXTERNAL]
Hi Sarah, The last payment was made on February 3 for the amount of $80,894.14.  Thanks so much for looking into this!  Best, Celeste


**Celeste O'Neill**
(617) 574-6418
**goulston**&storrs

**From:** O'Neill, Celeste
**Sent:** Monday, June 1, 2020 11:27 AM
**To:** 'Sarah Seeley' <sseeley@1100architect.com>
**Subject:** FW: March Invoice



**Celeste O'Neill**
(617) 574-6418
**goulston**&storrs

**From:** Lula Sargent <lsargent@1100architect.com>
**Sent:** Tuesday, May 12, 2020 12:10 PM

**To:** O'Neill, Celeste <CONeill@GOULSTONSTORRS.com>
**Subject:** RE: March Invoice

Hi Susanne,

Celeste contacted me on behalf of John Berlyson to review the invoice I sent them. She told me that she wants to make sure that the invoice is correct and we aren't charging them too much money (maybe we decrease the hours for CA?). She was a little unclear about what should be billed and just wanted me to double check with someone that we are billing the correct amounts. Should I be speaking with David about this?

I hope this makes sense. I have attached the invoice in question. Please feel free to call me!

Thanks,

**LULA SARGENT**
ADMINISTRATIVE ASSISTANT

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** O'Neill, Celeste <CONeill@GOULSTONSTORRS.com>
**Sent:** Tuesday, May 12, 2020 11:53 AM
**To:** Lula Sargent <lsargent@1100architect.com>
**Subject:** RE: March Invoice

[1100 EXTERNAL]
Good afternoon Lula,

I left a message for you the other day.  John Berylson has requested that you and I go over this invoice together.

Would you please give me a call at your earliest convenience?

Thank you,

Celeste

Celeste O'Neill | Manager of Fiduciary & Family Office Services
*private* client *& trust*
Direct (617) 574-6418 | Fax (617) 574-4112 | LinkedIn
goulston&storrs | 400 Atlantic Avenue  Boston, MA 02110

Click here to learn more about our Family Office Services.
*************************************************************************
This communication may contain information which is privileged and/or confidential under applicable law. Any

1100APC0190210

dissemination, copy or disclosure, other than by the intended recipient, is strictly prohibited. If you have received this communication in error, please immediately notify us via return e-mail to coneill@goulstonstorrs.com and delete this communication without making any copies. Thank you for your cooperation.

**From:** Lula Sargent <lsargent@1100architect.com>
**Sent:** Wednesday, April 29, 2020 11:30 AM
**To:** O'Neill, Celeste <CONeill@GOULSTONSTORRS.com>; jberylson@gccinv.com
**Cc:** Susanne Milne <smilne@1100architect.com>; Robert Lipson <rlipson@1100architect.com>
**Subject:** March Invoice

Good afternoon,

Attached please find our February/March invoice in regards to the House on Highgate project.

Please let me know if you have any other questions.

Thank you,


LULA SARGENT
ADMINISTRATIVE ASSISTANT

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect