# EXHIBIT 21

Message

| | |
|---|---|
| **From:** | Susanne Milne [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7746C35769534881B0E396EACD79CE76-SMILNE] |
| **Sent:** | 7/8/2020 4:43:58 PM |
| **To:** | Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson] |
| **Subject:** | RE: Highgate - Invoicing |

ok

SUSANNE MILNE MAA
PRINCIPAL

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 212 967 0863

WWW.1100ARCHITECT.COM

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Sent:** Wednesday, July 8, 2020 12:40 PM
**To:** Susanne Milne <smilne@1100architect.com>
**Subject:** Re: Highgate - Invoicing

Correct. All time sheets are up to date thru 6/30 and have been reviewed

Get Outlook for iOS

---

**From:** Susanne Milne <smilne@1100architect.com>
**Sent:** Wednesday, July 8, 2020 11:22 AM
**To:** Robert Lipson
**Subject:** Highgate - Invoicing

Robert,

It seems we have not invoiced basic services in several months. Assuming this is still on hold until the add service issues have been resolved?

Susanne

SUSANNE MILNE MAA
PRINCIPAL

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 212 967 0863

WWW.1100ARCHITECT.COM

1100APC0319990