# EXHIBIT 22

| | |
|---|---|
| Message | |
| From: | Susanne Milne [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7746C35769534881B0E396EACD79CE76-SMILNE] |
| Sent: | 4/16/2020 10:45:12 PM |
| To: | Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson]; Ed Parker [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5e2c4a02902a44ca9070ac2934732e92-eparker] |
| Subject: | 38 Highgate: Add. Serv. Proposal |

Robert and Ed,

For work done on preparing an Add. Serv. Proposal please use:
1604 Add Service Proposal.
Hours will be tracked but not billed to the project.

Susanne

**SUSANNE MILNE** MAA
PRINCIPAL

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • D 212 967 0863

WWW.1100ARCHITECT.COM


Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect