# EXHIBIT 23

| | |
|---|---|
| **Message** | |
| From: | Robert Lipson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F0022B64C8924CCA8157E060811FB694-RLIPSON] |
| Sent: | 5/20/2020 4:19:32 PM |
| To: | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| CC: | Susanne Milne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7746c35769534881b0e396eacd79ce76-smilne]; Betty Gonzalez [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e8d2f53a9c754b1a94899a81ded5c495-bg]; Juergen Riehm [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5c16da6f34b0496d8ead93e64e33b2eb-jr] |
| Subject: | 38 Financial Analysis |
| Attachments: | 01 38 Highgate Fee Request .pdf; 02 38 Highgate Addenda CD & CA Phase (11 x17).pdf |

David,

Attached please find 2 PDF documents to support financial conversations for Highgate. Based on comments provided by Susanne, they are simplified and focused on the requested fee amount:

- Executive Summary of Fee Request
    - Request for Unbilled Value Engineering **$162K**
    - CD Phase - Additional Fee (Months 13-28) **$741K**
    - CA Phase - Projected Fee to Project Completion **$787K**

- Two Addenda charts (11 x 17).
    - CD Phase - Additional Fee (Months 13-28)
    - CA Phase - Projected Fee to Project Completion

The two addenda charts have been modified to more closely reflect the one that was used on 39 Highgate and to show explanations for why the phases exceeded the planned timeframes and costs.

Let me know if you need additional information or would like to do a call to review.

Robert

# 38 HIGHGATE

## Executive Summary of Fee Request

May 20, 2020

| | |
|---|---:|
| **Unbilled Value Engineering** | $ 162,317 |
| **CD Phase - Additional Fee (Months 13-28)** | $ 741,833 |
| **CA Phase - Projected Fee to Project Completion** | $ 787,362 |

## Request for Unbilled Value Engineering

| Contract Section | Year | Additional Service | | Unbilled Costs |
|---|---|---|---|---|
| **Value Engineering Exercises** | | | | |
| § 4.1.3 | 2019 | Lighting Value Engineering | | $ 21,750 |
| § 4.1.3 | 2020 | Ongoing VE with Berkshire, Rich Roberts | | $ 140,567 |
| | | | **Total Requested Fee** | **$ 162,317** |

## CD Phase - Additional Fee (Months 13-28)

| | Plan | Adjusted Plan | Actual Cost | Variance B(W) | Requested Fee |
|---|---|---|---|---|---|
| **CD Phase Costs** | | | | | |
| Early Issue Packages - Months 1-12* | $ 542,087 | $ 893,550 | $ 1,218,720 | $ (325,170) | No Charge |
| Core & Shell, Interiors - Months 13-15 | 0 | 0 | $ 377,001 | | $ 377,001 |
| Extended Design - Months 16-28 | 0 | 0 | $ 364,832 | | $ 364,832 |
| | | | | **Total Requested Fee** | **$ 741,833** |

*Months 1-12: 10/17 - 9/18
 Months 13-15: 10/18 - 12/18
 Months 16-28: 1/19 - 1/20

## CA Phase - Projected Fee to Project Completion

| | Plan | Adjusted Plan | Cost | Remaining Fee | Requested Fee |
|---|---|---|---|---|---|
| **CA Phase Costs** | | | | | |
| Work To-Date - Months 1-24 | $ 707,070 | $ 1,165,500 | $ 564,062 | $ 601,438 | $ - |
| Projected To Completion - Months 25 - 52 | 0 | 0 | $ 1,388,800 | | $ 787,362 |
| | | | | **Total Requested Fee** | **$ 787,362** |

*Months 1-24: 5/18 - 4/20
 Months 25-52: 5/20 - 8/22

## Addendum 1

## CD Phase - Additional Fee (Months 13-28)

Underestimated time to produce early issue packages and develop geometry of the Gem, steel, and stone
- Expedited early issue of construction document sets: Foundation, Concrete, Steel, MEP, RCP, Lighting
- Ongoing consultant coordination: Structural, MEP, AV, Acoustic, Waterproofing
- Ongoing design, presentation, and booklets with client

**Requested Fee: $0**

Additional time required to produce documents
- Issued Core & Shell and Interiors CDs
- Coordination with Glass and Stone vendors
- Redesign of MEP Systems to accommodate additional condenser units, geothermal, and generator.

Underestimated time to detail and document three different exterior construction systems: traditional, glass, and stone

**Requested Fee: $377,001**

Construction Document phase extended to accommodate additional design effort with client
- Design meetings and presentations
- Designer and decorator booklets
- Client phone calls
- Interior finishes, plumbing and lighting fixtures, decor, furniture, stair design, Pavilion draperies, kitchen design, millwork details

Document production to accommodate client requested revisions: Geothermal, MEP, Elevator, Waterproofing, Skylights, Gem stone and steel

**Requested Fee: $364,832**





**Addendum 2**

## CA Phase - Projected Fee to Project Completion

CA Phase extended for:
- SeaDar performance issues, transition to BWP, and remediation of most of SeaDar's work
- Two construction phases, which will allow client to remain in existing house during construction of Gem and Dining Pavilion
- Ongoing design meetings, presentations and client phone calls
- Ongoing submittals and coordination with BWP and subcontractors

**Requested Fee: $787,362**

SEADAR | BERKSHIRE WILTON PARTNERS

SeaDar Performance Issues

Onboard BWP and Work Remediation

- PLANNED CA HOURS. AVERAGE OF 1.4 FTE / 21 MONTHS
- PLANNED ADDITIONAL CA HOURS BASED ON ADJUSTED CONSTRUCTION COST. AVERAGE OF 0.9 FTE / 21 MONTHS
- ACTUAL CA HOURS TO DATE (MONTHS 1 - 24) AVERAGE OF 1.1 FTE / 24 MONTHS
- PROJECTED CA HOURS TO CONSTRUCTION COMPLETION (MONTHS 25 - 52)   AVERAGE OF 2.2 FTE / 28 MONTHS.
- UNBILLED VE HOURS

1100APC0212257