# EXHIBIT 24

Message

| | |
|---|---|
| **From**: | Robert Lipson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F0022B64C8924CCA8157E060811FB694-RLIPSON] |
| **Sent**: | 5/7/2020 8:58:13 PM |
| **To**: | Susanne Milne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7746c35769534881b0e396eacd79ce76-smilne] |
| **Subject**: | Highgate Add Service Proposals |

Susanne,

I hope your review went well; presumably a welcome change of pace.

I wanted to ask if David has said anything to you about the add service proposal documents. I haven't heard anything from him, although during our Monday team recap he mentioned he told John there would be upcoming legit add services. So perhaps he looked at them.

Reading the tea leaves (which is always fraught), I'm thinking the focus will be on the VE exercise for the next several weeks. After that, once the budget has been reduced, David might feel comfortable addressing the add services with the client.

In the meantime, based on some of the back-up from 39 and Princeton, I could start to develop individual sheets related to the VE exercises as well as the potential add service scopes.

Would you have a few minutes tomorrow to review and discuss possible next steps.

Thanks,

Robert

**ROBERT LIPSON**
SENIOR ASSOCIATE

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 453 3374

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect