# EXHIBIT 25

Message

| | |
|---|---|
| **From**: | David Piscuskas |
| **Sent**: | 4/10/2020 5:44:49 PM |
| **To**: | Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson] |
| **CC**: | Ed Parker [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5e2c4a02902a44ca9070ac2934732e92-eparker]; Susanne Milne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7746c35769534881b0e396eacd79ce76-smilne] |
| **Subject**: | Re: Highgate Task Document By Year |

It's important this initiative be comprehensive. The more content we have the better.

--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL

**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT - AIA NEW YORK

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Date:** Friday, April 10, 2020 at 1:41 PM
**To:** David Piscuskas <dp@1100architect.com>
**Cc:** Susanne Milne <smilne@1100architect.com>, Ed Parker <eparker@1100architect.com>
**Subject:** RE: Highgate Task Document By Year

OK.  I am meeting with Betty at 2pm to review CORE so that we will have access to all the data for each of the phases of the project.  I will reach out to Susanne and Ed to set up a time to bring them up to speed and share documents.

**ROBERT LIPSON**
SENIOR ASSOCIATE

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 453 3374

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Friday, April 10, 2020 1:27 PM
**To:** Robert Lipson <rlipson@1100architect.com>
**Cc:** Susanne Milne <smilne@1100architect.com>; Ed Parker <eparker@1100architect.com>
**Subject:** Re: Highgate Task Document By Year

Robert:

The assignment – a deep dive / thorough assessment – of all the time and effort on the project is long overdue.
The simple fact that we don't have this already is a significant shortcoming, even a failing.

At this stage of the project, the assignment warrants use of all available tools and guidance.

I am going to ask Susanne and Ed (both are cc'd) to participate in this process, as a guide and resource to you and your efforts.

Susanne because she and I went through a very similar exercise on 39H.

Ed because he and I have been engaged in a thorough forensic review of the Princeton project, toward categorizing additional services items relative to contract clauses, and also categorizing no charge 'buckets'.

You will see how sequentially appropriate and thorough each of these exercises were.
I expect 38 H to require a combination of the tools we created for those projects, and also use all the 38Highgate records and summaries prepared to date.


--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL

**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT **-** AIA NEW YORK

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Date:** Thursday, April 9, 2020 at 9:28 PM
**To:** David Piscuskas <dp@1100architect.com>
**Subject:** Highgate Task Document By Year

David,

I have found and reviewed the Highgate Task Document by Year that we discussed the other night.  I see two alternative approaches to determining hours worked that have potential to be classified as change orders.

Approach A: Use CORE as source of detailed information (what we discussed)
I have discovered that I do not have access to the data in CORE for the earlier phases of the project nor to the Report function. I would need Betty's assistance to get at this data or to potentially explore if she could export the data.

Approach B: Use the Highgate Task Document to estimate time spent on various tasks

Since I have this document in hand, I can fairly quickly make estimates of time spent and associated fees for each task.

Ultimately, this comes down to the level of precision you would like for your conversation with John as well as Betty's availability.  I am fine with either approach; please let me know your preference.

Robert