# EXHIBIT 26

Message

| | |
|---|---|
| **From**: | Robert Lipson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F0022B64C8924CCA8157E060811FB694-RLIPSON] |
| **Sent**: | 2/6/2020 10:02:49 PM |
| **To**: | Alexandria Nelson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5c2d7297ec424b03a9aca6b268572db0-anelson] |
| **Subject**: | RE: DPs time on Highgate re: F+R |

David didn't specify; I assume before the next invoices go out at the end of the month.  I'll let you know if he mentions he needs them sooner.

**ROBERT LIPSON**
SENIOR ASSOCIATE

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** Alexandria Nelson <anelson@1100architect.com>
**Sent:** Thursday, February 6, 2020 5:00 PM
**To:** Robert Lipson <rlipson@1100architect.com>
**Subject:** RE: DPs time on Highgate re: F+R

Sarah ran his timesheets for the last 18 months.   I will have to go through all of it and highlight anything that says F+R.   It may take a while.   When is this needed by?

**ALEXANDRIA NELSON**
EXECUTIVE ASSISTANT

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 967 3649 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Sent:** Thursday, February 6, 2020 4:41 PM
**To:** Alexandria Nelson <anelson@1100architect.com>
**Subject:** DPs time on Highgate re: F+R

Alex,

Yesterday David suggested you can go back through his time sheets and determine how much time he spent dealing with Frener + Reifer issues which he wants to track retroactively as an add service.  (It could go as far back as 18 months and his hours may have been logged in as F+R)  Please let me know if you can do that.

1100APC0207858

Thanks,

**ROBERT LIPSON**
SENIOR ASSOCIATE

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect