# EXHIBIT 27

| | |
|---|---|
| **Message** | |
| **From**: | Andrew Schalk [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3A2E67D6C54741D5A46A3551F5C0E422-ASCHALK] |
| **Sent**: | 2/3/2020 7:18:23 PM |
| **To**: | Fanichristina Papadopoulou [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f159effc99fd47b785671951c78c2cd4-cpapadopoul]; Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson] |
| **Subject**: | RE: Time sheets with Phases and Codes |

Robert,

AS requested I totaled up the additional hours that were not previously flagged additional services
- Contractor Recommendations: 29
- Contractor change:5
- Thermal and energy analysis: 18
- Client book/presentation/ redesign: 31.5

**ANDREW SCHALK**

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

**From:** Fanichristina Papadopoulou <fpapadopoulou@1100architect.com>
**Sent:** Monday, February 3, 2020 11:27 AM
**To:** Robert Lipson <rlipson@1100architect.com>; Andrew Schalk <aschalk@1100architect.com>
**Subject:** RE: Time sheets with Phases and Codes

Robert,

Attached is my mark up of the timesheets, this time on the pages that include the job code.

As I had said, the SDC transition, Landscape coordination, VE exercise, Contractor (BWP) recommendation and Phasing codes have largely been utilized to log in my relevant hours. There are a few hours that preceded those codes and so I've marked them up, but they are negligible.

For client communications, as I said before, I flagged all phone calls since October 2018 and all work performed towards Decorator's/ Art Dealer's booklets. I am intentionally not highlighting the in-office meetings, thinking that these would most likely be warranted within a normal running job. All these hours added up amount to 406.5 hours.

Best,

Christina

**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018

T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Sent:** Thursday, January 30, 2020 4:56 PM
**To:** Andrew Schalk <aschalk@1100architect.com>; Fanichristina Papadopoulou <fpapadopoulou@1100architect.com>
**Subject:** Time sheets with Phases and Codes

Here's your timesheets back 18 months with the job Phase and Code so you can tell if a task was entered as an add service.

**ROBERT LIPSON**
SENIOR ASSOCIATE

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** Sarah Seeley <sseeley@1100architect.com>
**Sent:** Thursday, January 30, 2020 4:47 PM
**To:** Robert Lipson <rlipson@1100architect.com>
**Subject:** How are these?

**SARAH SEELEY**
ACCOUNTING MANAGER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect