# EXHIBIT 30

Message

| | |
|---|---|
| **From**: | Robert Lipson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F0022B64C8924CCA8157E060811FB694-RLIPSON] |
| **Sent**: | 7/30/2020 1:06:24 PM |
| **To**: | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp]; Susanne Milne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7746c35769534881b0e396eacd79ce76-smilne] |
| **Subject**: | Re: Highgate billing |

Anytime now is fine


**ROBERT LIPSON**
SENIOR ASSOCIATE

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • C 917 453 3374

WWW.1100ARCHITECT.COM


Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Thursday, July 30, 2020 7:42 AM
**To:** Robert Lipson <rlipson@1100architect.com>; Susanne Milne <smilne@1100architect.com>
**Subject:** Re: Highgate billing

Robert,
In order for me to complete my obligations I need more specific information than you are giving me.
Also what do you mean "much to my chagrin this line item was omitted"
Advise soonest when the three of us can talk live.


--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL

**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT - AIA NEW YORK

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Date:** Wednesday, July 29, 2020 at 11:12 PM

**To:** David Piscuskas <dp@1100architect.com>, Susanne Milne <smilne@1100architect.com>
**Subject:** Re: Highgate billing

David,

**Item 1 - Difference between 5/31 and 6/30 spreadsheets:**
- 19.7K June add services

These line items are now included in the 6/30 spreadsheet:
- 1.0K AV/Security
- 0.4K Landscape

These are adjustments made in Core to the months before June. I think they may be due to late modifications to timesheets, but I'm not 100% sure:
- 0.7K Regulatory Filing
- 3.1K Add Serve 2019-2020

Much to my chagrin this line item was accidentally omitted in the 5/31 spreadsheet:
- 8.0K Booklets

**Item 2 - Breakdown of June AddServ 2019-2020**
- 5.0K Stone / Gem
- 4.3K General VE / Budget Reconciliation
- 2.9K Boiler Bunker
- 1.5K Partitions / Doors
- 0.3K Underpinning

ROBERT LIPSON
SENIOR ASSOCIATE

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • C 917 453 3374

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Wednesday, July 29, 2020 8:35 PM
**To:** Robert Lipson <rlipson@1100architect.com>; Susanne Milne <smilne@1100architect.com>
**Subject:** Re: Highgate billing

The previous total of the predecessor document you prepared and forwarded to me was 332.8k.
It is attached.
You report below an add of 19.7k.

The sum of the two numbers above does not total 365k.
1. Please Advise
2. Revert with sub-categories for the additional amount – approx. 14k – in VE Add services as previously delivered.

--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL

**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT - AIA NEW YORK

---

**From:** Robert Lipson <rlipson@1100architect.com>
**Date:** Wednesday, July 29, 2020 at 8:30 PM
**To:** David Piscuskas <dp@1100architect.com>, Susanne Milne <smilne@1100architect.com>
**Subject:** Re: Highgate billing

David,

In June our add services totaled **$19,743**
- Add Serv 2019/2020 $14,081
- GC Recommendation $4,162
- Landscape $180
- Metal (Balthaup) $1,320

I am also attaching the updated Highgate Add Services By Year through 6/30
- Note that the Contractor Recommendation and Phasing line items are now shown over 2019 and 2020. Their totals are the same.
- In addition to the amount for the June add services, all the 2020 add service line items are now included.

**ROBERT LIPSON**
SENIOR ASSOCIATE

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • C 917 453 3374

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Wednesday, July 29, 2020 3:02 PM
**To:** Susanne Milne <smilne@1100architect.com>; Robert Lipson <rlipson@1100architect.com>
**Subject:** Re: Highgate billing

This document only went through May.
There were more add services in June.

1100APC0212762

I need to know what category they were and how many….and any other add services that were missed in the attached document.

My worksheet is so turned around w charges and credits….My belief is there were at least 21,398 in June, but this was read to me and I entered the figures. Would like a document that 'backs up' the June time.

--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL

**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT **-** AIA NEW YORK

---

**From:** Susanne Milne <smilne@1100architect.com>
**Date:** Wednesday, July 29, 2020 at 2:56 PM
**To:** David Piscuskas <dp@1100architect.com>, Robert Lipson <rlipson@1100architect.com>
**Subject:** RE: Highgate billing

David,

For clarity you need, for your issuance to Grippo, the attached document updated with the hours for June? Robert will compile this information.

Susanne

**SUSANNE MILNE** MAA
PRINCIPAL

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • D 212 967 0863

WWW.1100ARCHITECT.COM

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Wednesday, July 29, 2020 2:22 PM
**To:** Robert Lipson <rlipson@1100architect.com>
**Cc:** Susanne Milne <smilne@1100architect.com>
**Subject:** Highgate billing

Folks,
I am straightening up my documentation to Grippo.
The attached document highlights add services by year through May 31, 2020.
The second attachment is an itemization of invoices, including $43,992.50 of additional services on Jan 24, 2020.

My docs to Grippo are through close of Q2.

Please confirm add services, including categories through 06/30/2020.

(we touched on this previously….you may have already prepared a document that I cannot locate in my email. If so, please send.)

The point is I want to make sure I have appropriately captured add services, be they compensated or uncompensated, especially in the month of June.

--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL

**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT - AIA NEW YORK

1100APC0212764