# EXHIBIT 31

DataType: Chats

Source: Native Messages

Account: dp@1100architect.com

Name: +13392981217

Participants: +13392981217 Rich Roberts ; dp@1100architect.com David Piscuskas (owner)

From: +19178475081

To: +13392981217 Rich Roberts ; dp@1100architect.com David Piscuskas (owner)

Subject:

Time: 9/4/2020 12:52:28 AM(UTC+0)

Attachments:

Attachment Details:

Body: Prepare yourself

DataType: Chats

Source: Native Messages

Account: dp@1100architect.com

Name: +13392981217

Participants: +13392981217 Rich Roberts ; dp@1100architect.com David Piscuskas (owner)

From: +19178475081

To: +13392981217 Rich Roberts ; dp@1100architect.com David Piscuskas (owner)

Subject:

Time: 9/4/2020 12:54:44 AM(UTC+0)

Attachments:

Attachment Details:

Body: Rescinding offer