# EXHIBIT 32

DataType: Chats

Source: Native Messages

Account: dp@1100architect.com

Name: +16177339808

Participants: +16177339808 John Berylson ; dp@1100architect.com David Piscuskas (owner)

From: +16177339808 John Berylson

To: +19178475081 (owner) ; dp@1100architect.com David Piscuskas (owner)

Subject:

Time: 9/19/2020 2:04:05 PM(UTC+0)

Attachments:

Attachment Details:

Body: Look at wsj obit on Amy's dad. I thought we had agreed on deal. 18.5 to 21. 16 above. That is not what you expect?  Celeste is checking bills but at time u were a multiple of Paul's bill. That shouldn't be. I know I'll meet my obligations. I'm also told by others this a premium architect price. So what's the issue?

1100APC0205418