# EXHIBIT 34

| | |
|---|---|
| **From:** | John Berylson |
| **Sent:** | Tuesday, September 22, 2020 2:54 AM |
| **To:** | David Piscuskas; Jon Grippo; Rich Roberts; Celeste Oneill; Amy Berylson |
| **Subject:** | $ |
| **Categories:** | Highgate |

[1100 EXTERNAL]

Take Grippo's call tomorrow. I have asked him to get to the bottom of the $ issue. I am struggling to understand how your bill relates to our contract. Especially as it might lead to your next invoice which will clearly lead to an overall charge that exceeds my expectations of contract cost as it relates to your contract. Go through this with Jon. If you are accurate and I am convinced I will pay the appropriate amount. This is me giving you an opportunity to state and prove your case. Do not lose this chance. I am doing this for you. However in the end I will do what is right. Period. Any implication that I am trying to beat someone financially will go down poorly with me. Find someone in this world who feels this way.
On Amy. Well frankly of course there are 2 sides to every story. She is sad and upset. Of course she lost her temper. This process is stressing her out. I suspect you too. There have been no change orders. None. She doesn't want a shadow of what you and she envisioned. A dream is not supposed to turn into nite mare so quickly.
Finally I felt a bit patronized by you on politics. Which I did not bring up. The truth is I don't give a fuck whom it is you vote for. But it is pretty clear where the threats and violence are coming from. At some point the crazies from the south and Midwest will strike back. That's just great. It will make our current problems look like a feather weight fight. You bet I wish Amy would let me take everyone to Sweden.
John
Sent from my iPhone