# EXHIBIT 5

**From:** John Berylson
**Sent:** Tuesday, April 25, 2017 7:54 PM
**To:** David Piscuskas
**Subject:** Re: 38/44 Numbers

Ok

Sent from my iPad

On Apr 25, 2017, at 3:08 PM, David Piscuskas <dp@1100architect.com> wrote:

> John,
> We have a full slate – five – of budget cost appraisals for the project.
> Ready to review with you when you can.
> Friday?
>
> ---
> **DAVID PISCUSKAS** FAIA LEED AP
> FOUNDING PRINCIPAL
> **1100** ARCHITECT
> 475 TENTH AVENUE **NEW YORK** NY 10018
> T 212 645 1011 • F 212 645 4670 • M 917 847 5081
> WWW.1100ARCHITECT.COM
>
> **2017 PRESIDENT** AIA NEW YORK

1