# EXHIBIT 6

| House on Highgate Bid Comparison April 2017 | | | Based on 9/27/16 Pricing Package | | | Based on 11/21/16 Pricing Package | | | Based on 1/11/17 Pricing Package | | | Based on 1/19/17 Pricing Package | | | Based on 3/3/17 Pricing Package | | | Based on 3/3/17 Pricing Package | | | Average | | | Average (excluding CH Newton) | | | Average (excluding CH Newton & FH-Perry) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FH-Perry 10/13/2016 | | | Sea-Dar 12/22/2016 | | | Shawmut 2/1/2017 | | | Thoughtforms 2/14/2017 | | | CH Newton 3/23/2017 | | | FH-Perry 4/4/2017 | | | | | | | | | | | |
| | | | Cost Total | | Per SF | Cost Total | | Per SF | Cost Total | | Per SF | Cost Total | | Per SF | Cost Total | | Per SF | Cost Total | | Per SF | Cost Total | | Per SF | Cost Total | | Per SF | Cost Total | | Per SF |
| **Traditional Construction** | Existing Home | 5,540 SF | $ 2,704,250 | | 488 | $ 4,509,967 | | $ 814 | $ 1,073,401 | | $ 194 | $ 2,544,475 | | $ 459 | $ 2,409,182 | | $ 435 | $ 3,605,000 | | $ 651 | $ 2,828,405 | | $ 511 | $ 2,933,211 | | $ 529 | $ 2,709,281 | | $ 489 |
| | New Home | 1,700 SF | 1,319,625 | | 776 | | | | 2,179,545 | | 1,282 | 167,700 | | 99 | 1,348,867 | | 793 | 1,670,000 | | 982 | 1,073,222 | | 10,879 | 1,004,311 | | 591 | 782,415 | | 460 |
| | Total Home | 7,240 SF | 4,023,875 | | 556 | 4,509,967 | | 623 | 3,252,946 | | 449 | 2,712,175 | | 375 | 3,758,049 | | 519 | 5,275,000 | | 729 | 3,901,627 | | 539 | 3,937,522 | | 544 | 3,491,696 | | 482 |
| | Existing Basement | 1,495 SF | 327,313 | | 219 | | | | 85,873 | | 57 | 61,460 | | 41 | 210,049 | | 141 | 687,500 | | 460 | 208,976 | | 140 | 208,708 | | 140 | 52,304 | | 35 |
| | New Basement | 4,365 SF | 1,300,500 | | 298 | | | | 1,165,275 | | 267 | 542,165 | | 124 | 1,064,778 | | 244 | 1,640,000 | | 376 | 882,444 | | 202 | 836,860 | | 192 | 220,770 | | 51 |
| | Total Basement | 5,860 SF | 1,627,813 | | 278 | | | | 1,251,148 | | 214 | 603,625 | | 103 | 1,274,827 | | 218 | 2,327,500 | | 397 | 1,091,420 | | 10,596 | 1,045,568 | | 178 | 272,989 | | 47 |
| | **SUBTOTAL (Traditional)** | 13,100 SF | **5,651,688** | | **431** | **4,509,967** | | **344** | **4,504,094** | | **344** | **3,315,800** | | **253** | **5,032,876** | | **384** ← | **7,602,500** | | **580** | **4,993,047** | | **381** ← | **4,983,090** | | **380** | **3,764,685** | | **287** → |
| **Contemporary Construction** | Family Pavilion / Gem | 1,260 SF | 922,250 | | 732 | 1,409,689 | | 1,119 | 974,036 | | 773 | 1,832,780 | | 1,455 | 843,313 | | 669 | 1,062,500 | | 843 | 1,224,464 | | 972 | 1,319,751 | | 1,047 | 1,405,502 | | 1,115 |
| | Dining Pavilion | 1,690 SF | 1,339,313 | | 792 | 2,625,639 | | 1,554 | 1,784,400 | | 1,056 | 2,620,725 | | 1,551 | 887,469 | | 525 | 2,575,000 | | 1,524 | 2,098,647 | | 1,242 | 2,401,441 | | 1,421 | 2,343,588 | | 1,387 |
| | **SUBTOTAL (Contemporary)** | 2,950 SF | | | | **4,035,328** | | **1,368** | **2,758,436** | | **935** ← | **4,453,505** | | **1,510** | **1,730,781** | | **587** → | **3,637,500** | | **1,233** | **3,323,110** | | **1,126** → | **3,721,192** | | **1,261** | **3,749,090** | | **1,271** ← |
| **Additional Work & General Conditions** | Demolition / Site / Utilities | | | | | 626,008 | | | 1,481,445 | | | 541,500 | | | | | | | | | 529,791 | | | 662,238 | | | 882,984 | | |
| | MEPs Systems | | | | | 1,371,560 | | | 1,419,385 | | | 2,228,295 | | | | | | | | | 1,003,848 | | | 1,254,810 | | | 1,673,080 | | |
| | General Conditions / Profit / Fee / G.L. Insurance | | | | | 2,796,522 | | | 2,360,704 | | | 3,134,390 | | | 1,841,726 | | | | | | 2,026,668 | | | 2,072,904 | | | 2,763,872 | | |
| | Permits | | | | | 121,891 | | | 115,435 | | | 105,700 | | | | | | | | | 68,605 | | | 85,757 | | | 114,342 | | |
| | **TOTAL** | 16,050 SF | **$5,651,688** | | **$352** | **$13,461,276** | | **$ 839** | **$12,639,499** | | **$ 788** ← | **$13,779,190** | | **$ 859** | **$8,605,384** | | **$ 536** → | **$11,240,000** | | **$ 700** | **$11,945,070** | | **$ 744** → | **$12,779,991** | | **$ 796** | **$13,293,322** | | **$ 828** ← |
| **Landscape** | Landscaping | | $ | | | $ | | | $ 561,539 | | | $ 1,404,000 | | | $ | | | $ | | | $ 405,588 | | | $ 506,985 | | | $ 675,980 | | |
| | Tennis Court | | | | | 62,400 | | | 102,674 | | | | | | | | | | | | 73,400 | | | 91,750 | | | 122,333 | | |
| | **Landscaping Subtotal** | | | | | **264,325** | | | **664,213** | | | | | | | | | | | | **73,400** | | | **247,735** | | | **330,313** | | |
| | | | | | | **326,725** | | | | | | | | | | | | | | | | | | | | | | | |
| **Contingencies** | Design Contingency | | | | | 1,231,098 | | 10% | | | | | | | | | | | | | 246,220 | | | 307,775 | | | 410,366 | | |
| | Contractor's Contingency | | | | | 1,231,098 | | 10% | | | | 759,200 | | 5% | | | | | | | 398,060 | | | 497,575 | | | 663,433 | | |
| | **Contingency Subtotal** | | | | | **2,462,196** | | | | | | **759,200** | | | | | | | | | **644,279** | | | **805,349** | | | **1,073,799** | | |
| | **TOTAL (all of the above)** | 16,050 SF | **$5,651,688** | | **$352** | **$16,250,197** | | **$1,012** | **$13,303,712** | | **$ 829** | **$15,942,390** | | **$ 993** | **$ 8,605,384** | | **$ 536** | **$11,240,000** | | **$ 700** | **$13,066,337** | | **$ 814** | **$14,184,075** | | **$ 884** | **$15,165,433** | | **$ 945** |

See updated FH-Perry estimate (4/4/2017)

Sea-Dar Traditional Construction cost lumped as one sum (Total Home)

FH-Perry General Conditions have been incorporated into construction costs

1100APC0250230