# EXHIBIT 12

Message

| | |
|---|---|
| **From:** | Robert Lipson |
| **Sent:** | 9/5/2017 6:59:40 PM |
| **To:** | bob carlson [bob@silicapond.com] |
| **CC:** | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp]; Spencer Leaf [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=09efc056eadd4bf09250593f9a163dae-sleaf] |
| **Subject:** | RE: 38 Highgate Budget Estimates |
| **Attachments:** | 170905 Highgate GC Comparison Summary and Detailed Breakdown.xlsx |

Bob,

In addition to the Landscape and Site Construction breakdown I sent you on Friday here's the complete detailed spreadsheet comparing all three budget estimates.

### Tab 1 – Detailed Comparison
This shows the full breakdown of the apples-to-apples comparison between the three GCs. I have highlighted in yellow the anomalous line items that are either too high or too low, in my opinion. I focused mainly on the costs; We will want to double check for scope as well. Given much is still up in the air that is hard to do but there may be a few items that jump out at us.

The green highlighted cells represent items that needed to be relocated from other sections in order to make the comparison apples-to-apples. (This also allows me to keep track of the differences between what the contractors sent and the final spreadsheet.)

### Tab 2 – Summary Comparison
I have rejiggered the green highlighted-sections per the detailed breakdown so the summaries the contractors provided are a little different but the bottom lines are the same.

### Tab 3 – Landscape & Site Only
This is the partial spreadsheet sent on Friday to Garrett

**ROBERT LIPSON**
SENIOR PROJECT MANAGER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

**From:** bob carlson [mailto:bob@silicapond.com]
**Sent:** Friday, September 01, 2017 2:22 PM
**To:** Robert Lipson <rlipson@1100architect.com>; 'Garrett Newton' <garrett@reedhilderbrand.com>; Spencer Leaf <sleaf@1100architect.com>; David Piscuskas <dp@1100architect.com>
**Cc:** Chris Moyles <chris@reedhilderbrand.com>; Gary Hilderbrand <gary@reedhilderbrand.com>; Daniel Widis <Daniel@reedhilderbrand.com>
**Subject:** Re: 38 Highgate Budget

Regarding general contractor OH&P on landscape: we try to limit this to 50% of the normal GC OH&P on the building portion of the project. For example at 39 Highgate TFC gets 14% on building trades and 7% on the landscape sub contractor.

Bob Carlson

Robert Lipson Bob CarlsonOn 9/1/17, 12:23 PM, "Robert Lipson" <rlipson@1100architect.com> wrote:

> Garrett,
>
> As requested, attached is the detailed breakdown and comparison of the Site & Landscape estimates from the three contractors.
>
> A few notes:
>
> 1. The costs highlighted in yellow are ones I have flagged as potentially too high or too low.
> 2. Sea-Dar's breakdown was typically more thorough. In the 'notes' column I have indicated line items in Shawmut's and CH Newton's estimate which need to be confirmed as included or excluded.
> 3. Sea-Dar's specifically broke down the fees, insurance, and OH&P associated with their **Landscape** estimate.   All other below-the- line costs are approximate extrapolations based on each section's percent of the overall cost.
>
>
> Have a great weekend,
>
>
> **ROBERT LIPSON**
> SENIOR PROJECT MANAGER
>
> **1100** ARCHITECT
> 475 TENTH AVENUE **NEW YORK** NY 10018
> T 212 645 1011 • F 212 645 4670
>
> WWW.1100ARCHITECT.COM <http://www.1100architect.com/>
>
>
> Connect with us on Facebook and Twitter:
> http://www.facebook.com/1100architect <http://www.facebook.com/1100architect>
> http://twitter.com/1100architect <http://twitter.com/1100architect>
>
>
> **From:** Garrett Newton [mailto:garrett@reedhilderbrand.com]
> **Sent:** Thursday, August 24, 2017 11:26 AM
> **To:** Spencer Leaf <sleaf@1100architect.com>; David Piscuskas <dp@1100architect.com>; Robert Lipson <rlipson@1100architect.com>
> **Cc:** bob carlson <bob@silicapond.com>; Chris Moyles <chris@reedhilderbrand.com>; Gary Hilderbrand <gary@reedhilderbrand.com>; Daniel Widis <Daniel@reedhilderbrand.com>
> **Subject:** 38 Highgate Budget
>
> Spencer, David, and Robert,
> We understand the budget numbers for the project have come back from the bidding GC's.  Please share once you have compiled.  We wish to review the landscape / site work bids prior to any communication of the budget to Amy.
>
> Spencer, hope you're able to some sleep at night with the new addition!

Best wishes,
Garrett

**Garrett C Newton**
Associate

617 972 7924

Reed Hilderbrand LLC
Landscape Architecture
130 Bishop Allen Drive
Cambridge, MA  02139

www.reedhilderbrand.com <http://www.reedhilderbrand.com/>

1100APC2016662

# 38 Highgate Budget Estimate

Estimates Received 8/16/2017

16,050 Square Feet

| House Trade Costs | Schedule Duration | Shawmut 30.5 Months | | CH Newton 24 Months | | Sea-Dar 30 Months | |
|---|---|---|---|---|---|---|---|
| **010000 General Requirements** | | **$ 3,241,412** | | **$ 1,240,788** | | **$ 1,995,550** | Details show 1,945,550 |
| 010000 Preconstruction Services | | $ 104,910 | | $ - | Confirm Included | $ - | Confirm Included |
| 010000 General Requirements/Super/Allowance | | $ 3,000,000 | Too High, Need Detail | $ - | | $ - | |
| 013000 Cleaning | | $ 30,000 | | $ 9,750 | | $ 32,000 | Details in Carp 06120 |
| 013000 Surveying / Benchmark | | $ - | Confirm Included | $ - | Confirm Included | $ - | By Owner |
| 014000 Temp Utility Charges | Excluded | | By Owner | $ 27,000 | Not in others | Excluded | By Owner |
| 017000 Safety /OSHA Compliance | | $ - | Confirm Included | $ 4,500 | | $ 8,500 | |
| 019000 Weather / Winter Conditions Allowance | | $ - | Confirm Included | $ 9,500 | | $ 15,000 | |
| 019250 Phasing Costs - Multiple Mobilzatons, etc | | $ 30,502 | | $ 136,080 | | $ 100,000 | |
| 100000 Phasing Costs - Separate/Secure in Const | | $ 76,000 | | In Phasing Above | | $ 50,000 | Details in Site 02820 |
| 010000 As-Builts / Site Engineering | | $ - | Confirm Included | $ 10,000 | | $ - | Confirm Included |
| 010000 Security Gate / Construction Fence | | $ - | Confirm Included | $ 5,020 | | $ 2,450 | Details in Site 02820 |
| 010000 Security Guard or Automated Security Sy | | $ - | Confirm Incl / Exc | $ - | Confirm Incl / Exc | Excluded | |
| 010000 Building Permit | In Fees / OH&P | | | In Fees / OH&P | Moved to Match Other | In Fees / OH&P | |
| 010000 Dumpster / Rubbish Removal | | $ - | Confirm Included | $ 27,000 | | $ 26,250 | Details in Demo 02075 |
| 010000 Equipment Lull | | $ - | Confirm Included | $ 18,000 | | $ 11,200 | Deteails in Carp 06120 |
| 010000 Mobilization | | $ - | Confirm Included | $ 10,000 | | $ - | Confirm Included |
| 010000 Site Trailer | | $ - | Confirm Included | $ 7,438 | | $ 12,000 | Details in Site 02820 |
| 010000 Temp Sanitary Facilities | | $ - | Confirm Included | $ 5,400 | | $ 9,750 | Details in Demo 02075 |
| 010000 Proj Executive | | $ - | Confirm Included | $ - | Confirm Not Req'd | $ 140,400 | |
| 010000 Project Manager - Full Time | | $ - | Confirm Included | $ 298,800 | 24 Months, Others 30 | $ 442,000 | |
| 010000 Asst Project Manager | | $ - | Confirm Included | $ 249,000 | 24 Months, Others 30 | $ 312,000 | |
| 010000 Site Super / Master Builder - Full Time | | $ - | Confirm Included | $ 282,200 | 24 Months, Others 30 | $ 442,000 | |
| 010000 Asst Site Super | | $ - | Confirm Included | $ 141,100 | 24 Months, Others 30 | $ 312,000 | |
| 010000 Staff Escalation | | $ - | Confirm Included | $ - | Confirm Included | $ 80,000 | |
| **030000 Concrete** | | **$ 304,069** | | **$ 2,308,219** | Too High? | **$ 292,940** | |
| 033000 Concrete | | $ 304,069 | Too Low? | $ - | | $ - | |
| 033000 3" Rigid Insulation | | $ - | | $ 14,299 | | $ - | |
| 033000 4" Structural Concrete Slabs | | $ - | | $ 50,319 | | $ - | |
| 033000 S200SF 2' Thick Mat Slab | | $ - | | $ 2,231,600 | Too High? Need Detail | $ - | |
| 033000 Labor for Footings & Foundation Walls | | $ - | | $ 12,000 | | $ - | |
| 033000 Ex'g Home & Basem't - Structure / Envelc | | $ - | | $ - | | $ 218,161 | Too Low? |
| 033000 Dining Pavilion - Structure / Envelope | | $ - | | $ - | | $ 52,165 | Too Low? |
| 033000 Retaining Wall / Garage - Structure / Env | | $ - | | $ - | | $ 22,614 | Too Low? |
| **040000 Masonry** | | **$ 1,680,811** | | **$ 300,000** | | **$ 1,316,550** | |
| 042000 Façade & Chimney Brick | | $ 112,211 | | $ 45,000 | | $ 88,550 | |
| 044000 Custom Marble Brick / Panels | | $ 1,568,600 | Too High? Need Detail | $ 245,000 | Too Low? Need Details | $ 1,218,000 | Allowance |
| 044000 Shop Drawings & Mock-ups | | $ - | Confirm Included | $ 10,000 | | $ 10,000 | |
| **050000 Structural Steel** | | **$ 219,604** | | **$ 292,625** | | **$ 301,420** | |
| 051000 Structural Steel | | $ 219,604 | Too Low? Need Details | $ 277,625 | | $ - | |
| 051000 Site Welding | | $ - | Confirm Included | $ 15,000 | Allowance | $ - | Confirm Included |
| 051100 Structure - Existing House | | $ - | | $ - | | $ 50,600 | |
| 051100 Structure - Gem | | $ - | | $ - | | $ 113,000 | |
| 051100 Structure - Dining Pavilion | | $ - | | $ - | | $ 137,820 | |
| **050000 Ornamental Metal** | | **$ -** | | **$ 57,300** | | **$ 49,500** | |
| 057000 Gutter Linings & Downspouts | In Roofing | | | $ 39,300 | | $ 49,500 | |
| 057000 HVAC Grilles & Returns | | $ - | Confirm Included | $ 18,000 | | $ - | Confirm Included |

| Code / Item | Col A | Col B | Col C | Col D | Col E | Col F | Col G |
|---|---|---|---|---|---|---|---|
| **060000 Wood & Plastics** | | $1,754,219 | | | $2,494,770 | | $1,805,092 |
| 061100 Exterior Trim | | | $76,625 | Too Low? | | $216,634 | Too High? Need Details | | In Ext Finish Carpentry |
| 061100 Wood Siding | In Exterior Trim | | | | $71,056 | | $66,850 | Details in Siding 074550 |
| 061100 Rough Carpentry - Existing House | $265,405 | | | | $772,375 | Too High? Need Details | 559,054 | |
| 061100 Underpinning (Trade Clarification 6) | $95,000 | | 95K in 02250 & 06110? | | | | | |
| 061100 Rough Carpentry - Gem | In Ex'g House | | | Confirm Included | In Ex'g House | Confirm Included | $125,000 | |
| 061100 Rough Carpentry - Dining Pavilion | In Ex'g House | | | Confirm Included | In Ex'g House | Confirm Included | $32,400 | |
| 061650 Exterior Finish Carpentry - Existing House | In Millwork | | | | In Trim and Siding | Confirm Included | $50,013 | |
| 061650 Exterior Finish Carpentry - Gem | In Millwork | | | | In Trim and Siding | Confirm Included | $185 | |
| 061650 Exterior Finish Carpentry - Dining Pavilion | In Millwork | | | | In Trim and Siding | Confirm Included | Assumed None | |
| 062000 Interior Finish Carpentry L&M - Ex'g House | In Millwork | | | Confirm Included | In Millwork | Confirm Included | $125,188 | |
| 062000 Interior Finish Carpentry L&M - Gem | In Millwork | | | Confirm Included | In Millwork | Confirm Included | $13,062 | |
| 062000 Interior Finish Carpentry L&M - Dining Pav | In Millwork | | | Confirm Included | In Millwork | Confirm Included | $12,040 | |
| 062000 Interior Finish Mock-Ups | In Millwork | | | Confirm Included | | | $ - | Confirm Included |
| 064000 Architectural Millwork | | | $1,317,189 | Allowance | $15,000 | | $ - | |
| 064000 Architectural Millwork - 3 Stairs | In Millwork | | | Confirm Included | $1,119,705 | | $ - | |
| 064000 Architectural Millwork - Existing House | | | | $ - | Confirm Included | $300,000 | | $634,700 | |
| 064000 Architectural Millwork - Gem | | | | $ - | Confirm Included | | $ - | Confirm Included | $44,400 | |
| 064000 Architectural Millwork - Dining Pavilion | | | | $ - | Confirm Included | | $ - | Confirm Included | $142,200 | |
| **070000 Thermal and Moisture Protection** | | $188,854 | | | $525,790 | | $615,443 |
| 071000 Waterproofing | | | $81,228 | Too Low? Need Details | $195,000 | | $55,425 | |
| 079000 Caulking | | | | $ - | Confirm Included | | $ - | Confirm Included | $22,000 | |
| 072000 Thermal Protection / Insulation | In Drywall | | | Confirm Included | $135,365 | | $131,305 | |
| 073000 Roofing - Existing House (Traditional) | | | $81,976 | Too Low? Need Details | $149,375 | | $159,050 | |
| 074400 Roofing - Existing House (Metal Standing) | | | | $ - | Confirm Included | | $ - | Confirm Included | $29,250 | |
| 075000 Roofing - Gem | In Waterp'fing | | | | | $ - | Confirm Included | $45,000 | |
| 075000 Roofing - Dining Pavilion | | | $20,400 | | $31,050 | | $11,813 | |
| 074500 Metal Panels | | | | $ - | Confirm Included | | $ - | Confirm Included | $23,375 | |
| 076000 Flashing & Sheet Metal | | | $5,250 | | $15,000 | | $77,975 | |
| 077000 Roof Specialties - Pavers & Gutters | | | | $ - | Confirm Included | | $ - | Confirm Included | $60,250 | |
| **080000 Doors & Windows** | | $2,788,883 | | | $2,591,126 | | $2,481,175 |
| 082000 Wood Doors | | | $45,600 | | | | $50,800 | |
| 082000 Wood Doors - Swinging | | | | $ - | Confirm Quantity | $58,240 | | $ - | Confirm Quantity |
| 082000 Wood Doors - Sliding | | | | $ - | Confirm Quantity | $14,760 | | $ - | Confirm Quantity |
| 083500 Hardware | In Doors | | | | $16,170 | | $86,000 | |
| 083500 Sliding and Roll-up Garage Doors | | | $38,000 | | $20,000 | 2 Garage Doors | $51,000 | |
| 085000 Wood Frame Windows and Exterior Doors | | | $360,291 | | | | $200,650 | |
| 085000 Exterior Doors | | | | $ - | Confirm Included | $42,950 | (3) Custom Mahogany | | Confirm Included |
| 085000 Front Entry Door | | | | $ - | Confirm Included | $15,440 | (1) Custom Mahogany | | Confirm Included |
| 085000 Custom Exterior Doors & Windows | | | | $ - | Confirm Included | $282,509 | South Shore Millwork | | Confirm Included |
| 085500 Aluminum Frame Fixed, Sliding, & Tilt/Tu | | | $279,500 | | $177,231 | (3) Custom Vitrocsa | $181,500 | Custom Vitrocsa |
| 084000 Structural Glazing | | | $2,065,492 | | $1,705,866 | | $1,692,225 | |
| 088000 Glazing - Mirrors (Shower Encl in Specialt | | | | $ - | Confirm Included | | $ - | Confirm Included | $46,000 | |
| 088000 Skylights (3) Total | In Struct Glazing | | | | $257,960 | | $173,000 | Details in Roof 07780 |

| | | | | |
|---|---|---|---|---|
| **090000 Finishes** | **$ 1,024,440** | | **$ 1,111,270** | **$ 1,861,245** |
| 092000 Drywall | $ 497,310 | | $ 234,000 Too Low? | $ 479,325 |
| 092000 Plaster (GFRG for Gem) | $ 37,500 | Allowance Too Low? | $ 79,570 Too Low? | $ 386,000 Too High? |
| 093000 Tile / Stone | $ 205,097 | Allowance Too Low? | $ - | $ - |
| 093000 Tile / Stone - Material | | $ - Confirm Included | $ 56,100 Too Low? | $ 185,725 Too High? |
| 093000 Tile / Stone - Installation | | $ - Confirm Included | $ 82,240 Too Low? | $ 130,290 |
| 093000 Tile / Stone Sub Floor - Material | | $ - Confirm Included | $ 8,510 Too Low? | $ - Confirm Included |
| 093000 Tile / Stone Sub Floor - Installation | | $ - Confirm Included | $ 16,850 Too Low? | $ - Confirm Included |
| 096000 Wood Flooring | $ 222,183 | Allowance | $ - | $ - |
| 096000 Wood Flooring - Ex'g House, Three Floors | $ - | | $ 252,000 3/4" Q & Rift White Oak | $ 235,430 3/4" Flat Sawn White Oak |
| 096000 Wood Flooring - Gem | | $ - Confirm Included | $ - Confirm Included | $ 47,600 3/4" Flat Sawn White Oak |
| 096000 Wood Flooring - Dining Pavilion | | $ - Confirm Included | $ - Confirm Included | $ 61,950 3/4" Flat Sawn White Oak |
| 096000 Rubber Floor - Exercise Room | | $ - Confirm Included | $ 7,000 Pads for Exercise Room | $ - Confirm Included |
| 099000 Painting | $ 62,350 | Too Low? | $ - | $ - |
| 099000 Exterior Painting | | $ - Confirm Included | $ 125,000 | $ 30,000 |
| 099000 Interior Painting | | $ - Confirm Included | $ 250,000 | $ 304,925 |
| **100000 Specialties** | **$ 2,400** | | **$ 15,900** | **$ 44,350** |
| 108000 Bath Accessories | $ 2,400 | Too Low? | $ 4,400 By Owner, Install Only | $ 10,850 Allowance |
| 108000 Bath Accessories - Shower Door / Enclosu | | $ - Confirm Included | $ 11,500 | $ 33,500 Details in Glazing 08810 |
| 108000 Window Treatments | Excluded | By Owner | $ - Confirm Incl / Exc | Excluded By Owner |
| **110000 Equipment** | **$ 106,766** | | **$ 79,400** | **$ 107,000** |
| 114500 Appliances | $ 106,766 | Allowance | $ 79,400 | $ 102,500 |
| 114750 Fireplaces | | $ - Confirm Included | $ - Confirm Included | $ 4,500 |
| **130000 Special Construction** | **$ -** | | **$ -** | **$ 25,000** |
| 130400 Sauna | | $ - Confirm Included | $ - Confirm Included | $ 25,000 |
| **140000 Conveying Equipment** | **$ 85,000** | | **$ 34,051** | **$ 90,000** |
| 142000 Elevator | $ 85,000 | | $ 34,051 | $ 90,000 |
| 144000 Vehicle Lifts | Excluded | | Excluded | Excluded |
| **220000 Plumbing** | **$ 198,276** | | **$ 385,000** | **$ 289,075** |
| 220000 Rough & Finish Plumbing | | $ - Confirm Included | $ 335,000 | $ 221,125 |
| 220000 Plumbing Fixtures | $ 198,276 | Allowance | $ 50,000 | $ 67,950 Allowance |
| **230000 Mechanical** | **$ 858,436** | | **$ 920,000** | **$ 733,188** |
| 230000 Mechanical | $ 858,436 | | $ 875,000 | $ 616,938 Allowance Too Low? |
| 230000 Snow Melt | In Mechanical | | $ 45,000 | Excluded |
| 230000 Radiant Floor Heating | In Mechanical | | In Mechanical | $ 116,250 |
| **260000 Electrical System** | **$ 526,570** | | **$ 896,390** | **$ 747,675** |
| 161000 Electrical | $ 346,970 | Allowance Too Low? | $ 537,640 | $ 464,775 |
| 161500 Emergency Generator | $ 25,000 | Allowance Too Low? | $ 88,750 Allowance | $ 85,000 Allowance |
| 165000 Lighting | $ 98,350 | Allowance Too Low? | $ 250,000 Allowance to Low? | $ 155,400 Allowance Too Low? |
| 167000 Security | $ 56,250 | Allowance | $ 20,000 Allowance | $ 25,000 Allowance |
| 168000 Low Voltage Wiring - Voice / Data / CATV | | $ - Confirm Included | $ - Confirm Included | $ 17,500 Allowance |
| **330000 Utilities** | **$ 87,250** | | **$ 35,500** | **$ 67,125** |
| 330000 Additional Sewer Connection | $ 24,750 | | $ - Confirm Included | $ 54,000 |
| 330000 Upgrade Domestic Water | $ 27,500 | | $ - Confirm Included | $ 7,000 |
| 330000 Upgrade Electrical | $ 35,000 | | $ 35,500 | $ 6,125 |
| **Subtotal House Trade Costs** | **$ 13,066,990** | | **$ 13,288,128** | **$ 12,822,328** |

| Site Construction Costs | Shawmut | | CH Newton | | Sea-Dar | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **020000 Site Construction** | | | | | | | | | |
| 024100 **Demolition** | | | $ 85,000 | Too Low? Need Details | $ - | | | | |
| 024100 Demolition of 44 | $ 927,541 | Too High? Need Detail | Included in Earthwork | Provide Breakdown | Excluded | | | | |
| 020250 Pre-Demo for Phasing | Excluded | | $ - | Confirm Included | $ 9,600 | For Salvaged Items in 44 | | | |
| 020520 Interior Demo | $ - | Confirm Included | Included in Demo | | $ 47,175 | | | | |
| 020540 Exterior Demo | $ - | Confirm Included | $ - | Confirm Included | $ 34,750 | | | | |
| 020550 Structural Demo | $ - | Confirm Included | $ - | Confirm Included | $ 12,660 | | | | |
| 020700 Shoring / Bracing | $ - | Confirm Included | Included in Demo | | $ 10,000 | | | | |
| 021000 **Earthwork / Site Work & Excavation** | $ 435,712 | In Rough Carp | $ 435,000 | Demo of 44 included | $ 304,045 | | | | |
| 021150 Ledge Removal Allowance | $ - | Confirm Included | $ - | Confirm Included | $ 177,050 | Allowance | shawmut | $ 14,525,243 | 0.10039 |
| 022500 Underpinning (Trade Clarification 6) | $ 95,000 | 95K in 02250 & 06110 | $ - | Confirm Included | $ 115,000 | Allowance | | | |
| 025050 Site Drainage | $ - | Confirm Included | $ - | Confirm Included | $ 40,000 | | ch newton | $ 13,808,128 | 0.03766 |
| 028200 Radon Vent | $ - | Confirm Included | $ - | Confirm Included | $ 2,500 | | | | |
| 028200 Site Surveying / Benchmark | $ - | Confirm Incl / Exc | $ - | Confirm Incl / Exc | $ 10,000 | Excl in Gen Cond Details? | | | |
| 280000 Hazardous Materials | Excluded | | $ - | Confirm Incl / Exc | Excluded | | seadar | $ 13,585,108 | 0.05615 |
| **Subtotal Site Construction Costs** | **$ 1,458,253** | | **$ 520,000** | | **$ 762,780** | | | | |

| Fees, Overhead & Profit | Shawmut | | CH Newton | | Sea-Dar | |
|---|---|---|---|---|---|---|
| **000000 Fees, Overhead & Profit** | | | | | | |
| 000000 Permits | $ 145,190 | Too High? | $ 70,000 | | $ 81,511 | |
| 000000 General Liability Insurance | $ 508,163 | Too High? | In OH&P | Need Breakdown | $ 229,599 | Too Low? |
| 000000 Builder's Risk Insurance | $ 108,893 | | In OH&P | Included or By Owner | $ - | By Owner |
| 000000 Contractor Contingency | $ - | Confirm Included | $ - | Confirm Included | $ 683,331 | 5% Trade + Site Costs |
| 000000 Performance Bonds | Excluded | | $ - | Confirm Excluded | Excluded | |
| 000000 Overhead & Profit | $ 1,451,713 | 10% of Trade+Site Co | $ 2,220,500 | 16% of All Costs | $ 874,773 | 6% of Trade+Site Costs |
| **Subtotal Fees, Overhead, and Pro** | **$ 2,213,959** | | **$ 2,290,500** | | **$ 1,869,214** | |

| **GRAND TOTAL HOUSE & SITE COS** | **$ 16,739,202** | | **$ 16,098,628** | | **$ 15,454,322** | |

| Landscape Costs | Shawmut | | CH Newton | | Sea-Dar | |
|---|---|---|---|---|---|---|
| **020000 Landscape** | | | | | | |
| 023000 Landscape | $ 3,306,337 | | $ 2,914,583 | | $ 3,167,072 | |
| 024000 Tennis Court | $ 93,043 | | $ 95,300 | | $ 95,300 | |
| **Subtotal Landscape Trade Costs** | **$ 3,399,380** | | **$ 3,009,883** | | **$ 3,262,372** | |
| 000000 Landscape Permits | $ 34,057 | | $ - | In House Fees | $ 19,574 | |
| 000000 Landscape General Liability Insurance | $ 119,199 | | In OH&P | Need Breakdown | $ 53,824 | |
| 000000 Landscape Builder's Risk Insurance | $ 25,543 | | In OH&P | Included or By Owner | $ - | By Owner |
| 000000 Landscape Contractor Contingency | $ - | Confirm Included | $ - | Confirm Included | $ 82,049 | 2.50% |
| 000000 Performance Bonds | Excluded | | $ - | Confirm Excluded | Excluded | |
| 000000 Landscape Overhead & Fee | $ 340,525 | 10% Land Costs, High | $ 481,581 | 16% Land Costs, High | $ 102,535 | 3% Land Costs, Low? |
| **Subtotal Landscape Fees, OH&P** | **$ 519,323** | | **$ 481,581** | | **$ 257,982** | |
| **TOTAL LANDSCAPE COSTS** | **$ 3,918,703** | | **$ 3,491,464** | | **$ 3,520,354** | |

| **GRAND TOTAL ALL COSTS** | **$ 20,657,905** | | **$ 19,590,092** | | **$ 18,974,676** | |

**38 Highgate Budget Estimate**

Estimates Received 8/16/2017

16,050 Square Feet

| Schedule Duration | Shawmut 30.5 Months | | CH Newton 24 Months | | Sea-Dar 30 Months | |
|---|---|---|---|---|---|---|
| **House Trade Costs** | | | | | | |
| 010000 Preconstruction | $ 104,910 | $ 6.54 | In Gen Conditions | | In Gen Conditions | |
| 010000 General Conditions | $ 3,000,000 | $ 186.92 | $ 1,094,957 | $ 68.22 | $ 1,845,550 | $ 114.99 |
| 019250 Phasing | $ 106,502 | $ 6.64 | $ 136,080 | $ 8.48 | $ 150,000 | $ 9.35 |
| 013000 Final Cleaning | $ 30,000 | $ 1.87 | $ 9,750 | $ 0.61 | In Gen Conditions | |
| 033000 Concrete | $ 304,069 | $ 18.95 | $ 2,308,219 | $ 143.81 | $ 292,940 | $ 18.25 |
| 042000 Masonry / Brick | $ 112,211 | $ 6.99 | $ 45,000 | $ 2.80 | $ 98,550 | $ 6.14 |
| 044000 Stone | $ 1,568,600 | $ 97.73 | $ 255,000 | $ 15.89 | $ 1,218,000 | $ 75.89 |
| 051000 Structural Steel | $ 219,604 | $ 13.68 | $ 292,625 | $ 18.23 | $ 301,420 | $ 18.78 |
| 053000 Ornamental Metal | In Roofing | | $ 57,300 | $ 3.57 | $ 49,500 | $ 3.08 |
| 060000 Exterior Trim | $ - | $ - | $ 216,634 | $ 13.50 | $ - | $ - |
| 060000 Wood Siding | $ - | $ - | $ 71,056 | $ 4.43 | $ 66,850 | $ 4.17 |
| 061000 Rough Carpentry | $ 437,030 | $ 27.23 | $ 787,375 | $ 49.06 | $ 766,652 | $ 47.77 |
| 064000 Millwork | $ 1,317,189 | $ 82.07 | $ 1,419,705 | $ 88.46 | $ 971,590 | $ 60.54 |
| 071000 Waterproofing | $ 81,228 | $ 5.06 | $ 195,000 | $ 12.15 | $ 77,425 | $ 4.82 |
| 072000 Insulation | In Drywall | | $ 135,365 | $ 8.43 | $ 131,305 | $ 8.18 |
| 074000 Roofing Traditional | $ 81,976 | $ 5.11 | $ 149,375 | $ 9.31 | $ 188,300 | $ 11.73 |
| 074000 Roofing Pavillons | $ 20,400 | $ 1.27 | $ 31,050 | $ 1.93 | $ 56,813 | $ 3.54 |
| 074100 Metal Panels | $ - | $ - | $ - | $ - | $ 23,375 | $ 1.46 |
| 075000 Flashings & Sheetmetal | $ 5,250 | $ 0.33 | $ 15,000 | $ 0.93 | $ 138,225 | $ 8.61 |
| 082000 Wood Doors | $ 45,600 | $ 2.84 | $ 73,000 | $ 4.55 | $ 50,800 | $ 3.17 |
| 083500 Hardware | In Wood Doors | | $ 16,170 | $ 1.01 | $ 86,000 | $ 5.36 |
| 083600 Sliding & Roll Up Garage Doors | $ 38,000 | $ 2.37 | $ 20,000 | $ 1.25 | $ 51,000 | $ 3.18 |
| 085000 Wood Frame Windows & Ext Door | $ 360,291 | $ 22.45 | $ 340,899 | $ 21.24 | $ 200,650 | $ 12.50 |
| 085000 Aluminum Framed-fixed, sliding | $ 279,500 | $ 17.41 | $ 177,231 | $ 11.04 | $ 181,500 | $ 11.31 |
| 084000 Structural Glazing | $ 2,065,492 | $ 128.69 | $ 1,705,866 | $ 106.28 | $ 1,692,225 | $ 105.43 |
| 088000 Skylights | In Glazing | | $ 257,960 | $ 16.07 | $ 219,000 | $ 13.64 |
| 092000 Drywall | $ 534,810 | $ 33.32 | $ 313,570 | $ 19.54 | $ 865,325 | $ 53.91 |
| 093000 Tile / Stone | $ 205,097 | $ 12.78 | $ 163,700 | $ 10.20 | $ 316,015 | $ 19.69 |
| 096000 Wood Flooring | $ 222,183 | $ 13.84 | $ 259,000 | $ 16.14 | $ 344,980 | $ 21.49 |
| 099000 Painting | $ 62,350 | $ 3.88 | $ 375,000 | $ 23.36 | $ 334,925 | $ 20.87 |
| 100000 Specialties - Bath Accessories | $ 2,400 | $ 0.15 | $ 15,900 | $ 0.99 | $ 44,350 | $ 2.76 |
| 110000 Equipment | $ 106,766 | $ 6.65 | $ 79,400 | $ 4.95 | $ 107,000 | $ 6.67 |
| 130000 Sauna | $ - | $ - | $ - | $ - | $ 25,000 | $ 1.56 |
| 142000 Elevator | $ 85,000 | $ 5.30 | $ 34,051 | $ 2.12 | $ 90,000 | $ 5.61 |
| 220000 Rough & Finish Plumbing | $ 198,276 | $ 12.35 | $ 335,000 | $ 20.87 | $ 221,125 | $ 13.78 |
| 220000 Plumbing Fixtures | In R&F Plumbing | | $ 50,000 | $ 3.12 | $ 67,950 | $ 4.23 |
| 230000 HVAC | $ 858,436 | $ 53.49 | $ 920,000 | $ 57.32 | $ 733,188 | $ 45.68 |
| 260000 Electric | $ 346,970 | $ 21.62 | $ 537,640 | $ 33.50 | $ 464,775 | $ 28.96 |
| 260000 Emergency Generator | $ 25,000 | $ 1.56 | $ 88,750 | $ 5.53 | $ 85,000 | $ 5.30 |
| 265000 Lighting | $ 98,350 | $ 6.13 | $ 250,000 | $ 15.58 | $ 155,400 | $ 9.68 |
| 270000 Security | In Tel / Data | | $ 20,000 | $ 1.25 | $ 25,000 | $ 1.56 |
| 270000 Tel / Data | $ 56,250 | $ 3.50 | $ - | $ - | $ 17,500 | $ 1.09 |
| 330000 Additional Sewer Connection | $ 24,750 | $ 1.54 | $ - | $ - | $ 54,000 | $ 3.36 |
| 330000 Upgrade Domestic Water | $ 27,500 | $ 1.71 | $ - | $ - | $ 7,000 | $ 0.44 |
| 330000 Upgrade Electrical | $ 35,000 | $ 2.18 | $ 35,500 | $ 2.21 | $ 6,125 | $ 0.38 |
| **Subtotal House Trade Costs** | **$ 13,066,990** | **$ 814.14** | **$ 13,288,128** | **$ 827.92** | **$ 12,822,328** | **$ 798.90** |
| **Site Construction Costs** | | | | | | |
| 020000 Demolition | $ 1,022,541 | $ 63.71 | $ 85,000 | $ 5.30 | $ 114,185 | |
| 020000 Earthwork | $ 435,712 | $ 27.15 | $ 435,000 | $ 27.10 | $ 648,595 | |
| **Subtotal Site Construction** | **$ 1,458,253** | **$ 90.86** | **$ 520,000** | **$ 32.40** | **$ 762,780** | **$ 47.53** |
| **Fees / OH&P** | | | | | | |
| Permits | $ 145,190 | $ 9.05 | $ 70,000 | $ 4.36 | $ 81,511 | $ 5.08 |
| Insurance | $ 617,056 | $ 38.45 | In OH&P | | $ 229,599 | $ 14.31 |
| OH&P | $ 1,451,713 | $ 90.45 | $ 2,220,500 | $ 138.35 | $ 874,773 | $ 54.50 |
| Construction Contingency | $ - | | | | $ 683,331 | |
| **Subtotal Fees / OH&P** | **$ 2,213,959** | **$ 137.94** | **$ 2,290,500** | **$ 142.71** | **$ 1,869,214** | **$ 116.46** |
| **GRAND TOTAL TRADES & SITE** | **$ 16,739,202** | **$ 1,042.94** | **$ 16,098,628** | **$ 1,003.03** | **$ 15,454,322** | **$ 962.89** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Landscape Costs** | | | | | | |
| 020000 Landscape | $ 3,306,337 | $ 206.00 | $ 2,914,583 | $ 181.59 | $ 3,167,072 | $ 197.33 |
| 020000 Tennis Court | $ 93,043 | $ 5.80 | $ 95,300 | $ 5.94 | $ 95,300 | $ 5.94 |
| **Subtotal Landscape Costs** | **$ 3,399,380** | **$ 211.80** | **$ 3,009,883** | **$ 187.53** | **$ 3,262,372** | **$ 203.26** |
| **Landscape Fees** | | | | | | |
| Permits, Insurance, OH&P | $ 519,323 | $ 32.36 | $ 481,581 | $ 30.01 | $ 175,933 | $ 10.96 |
| Construction Contingency | $ - | | $ - | | $ 82,049 | |
| **Subtotal Landscape Fees** | **$ 519,323** | **$ 32.36** | **$ 481,581** | **$ 30.01** | **$ 257,982** | **$ 16.07** |
| **GRAND TOTAL LANDSCAPE** | **$ 3,918,703** | **$ 244.16** | **$ 3,491,464** | **$ 217.54** | **$ 3,520,354** | **$ 219.34** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **GRAND TOTAL ALL COSTS** | **$ 20,657,905** | **$ 1,287.10** | **$ 19,590,092** | **$ 1,220.57** | **$ 18,974,676** | **$ 1,182.22** |

**38 Highgate Budget Estimate**
Estimates Received 8/16/2017

### Site Construction Costs

| 020000 Site Construction | Shawmut | | CH Newton | | Sea-Dar | |
|---|---|---|---|---|---|---|
| | Costs | Notes | Costs | Notes | Costs | Notes |
| 024100 **Demolition** | | | | | | |
| 024100 Demolition of 44 | | $ 927,541 Too High? Need Detail | $ 85,000 | Too Low? Need Details | | |
| 020250 Pre-Demo for Phasing | Excluded | | Included in Earthwork  Provide Breakdown | Excluded | | |
| 020520 Interior Demo | | $ - Confirm Included | | $ - Confirm Included | $ 9,600 | For Salvaged Items in #4 |
| 020540 Exterior Demo | | $ - Confirm Included | Included in Demo | | $ 47,175 | |
| 020550 Structural Demo | | $ - Confirm Included | | $ - Confirm Included | $ 34,750 | |
| 020700 Shoring / Bracing | In Rough Carp | $ - Confirm Included | | $ - Confirm Included | $ 12,660 | |
| 021000 **Earthwork / Site Work & Excavation** | | $ 435,712 | Included in Demo | | $ 10,000 | |
| 021150 Ledge Removal Allowance | | $ - Confirm Included | $ 435,000 | Demo of 44 included | $ 304,045 | |
| 022500 Underpinning (Trade Clarification 6) | $ 95,000 | 95K in 02250 & 06110 | | $ - Confirm Included | $ 177,050 | Allowance |
| 025050 Site Drainage | | $ - Confirm Included | | $ - Confirm Included | $ 115,000 | Allowance |
| 028200 Radon Vent | | $ - Confirm Included | | $ - Confirm Included | $ 40,000 | |
| 028200 Site Surveying / Benchmark | | $ - Confirm Incl / Exc | | $ - Confirm Included | $ 2,500 | |
| 280000 Hazardous Materials | Excluded | | | $ - Confirm Incl / Exc | $ 10,000 | Excl in Gen Cond Details? |
| | | | | $ - Confirm Incl / Exc | Excluded | |
| **Subtotal Site Trade Costs** | **$ 1,458,253** | | **$ 520,000** | | **$ 762,780** | |
| 000000 Permits | $ 14,519 | | $ 2,590 | | $ 4,565 | |
| 000000 General Liability Insurance | $ 50,816 | | In OH&P | Need Breakdown | $ 12,858 | |
| 000000 Builder's Risk Insurance | $ 10,889 | | In OH&P | Included or By Owner | $ - | By Owner |
| 000000 Contractor Contingency | | $ - Confirm Included | | $ - Confirm Included | $ 38,267 | 5% Site Costs |
| 000000 Performance Bonds | Excluded | | | $ - Confirm Excluded | Excluded | |
| 000000 Landscape Overhead & Fee | | 10% of Site Costs, | | 16% of Site Costs, | | |
| | $ 145,171 | Too High? | $ 82,159 | Too High? | $ 48,987 | 6% of Site Costs |
| **Subtotal Site Fees, OH&P** | **$ 221,396** | Extrapolated | **$ 84,749** | Extrapolated | **$ 104,676** | Extrapolated |
| **Total Site Construction Costs** | **$ 1,679,649** | | **$ 604,749** | | **$ 867,456** | |

### Landscape Costs

| 020000 Landscape | Shawmut | | CH Newton | | Sea-Dar | |
|---|---|---|---|---|---|---|
| | Costs | Notes | Costs | Notes | Costs | Notes |
| 023000 Landscape | $ 3,306,337 | | $ 2,914,583 | | $ 3,167,072 | |
| 024000 Tennis Court | $ 93,043 | | $ 95,300 | | $ 95,300 | |
| **Subtotal Landscape Trade Costs** | **$ 3,399,380** | | **$ 3,009,883** | | **$ 3,262,372** | |
| 000000 Landscape Permits | $ 34,057 | | | $ - In House Fees | $ 19,574 | |
| 000000 Landscape General Liability Insurance | $ 119,199 | | In OH&P | Need Breakdown | $ 53,824 | |
| 000000 Landscape Builder's Risk Insurance | $ 25,543 | | In OH&P | Included or By Owner | $ - | By Owner |
| 000000 Landscape Contractor Contingency | | $ - Confirm Included | | Confirm Included | $ 82,049 | 2.50% |
| 000000 Performance Bonds | Excluded | | | $ - Confirm Excluded | Excluded | |
| 000000 Landscape Overhead & Fee | | 10% Landscape | | 16% Landscape | | |
| | $ 340,525 | Costs, Too High? | $ 481,581 | Costs, Too High? | $ 102,535 | 3% Landscape Costs |
| **Subtotal Landscape Fees, OH&P** | **$ 519,323** | Extrapolated | **$ 481,581** | Extrapolated | **$ 257,982** | Actual Costs |
| **Total Landscape Costs** | **$ 3,918,703** | | **$ 3,491,464** | | **$ 3,520,354** | |