# EXHIBIT 14

Robert A. Carlson

Carlson
EXHIBIT NO. 1
9-9-22 MC

25 March, 2016

John Berylson
38 Highgate Road
Wellesley MA

**RE:   Proposal/Agreement for
         Consulting Services**

Dear John:

1.     Robert A. Carlson (RAC) proposes to provide John & Amy Berylson (Client) with Owner's Representative Services in connection with:

**Private Residence in Wellesley MA**

2.     RAC offers the following Scope of Services:

- Represent the Clients' interests during the construction and closeout phases of the project fully independent of the architect and contractor.
- Assist in selection of contractors including evaluation of qualifications, ability to perform the work, bid negotiations, competitive subcontractor pricing, and contract preparation.
- Attend weekly project meetings and review the work in progress.
- Review schedules and cost estimates submitted by the contractor to ensure that the timing and construction costs are within schedule and budget.
- Facilitate teamwork among all the involved parties and be proactive in identifying, addressing and minimizing potential obstacles that may arise.
- Provide on-site construction oversight, technical review of change order requests and applications for payment, and closeout of contracted work.
- Notify the Client of any significant discoveries that might, in RAC's opinion, affect Client's decisions regarding the property.

3.     Fees:

The billing rates shall be as follows:
- $150.00 Per Hour
- Reimbursable expenses (printing, parking, tolls) shall be at direct cost, and any air travel shall require Client's prior approval. Automobile travel shall be billed at $.75 per mile and, whenever possible, RAC shall consolidate travel for the Client's project with other projects and meetings and allocate aggregate expenses across each such project.
- Monthly statements are payable upon receipt.

4.     This agreement may be terminated by Client at any time and for any reason upon five (5) days written notice to RAC, but then Client shall promptly pay all undisputed sums

25 Poor Farm Road  POB 171  Nottingham  New Hampshire  03290-0171
telephone: 603-534-1313   email: bob@silicapond.com
"The only source of knowledge is experience".
Albert Einstein

Carlson_000570

25 March, 2016
John Berylson
Page 2

due and payable to RAC up through the date of such termination. RAC will promptly return all documents, drawings, plans and paperwork related to the project.

5. The agreement may be terminated by RAC at any time and for any reason by five (5) days written notice to Client. RAC will promptly return all documents, drawings, plans and paperwork related to the project.

6. Limiting Conditions:

- RAC excludes responsibility for discovery or comment upon hazardous substances such as ACM, urea formaldehyde, PCB's, oil, hazardous waste, toxic substances, or other pollutants.

- Nothing contained herein shall obligate RAC to prepare for or appear in litigation on behalf of the Client, or to undertake additional work on matters not included herein, except in consideration of additional compensation mutually agreed upon.

- RAC makes no guarantees other than that his services will be performed in accordance with generally recognized professional standards. RAC's aggregate liability relating in any way to the services proposed or provided hereunder shall be limited to RAC's fee for the said services.

If the conditions of this Proposal are acceptable, please sign and return one copy. I thank you for the opportunity to submit this Proposal and pledge diligence, competence, and integrity in the performance of my duties.

Sincerely,

*Robert A. Carlson* (signature)

Robert A. Carlson


THE CLIENT ACCEPTS THE CONDITIONS CONTAINED HEREIN.
PROPOSAL ACCEPTED: _____ BERYLSON
                              Client
By: _____
Date: 6/1/16

End of Agreement

Carlson_000571