# EXHIBIT 18

Message

**From:** Amy Smith Berylson [asberylson@aol.com]
**on behalf of** Amy Smith Berylson <asberylson@aol.com> [asberylson@aol.com]
**Sent:** 2/21/2018 5:06:14 PM
**To:** bob@silicapond.com
**Subject:** Re: 44 Demolition

Excellent

Sent from AOL Mobile Mail

On Wednesday, February 21, 2018, bob carlson <bob@silicapond.com> wrote:

Hi Amy & John,

I spoke to Adam today and the demo permit is executed by the town and ready to pick up. Adam will contact the demo subcontractor and hopefully work will begin early next week.

Regarding the budget meeting in NY last week I am awaiting minutes but David has updated me that they are still above budget and more work is needed.

More info as I receive.

Thanks,
Bob