# EXHIBIT 26



**Risk + Exposure Log**
38 Highgate [18-030]
6/21/2018

## Scope Changes Since $16.4M Budget

| Scope Change Division | Scope Change Item | Explanation |
|---|---|---|
| DIV 2 | LANDSCAPE COORDINATION / BOB HANSS OMMITTED SCOPE | Ommitted footings, mock-ups, weather conditions, reset pavers, irrigation system, coring for pool + tennis fence post, railings, garage stone wall |
| DIV 2 | UNDERPINNING | Underpinning of entire existing foundation to achieve desired head height (not 100% accepted yet) |
| DIV 2 | SITEWORK CHANGES AT BUYOUT | See Bid Tab (SDC opted to not pursue as owner CO) |
| DIV 3 | SPECIFICATION REQUIREMENTS | Testing, site meeting, wet curing, mock-up, test slab |
| DIV 5 | METAL DECK + CONCRETE SLABS ILO TJI'S AND WOOD SUBFLOOR @ ADDITION 1ST FLOOR | |
| DIV 8 | BRIDGE EXTENSION @ GEM/DINING PAVILION | Bridge extended |
| DIV 9 | TERRAZZO FLOOR ASSEMBLY & EXTENT | Sand bed Terrazzo vs. Epoxy |
| DIV 15 | HVAC SYSTEM DESIGN TEMPERATURE DIFFERENTIAL | System designed to have larger temperature differential than when $230k premium was estimated |
| DIV 15 | 3 ADDITIONAL GEOTHERMAL WELLS | Extra circuit of wells provided for redundancy sake/to ensure system capacity |

## Risks + Exposures Looking Ahead

| Risk Driver Division | Risk Item | Explanation |
|---|---|---|
| DIV 1 | PHASING LOGISTICS / ACCOMODATIONS RE: SCHEDULE | |
| DIV 2 | EXCESS LEDGE REMOVAL | Ledge could be closer to surface than assumed |
| DIV 2 | BASEMENT LEDGE REMOVAL | If ledge needs to be removed from basement to achieve headheight + drainage/floor assembly |
| DIV 2 | EXCESSIVE FLOW FROM GEOTHERMAL WELLS | |
| DIV 2 | FINAL UTILITY DESIGN / UTILITY COMPANY BACKCHARGES | Utility design not complete (39 Highgate, WMLP charge ~50k per Bob C) |
| DIV 2 | DEWATERING | Natural site drainage may not suffice |
| DIV 2 | SITE SECURITY COSTS | If insurance requires more than just temp fire alarm system |
| DIV 3 | FINAL CONCRETE & REBAR DESIGN PACKAGE | Final design TBD: '"Fortress" like or more typical design re: gem |
| DIV 3 | GENERATOR/VAULT ISOLATION | Acoustic / Vibration dampening system |
| DIV 4 | STONE SELECTION AT GEM | Competitive bid shortage, material selection $ variability |
| DIV 4 | INSTALLATION METHOD AT GEM | Marble cladding support system: self supported vs. hung from walls |
| DIV 5 | FINAL STEEL DESIGN PACKAGE | Gem girders, recessed decking, '"Fortress" like design |
| DIV 5 | STAIR DESIGNS THROUGHOUT | Design, finishes not finalized. Maintain target $/LF budget |
| DIV 6 | EXISTING WOOD STRUCTURE INTEGRITY | Framing may be compromised once uncovered |
| DIV 6 | KITCHEN & CATERING KITCHEN CABINETRY SELECTION | Stainless steel cabinetry mentioned |
| DIV 6 | MILLWORK THROUGHOUT | Elevations not in drawing set, finish schedule not yet published |
| DIV 7 | REPLACING SHEATHING @ EXISTING HOUSE | VE'd out, but likely once we get in and investigate |
| DIV 7 | METAL FAÇADE PANELS | System not specified/designed |
| DIV 7 | SKYLIGHTS | Gem skylight manufacturer not specified. Constructability/feasibility issues as-designed with size |
| DIV 7 | ASTROTURF | Spec not issued |
| DIV 7 | WATERPROOFING DETAILS AT ISOLATED SLAB & VAULT | Vault isolation may necessitate more complicated waterproofing detailing |
| DIV 8 | DOOR HARDWARE | Schedule not published, preferred vendor/brand not decided |
| DIV 8 | WOOD WINDOWS & DOORS | Tischler over budget, limited vendors willing to do true divided light |
| DIV 8 | FRENER & REIFER SCOPE COST INCREASE & EXCHANGE RATE | VE targets not achieved, exchange rate not locked in |
| DIV 8 | INTERIOR DOORS | Frameless/full-height doors complicated for out-of-sequence phasing, hinge layout+mortising. Paint grade doors carried |
| DIV 9 | REVEALS AT FLOOR AND CEILINGS | Complicates plaster installation in out-of-sequence phasing |
| DIV 9 | VAN GERVEN VS. OTHER PLASTERER - COST AND SCHEDULE IMPACT | Ven Gerven known for long install durations + higher $$ |
| DIV 9 | FINAL FINISH SELECTIONS | Finish schedule not published |
| DIV 9 | STONE COUNTERTOP CANTILEVER ASSEMBLY AT KITCHEN | |
| DIV 9 | WOOD FLOORING - MATERIAL SELECTION & PATTERN | eg Dinesen not covered in budget |
| DIV 11 | APPLIANCE PACKAGE SELECTION | |
| DIV 11 | FIREPLACE IN GEM | Not yet specfied (Spark not carried) |
| DIV 12 | SHADES / SHADE POCKETS | Shades assumed by owner, shade pockets assumed simple detailing |
| DIV 15 | GEOTHERMAL HVAC SYSTEM PREMIUM | 230k premium ballpark estimated from condenser based system to geothermal may be low |
| DIV 15 | PLUMBING FIXTURE SELECTION | ~Dornbracht Tara assumed |
| DIV 15 | RADIANT FLOORING | Tubing in warmboard or equiv is more cost effective than embedded in conc clab |
| DIV 15 | TRU-FIG HVAC GRILLES | Amy mentioned (unit price is >> than Titus) |
| DIV 15 | GEOTHERMAL CONDUCTIVITY TEST | |
| DIV 16 | TEMP GENERATOR REQUIRED FOR SERVICE UPGRADE | If existing power needs to be maintained while new service is installed |
| DIV 16 | LIGHTING FIXTURE PACKAGE | RCP not yet published, Gem lighting |
| DIV 16 | TRU-FIG ELECTRICAL DEVICES | Amy mentioned (unit price is >> than Lutron) |
| DIV 16 | A/V PACKAGE | Only prewire included in budget (Bang & Olufsen by client assumed) |