# EXHIBIT 27

II00: ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM
475 TENTH AVENUE NEW YORK NY 10018 USA
T 212 645 1011 • F 212 645 4670
INFO@II00ARCHITECT.COM • WWW.II00ARCHITECT.COM

**HOUSE AT 38 HIGHGATE**
**Design Team Coordination Meeting**
**MEETING Agenda**

**Project Name:** House on Highgate          **Issued By: Robert Lipson**
**Project Number:** 1604                      **Issued 7/12/2018**
**Project Manager:** Robert Lipson

**Meeting Date:** July 12, 2018
**Meeting Number: 36**

**Location:** Conference Call

**Attendees:**

| √ | Name | Company | Phone | Email |
|---|------|---------|-------|-------|
| √ | Bob Carlson | Silica Pond | 603-534-1313 | bob@silicapond.com |
| √ | Robert Lipson | 1100 Architect | 212.645.1011 | rlipson@1100architect.com |
| √ | Julia Brooks | 1100 Architect | 212.645.1011 | jbrooks@1100architect.com |
| √ | Michael Fierle | 1100 Architect | 212.645.1011 | Mfierle@1100architect.com |
| √ | Fani Christina | 1100 Architect | 212.645.1011 | Fpapadopoulou@1100archite |
| | John Kruse | Sea-Dar | 617-590-1847 | jkruse@seadar.com |
| √ | Elvira Stridsberg | Sea-Dar | | estridsberg@seadar.com |
| √ | Andrew Childs | Sea-Dar | 857-244-2549 | achilds@seadar.com |
| | Garrett Newton | Reed Hilderbrand | 617.972.7924 | garrett@reedhilderbrand.con |
| √ | Ross Trethewey | TE2 Engineers | 781-334-8323 | ross@te2engineering.com |
| √ | Mike Wotus | TE2 Engineers | 781-334-8323 | mike@te2engineering.com |
| √ | William Ruffenach | 1100 Architect | 212.645.1011 | wruffenach@1100architect.cc |
| √ | Andrew Shalk | 1100 Architect | 212.645.1011 | aschalk@1100architect.com |
| √ | Todd Slocum | Sea-Dar | | Tslocum@seadar.com |

**Distribution Only:**

| Name | Company | Phone | Email |
|------|---------|-------|-------|
| David Piscuskas | 1100 Architect | 212.645.1011 | DP@1100architect.com |
| Ben Rosenberg | Silman | 617 695 6700 | Rosenberg@silman.com |
| Rich James | Silman | 617 695 6700 | james@silman.com |
| Bill Doyle | Doyle Engineering | 781.850.2731 | wdoyle@doyleeng.com |

**Next Meeting:**     **Thursday July 19th  9:00am**

*Note: The information contained herein represents our understanding of the
subject meeting. Discrepancies or corrections shall be brought to the attention of
the issuer within two business days or this report shall be considered accurate.
This report is published on the date issued noted.*

1100APC0392733

| | | | | |
|---|---|---|---|---|
| 6/21/2018: 1100 to provide to RH a few items for coordination pending approval by Amy.  RH to prepare drawings showing added landscape scope not shown in the original, approved LHR drawings including additional lighting.  RH to coordinate with 1100 regarding possible exterior lighting at the Dining Pavilion.  This will be a separate review than the architectural one. | RH / 1100 | 6/28/2018 | Normal | Open |

## 04. Cost Management

### 4.25.1    4/19/2018 - Change Order / Budget Log

| | | | | |
|---|---|---|---|---|
| 7/12/2018: SDC, 1100, and Bob C to participate in conference call on Tuesday 7/17 in the afternoon to review CO / Budget Log.  SDC to send out call-in number. | SDC / 1100 / Bob C. | 7/17/2018 | Normal | Open |

7/5/2018: SDC will update the risk log and include with the construction requisitions.  Information regarding change orders will be compiled by 1100 and SDC for review with Bob C.  Only John B. can authorize change orders.

### 4.26.2    4/26/2018 - Costs Associated with F&R Windows

| | | | | |
|---|---|---|---|---|
| 7/12/2018: F+R to mark up scope sheet in anticipation of signing a contract shortly.  SDC will be speaking with F+R on 7/13. | SDC / F+R | 7/9/2018 | Normal | Open |

7/5/2018: For a meeting on Monday 7/9 F+R will provide annotated costs with the intent of executing a contract within a week or two.

| | | | | |
|---|---|---|---|---|
| 7/5/2018: F+R wants their warranty to start when their work is complete, not when the house is substantially complete.  F+R will include cost for extended warranty as an Add Alt to contract. | SDC / F+R | 7/9/2018 | Normal | Open |

### 4.33.1    6/21/2018 - Concrete Subcontractor

| | | | | |
|---|---|---|---|---|
| 7/12/2018: Based on the Foundation Package SDC has obtained competitive unit pricing for concrete and hopes to recommend a vendor next week. | SDC | 7/19/2018 | Normal | Open |

7/5/2018: Process is ongoing.  SDC hopes to make a recommendation next week.  Depending on final bids SDC may break up the package into individual components: concrete, rebar, and formwork.

1100APC0392735

**II00:** ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM
475 TENTH AVENUE NEW YORK NY 10018 USA
T 212 645 1011 • F 212 645 4670
INFO@II00ARCHITECT.COM • WWW.II00ARCHITECT.COM

**HOUSE AT 38 HIGHGATE**
**Design Team Coordination Meeting**
**MEETING MINUTES**

**Project Name:** House on Highgate          **Issued By: Robert Lipson**
**Project Number:** 1604                     **Issued 7/19/2018**
**Project Manager:** Robert Lipson

**Meeting Date:** July 19, 2018
**Meeting Number: 37**

**Location:** Conference Call

**Attendees:**

| √ | Name | Company | Phone | Email |
|---|------|---------|-------|-------|
| √ | Bob Carlson | Silica Pond | 603-534-1313 | bob@silicapond.com |
| √ | Robert Lipson | 1100 Architect | 212.645.1011 | rlipson@1100architect.com |
| √ | Julia Brooks | 1100 Architect | 212.645.1011 | jbrooks@1100architect.com |
| √ | Michael Fierle | 1100 Architect | 212.645.1011 | Mfierle@1100architect.com |
|   | Fani Christina | 1100 Architect | 212.645.1011 | Fpapadopoulou@1100archite |
| √ | John Kruse | Sea-Dar | 617-590-1847 | jkruse@seadar.com |
| √ | Elvira Stridsberg | Sea-Dar | 617.893.4438 | estridsberg@seadar.com |
| √ | Andrew Childs | Sea-Dar | 857-244-2549 | achilds@seadar.com |
| √ | Garrett Newton | Reed Hilderbrand | 617.972.7924 | garrett@reedhilderbrand.con |
| √ | Ross Trethewey | TE2 Engineers | 781-334-8323 | ross@te2engineering.com |
| √ | Mike Wotus | TE2 Engineers | 781-334-8323 | mike@te2engineering.com |
| √ | William Ruffenach | 1100 Architect | 212.645.1011 | wruffenach@1100architect.c |
| √ | Andrew Shalk | 1100 Architect | 212.645.1011 | aschalk@1100architect.com |
| √ | Ida Tam | 1100 Architect | 212.645.1011 | Itam@1100architect.com |
| √ | Todd Slocum | Sea-Dar | 978.778.5044 | Tslocum@seadar.com |

**Distribution Only:**

| Name | Company | Phone | Email |
|------|---------|-------|-------|
| David Piscuskas | 1100 Architect | 212.645.1011 | DP@1100architect.com |
| Ben Rosenberg | Silman | 617 695 6700 | Rosenberg@silman.com |
| Rich James | Silman | 617 695 6700 | james@silman.com |
| Bill Doyle | Doyle Engineering | 781.850.2731 | wdoyle@doyleeng.com |

**Next Meeting:**          **Thursday July 26th  9:00am**

*Note: The information contained herein represents our understanding of the
subject meeting. Discrepancies or corrections shall be brought to the attention of
the issuer within two business days or this report shall be considered accurate.
This report is published on the date issued noted.*

1100APC0391880

6//2018: Bob provided documentation related to Mass Code 780 CMR regarding required inspections?  Also, 39 Highgate team provided code references.  1100 to review.  Also, 1100 to speak with ToW building inspector to identify tests that may be required.  SDC confirmed Initial Construction Control Document was included in the Building Permit package.

| 2.32.1 | 6/7/2018 - LHR Landscape Items | | | | |
|---|---|---|---|---|---|
| | 6/21/2018: There is one landscape element - the coordination of the breaks in the Old Farm stone wall - that will be included in the architectural LHR review.  RH provided dwgs. | RH / 1100 | 6/28/2018 | Normal | Open |
| | 6/21/2018 - 7/19/2018: 1100 provided to RH a few items for coordination per approval by Amy.  RH to prepare drawings showing added landscape scope not shown in the original, approved LHR drawings including additional lighting.  RH to coordinate with 1100 regarding possible exterior lighting at the Dining Pavilion.  This will be a separate review than the architectural one. | RH / 1100 | Ongoing | Normal | Open |

## 04. Cost Management

| 4.25.1 | 4/19/2018 - Change Order / Budget Log | | | | |
|---|---|---|---|---|---|
| | 7/19/2018: SDC / Bob C. / 1100 reviewed SDC's Financial Summary, ECO worksheet, and Risk Log.  SDC is revising.  DP reviewed preliminary ECO sheet.  Only significant objection is to the 40K extra for F+R. | SDC | 7/26/2018 | Normal | Open |

7/12/2018: SDC, 1100, and Bob C to participate in conference call on Tuesday 7/17 in the afternoon to review CO / Budget Log.  SDC to send out call-in

7/5/2018: SDC will update the risk log and include with the construction requisitions.  Information regarding change orders will be compiled by 1100 and SDC for review with Bob C.  Only John B. can authorize change orders.

| 4.26.2 | 4/26/2018 - Costs Associated with F&R Windows | | | | |
|---|---|---|---|---|---|
| | 7/19/2018: 1100 strongly objects to the addition of 40K by F+R which had previously been reduced based on optimized payment plan.  SDC to review with F+R. | SDC / F+R | 7/26/2018 | Normal | Open |

7/12/2018: F+R to mark up scope sheet in anticipation of signing a contract shortly.  SDC will be speaking with F+R on 7/19.

1100APC0391882