# EXHIBIT 28

| Message | |
|---|---|
| From: | Andrew Childs [achilds@seadar.com] |
| Sent: | 7/24/2018 10:04:12 PM |
| To: | bob carlson [bob@silicapond.com]; Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson]; 38 Highgate [38Highgate@seadar.com] |
| Subject: | RE: 38 Highgate - Budget Update & Design Deliverable Review |
| Attachments: | 2 - ECO Worksheet_2018.07.24.pdf; 3 - Risk + Exposure Log_2018.07.24.pdf; PCO 001 - Three additonal geothermal wells.pdf; PCO 002 - Geothermal Conductivity Test.pdf; PCO 003 - Landscape Coordination_Bob Hanss Omitted Scope.pdf; PCO 004 - Terrazzo assembly.pdf; PCO Log 7.24.18.pdf; 1 - Financial Summary_2018.07.24.pdf |

Robert + Bob –

Following up on our Budget Update conference call last week, I've revised the budget files as discussed and prepared a few more (PCO Log + PCO's 1-4). See attached. Robert can you call me tomorrow morning to review?

Moving forward, budget updates & change orders will be a regular part of our construction meetings BUT this can't wait until then as our forthcoming concrete subcontractor award is partially based on the review + approval of PCO's 3 & 4.

If the tomorrow morning timeslot works, I'm happy to send out a go-to-meeting invite so we can screenshare and I walk you through it.

**Andrew Childs**
DIRECT          857.244.2549
CELL            508.246.2639
www.seadar.com


-----Original Appointment-----
**From:** Andrew Childs
**Sent:** Monday, July 16, 2018 5:44 PM
**To:** bob carlson; Robert Lipson; 38 Highgate
**Subject:** 38 Highgate - Budget Update & Design Deliverable Review
**When:** Tuesday, July 17, 2018 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Conference Call


Robert, Bob –

Please join me on a conference call per in the info below tomorrow at 2pm.

Call-In #: 800.747.5150
Access Code: 4230870


On the call, I'd like to review the attached 3 files related to the budget:
- 1 - Financial Summary_2018.07.16
    - This is the 'high level' summary of where we stand relative to the budget. This will serve as our starting point before diving deeper into the different trade costs.
- 2 - Risk + Exposure Log_2018.07.16
    - This is a combination of an estimated change order (ECO) log and a risk/exposure log. Moving forward, changes will be formalized and tabled with actual PCO's for 1100 to review and then CO's once signed by Amy + John but this is a starting point to have all the information in one place to facilitate this discussion for now.

- 3 - ECO Worksheet_2018.07.16
    o This is the detailed breakdown where the ECO costs on the prior document are explained. This serves as our consolidated starting point for pricing potential scope changes before formalizing them as PCO's.

<< File: 1 - Financial Summary_2018.07.16.pdf >>   << File: 2 - Risk + Exposure Log_2018.07.16.pdf >>   << File: 3 - ECO Worksheet_2018.07.16.pdf >>

---

I'd also like to review the 1100 Design Deliverable schedule we've prepared:

<< File: Design Deliverables - 2018.07.16.pdf >>

I will explain all of the above in detail tomorrow. Please feel free to include whoever else you see fit on the call.

**Andrew Childs**
Project Manager

<< OLE Object: Picture (Device Independent Bitmap) >>
580 Harrison Avenue, Suite 4W
Boston, MA 02118
**DIRECT**          857.244.2549
**CELL**            508.246.2639
**MAIN**            617.423.0870
www.seadar.com

<< OLE Object: Picture (Device Independent Bitmap) >>   << OLE Object: Picture (Device Independent Bitmap) >>



**SEA-DAR CONSTRUCTION**

**Risk + Exposure Log**
38 Highgate [18-030]
7/24/2018

## Risks + Exposures Looking Ahead

| Risk Driver Division | Risk Item | Explanation | Schedule Impact | Cost Impact |
|---|---|---|---|---|
| DIV 1 | PHASING LOGISTICS / ACCOMODATIONS RE: SCHEDULE | | X | TBD |
| DIV 2 | EXCESS LEDGE REMOVAL | Ledge could be closer to surface than assumed | X | $0-40,000 |
| DIV 2 | BASEMENT LEDGE REMOVAL | If ledge needs to be removed from basement to achieve headheight + drainage/floor assembly | X | $0-15,000 |
| DIV 2 | EXCESSIVE FLOW FROM GEOTHERMAL WELLS | | | $0-10,000 |
| DIV 2 | FINAL UTILITY DESIGN / UTILITY COMPANY BACKCHARGES | Utility design not complete (39 Highgate, WMLP charge ~$50k per Bob C) | | $50,000 |
| DIV 2 | DEWATERING | Natural site drainage may not suffice | | $5,000 |
| DIV 2 | SITE SECURITY COSTS | If insurance requires more than just temp fire alarm system | | $100,000 |
| DIV 3 | FOUNDATION SPECIFICATION REQUIREMENTS | Testing, site meeting, wet curing, mock-up, test slab | X | #N/A |
| DIV 3 | VAULT VIBRATION ISOLATION | Acoustic/Vibration dampening system detail is yet to be designed | X | TBD |
| DIV 3 | FINAL CONCRETE & REBAR DESIGN PACKAGE | Final design TBD: L/720 Deflection criteria or more typical design re: gem | X | |
| DIV 3 | GENERATOR/VAULT ISOLATION | Acoustic / Vibration dampening system | X | |
| DIV 4 | STONE SELECTION AT GEM | Competitive bid shortage, material selection $ variability | | TBD |
| DIV 4 | INSTALLATION METHOD AT GEM | Marble cladding support system: self supported vs. hung from walls | | $0-300,000 |
| DIV 5 | FINAL STEEL DESIGN PACKAGE | Gem girders, recessed decking, "Fortress" like design | | TBD |
| DIV 5 | STEEL TARIFFS | Cost impact may be significant | | $50,000 |
| DIV 5 | STAIR DESIGNS THROUGHOUT | Design, finishes not finalized. Maintain target $/LF budget | | $50,000 -100,000 |
| DIV 6 | EXISTING WOOD STRUCTURE INTEGRITY | Framing may be compromised once uncovered | | $0-300,000 |
| DIV 6 | KITCHEN & CATERING KITCHEN CABINETRY SELECTION | Stainless steel cabinetry mentioned | | $0 - 50,000 |
| DIV 6 | MILLWORK THROUGHOUT | Elevations not in drawing set, finish schedule not yet published | | TBD |
| DIV 7 | REPLACING SHEATHING @ EXISTING HOUSE | VE'd out, but could be required once we get in and determine condition of substrate | | $75,000 |
| DIV 7 | METAL FAÇADE PANELS | System not specified/designed | | $0-100,000 |
| DIV 7 | SKYLIGHTS | Gem skylight manufacturer not specified. Constructability/feasibility issues as-designed with size (No vendor found that currently can manufactur skylight at current dims) | | $80,000-300,000 |
| DIV 7 | VAULT WATERPROOFING (due to vibration isolation) | Vault isolation may necessitate more complicated waterproofing detailing | | $10,000 |
| DIV 8 | DOOR HARDWARE | Schedule not published, preferred vendor/brand not decided (budget ~$1k/ea) | | $70,000 |
| DIV 8 | WOOD WINDOWS & DOORS | Limited vendors willing to do TDL, if select the highest end not in budget, if installation by vendor is required, if independent testing is required....etc | | $0-300,000 |
| DIV 8 | FRENER & REIFER EXTENDED WARRANTY & MAINTENANCE | Upon request by client for extended warranty past construction completion (10yrs) Maintenance for 5 years $28.484,00  Maintenance for 10 years $58.941,00 | | TBD (see left) |
| DIV 8 | INTERIOR DOORS | Frameless/full-height doors complicated for out-of-sequence phasing, hinge layout+mortising. Paint grade doors carried | | $250,000 |
| DIV 9 | TERRAZZO VENDOR | Terrazzo vendor limitations/client preference | | |
| DIV 9 | REVEALS AT FLOOR AND CEILINGS | Complicates plaster installation in out-of-sequence phasing | X | $75,000 |
| DIV 9 | VAN GERVEN VS. OTHER PLASTERER - COST AND SCHEDULE IMPACT | Ven Gerven known for long install durations + higher $$ and schedule impact | X | $500,000 |
| DIV 9 | GFRG DOME | Currently being redesigned. Lath & plaster may increase cost over gfrg | X | TBD |
| DIV 9 | FINAL FINISH SELECTIONS | Finish schedule not published | | TBD |
| DIV 9 | STONE COUNTERTOP CANTILEVER ASSEMBLY AT KITCHEN | Client renderings show substantial cantilever | | $25,000 |
| DIV 9 | WOOD FLOORING - MATERIAL SELECTION & PATTERN | eg Dinesen not covered in budget | | $50,000-200,000 |

**SEA-DAR CONSTRUCTION**

**Risk + Exposure Log**
38 Highgate [18-030]
7/24/2018

## Risks + Exposures Looking Ahead

| Risk Driver Division | Risk Item | Explanation | Schedule Impact | Cost Impact |
|---|---|---|---|---|
| DIV 11 | APPLIANCE PACKAGE SELECTION | Not yet specified (eg Spark not carried) | | TBD |
| DIV 11 | FIREPLACE IN GEM | Not yet specified (deal w/ vendor from across the street more expensive?) | | $25,000 |
| DIV 14 | ELEVATOR | Shades assumed by owner, shade pockets assumed simple detailing | | |
| DIV 12 | SHADES / SHADE POCKETS | | | $150,000 |
| DIV 15 | GEOTHERMAL HVAC SYSTEM PREMIUM | 230k premium ballpark estimated from condenser based system to geothermal may be low | | $50,000-100,000 |
| DIV 15 | PLUMBING FIXTURE SELECTION | ~Dornbracht Tara assumed | | TBD |
| DIV 15 | TRU-FIG HVAC GRILLES | Amy mentioned (unit price is >> than Titus flobars) | | $50,000-100,000 |
| DIV 15 | GEOTHERMAL CONDUCTIVITY TEST | | X | $16,000 |
| DIV 16 | TEMP POWER REQUIREMENTS | If existing power needs to be maintained while new service is installed | | TBD |
| DIV 16 | LIGHTING FIXTURE PACKAGE | RCP not yet published, Gem lighting | | $300,000 |
| DIV 16 | TRU-FIG ELECTRICAL DEVICES | Amy mentioned (unit price is >> than Lutron) | | $40,000 |
| DIV 16 | A/V PACKAGE | Only prewire included in budget (Bang & Olufsen by client assumed) | | - |
| ALL | EXCHANGE RATE | For all products/materials sourced outside of the US | | TBD |
| ALL | WARRANTY EXTENSION/EXPOSURE | Extending warranty for numerous subcontractors to cover end of construction and desired time thereafter | | TBD |

1100APC0189801