IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. BERYLSON and<br>AMY SMITH BERYLSON,<br><br>    Plaintiffs,<br><br>v.<br><br>1100 ARCHITECT, P.C., and<br>DAVID PISCUSKAS,<br><br>    Defendants. | NO. 21-CV-10527-RGS |

**AFFIDAVIT OF COUNSEL, PAUL T. MUNIZ, IN SUPPORT OF DEFEMDANTS' MEMORANDUM IN OPPOSITION TO THE PLAINTIFFS JOHN G. BERYLSON AND AMY SMITH BERYLSON'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Paul Muniz, declare as follows:

1. I am a partner in the law firm of Donovan Hatem, LLP, and lead counsel for the Defendants, 1100 Architect, P.C. ("1100") and David Piscuskas, FAIA ("Piscukas") (collectively, "Defendants") in this action. I submit this Declaration in Support of the Defendants' Memorandum in Opposition to the Plaintiffs, John G. Berylson and Amy Smith Berylson's Motion for Partial Summary Judgment.

2. Attached hereto as Defendants' Opposition <u>Exhibit 47</u> is a true and correct copy of the Affidavit of David Piscuskas, FAIA, in support of Defendants' Memorandum in Opposition to the Plaintiffs, John G. Berylson and Amy Smith Berylson's Motion for Partial Summary Judgment.

3. Attached hereto as Defendants' Opposition <u>Exhibit 48</u> is a true and correct copy of excerpts of the Report of Mike Davis.

4. Attached hereto as Defendants' Opposition <u>Exhibit 49</u> is a true and correct copy of excerpts of the Deposition of John G. Berylson ("J.B. Tr.") (11.10.22).

5. Attached hereto as Defendants' Opposition <u>Exhibit 50</u> is a true and correct copy of the February 3, 2020 Email from John Berylson to David Piscuskas with the Subject RE: House on Highgate – January Invoice.

6. Attached hereto as Defendants' Opposition <u>Exhibit 51</u> is a true and correct copy of excerpts of the Deposition of David Piscuskas, FAIA, Volume I ("Piscuskas Tr.") (11.18.2022).

7. Attached hereto as Defendants' Opposition <u>Exhibit 52</u> is a true and correct copy of excerpts of the Deposition of Robert Lipson ("Lipson Tr.") (9.29.2022)

8. Attached hereto as Defendants' Opposition <u>Exhibit 53</u> is a true and correct copy of July 6, 2020 Emails between J. Berylson and C. O'Neill.

9. Attached hereto as Defendants' Opposition <u>Exhibit 54</u> is a true and correct copy of Plaintiff, John G. Berylson's Responses to Defendants' Second Request for the Production of Documents.

10. Attached hereto as Defendants' Opposition <u>Exhibit 55</u> is a true and correct copy of April 1, 2020 emails between J. Berylson to C. O'Neill.

11. Attached hereto as Defendants' Opposition <u>Exhibit 56</u> is a true and correct copy of May 5, 2020 Emails between J. Berylson, C. O'Neill and R. Roberts.

12. Attached hereto as Defendants' Opposition <u>Exhibit 57</u> is a true and correct copy of a September 21, 2020 Voicemail from J. Berylson.

13. Attached hereto as Defendants' Opposition <u>Exhibit 58</u> is a true and correct copy of a March 29, 2020 Email from J. Berylson to C. O'Neill.

14. Attached hereto as Defendants' Opposition <u>Exhibit 59</u> is a true and correct copy of the May 21, 2020 Transcript of a John Berylson voicemail to Rich Roberts.

15. Attached hereto as Defendants' Opposition <u>Exhibit 60</u> is a true and correct copy of a March 16, 2020 email from Rich Roberts to Amy Berylson and cc'd to John Berylson.

16. Attached hereto as Defendants' Opposition <u>Exhibit 61</u> is a true and correct copy of a September 2, 2020 Email from Rich Roberts.

17. Attached hereto as Defendants' Opposition <u>Exhibit 62</u> is a true and correct copy of excerpts of the Deposition of Sarah Seeley ("Seeley Tr.") (Nov. 16, 2022).

18. Attached hereto as Defendants' Opposition <u>Exhibit 63</u> is a true and correct copy of a January 21, 2020 email and attachment from Bill Wassa.

19. Attached hereto as Defendants' Opposition <u>Exhibit 64</u> is a true and correct copy of a April 27, 2020 Email to Rich Roberts with attachments.

20. Attached hereto as Defendants' Opposition <u>Exhibit 65</u> is a true and correct copy of a February 3, 2020 Email and attachment sent to John Berylson by Celeste O'Neill.

21. Attached hereto as Defendants' Opposition <u>Exhibit 66</u> is a true and correct copy of June 13, 2020 text messages between A. Nelson and D. Piscuskas.

22. Attached hereto as Defendants' Opposition <u>Exhibit 67</u> is a true and correct copy of June 11, 2020 Text messages between D. Piscuskas and J. Gippo.

23. Attached hereto as Defendants' Opposition <u>Exhibit 68</u> is a true and correct copy of a October 12, 2020 Email from J. Van Horne.

24. Attached hereto as Defendants' Opposition Exhibit 69 is a true and correct copy of a March 20, 2018 Budget Summary.

25. Attached hereto as Defendants' Opposition Exhibit 70 is a true and correct copy of Exhibit 4 to the Deposition of Amy Berylson.

26. Attached hereto as Defendants' Opposition Exhibit 71 is a true and correct copy of excerpts from Amy Berylson Deposition Transcript Vol. II (11.10.2022).

27. Attached hereto as Defendants' Opposition Exhibit 72 is a true and correct copy of Exhibit 1 to the Deposition of Robert Carlson.

28. Attached hereto as Defendants' Opposition Exhibit 73 is a true and correct copy of excerpts from Amy Berylson Deposition Transcript Vol. I (11.10.2022).

29. Attached hereto as Defendants' Opposition Exhibit 74 is a true and correct copy of a May 20, 2020 Email with Transcript of a John Berylson May 20, 2020 voicemail to David Piscuskas.

30. Attached hereto as Defendants' Opposition Exhibit 75 is a true and correct copy of excerpts from the Rich Roberts Deposition Transcript Vol. I (10.19.2022).

31. Attached hereto as Defendants' Opposition Exhibit 76 is a true and correct copy of a May 21, 2020 Email from Rich Roberts.

32. Attached hereto as Defendants' Opposition Exhibit 77 is a true and correct copy of a June 2, 2020 Email from J. Berylson to R. Roberts.

33. Attached hereto as Defendants' Opposition Exhibit 78 is a true and correct copy of a July 6, 2020 Email from J. Berylson to R. Roberts.

34. Attached hereto as Defendants' Opposition Exhibit 79 is a true and correct copy of a July September 21, 2020 Text Message from Rich Roberts to David Piscuskas.

35. Attached hereto as Defendants' Opposition Exhibit 80 is a true and correct copy of a December 30, 2019 Email and attachment from Rich Roberts to John Berylson.

36. Attached hereto as Defendants' Opposition Exhibit 81 is a true and correct copy of a December 31, 2019 Email from John Berylson to Rich Roberts.

37. Attached hereto as Defendants' Opposition Exhibit 82 is a true and correct copy of a May 20, 2020 Email from Rich Roberts to David Piscuskas.

38. Attached hereto as Defendants' Opposition Exhibit 83 is a true and correct copy of a March 22, 2020 Email from John Berylson.

39. Attached hereto as Defendants' Opposition Exhibit 84 is a true and correct copy of a April 1, 2020 Email from John Berylson regarding a BWP Invoice.

40. Attached hereto as Defendants' Opposition Exhibit 85 is a true and correct copy of a April 2, 2020 Email from John Berylson.

41. Attached hereto as Defendants' Opposition Exhibit 86 is a true and correct copy of a April 2, 2020 Email from John Berylson.

42. Attached hereto as Defendants' Opposition Exhibit 87 is a true and correct copy of a May 27, 2020 Celeste O'Neill Response forwarding a May 18, 2020 Rich Roberts Correspondence.

43. Attached hereto as Defendants' Opposition Exhibit 88 is a true and correct copy of a July 6, 2020 John Berylson Correspondence regarding a BWP Invoice.

44. Attached hereto as Defendants' Opposition Exhibit 89 is a true and correct copy of a September 21, 2020 J. Berylson Email to D. Piscuskas.

45. Attached hereto as Defendants' Opposition Exhibit 90 is a true and correct copy of a September 22, 2020 Email from J Berylson to E. Katz.

46. Attached hereto as Defendants' Opposition <u>Exhibit 91</u> is a true and correct copy of excerpts of the Betty Gonzales Deposition Transcript Volume II (Nov. 7, 2022).

47. Attached hereto as Defendants' Opposition <u>Exhibit 92</u> is a true and correct copy of Defendant, David Piscuskas, FAIA' s Response to Plaintiffs' First Set of Interrogatories to David Piscuskas.

48. Attached hereto as Defendants' Opposition <u>Exhibit 93</u> is a true and correct copy of a November 4, 2017 Email from Spencer Leaf.

49. Attached hereto as Defendants' Opposition <u>Exhibit 94</u> is a true and correct copy of excerpts of the Deposition of Spencer Leaf Transcript ("Leaf Tr.") (9.7.2022).

50. Attached hereto as Defendants' Opposition <u>Exhibit 95</u> is a true and correct copy of a February 8, 2018 Email from B. Carlson

51. Attached hereto as Defendants' Opposition <u>Exhibit 96</u> is a true and correct copy of a December 9, 2021 Email from J Berylson to C. O'Neill

52. Attached hereto as Defendants' Opposition <u>Exhibit 97</u> are true and correct copies of the responses received to FOIA Requests.

Signed under the penalty of perjury this 1st Day of May, 2023.

                                                     */s/ Paul T. Muniz*
                                                     Paul T. Muniz

### **CERTIFICATE OF SERVICE**

I, Paul T. Muniz, hereby certify that, on this 1st day of May, 2023, I caused a true and correct copy of the foregoing document to be served upon counsel of record herein via the Court's electronic filing system in accordance with the applicable rules of the Court.

                                                     */s/ Paul T. Muniz*
                                                     Paul T. Muniz