# EXHIBIT 59

Message

| | |
|---|---|
| **From**: | Alexandria Nelson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5C2D7297EC424B03A9ACA6B268572DB0-ANELSON] |
| **Sent**: | 5/21/2020 1:09:04 PM |
| **To**: | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| **Subject**: | RE: Johns vm |

Hey Richie – John Berylson – with Amy – now it's in print what I've been saying to you for weeks. New York Times – 'Home Building and US Tumbles – Amid Lockdown'. Home building and the US dropped a record 30.2% in April and permits for future construction tumbles underling fears that the virus would leave the deepest economic contraction in the sector since the Great Depression, etc, etc.

Job loss – 20.5 million jobs. Unprecedented. Richie – I'm right, I knew I was right. ==These guys get off this and they've got two years in the wilderness. They won't find long term jobs==. They'll get on jobs that will end, they'll bid for jobs that will never happen, and it's time to rally up here and 'Okay, we're getting this done, we fix your price.' You're in the middle of this. ==You've gotta tell them to f**k off, and Paul as well. People just aren't building houses.== The only thing that's being done, are the things that started like us, years ago. No one is stupid enough, because I wouldn't have been stupid enough to start this now; starting projects that are sort of expensive because the guy that was going to build a 10 million dollar project, two years ago, doesn't have the 10 million dollars to spend on it today. Today that's a 7 million dollar project, at least, maybe even 6.

So, you know, I've been waiting on some proof of these numbers, and now they're in. All these subs or whatever...'Oh yeah I can get jobs all over the place.' Well then they're too stupid to know that those aren't really jobs. They're short-term efforts, at best, the people go out bidding, because it's not getting done. For obviously considerably less smaller, for less money projects. And, I'm right. ==And I'm sure, given quality subs, Amy will switch one guy out for another when the time comes, if some guy doesn't hit reality and it's got nothing to do now with saving his job or else he can go apply to the federal government for welfare for about 3 months, and then he can start feeding his children Cheerios for dinner, breakfast, and lunch.== Talk to you later, bye bye.

**ALEXANDRIA NELSON**
EXECUTIVE ASSISTANT

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 967 3649 • F 212 645 4670

[WWW.1100ARCHITECT.COM](WWW.1100ARCHITECT.COM)

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

---

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Wednesday, May 20, 2020 7:15 PM
**To:** Alexandria Nelson <anelson@1100architect.com>
**Subject:** Fwd: Johns vm

Can you transcribe this call that was made to Rich Roberts?


David Piscuskas FAIA LEED AP
Founding Principal
1100: Architect
New York / Frankfurt

212.645.1011
917.847.5081

2017 PRESIDENT AIA NEW YORK

Begin forwarded message:

> **From:** Rich Roberts <rich@truestconstructionservices.com>
> **Date:** May 20, 2020 at 6:00:36 PM EDT
> **To:** David Piscuskas <dp@1100architect.com>
> **Subject: Johns vm**
>
> [1100 EXTERNAL]