# EXHIBIT 70



**Robert Lipson**

| | |
|---|---|
| **From:** | David Piscuskas |
| **Sent:** | Sunday, August 21, 2016 11:01 PM |
| **To:** | David Piscuskas; Spencer Leaf; Zachary Goldstein; Heiman Luk; Fanichristina Papadopoulou |
| **Cc:** | Caroline Gallagher; Stephanie Chan |
| **Subject:** | 38/44 notes from Amy telephone meeting 8/19 / reflections / summary |

<u>Site plan</u>
Little discussion. Appears stable.
Plus: AB could conceive sliding 'barn door' open at front of 44 addition and inviting people in through new addition.
DP presents idea of elevated landscape above the garage, with two pavilions atop. AB likes.

<u>38 front</u>
Sense a bit of concern about windows, one added bay with our without a dormer, materials.
Concerned about window outcome at staircase but maybe learn from Loeb Houses
https://upload.wikimedia.org/wikipedia/commons/thumb/3/38/Loeb_House_at_Harvard_University.jpg/220
px-Loeb_House_at_Harvard_University.jpg
One glance informs. There are ways to proceed here.

<u>38 interior main floor</u>
Looking forward to seeing main staircase development
Wants clean straight gallery-like path to new addition.
Doesn't like to use the existing living room – more a place to view than use.
DP: suggests possibly breaking the north wall of the living room. And concerned that our closet storage answer is not sufficient or elegant.
If we can successfully relocate the closets from this area, we could have pictures on south wall of gallery and north wall of living room.

<u>38 interior second floor</u>
Wants clear clean hallway on second floor, but
AB Not sold on full extended enlargement of bedroom
AB Not liking proposed location of stair to attic
AB concerned about her dressing room sequence. (Given the expansive topics covered on the call, I did not query her further on this.)

<u>New (west) family room</u>
Floating furniture, sit up carefully furniture, which is at odds with how John and others like to use soft seating
Kagan sofa, beautiful wood parquet floor here?
AB agrees that 30 people cannot be in this space.
Affirms again a reading alcove off this space, and her office.
Has liked idea of family watching media in this room (which we've spoken of before)
DP explained our initiative to consolidate all these functions in one single clean structure, and challenge of adjusting ceiling heights.
AB (may be) averse to a full double-height space in this room.
AB very concerned about flow in this room

1

Bar needed in this room, similar to bar in east family room.

<u>Internal court garden</u>
DP discussed modifying it to be open toward the west, in support of the two-pavilion concept.

<u>Dining pavilion</u>
DP expressed concern of length of room east-west, also the need for two entrances to pavilion.
Shift kitchen to west, running north south
Open/closed possibilities between kitchen and dining.
Mutual concern about what you see when you enter the dining pavilion from the north.
Enter on-axis to the table...most dramatic?
Should be a Place for sculpture
Standard seating in place for 16, expand to 30
Discussed north south orientation along holly trees, more private, rare.
(DP would like to press on with L-shaped plan for entire house combined.)
Rustic wood ceiling...DP states that acoustic performance in room will need to be achieved in the ceiling.
"Drop dead elegant"
DP explained structural idea of strong support wall – with openings – separating from kitchen, then cantilevering in all directions to effect column free exterior.
DP offers notion of a dinner for 16, with a chef preparing and cooking on view, wholly taking place in the pavilion (supported by family room). Guests mill about the room entirely, kitchen included. In this scenario a small seating area or two may be appropriate to support *avant le diner.*
*AB loved this idea.*
Sunlight/daylight control a must. Elegant sheer drapery envisioned.
Stone floor discussed.

*INTERNAL SUMMARY*
*Broadly I think we are on a good path. The functionality of the dining room is coming in to view, seating 16/20 or 24-30, with scenarios of functionality for each. Dinners for eight would likely occur in the east dining room. Full functionality of new west family room still in formation.*

*Several areas of concern and focus to address:*

- ∞ *Size and shape of new family room*
- ∞ *Flow into and through new family room*
- ∞ *Smooth functionality of family room*
- ∞ *Exterior materiality of new family room*
- ∞ *Connection of new family room to 38*
- ∞ *Additions to 38, to the west and the south*
- ∞ *Internal main staircase*
- ∞ *Enlargement of master bedroom*
- ∞ *Layout and flow of support spaces in master wing of 38*

--
DAVID PISCUSKAS FAIA LEED AP
FOUNDING PRINCIPAL
1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670

1100APC0393379

WWW.1100ARCHITECT.COM

1100APC0393380

**Robert Lipson**

| | |
|---|---|
| **From:** | Spencer Leaf |
| **Sent:** | Monday, February 27, 2017 7:58 PM |
| **To:** | Garrett Newton |
| **Cc:** | David Piscuskas; Gary Hilderbrand; Chris Moyles; Peichen Hao; Heiman Luk |
| **Subject:** | Re: 38 Highgate - Existing Site Plan |

Thank you Garrett,

A couple points that Amy raised when we spoke today:
- Amy wants to know more about space b/w Family and Dining Pavilions; likes idea of low 'hedge garden' that one walks over/through when crossing bridge
- More open to 'straightening' landscape if better for Dining Pavilion; concerned about closing in view; sounded like comparison renderings from existing LR would help
- Discussed staff apt window sill raising - most significantly on east side; Amy somewhat concerned but felt better after understanding 10' ceilings will still allow for significant glass;  how much can ground slope down to west to away from retaining wall to improve window sill height at west side of staff apt?

And a couple points regarding the architecture:
- We are studying adding a cellar skylight paving in front, and the full width, of Amy's office doors roughly where and the size of the stepping stone shown, though there is flexibility in the size.  Can you please look at incorporating this into your designs?
- Can you please remove the stone path leading to the Family Pavilion side door?  This is intended almost as a Juliet balcony with just a single stone to land on but we don't want to emphasize this as a circulation route.
- What are you showing as grade immediately to the south side of the Family Pavilion?  We would like to coordinate exterior access here without an excessive grade difference.
- How are you envisioning terminating the retaining wall at the north end?  Raising grade over the top of the wall or taking the wall all the way to the building?

Thanks again,
Spencer

---

**From:** Garrett Newton <garrett@reedhilderbrand.com>
**Sent:** Monday, February 27, 2017 6:15:49 PM
**To:** Spencer Leaf
**Cc:** David Piscuskas; Gary Hilderbrand; Chris Moyles; Peichen Hao; Heiman Luk
**Subject:** Re: 38 Highgate - Existing Site Plan

Spencer,
Attached is the set of drawings we reviewed together on last week's call – with Option 5 (page 12) showing our preferred grading scheme to avoid the need for a safety railing at the south end of the dining room.  Though this option unfortunately precludes the use of full size windows at the guest suite, we feel the benefits of having no rail offset this… but we'll need to convince Amy.  We were successful in setting a meeting with her this Thursday at 11:30am in Wellesley and understand you have time set with her tomorrow.  I'm not sure it makes sense for 1100 to bring this resolution up then, but we can give you a call after our discussion to help weigh in.  We will have pushed the scheme a bit further by Thursday.

1100APC0393375

Let us know of any updates from your meeting.
Thanks,
Garrett

**Garrett C Newton**
Associate

617 972 7924

Reed Hilderbrand LLC
Landscape Architecture
130 Bishop Allen Drive
Cambridge, MA  02139

www.reedhilderbrand.com

**From:** Spencer Leaf <sleaf@1100architect.com>
**Date:** Friday, February 24, 2017 at 6:38 PM
**To:** Garrett Newton <garrett@reedhilderbrand.com>
**Cc:** David Piscuskas <dp@1100architect.com>, Gary Hilderbrand <gary@reedhilderbrand.com>, Chris Moyles
<chris@reedhilderbrand.com>, Peichen Hao <peichen@reedhilderbrand.com>, Heiman Luk <hluk@1100architect.com>
**Subject:** RE: 38 Highgate - Existing Site Plan

Thank you Garret.

Will you be able to send an updated plan on Monday that includes the items we discussed yesterday?

Have a great weekend,
Spencer

**SPENCER LEAF** AIA
SENIOR ASSOCIATE

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

**From:** Garrett Newton [mailto:garrett@reedhilderbrand.com]
**Sent:** Friday, February 24, 2017 5:37 PM
**To:** Heiman Luk <hluk@1100architect.com>; Spencer Leaf <sleaf@1100architect.com>
**Cc:** David Piscuskas <dp@1100architect.com>; Gary Hilderbrand <gary@reedhilderbrand.com>; Chris Moyles
<chris@reedhilderbrand.com>; Peichen Hao <peichen@reedhilderbrand.com>
**Subject:** Re: 38 Highgate - Existing Site Plan

Heiman and Spencer,
Please find the attached draft files for inclusion in the LHR submission.  Below I've listed a brief description for each.

**Existing Conditions Plan**
We have removed the trees which were recently taken down.  We have also discussed having the surveyor update the
survey with these trees removed.  We will share this with you once complete.

**Highgate and Old Farm Road Views**
Both need to be updated with the current design and building addition.  We are showing a version with less planting on
the Highgate view as we believe the town will request we add planting here – which Amy is prepared for.

2

**Axon**
Not sure if this drawing is helpful for LHR. Your thoughts?

**Permeability Diagrams**
This should be a home run when compared to lot coverages of the adjacent neighbors. I have attached the neighborhood context from the 39 submission for which our building footprint is on the low side of. To take this a step further, we could calculate the total impervious coverages (building plus driveways) from an aerial for these properties as well. We should discuss bringing a civil on board for mitigation of runoff.

Other materials we provided for the 39 submission included:
- exterior lighting diagram (and photometrics for drawing set)
- illustrative site plan
- tree protection phasing diagrams
- planting character diagram and proposed species images

Have a good weekend.
Garrett

**From:** Heiman Luk <hluk@1100architect.com>
**Date:** Friday, February 24, 2017 at 11:15 AM
**To:** Garrett Newton <garrett@reedhilderbrand.com>
**Cc:** Spencer Leaf <sleaf@1100architect.com>, Peichen Hao <peichen@reedhilderbrand.com>
**Subject:** 38 Highgate - Existing Site Plan

Good Morning Garrett,

We are preparing a presentation for the building department,
and we need to update the existing site plan with the trees that are being removed on site.
I've attached the old drawing as a reference.

Let me know if you have any questions.

Thank you,

**HEIMAN LUK**

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

Connect with us on Facebook and Twitter:
http://www.facebook.com/1100architect
http://twitter.com/1100architect

1100APC0393377

**Robert Lipson**

| | |
|---|---|
| **From:** | David Piscuskas |
| **Sent:** | Sunday, March 19, 2017 8:05 PM |
| **To:** | Spencer Leaf; Fanichristina Papadopoulou; Heiman Luk; Zachary Goldstein; Sergio Sandoval |
| **Subject:** | 38/44 Highgate - notes from Amy Berylson call Friday 3/17 |

Notes from Amy Berylson call.

Will require staffing coordination FCP / HL and others pitching in as possible.
Some material exists and can be modified; other will have to be generated.

Confirmed two upcoming meetings in Wellesley: DP/AB
Early morning Tuesday 3/28
+
Early morning Wednesday 3/29 follow up

Spencer, possible you maybe joining me.
We will need to ship gem and threshold materials to Wellesley for Monday 3/27 arrival

Agenda:

- ∞  38 window review
    - o  all types in the old portion of the house
    - o  All types in the new portion
- ∞  38 exterior trim review
    - o  details
- ∞  38 entrance review
    - o  details
- ∞  Door thresholds at all exterior doors
    - o  Material
    - o  Detail
- ∞  Gem studio
    - o  Material of exterior
    - o  Sliding or sing doors at rear
    - o  Plan of terrace
    - o  Exterior windows (see point above)
- ∞  Dining pavilion
    - o  Doesn't want operable windows on west side
    - o  Access 'doors/windows' for air on north elevation, either side of bridge; study
    - o  Terrace plan at bridge
    - o  Glass surface for basement space
- ∞  Overall review of South terrace plan, material, etc. (see points above)
- ∞  AB Garage at east
    - o  Roof slope?
    - o  Cupola or not?
    - o  Only a weathervane?
- ∞  Overall review of site plan
    - o  Pervious / impervious surface
    - o  Detention holding tank locations
        - ▪  General infrastructure review
    - o  Plants selection by Chris (not Gary)
        - ▪  1100 feedback on all
    - o  Cherry trees at front of Gem yes or no?

1

1100APC0393349

- - 1100 feedback
  - o Well bore for private water yes or no?
    - - Disconnect from town water?
  - o Generator location

--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL
**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

**2017 PRESIDENT** AIA NEW YORK

1100APC0393350

| | |
|---|---|
| Message | |
| **From:** | Fanichristina Papadopoulou [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F159EFFC99FD47B785671951C78C2CD4-CPAPADOPOUL] |
| **Sent:** | 5/29/2018 5:36:12 PM |
| **To:** | Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson]; Andrew Schalk [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a2e67d6c54741d5a46a3551f5c0e422-aschalk]; Michael Fierle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d16e39c13b9464dae266517c880b7c8-mfierle]; Julia Brooks [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=64475ac8dd1445a0854cc8aca6b8cffc-jbrooks]; William Ruffenach [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ec3d6a13bcd942ba947ce8af37fd5ae5-wruffenach] |
| **CC:** | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| **Subject:** | Notes from Amy - 38 Highgate |
| **Attachments:** | Amy phone call - 05-29-2018.pdf; Amy meeting - 05-24-2018.pdf |

Team,

I've saved minutes from the Thursday meeting and today's phone call with Amy here:

N:\Projects\Current\1604_House on Highgate\Admin\1.0 Design Admin\1.2 Mtg Minutes\1.2.7 Amy Meetings\PDFs

Best,

FCP

**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5626

**LANDSCAPE + LANDSCAPE LIGHTING:**

- concerned about the black metal apron @ garage recessed frame. She is concerned about it deteriorating over time because of vehicular traffic and exposure to weather. Needs to be heated, as part of the comprehensive snow melt strategy. Recommends bluestone or cobblestone apron, unless we can convince her the metal panel is appropriate.

- Verify there is no snowmelt under the long driveway. This area will be plowed/ snow-blowed.


**BASEMENT FINISHES& LAYOUT:**

- If epoxy& cement, how do we differentiate between materials? Concerned that it won't look the same and if it doesn't, concerned it will look ugly. Per 1100 team meeting: want to propose the same cement terrazzo finish throughout because of practical concerns.

- Dislikes the look of the collection storage hall, with all the swing closet doors. Likes sliders better. NO HARDWARE

- Luggage storage: to be further designed/ fleshed out, with minimal design and NO HARDWARE

**MAIN STAIR:**

- Likes the wider opening – narrower tread width version. Is probably convinced that the fillets around the wall corners are appropriate. We should follow up with her previous comments and make sure all renderings are up to date with the fillets. Concerned that the fillet will make it look "like a barrel". (It won't: she's OK with the argument that this stair has a curvilinear, soft language and we won't make it look at all like a barrel)

**DINING PAVILION+ GLASS:**

- Is clearly depending on us to tell her what the right reflectivity is. Understands the issue that high reflectivity on the outside will reverse at night, from the inside. Re-iterates that high reflectivity is nice but let us calibrate to make sure we balance it from the inside at night.

- Kitchen Design: how many sinks do we need? What appliances do we spec? She's not happy with her Gaggenau, maybe do Wolf? Or Miele? Doesn't really care, she's clearly looking for direction. Where do crystals go? She needs a shallow closet for crystals only, 16"-18" will do. Where do we store silvers, plates etc? Generally, we need to further design& layout. All closet+cabinet doors to NOT LOOK LIKE DOORS. NO HARDWARE.

- Servery doors: she insists this is decorator's scope. We should show design options. Was thinking out loud about the servery's design, she needs the cabinet to be 30" deep, otherwise thinks she'll figure this out with the decorator.

**TERRAZZO:**

- Very insecure that it's not a good idea to continue the terrazzo in her office. She asked to see the rendering that looks down to the Gem from the Gallery, showing terrazzo in the hall, so she can see what it'd look like. Not convinced though.

1100APC0172155

**GEM:**

- Gem Lighting as discussed. Just emphasized that we need to work on lighting the features and recessing spot lights appropriately. Only one floor lamp will be allowed, for ambience and we will need to hide any cables.

1100APC0172156

**DECISIONS:**

-longer bridge: decided OK

-south patio: decided OK – make sure reveal is less than an inch, for heels

-west elevation: decided OK with rectangular openings, not square

- Tentatively decided OK with metal frame around the parking garage recess

- Happy with double loaded cedar closet. Decided OK. One side will be given to John, the other to her for linens and coats.

- Happy with roller shades in Gem, where shown. Wants to add roller shade pocket in west window. Happy with Lutron fabric samples- liked the bistre one. Decided OK.

## ITEMS TO WORK ON

### LANDSCAPE + LANDSCAPE LIGHTING:

- work with RH on the parking court materials, especially the threshold right in front of garage door recess: she was pushing hard for cobblestones with some grass showing in between. Said she needs to add some "charm" to the parking court because the architecture is so clean cut.

-Coordinate with RH about David's suggestion to have a "low Point" valley from Old Farm Road, when approaching from the driveway. She really likes that.

-complete the hedges in front of gallery windows; they seem to currently stop short of the whole length.

- get rid of some hedges and the tree on the landscape plan that inhibit the moneyshot view (essentially pick up the changes from book 6 on the landscape plan – coordinate with RH)

- coordinate lamp posts in landscape with RH: where are they – how many – what do they look like?

- coordinate landscape lighting with RH – especially as it pertains to lighting around the dining pavilion

### BASEMENT FINISHES& LAYOUT:

- Revise basement finish plan: gallery stair needs to be cement terrazzo, which means it needs to seamlessly transition to the upper hall. Thus, cement terrazzo for the whole composition at least stair+ upper hall. Need to be careful about the transition then from cement to epoxy. See if we can match terrazzos, or propose something else.

-Revise basement finish plan: service hall to be terrazzo. (again, hates bluestone. Went through a bit of back and forth on antique French tiles, cobblestone etc but we managed to convince her to do terrazzo )

- How are we lighting the parking garage recess? Can't put light in the ground because of snow; can we recess a strip of light in the overhang?

- Generally likes layout on page 21: need to work on JB collections room a bit, maybe give him a small table or a stool, maybe not; she didn't seem to have a strong opinion.

- Need to work on basement stair. As long as closets in collection storage are 24" deep, she's happy. She likes the sliding door, she likes most of the layout but dislikes the "up&down". She said "too many steps". DP pushed for a refined scheme of page 21, and she agreed to let us study it and figure it out. Really tried to explain there's only one time you'd have to do up and down, which is if you're coming down from the main stair and then up through the gallery stair. We explained this is unlikely, if you're carrying things to the Gem, you should just walk to the Dining Pavilion's stair and go up from there. She seemed to cave in.

## MAIN STAIR:

- Likes main stair as is, with treads at a min. 3'.  Seems to be more concerned now with finishes and how the handrail is detailed. She likes very thin, minimal, sexy handrail and thin posts supporting it. She referenced her sister's house, done by Seadar. She has a similar stair with a hammered bronze handrail that she likes. DP critiqued the way the balustrade related to the handrail and suggested our detail at the edge would be more elegant and taper to a thinner profile where it meets the handrail. Did not pay attention to the way it flared and filleted to meet the second-floor wall, but DP praised its grace. She's OK with it. She's open to studying an even more generous fillet at the landing, even more than the 18" on page 30. She seemed indifferent and ready to be told what's best by DP. She seems conflicted about the open treads and how we deal with them. Wants to see maybe a handrail elegantly frame them and terminate at the wall? Maybe will look like ADA? Maybe wants the treads to flare out towards the entry? Afraid it will block the sidelight. DP had opinions and AB agreed to let us study and come back.

- Make sure the round window is "a charm thing, not one of those marvin windows". Referenced a window fabricator that has great craft, but didn't remember name, said they were recommended by Bob C.

## DINING PAVILION+ GLASS:

- Glass: She seems convinced by general description of "silver" glass that is as colorless as possible and portrays reflections with high fidelity to color. Gravitated towards larger reflectivity. Even mentioned she would love to make it out of mirror but doesn't have the guts. Things to study with the glass: what does it look like when you're inside looking out, morning and night and how would it look if there was some light in the vinca (→DP's suggestion that she liked)?

- Reiterated that bridge glass needs to be completely clear and that all other windows/glass should match. At least for all contemporary windows.

- Curtains in Dining Pavilion. Was OK with it in general terms but seems to want more detailed explanation of how it works: what's it like when all curtains are closed, how do we always get a gap at the bridge, what if you want to operate the stationary curtain at the west etc. Also said she's fine with west always being covered, because it's the "bad" utilitarian side with her stainless-steel kitchen. Also afraid of what the ceiling track looks like when the curtains are open. Can you see an ugly track? What's the detail?

- Wants to see white, off-white or crepe curtains. NO SILK. She's OK with linen. Get samples and look at them alongside with terrazzo, so we can figure out the palette that makes sense.

- Brought up wood wall covering in Dining Pavilion. Mentioned French Limed oak again. Saw rendering, thought it looked too rustic. When she pushed for lighter color/stained wood we said she will have this crisp white terrazzo floor, so she needs a darker wood to contrast it. She took well to that. Still, seems to want to do something with that wood, was even considering adding a texture to it, similar to what Elizabeth is doing at 39. We might need to show samples to progress this. Agreed on straight board wood for ceiling

- How are we lighting Dining Pavilion, especially servery?

- Finishes and design in the servery, what are the shelves made out of, what are the cabinets below made out of, how are all these things lit?

- Servery doors. Again mentioned Dirand. She wants to see them maybe in wood, "they definitely need lites". Pushed back against this, she agreed to maybe look at it in a more minimal, contemporary version. We need to study this and show options. She likes the two sliders sliding into the center though. No swing doors; too corporate. Not glass; too corporate. FCP brought up maybe we laminate something in the glass to make it translucent, so when they slide into the center the buffet is not in plain sight and AB liked idea.


**TERRAZZO:**

- Terrazzo in Dining Pavilion and Gem needs to be REALLY WHITE. The whiter the better. Should look at samples, should make sure we can get it to be super white. No off-white, no beige, no grey. Happy to put in some mother of pearl. But more focused on the white ness

- Dislikes all grid patterns we showed. She wants us to talk to installers/vendors to see if we can maximize to at least align with glass "mullions". She's convinced we can find a way to get bigger pattern than max 5'x5' and still ensure no cracking. In gem, she wants us to look at the grids with the rug in the room. Was more interested in the square pattern than the others.


**GEM:**

- Gem: Reiterated that she wants a decorator to help with furniture, but wants only a few pieces, not too much clutter. Sofa needs to be with longer chaise in middle, creating two seating L sections. Only one chair on opposite side. Maybe a chair where the curved library is. Bigger divan at yelling door. Door will never be used for circulation. Rug needs to be rectangle and much bigger than shown. Maybe align with outer edges of the 7' thresholds.

- Gem Lighting. She's fine with us moving forward with light shelf scheme to light the Dome, if she will never see the light fixture in the light shelf. However, the Dome lighting needs to be dimmable and will probably only be used for ambience. Wants to see lighting scheme that can sufficiently light the bar, the fireplace/TV wall, the library vignette and the south opening. Maybe sconces at library, maybe up&down lighting at Gem utilizing the shelves and the light shelf. Dislikes floor lamps, mainly because

she despises cables. Not convinced we can sufficiently target the recessed spotlights in the ceiling to light the vignettes. Referenced the existing family room's lighting scheme and how it works well, except the dark SE corner, which is fine. We need to convince her that we can deal with all lighting needs in the room. At the end seemed comfortable that the new technology in downlights can efficiently target and wash surfaces.

- Likes new shelves at south

- Bar at Gem: 24" is too shallow. Understands we can't push out, and will probably dislike pushing in. Can we maybe have a lip, where a panel can be pulled out to extend the counter? The counter needs to be at least 26", which is what her bar at the family room is now. Likes having all doors and behind the doors having drawers or shelves. ABSOLUTELY needs a wine refrigerator, doesn't care to have ice. She has a subzero undercounter refrigerator that stores wine; we should use that. Otherwise, needs one cabinet with shelves for glasses, one cabinet with drawers for liquor (they can be shallower than 24"), one cabinet with more, thinner drawers for napkins, etc. No hardware if possible. Would only use floating shelves for decorative objects. Happy with length. White lacquer as finish for cabinets OK. Finish of counter TBD. Maybe marble?


## OFFICE:

- Loves the Bottega Veneta furniture collection. Wants to see a new desk from the collection in her office. Unclear which one.


## TRADITIONAL HOUSE:

- What are we doing with threshold detail at the French doors in the south façade? She asked for ideas/guidance. She's not affixed to what she has now. Pointed out that her French doors are all wicked, maybe because they were not properly back primed.

- Family room needs to be recreated as is. It is perfect. Other than the new Vitrocsa windows:

> Same wall covering (textured textile?), or something similar but seemed like could be convinced otherwise.
> Same carpet
> Same roller shades and blinds; she likes that she can calibrate the light. Levolors and Verosols.
> Same lighting scheme
> Same bar. Actually, call her millworker from Miami, he needs to re-do the bar.


- Wants to discuss the French doors at the south, mostly hardware: what door knobs and mechanisms are we using, what do they look like, she wants them to be super thin and minimal but most likely wants them in polished brass, to have a hint of gold. She complained that nowhere else does she have a hint of gold and she needs it here. Absolutely no nickel anywhere.

- How are we paneling the wall in LR-DR. Especially how does the paneling turn corners? Generally, where do we propose paneling?

- Wants to rigorously explore kitchen design. Plan, interior elevations, where does everything go and what do we think she needs? Wants to not overdo it with appliances etc, but seems to need to be handheld. Afraid it's become smaller. Also concerned with the island portion that sticks out. After discussing how we don't think it adversely impacts circulation, seemed fine with it.

- Change the door to the dining room from a slider to a swing door. Not a pocket door, so she can have that wall uninterrupted for art.

- Can you still see out from the kitchen through the breakfast room windows? She wants to.

1100APC0172161

## PHONE CALL

## 05-31-2018

**MAIN STAIR:**

- Have a reveal between treads and solid balustrade.

- show fillets as we discussed

- What happens when the underside of the stair meets the ceiling (on the first floor)? It looks like a kink there. Should be smooth and read soft- not like a hard transition from the curved underside to the flat ceiling.

- Wants to iron out details for the main stair in the next book

**DINING PAVILION+ GLASS:**

- Dining pavilion floor needs to be terrazzo up until the edge. She's understands and is OK with the gap between glass and edge of floor (since there's a trench heater in that gap) but wants to see terrazzo all the way

**OFFICE:**

- Is now almost convinced she likes terrazzo in her office; her "art people" agree. She likes the last office design she saw, with the sliding door and shelving behind.

**VITROCSA WINDOWS:**

- Seems to think that she prefers stainless steel finish to painted white; white is tacky. She wants to see a sample of course, but her initial thought is not white painted.

**TRADITIONAL HOUSE:**

- 2nd floor finish: seems to be gravitating towards Dinesen wide board planks, running east-west, without changing orientation. Doesn't want them to read too "country", wants them clean and European. Held on to 10" wide boards as a starting point.

- ceiling trims/crown moldings. What is our strategy? She likes the idea of modern reveal everywhere on ceiling except for LR-DR where we can maybe afford a super thin crown molding.

- What's up with the dark bronze frame in the threshold to the Living Room? This should be white.

- Loves the fireplace mantle in Living room. Loves floating wall with paneling. Loves the chevron look on the living room dining room renderings.

**KITCHEN:**

- Clearly interested in designing the kitchen

1100APC0392973

- Seems to like the layout and general design as is. Wants to explore the idea that the countertop is Corian, the cabinets are white lacquer and the backsplash maybe white glass tile? Unsure.

- Wants to see the island in marble, like Dirand has it. Likes the idea that the height is different for the protruding part of it as opposed to the main, monolithic island.

- Would like to get rid of floating shelves above breakfast room island if possible.

- Would probably need a floating upper cabinet, not necessarily full height, above the cooktop, to the left.

- Would entertain a shelf at the windows sill?

- Likes integrated marble sinks.

- Generally references Dirand's kitchen. If we can make most of the counter and cabinets white lacquer and functional and allow the island and floor chevron finish to sing, she's OK. She asked that we find the kitchen vendor that Dirand uses and draw inspiration from them. They're French. Apparently can be found by googling.

**GENERAL:**

- Dislikes the millwork at Elizabeth's. She thinks the finishes look cheap. She wants to pursue a really high gloss lacquer for her house.

**DOORS& WINDOWS:**

- Wants to explore the idea of a glass slider at the garage. She's discussed this idea with DP.

- Front door needs work. Proportions, lites, subdivisions etc. Needs to look traditional, not modern

- Round window needs work. What does it look like specifically, does it have subdivisions, trims etc.

- Generally windows, what do they look like, what are their details etc. She said we should start with Southshore, but understood that we need to test and compare.

- Loves the word harmony: the windows need to be studied as a whole, because they need to co-exist in harmony. Likes that.

- Figure out the threshold detail @ French doors.

1100APC0392974

PHONE CALL

06-13-2018

**LIGHTING:**

- discussed lighting scheme for Gem: light shelf cove as drawn to light the whole dome and give her ability to dim and create ambience. Light shelf cove lighting **down** at the "feature locations", i.e. bar and fireplace wall. Spotlights recessed and plastered in around the oculus to target specific positions in the room for high light output. TBD how many we need. Some ambient light strip concealed @ bookshelves. This scheme was well received, and confidence was expressed in our design progress.

- discussed lighting scheme for Dining Pavilion: chandeliers above the table. Recessed spotlights in between the chandeliers for supplementary lighting. Appreciates DP's suggestions that spotlights be ever so slightly angled to avoid direct downlighting on people's faces.  Some ambient lighting in server. Utilitarian lighting in kitchen. Light strip along perimeter in ceiling cove for curtains. Happy and agreed with the whole scheme with **one request:** can we maybe calibrate the LED strip light along the ceiling perimeter to still be on, very faintly, if curtains are closed? She wants to still have some illumination down the glass, regardless of curtains. FCP explained that WALD and 1100 believe this light would not provide meaningful illumination right up against the glass, but she would like to verify.

- discussed lighting scheme for bridge. Strategy to either light from between the bluestone joints, or as a strip of light on either side. Likes both, especially appreciated DP's comment that it will not look like Studio 54. OK with the idea to light from the vinka outside but cautioned that the snow might completely cover the light fixtures and render them unusable. 1100 will study and present scheme.

- discussed gallery lighting. She seems to not understand accent lights as opposed to wall washers; seemed to think that one is inferior to the other. She urged us to treat both sides of the gallery (north and south walls) as equally important and said she might have art on any stretch of wall along the gallery. Also, would like to avoid too many fixtures. Also, mentioned that sometimes she likes a white sconce, wall mounted at the ends of hallways, as "punctuation points". (later said we could ignore that one statement)

**CABINETRY @ BASEMENT:**

- AB inquired about the bank of closets in basement. Are they built in units with doors, or are they single units that get placed? FCP explained these are built in millwork elements with sliding doors and concealed hardware. She is OK with this idea schematically, likes that these aren't single units, that look like closets, but instead look like a uniform bank of doors. Wants high gloss lacquer as their finish.

- AB wants to have swing doors at the luggage storage unit next to the elevator. She doesn't like pull out drawers.

**MAIN STAIR:**

- only briefly discussed. Loves that we're saying the handrail is minimum diameter profile and is bronze. Is OK with us arguing against a railing on the open side, at the front entry. Does not want to place sculpture at the main entry location.

**GALLERY STAIR:**

- only briefly discussed. Waits to see it in book. Understands why we haven't developed fall protection design, given that we're focused on zeroing in on the layout.

**WINDOWS AND DOORS:**

- Had general conversation about vendors. Keeps mentioning that she likes Southshore and Little Harbor but understands that testing and performance are of outmost importance. Is open to discussing options and being persuaded against those vendors. Asked about our position on TDL vs SDL. FCP re-iterated that 1100 believes TDL is aesthetically always superior to SDLs. AB claimed that SeaDar had a conversation with her, strongly advising for SDLs, and explaining how they perform better than TDLs. 1100's position is that any route we go, we would make a choice that performs to the strict standards we have spec'd. Is eager to see what we are proposing for the design of all traditional windows and doors.

- Threshold detail at all doors: she is interested in a comprehensive strategy about sills @ doors, throughout the house. Currently has granite thresholds @ French doors. FCP made the case that our proposed detail is to eliminate the stone's protrusion on the inside of the house, so she only sees the wood floor up to the French door. She really liked that. FCP also explained we are proposing bluestone for the sill threshold, to make it disappear into the rear patio, which is also paved in bluestone. This comment seemed very convincing to Amy, despite her disdain for bluestone. She asked for us to develop a comprehensive strategy for the sill/threshold details. Are all vitrocsa doors treated the same? Does the traditional house have a different detail than the additions? She seemed convinced that all thresholds, other than the French doors should be wood. She said wood is what she has now and it easy to maintain.

- Asked why we are even considering a vendor from Quebec. FCP's response is that we are doing our due diligence in vetting all vendors SeaDar included in their leveling sheet.

**FAMILY ROOM:**

- re-iterated that she wants it re-created as is. Re-iterated that we should have carriage house millwork start work on recreating her bar.

**LR/DR FLOATING WALL:**

- is open to the idea of cladding this in ENP wood, but most probably will be against it. Her argument is that the floor is going to be fabulous and thus the floating wall should not play against it; too much wood on wood. She probably prefers it as traditional, white with raised panels. Emphasized that it would be a good spot for art.

**LIVING ROOM:**

- likes the fireplace as is shown, probably won't go with black marble though. She'll sleep on it. Doesn't know what the floating shelves are made out of, maybe glass, maybe painted wood. Doesn't know, not ready to talk about it, said she wants a decorator.

- Emphasized that we know all furniture pieces that go in these rooms, thus we already have most of the room in place. That was another rambling opportunity to talk about Dirand and how he needs to be brought on board.

**OFFICE:**

- OK with terrazzo in her office

- Go to Bottega Veneta's NYC showroom, on the first floor, there's this big desk. That's the one she wants in her office. Maybe.

- Maybe it is interesting to have this room be clad in the ENP wood finish? Against the terrazzo floor, this might be interesting. If yes, then both walls should have the same treatment (north and east). Is interested in looking at that as an option. She mentioned maybe a shelf behind her desk? (we're on hold until she reviews the book)

**FLOOR AND CEILING LEVELS:**

- wants a specific explanation on how we will 1) achieve the same finish floor elevation across the whole first floor of the house, given the existing discrepancies, without depriving her of any ceiling height. 2) see how we can give her extra ceiling height if possible. 3) make sure we accommodate the radiant heating within the floor, again, given the existing discrepancies.

- suggested that we get Todd to give us specific dimensions to make sure we know how the floor will be level and ceiling heights will be maintained/ increased.

**DINING PAVILION:**

- What are we doing with the servery doors? Not too corporate, maybe wood? Need to have some charm, need to have lites. But also wants to make sure they are chic. 1100 needs to design and propose options.

- What are we doing in the servery? Materiality and design of cabinetry, shelves, lighting etc

- What color/material do we think the table should be? These decisions need to be considered together with the general palette of the room.

# PHONE CALL

## 06-14-2018

**PARKING COURT APRON:**

- AB is now convinced she needs an apron at the garage doors recess. Metal seems to be the best choice from a design perspective. We need to do our research and find the metal apron that can take the wear and tear of cars running over it etc and use that. But she doesn't like the "no apron" option anymore.

**OFFICE:**

- We did not show the right desk. She wants us to show the "Bottega desk with the Xs". Unclear which one. She says it is really big. Desk should probably occupy the corner; looks weird the way it is centered on the room.

**BAR @ GEM:**

- Wants both refrigerator and wine storage. We should use the 18" wine storage unit from subzero and the beverage center unit, or a refrigerator unit with ice maker. Send her cutsheets so she can make a decision. But needs both.

**LIGHTING:**

- Does not understand it, but "seems like we're on to something".

**MAIN STAIR:**

- Hates the design on Book 8. Overdetailed, overdesigned. The open treads should be straight. They should be blocks, without any detail to them. Hates the marble threshold, it should be all simple and one material, probably wood. She will probably have a mat there, in front of the main entry, so doesn't want too many material interfacing. Revise.

**WINDOWS AND DOORS:**

- Pella panicks her. She didn't elaborate why.

- Interested in looking at Simulated Divided Lites. Wants us to not rule them out

- Muntins need to be thinner than her current ones, but not too thin. She doesn't want them to look to thin, because then they look commercial. The traditional doors and windows should have some "weight" to them, the muntins need to be "hefty". This side of the house should have the charm. Wants them to be detailed in a French way, to look like "they were always there"

- Wants us to let her know what trims/molding we're proposing for her traditional doors and windows. They need to be charming: these are the only items in the whole house that have decorative moldings.

- Dislikes how far into the space the doors are drawn. FCP explained this is to accommodate for screen doors. Only wants screen door at the center French door, like she has now. Flirts with the idea of the office door also having screens. 1100 to study and make suggestion.

- Thresholds. Again, likes the idea of the French doors having the bluestone sill that "disappears" into the patio. Satisfied to overcame her disdain for bluestone if it is going to vanish into the landscaped terrace. Rest of the doors and windows should have simple sill details. Maybe wood, maybe metal, but simple. Loves the explanation that the Vitrocsa doors at the Gem will have almost invisible sill details that make them seamlessly transition from inside to outside.

**GALLERY STAIR:**

- Much better.

- Railing should be all metal. Understand we are showing vaguely in renderings, because we're trying to lock down layouts.

**EXTERIOR FINISHES/DETAILS:**

- Clapboard she has currently looks like cheap-o Home Depot. She needs new clapboard. Needs to look nice and expensive, not like Marcy's from across the street. Marcy has the cheap-o stuff. 1100 to find expensive looking idea for clapboard/siding.

- 1100 to research gutters and downspouts. They need to be white. They will be exposed as they are now, for the traditional part of the house. Her current ones are thin aluminum and get banged up; too much maintenance. We need to find durable ones that don't require too much maintenance or need to get painted every so often.

- Carriage house doors: love. We're doing it.

- Existing garage: the side door (west) needs some glass now, because with the new scheme, there is no natural light in the garage.

-Need to start showing pots/plants in front of clapboard at south elevation flanking the French door, because it looks empty and awful without. She threatened to ask for shutters if we don't show pots.

**INTERIOR FINISHES/DESIGN:**

- Don't bother with ENP at LR/DR floating wall. Just do clean, white, beautiful wall with raised panels. The LR/DR is only meant for her to display her art and her furniture. Not meant for any of our "kitschy" details.

- Loved the Bistre Lutron fabric sample we showed her during our in-person meeting. Very happy to use it everywhere. Can we find the same fabric to use for curtains? Not for LR/DR curtains, but for Office, would look great if it matched the roller shades at the Gem.

- LOVED the way the terrazzo joints were displayed on the basement finish plans. She adored the Valentino reference image. She asked about the matrix and aggregates. FCP explained the matrix composition and how aggregates are numbered from 1-8 depending on their size. AB was enticed by his conversation and applauded our terrazzo expertise. Wants FCP to email her images of terrazzo with annotations when it comes to aggregate sizes, for her to understand what she wants.

-Again, what are the materials in the servery? It needs some "sheen, some pizazz". Maybe some bronze?

- Maybe we shouldclad all mudroom walls in the ENP wood? That would look fabulous. 1100 to study.

- Is there a place that DP thinks needs more "oomph" and would like to propose ENP cladding for? Maybe one of the bathrooms? Or the kitchen?

RANDOM: The toilet in the bathroom close to the elevator needs to be relocated, otherwiset he plumbing won't work?

| | |
|---|---|
| **From:** | Fanichristina Papadopoulou |
| **Sent:** | Thursday, June 14, 2018 4:40 PM |
| **To:** | Andrew Schalk; Julia Brooks; Michael Fierle; Robert Lipson; William Ruffenach |
| **Cc:** | David Piscuskas |
| **Subject:** | 38 Highgate - Notes from Amy phonecall |
| **Attachments:** | Amy phone call - 06-13-2018.pdf |

Team,

Notes from phone call with Amy attached. Not as useful as previous notes; the conversation was kept general and inquisitory. My feeling was we'll get more direction after she's had a chance to review the book. As always, all notes are here:

N:\Projects\Current\1604  House on Highgate\Admin\1.0 Design Admin\1.2 Mtg Minutes\1.2.7 Amy Meetings\PDFs

Best,

Christina

**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5826

1100APC0014405

# PHONE CALL

## 07-09-2018

### PROBES AT BASEMENT:

- No probes are acceptable in 38 Highgate, until the existing house is turned over to the contractor for construction. If necessary, probe anything we can in the basement, which she doesn't care about.

### WINDOWS AND DOORS:

- Ensure either same exact glass can be used throughout the project, or at the very least make sure the glass will have the same appearance (color, tint, transparency) throughout.

- Not sure if she wants/needs TDLs, we need to look at samples together. That being said, she understands that if she wants the traditional, classic look, she would have to do TDLs. Also, open to reviewing a really good SDL, to see if she would be OK with it. "Nothing that looks like Marvin".

- All windows, casements and double hung will be detailed the same. All French doors will be detailed the same. Maybe French doors can have their details scaled up a bit, given their size. Current ones are too bulky, but we shouldn't get too slim either. They need to be hefty. Profiles should more or less match existing, only refined.

### THRESHOLDS AT DOORS:

- Seems not entirely convinced by previously agreed upon bluestone sill at French doors. Upon FCP's further explanation, seems convinced. Likes that it's simple, minimal, flush with the finish floor and disappears into terrace.

- Seems convinced by marble sill detail at Gem Sliding Doors, to blend into floor and marble walls

- Wants to know what our recommendation is for the rest of the doors, especially the other Vitrocsa sliders, but also the mudroom door. Wood? Something else? Just remember she hates bluestone.

### BASEBOARDS:

- "Thank God I'm doing flush baseboard, whatever person does regular baseboard that sticks out?"

### ENP WOOD/ INTERIOR FINISHES:

- She has reviewed the ENP wood at Elizabeth's. Isn't crazy about its texture but at least likes the color.

- Where do we envision ENP cladding? We left it at all mudroom and coat closet walls/cabinets/millwork clad in ENP wood and the floor would be terrazzo tile. Concerned it won't hold up in time but willing to entertain it.

- No ENP cladding in Amy's office anymore. Needs to be white and high gloss.

- Terrazzo tile in existing areas; love. Large format terrazzo slab: even better. Happy to see mudroom, coat closet, laundry, bathroom in that floor finish.

1100APC0173309

- LR/DR as discussed before. Simple floating shelves flanking the fireplace: shelves need to be four/five floating pieces of wood, on the thicker side. She wants the design to be a little "zippy"

- She's keeping the "beautiful French dolphins". She's referring to the fish table.

## DINING PAVILION:

- Servery Doors: she keeps asking; we should study them. No heavy bronze, not all glass; too corporate. 1100 needs to study. All of a sudden she doesn't want them sliding into the middle, stationery panels. She wants pivots.

- Interested in discussing the table. Maybe brown marble slab on lucite base? Leans towards stone slab, with little personality to not take away from the other finishes in the room. Maybe brown, maybe white. Hopefully will come in one piece, to not look like a boardroom.

- Wants the server to be "zippy". Maybe some gold/shinny?

- Committed to terrazzo floors and wood ceiling and wood cladding. Wood cladding will definitely be dark, but maybe not as dark as shown in renderings; we should get samples and make suggestions.

- Kitchen @ Dining Pavilion: Amy just realized we are dropping a soffit in the kitchen. A little resistant at first, but OK, after hearing explanation of MEP coordination and necessary plenum sizes. Worried however that we need to look closely into finishes, especially since there's a soffit: all stainless steel? Stainless steel for counter and cabinets, but light grey painted walls and ceiling? White painted ceiling? 1100 should study. Needs to be *subdued, serious and sophisticated*.

## MAIN STAIR:

- Revert to second to last design (book 6/7) and refine. No fussy details, no unnecessary material changes. Show in more detail, refine handrail and then let go of until it is time.

## GALLERY STAIR:

- Eager to see more developed railing. She insists on calling our idea for the railing a *"communist railing from the movie "red sparrow" with Jennifer Lawrence"*. Not sure what that means; she wouldn't elaborate. Just emphasized that this is a feature railing, visible from the outside. There's also a lot of it, since it goes all the way down and wraps around. So it needs to be really beautiful and not communist. It should most probably be stainless steel. She likes the idea of treating the SS with some waxing or other technique to give it some dimension. (Caliper has suggested that type of SS finish)

## TERRAZZO:

- Doesn't want to go to DePaoli's showroom to inspect terrazzo because she's extremely suspicious of the fact that they're in Canton. She urges us to explore options, domestic or international, of the best terrazzo vendors. She also **doesn't trust Seadar to do terrazzo well**. She trusts them with "windows and plumbing", but not terrazzo; we need to be on top of terrazzo.

## GEM:

- Happy with thickness of banquette at 36" and 48". Wants it to be thick and comfortable. Understands that we need to build in the base to use as return air plenum, and otherwise will give her upholstered cushions, almost floating on a shallow base. Happy with that.

- Happy with bar description: we need to share cutsheets with her re: refrigerator. Cabinets to be high gloss white lacquer. Countertop to be thin Thassos marble slab. Floating shelves also, thin Thassos slabs: gorgeous, handsome, amazing.

**LIGHTING:**

- Satisfied with description of collaboration between 1100 and WALD. Satisfied that we're on top of GEM recessed fixtures. Need to make sure it doesn't look like a planetarium. Fixtures need to be plastered in and disappear as much as possible.

- Saw Dirand example where a chandelier was offset from the dining table and liked it. Suggested maybe we should do the same for Dining Pavilion? Wants to review the lighting scheme and see what we're suggesting in terms of chandeliers& recessed spotlights in main area, lighting in servery and task lighting in kitchen. Also understood that it is an item that's coming up as a deliverable.

**SAMPLES:**

- Terrazzo

- Chevron hardwood

- Wood cladding from ENP that we want to propose for mudroom/laundry/coat closet trilogy

- wood cladding for Dining Pavilion

- Thassos marble for Gem Bar

- Aluminum for Gem

- Stainless Steel custom finish for Gallery stair railing

## PHONE CALL

## 08-01-2018

**LIVING ROOM/ DINING ROOM:**

- Doesn't want to tear down the floating panel wall. She can let us explore it if we must, but is already negatively predisposed. Reasons stated:

All new spaces are big and unobstructed. She likes the juxtaposition of the existing/traditional rooms being more intimate/smaller.

These two rooms are all about the art. The panel wall should be used to display art and actually, art display should be considered its primary function

Doesn't want to see a dining table when she is seated in her living room.

- Panel Wall Design: She would like the "traditional guy" at our office to take alook at options for the paneling. She mentioned that several options have already been explored and we should revisit them. Are the panels raised, or flat? She is gravitating towards three raised panels, broken with a chair rail for a potential bench below.

- Fireplace in Living Room: she changed her mind about the black marble fireplace design we had been showing in renderings, and now wants to explore a "Dirand" fireplace design instead. "One of these faceted things: LOVE"

**COVE LIGHTING:**

- "David has already decided where he wants light coves". Gave me the impression she's on board with DP's narrative of where to have light coves.

- Seemed to be adamant that no light coves should exist anywhere in the existing traditional house. "All walls need to be touching the ceiling. I don't want any broken walls." No reveals, gaps, or light coves in living room, dining room, kitchen, or gallery hall.

- However, cove in the office, master bedroom and master bathroom: "love it"

**FAMILY ROOM:**

- Re iterated that the Family Room should stay largely unchanged. The fabric on the walls is nice, the raked brick on the fireplace is great, the bar millwork is fine (she is open to us improving it), the carpet is fantastic and should be salvaged. Wants to make sure the Levolor shades will perfectly fit within the Vitrocsa frames.

- Wants to know how we will treat the transitions from the Family room to the Breakfast and Living Room. The different ceiling heights and the layout create a weird detail and she would like to know how we address it. Currently, she has a paneled wall framing the transition to the living room and that lacquered wood panel framing the transition to the breakfast room.

# PHONE CALL

## 08-08-2018

**ELEVATOR DOOR:**

- Likes the stainless steel, simple one that Elizabeth has. Jennifer's elevator door has a door cover that looks like too fussy. She should have a simple, clean and stainless steel one, but it needs to be as big as possible, so they can fit luggage in.

**PARKING COURT:**

- Wants RH to figure out what they are doing at the parking court regarding finish. She likes the crushed stone idea, but we need to design it and show her what it looks like and be convinced it goes with the rest of the palette.

**DECORATOR:**

- She wants us to make a book that will allow her to discuss with decorators and hire someone. She will be sending it to Dirand and her sister's decorator who is fine, but makes everything "too big". She doesn't like Elizabeth's décor.

**WINDOWS AND DOORS:**

- She wants to see a before and after elevation of her windows and doors, with high priority given to the French doors in LR/DR and the kitchen windows. Even though she generally likes their proportions, she is afraid that the panes are already a little too long and narrow and our current design will most likely stretch them to worse proportions.

- Wants to see the study of all of our **first floor door thresholds/sill details**.

- Especially interested in **all Vitrocsa doors**. She really appreciated the narrative that all Vitrocsa doors& partitions (the ones in the Gem and the ones in the Family room) are flush with their respective finish floors, but the sill detail sets them apart: the one in the Gem blends in with the terrazzo and its sill "disappears", to create a seamless transition from inside to outside. The ones in the existing family room should have some detailing that disengages their sill from the carpet floor: "spot on, this is exactly it"

- Study windows in the dormers and windows in bathroom. We need to be certain that these windows shouldn't go to the ceiling.  (She thinks they shouldn't and they don't, so this is probably not an action item yet)

- *** The windows in the Family room are very poorly designed. The detailing needs to account for a nice way to wrap the wall finish into the Vitrocsa jamb. The wall finish will be some type of fabric, so a proper detail should be developed. She dislikes current detail.

**GUTTERS, DOWNSPOUTS, ROOF VALLEY FLASHING:**

- We need to develop a comprehensive gutter and downspout presentation documenting traditional examples of townhouses in Beacon Hill, Brookline, Gramercy Park. We should also study Patrick

Ahearn's work; he's an architect that does a lot of traditionally sensitive work in Wellesley and the Vineyard.

- Gutters: they need to be white painted wood with a liner. That much is for sure. The liner however needs to be studied. She claims her current liner is lead coated copper. Do we want to do lead coated copper, pre-patinated copper, what color? She really wants to figure out a way to make the gutter lining flashing disappear at the gutter's "lip". She really wants to avoid a silver strip at the gutter's lip. Also, doesn't want any green copper. (so we should look into patinas that don't look green)

- Roof valleys: Currently says she has lead coated copper. Should probably have this match whatever we use for the gutter liner.

- Downspouts: We need to make presentation/report of how many downspouts she has, where they are and what they look like. She really wants to conceal the two visible downspouts on the north side, flanking her front door. 1100 to revise details to conceal in walls. Otherwise, everything is up for grabs: size, shape and material of dowspouts. She is afraid of having too many material (gutter, gutter liner, valley flashing, downspouts). She is not certain she wants downspouts to be painted white ("white paint: yuck!"), however after talking out loud she thinks white painted might be OK. 1100 should produce presentation and clearly communicate a decision. Most probably leaning towards round, white painted downspouts – need to make sure we find a low-maintenance option.

## ROOF SHAKES:

- Jennifer's roof shakes are too light colored. Marcy has standard ones. She wants a traditional looking roof shake that's brown/warmer in color.

## CLAPBOARD:

- AB inquired what we think her clapboard should be. I explained we were specifying the highest grade cedar siding possible (clear vertical grain heart),  because she had asked me to find the best siding possible. However, after conversation with Aaron Pine, it was discussed that because the siding will be painted white, not stained, we could afford to spec a lower grade cedar, because the difference would be imperceptible. She is happy with, that, as long as it "doesn't look average".

## LIVING ROOM/ DINING ROOM:

-Wants to see a view with the panel wall, as discussed last time (see minutes from 08-01-2018)

- Once more, we can show a view without the floating paneled wall, but she knows she won't like it (see minutes from 08-01-2018). I am unclear why she keeps coming back to this. She's made her case. Does she still want to see it as proof of concept that she's right?

## MAIN STAIR:

- Wants to see the main stair resolved. See minutes from 07-09-2018 and 06-14-2018. (Essentially revert back to simple version, get rid of materiality changes @ front door sill and clean everything up.)

1100APC1935210

**WOOD FLOORS:**

- If there's a scale from really light, grey, ashy wood finish to dark, rich, brown finish, she wants to land in medium. If there's a scale from Scandinavian to Parisian, she wants to be on the Parisian end of the spectrum. Anyway, will happily look at finish samples.

- For a hot second she questioned our chevron width and pattern. After a short conversation, she is convinced we're good. The successful arguments were 1) the width is perfectly calibrated for the architectural decisions, such as the gallery's width and 2) it looks really good in plan.

**FAMILY ROOM:**

- LOVES David's suggestion to deal with existing fireplace by lifting it slightly off the carpet floor finish and floating it on a recessed reveal: "this is a +++ idea, love it". She really wants to see this. Likes her raked white painted brick and we both thought it's nice to keep some more "rustic" texture in the Family room, given how most of the house has modern details and finishes. She is actually fine with us tearing the whole fireplace down and recreating the look of the raked bricks anew.

- Wants to see what the Vitrocsa doors and windows look like in the Family Room, especially how they interface with the walls and the floors (so jamb and sill details)

- Wants to pursue a white-ish fabric for walls, similar to what she has now

- Wants to track down a gorgeous, plush Fields carpet to replace what she has today.

- She wants us to engage Carriage House when it is time, to redo the bar in this room. Only after we've designed it though; she trusts their craftmanship but not necessarily their design sensibility.

**EXISTING GARAGE:**

- No lites on barn doors (so, good with our current design)

- Add some glass panes to the side door, to get some light into the garage.

- Ask SDC to inspect the cupola and report on its condition. We won't be replacing, but she says it is peeling, so we might need to surgically re-finish it.

→ Wants another book. DP asked that two separate books get produced; one to go out to decorators and one to progress design and all the above. Deadline: Labor Day.

1100APC1935211

# PHONE CALL

## 08-23-2018

**DECORATORS:**

- Found a local decorator in Boston, named Lucy. She is fastidious and has OK taste. She worked with her in the past for the family room at the Cape. She will probably engage her to work on color palettes and materials. However, she will also be looking for a high-profile designer to provide furniture. Maybe Thomas Maier, who was the creative director for Bottega Veneta? Maybe Christina Liaigre's daughter? These are people she's considering.

**QUESTIONS:**

- What are we doing with the sliding barn door in her office?

- What are we doing with the bar in the Gem?

- What are we doing with the lighting layout in Gallery? (from short conversation, she responded very well to the argument that the lights should highlight the architecture and not be overly focused on art locations. She wants a general lighting scheme that work well with the space and can adequately light art on the walls, wherever she may decide to display it)

- What are we doing with the existing family room fireplace? (really likes the idea of replacing existing hearth/bench with floating marble block)

- What are we doing with her windows? (mostly concerned the proportions will be adversely impacted by our new design that elongates the doors vertically)

→ Wants to receive new book (Client Booklet 9.0) and wants to receive booklet/brochure to interview interior designers/decorators with.

<u>PHONE CALL</u>

<u>09-14-2018</u>

**GLASS:**

- Said she understood David's narrative re: glass. She understood that we have three discrete glass coatings: 1) Dining Pavilion, 2) Bridge, 3) All other windows. She has requested at this point that we review samples on site in Wellesley to make decisions

**DECORATOR:**

- She saw an apartment in the English Harper's Bazaar that she really liked. She later realized it was a Joseph Dirand apartment. Upset that two seemingly "rich brats" managed to get Dirand to design their whole apartment in Paris. Regardless, she needs to engage him to make furniture for her.

- Liked a thick beige Calacatta marble counter she saw in that apartment

**PANEL IN LR/DR:**

- She was thinking maybe we only have one panel in the panel wall and a chair rail. Maybe a bench in front, maybe not. White. 1100 should study.

**FIREPLACE IN LIVING ROOM:**

- Fireplace/firebox being demolished. Thus, we get an opportunity to design a "Dirand" fireplace. It will be wood burning. Also, maybe this fireplace and the flanking shelves will be the only "design" elements in the room

- Shelves on either side of the fireplace: maybe they should go full height? Or maybe they can have a half panel as a base, with a chair rail? 1100 should study.

**LIGHTING:**

- She said reviewing lighting layouts on an RCP is not easy for her. She doesn't fully understand it. She'd rather be walked though a space in person and see actual light fixture samples instead.

- No lighting in middle of Living room. Likes current lighting scheme in Family room. Wants to just light the walls for art and that's it.

- Two wall sconces for the bed in Guest Suite, table lamps for the master bedroom.

- Could do something cool in the Guest suite, maybe a chandelier.

- Lighting concept for office and gallery sounds great

- Loves the idea of a ceiling cove above the main stair, thinks it will look "stunning"

**WINDOWS AND DOORS:**

- Gave a brief description of the south façade. Her current center double doors, opposite the front entry is too narrow; we're making it wider. Her current French doors in LR/DR are too fat; we're making them more elegant. All in all we've hit a sweet spot, proportion-wise. She's waiting to see it in the book.

- Eager to see mockups. Doesn't believe in Littleton's ability to deliver high level craft beyond "old-school" windows and doors. Doesn't seem persuaded by Bob Carlson's recommendation to include them in the process. Will inspect a mockup if they provide one and allow herself to be convinced otherwise.

- Not ready to talk window and door hardware

- **Wants to see the Vitrocsa jamb detail @ Family room wrapping the wall fabric finish into the Vitrocsa aluminum frame.**

**FAMILY ROOM:**

- Happy we're talking to Monroe Sherman from Carriage House. Maybe we should ask him to bring some Italian marquetry samples to look at for the family room bar millwork.

- What are the finishes in this room? We have the fields carpet, we have the raked brick of the fireplace, we have the floating marble hearth, we have potentially Italian marquetry for the bar millwork and sunbrella fabric for the walls?

- How does the Vitrocsa aluminum jamb interface with the wall finish? (see above)

- How are we resolving the transition from family room to dining room? That piece of millwork should be detailed in a better way than what she has today. 1100 should study.

- Levolors or Lutron shades in here? 1100 should study.

**TERRAZZO:**

- She liked what she saw from Morselletto, but thinks we still don't have a good sample for the Gem. We need something that's a bit more contrasting in its aggregate make-up, to avoid an ultra-white look to it. She doesn't want it to end up looking like a corian floor.

**GUEST SUITE:**

- We're getting rid of the fireplace in this room. She doesn't need it after all. We'll just have some art, maybe a chair. That's it.

**OFFICE:**

- Gave a verbal update on the office design. Likes it in concept, happy to see it in the book. Likes the lighting concept and likes the wood "barn door" on the west.

**BASEMENT:**

- Asked for an explanation of the basement layout. Upon explanation, she expressed relief and joy that we went through the exercise of lowering the basement slabs and eliminating intermediate landings. She pointed out that "if you have the money, all problems go away".

**FINISHES:**

- Would entertain simple tile floor in her master bathroom! Said she wants to take a step back and make some things simple. She doesn't need any marble bathrooms in the project, she has a marble building.

**TAKING A STEP BACK:**

- Asked that we come to her with any recommendations to cull things out of the project and eliminate unnecessary things: one example is the fireplace in the Guest suite, which we're getting rid of (see above). She said in the beginning we threw everything in, for good measure, but she wants to take a step back and go minimal.

**SECOND FLOOR WINDOW TREATMENTS:**

- Definitely unsure, but her first instinct was that we only have the shutters for the bathrooms on the north side, no other window, sun control necessary. Maybe blinds, maybe roller shades for dressing room, master bedroom, guest suite, but unsure. Had a conversation, but clearly not at all settled on this issue.

# PHONE CALL

## 09-17-2018

### CHIMNEYS:

- Family Room chimney: doesn't like the scale of it. It's a little small. Without the hydrangeas growing on it, she's afraid it will look "weak and skinny". The shape looks good. It's just the size that looks off.

- Chimneys shouldn't have a bluestone cap. They should be white all the way up and have a black cap.

### GUEST SUITE:

- Re-iterated, we should get rid of the fireplace in the Guest Suite. Instead, she'll have a nice expanse of wall to either showcase art or recess a TV.

- We should have a cool light fixture hanging from the cathedral ceiling in the Guest suite. She asked about a cove here, but FCP found it weird to introduce a cove in a vaulted ceiling. AB agreed; find a nice hanging light fixture.

### WINDOWS&DOORS:

- She's fine with all French doors being the same width. Concerned that maybe the sidelights are too narrow. In the conversation, she seemed to be (at least at the moment) convinced that we have made the right choices though. Successful arguments:

  - All double French doors should be the same, unlike the current condition, where the center door is narrower, for harmony
  - The composition of the south façade is responding to a few interior studies, like the office view from the inside. She agrees the office has been cleaned up and looks great, so the doors are probably good there.
  - The composition of the south façade is already heavier on glazing on the ground floor. We shouldn't stretch the glazing any more, because we'll end up with not much solid counterpoint.
  - We shouldn't stretch the sidelights to the detriment of the French doors; better to have some hierarchy in the proportions of fixed VS operable parts.

- Screen in center French door, opposite the front entry. Also, screen integrated in Vitrocsa slider in Gem? Otherwise, maybe screen in one or both the office doors?

- Gallery windows: operable transom? Motorized? Maybe some are operable? We should make sure at least some of the transom parts can open and provide cross ventilation. Give it a "Euro" look.

- Casement windows in Guest suite, above Family room look small to her (but seemingly could be convinced otherwise)

### FAMILY ROOM:

- She likes the fireplace with the floating marble hearth. She wants us to keep developing this room. She brings up several components so FCP brought up that we're adding a few too many elements and should

be cautious not to overdo it. Amy was very happy with that restraint. So 1100 should look at the room comprehensively and decide if we need:

-   raked white brick for chimney
-   Italian marquetry for bar millwork (Carriage House – Monroe Sherman)
-   White sunbrella fabric wallcovering
-   Fields carpet
-   Marble for floating hearth
-   Brown background @ bar millwork (this was the first thing Amy was willing to strip away and just have it be white)

## LIVING ROOM – DINING ROOM:

- The floating panel wall, we will study as discussed (see previous minutes)

- The fireplace should go to the floor. Let's show a placeholder now that's similar to Dirand's house in Paris; faceted, white/cream Carrara marble, to the floor.

- Bookshelves: as discussed in previous conversations (see previous minutes), there are two options:

A) 4 thick, white painted wood shelves and that's it, full height shelves, let the floor flow below

B) 3 or 4 thick, white painted wood shelves with a half panel chair rail below

- She is relieved to know that there is no other actual floating wall in the Living room. There was a misunderstanding: she thought the whole Living Room wall to the Gallery was also floating, at a distance from the ceiling. FCP explained this wall is not literally floating, the question is how we will detail the wall-to-ceiling transition; whether in a contemporary way with a reveal, or with a minimal, modern trim, as a nod to a more traditional approach. She is content and relieved with that approach and is happy to have a conversation in person about the detail specifics.

## LIGHTING:

- "not concerned with the lighting, we're good, we're just refining things"

- Asked how we're lighting the Bridge: FCP explained we have found a very tasteful and slender light fixture that we're recessing into the Bridge floor. She seemed pleased with the explanation, can look at cutsheets in person

- Asked how we're lighting the Gem in general. She is pleased with the whole strategy (light at the bar, light at the bookshelves, light at the banquette, light up the Dome from the shelf, recessed spotlights around the Oculus for additional task lighting at the seating area). Her only concern is the Fireplace hearth and whether the three dedicated spotlights can sufficiently provide accent lighting. FCP defended the scheme and Amy asked that we talk about it in person. She was somehow convinced because it was brought up that the three dedicated spotlights can be programmed separately to their own zone.

- Her existing Family room has a lighting scheme that she quite likes. 1100 might need to revise what's shown to include a few extra lights.

- Exterior Lighting. She was very pleased with what we've already included: recessed, exterior grade lights above the front entry in the pediment's ceiling, in front of the mudroom door and at the garage

recessed steel frame. She asked that we show some indication for some wall sconces at the south, to capture scope and pricing and otherwise feels good. FCP did mention that Landscape Lighting will be coming up soon and 1100 is scheduled to meet with RH about that soon.

- She wants to make sure we have a program for "All Lights On" at nighttime that makes the house feel nice and cozy at night, without giving out any creepy vibes (e.g. completely dark Dining Pavilion). FCP explained this will come later, with the A/V package, but we'll make sure she has a nighttime lighting program that makes sure all spaces have an ambient glow.

## MAIN STAIR:

- Likes it in its current state. Really likes the latest image, from the second floor, showing a light cove. She thinks it looks very sculptural and beautiful. She is still a bit concerned it looks too much like a barrel. FCP explained we have found a good balance of softening the walls, without making it look barrel-like. Amy agreed to look at the options in person and be persuaded that we picked the right option.

## PARKING COURT:

- Even though this is in RH's scope, discussed parking court. She is convinced the right material choice for the parking court is crushed stone. FCP only said that 1100 has done due diligence and provided snow melt capacity for worst case scenario (which is crushed stone). She's pleased with this narrative.

## FLOOR FINISHES:

- Definitively dislikes terrazzo finish @ front entry. Should be wood, as shown in main stair renderings.

- After some questioning, is absolutely convinced we should have terrazzo on all other spaces flanking the gallery, to accentuate the chevron pattern. Likes this explanation and thinks it's clean.

- Should get rid of terrazzo in gallery bathroom. Replace with something else.

## STORAGE:

- We should take inventory of all her outdoor furniture that gets stored seasonally in the outdoor storage area. Seems like we can't fit everything in there. Could claim some of the shallow closet space as well as some of the potting room area for storage if need be.

- Where do we store tennis equipment for the tennis court? It should be close to the Tennis court, like it was back when we had the vault in that location. Look into it and consult RH.

- Seems like she doesn't have space to access her barrels in the existing Garage when a car is parked. We should look into it and check clearances.

1100APC0028638

# PHONE CALL

## 09-18-2018

### LIGHTING:

- Too many lights in front hall; looks like a runway

- Really beautiful cove lighting on top of main stair; looks really sculptural.

- Maybe omit downlights above desk in office; just show task lamp on the desk

- Dislikes lights embedded in mirrors, like we did at 39. Amy asked for wall mounted sconces instead; David asked for lights behind the mirror.

### OFFICE:

- Show a single shelf behind the desk, floating, not too high, not too low, to display some objects on.

- Still ambivalent about the wood veneer on the slider: keeps saying she likes a natural element in the office, but then always asks about it being a good idea and keeps asking what I think.

### SECOND FLOOR:

- General comment: second floor layout needs work

- Kid's bedroom: dislikes that we carved out the SW corner. We should find a way to reclaim that corner.

- Is the attic stair the best it can be? Should we reverse it?

- Guest bedroom: needs to be able to have storage here. There's no place for a wardrobe, or a closet.

- The master suite is unresolved: no good way to go from the elevator to her side of the bedroom; she either goes through the bedroom on John's side, which she hates, or goes through the bathroom, which she dislikes.

- Let's get rid of the fireplace in the Guest Suite.

- Packing room should have big closet space for linens, towels, sheets and luggage storage

### OUTDOOR STORAGE& BASEMENT:

- Unify the outdoor storage with the potting room, to make it easier to store everything.

- We need to **provide hose bibs in all garage spaces** for her to be able to wash cars and equipment.

### KITCHEN & BREAKFAST ROOM:

- Thinks that the breakfast room's island is too much in the way and too big. Should make more slender.

- Thinks that maybe the kitchen island is also too much in the way.

### LAUNDRY ROOM/ MUDROOM:

- The laundry room is too small; there's no folding space and it's generally much smaller than before.

- We don't have storage space for cleaning supplies anywhere and it really should exist in the laundry room.

1100APC0028578

<u>PHONE CALL</u>

<u>09-20-2018</u>

<u>SECOND FLOOR:</u>

- Master suite:

  - why is there so much space in the toilet vestibule? Why are there doors to the toilets? Why are there two toilets to begin with?
  - John's counter space is too small.
  - Nobody needs chairs in front of their sinks
  - Need bigger countertops altogether.
  - Circulation isn't good
  - No wall to hang a towel in the bathroom anywhere
  - No storage space for linens and towels
  - Where is the TV in the master bedroom?
  - There should be a slider into John's dressing room, not a double door.
  - There should be ample closet space in packing room for linens, towels and sheets.

- Guest wing:

  - Prefers Alternate Design Option 1 on page 9
  - Guest bedroom: show a chair in the corner. Where would a dresser go? No space for closet? We should **carve out half of the closet space in the guest suite and give it over to the guest bedroom.**
  - Guest Suite: nice. Have drawers flanking the sink. Keep casement windows, as they were, they are just fine. They are better than double hung windows. Page 18 is OK. Just simple white wall in the middle. (the chimney proportions help the casement windows look just right)
  - Chimney: didn't respond to any studies in particular, but let's make it slightly bigger and simplify the cap, per her direction.

<u>LIVING ROOM:</u>

- Loves it. Loves page 23. This makes her very happy and very excited. Only second though is it seems there are too many recessed lights on the ceiling, but is otherwise perfect, doesn't even want to discuss the option with the base panel, just four full height shelves, painted white, evenly space, with integrated light strips. "Beautiful, handsome, modern and gorgeous".

<u>LIGHTING:</u>

- Generally, seems there are too many recessed lights. She wants us to pull all lights closer to the walls, and also wants us to light the curtains on the south side in LR/DR.

<u>DINING ROOM:</u>

- For her upcoming visit, please show her furniture in this room, not Dirand's.

- Out of the studies, she's gravitating towards three full height, flat panels. Indented and everything, similar to what she has today. No chair rail; she was convinced otherwise, because of the compressed veiling height.

**FAMILY ROOM:**

- Maybe too many materials in this room all of a sudden? Should we not even have a marble hearth and just float the raked brick?

**OUTDOOR STORAGE:**

- Did a good job. However, the study highlights that she has more stuff that will probably not fit. We need to provide shelving on the walls to accommodate some hanging chairs.

- The sink in the former potting room is awesome, it should be some "real, rustic, cool sink, something awesome with a grey stone top"

**BREAKFAST ROOM:**

- Island in breakfast room: center it and float it in the room, or push to the wall as is today? Uncertain, wants DP to pitch in. Gravitating towards pushing it to the wall though. Maybe open glass shelves above that island with her white plates on display? Keep the sink.

**KITCHEN:**

- "Is a disaster". Didn't elaborate

**LAUNDRY ROOM:**

- "The Laundry room fiasco". We should find a way to shrink the WC and make it a cool "yacht like" tiny WC. It's for the "service people".

- Need to find a way to give her a big cleaning supply closet in the laundry room.

- Not allowed to eat into the coat closet

**EXISTING GARAGE:**

- Modernize the side door (the east wall door). Give her something clean and streamlined, that has the same siding as the garage, with a simple glass panel for light, not what we're showing.

**GENERAL COMMENT:**

- Got aggressive reactions to telling her where we have ducts tucked away. She told me there shouldn't be any ducts anywhere, because she doesn't have any today. I tried to explain the idea of upgrading her HVAC system and giving her a robust Delta capacity and that we're hiding everything and coordinating everything really effectively but wouldn't listen. We should start showing these in plan, in a schematic way, to help facilitate the conversation.

Message

| | |
|---|---|
| **From:** | Fanichristina Papadopoulou |
| **Sent:** | 9/20/2018 4:09:25 PM |
| **To:** | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| **CC:** | Julia Brooks [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=64475ac8dd1445a0854cc8aca6b8cffc-jbrooks]; Andrew Schalk [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a2e67d6c54741d5a46a3551f5c0e422-aschalk]; Michael Fierle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d16e39c13b9464dae266517c880b7c8-mfierle]; Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson] |
| **Subject:** | 38 Highgate - Amy conversation |

David, team,

Had a long phone call with Amy. She will try to be in our office next Friday to meet and go over everything. She will call me tomorrow to confirm.

Thanked us for the PDF, said it was extremely useful. I'll try to send minutes today, but the synopsis is:

**The good:**
- LOVED the living room. It's "stunning". We're done there, pending some lighting revisions
- Liked the Gallery as shown
- Likes bigger chimney on Family room/guest suite. Wants to keep casement windows as they were in the guest suite. Turns out the chimney's proportion fixes the issue. No double hungs on the south wall of Guest Suite. "It's a nice room, I'd spend time there"

**The bad:**
- wants to extensively go over second floor layout on Friday. Didn't respond well to anything shown.
- wants to review mudroom layout; not enough space in the laundry room
- wants to review breakfast room and kitchen floor layout to decide on the island dimensions and positions and butler's closet

**The neutral:**
- Had general comments about Family Room, Dining Room, windows and doors, hardware, storage, office. I'll share more detailed minutes to elaborate.

Best,

Christina

FANI CHRISTINA PAPADOPOULOU
DESIGNER

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5626

1100APC1937138

## PHONE CALL

## 10-01-2018

### PHYSICAL MODEL:

- Amy requested a physical model to understand massing, especially regarding the roof and the dormers. I explained we typically use physical models to understand and evaluate massing, and this exercise might be more cosmetic than functional, not to mention time consuming and expensive. She asked to consult David's opinion.

### FRENCH DOORS IN LR/DR:

- On second thought, she thinks it is unacceptable that we are reducing the overall French doors& sidelights width by 2 feet. She requested that we make the French doors & sidelights composition no narrower than it is today. She is in contrast OK with making the center door narrower.

- The above notwithstanding, she wants us to figure out a way to solve the curtain problem on the inside. When the curtains are open, they need to park all the way into the wall segments. However, it seems not possible based on our layout. (even though this is an impossible task, it sounds that this if one has to give way, it should be the curtains, not the windows width)

### TOILETS:

- Understands our obsession with hiding toilets behind doors in bathrooms, for privacy, but she doesn't think that is necessary in her master bathroom. She actually thinks that nowadays toilets look so good, they can be "an accent piece" in a bathroom.

### FAMILY ROOM:

- She wants to investigate a gas fireplace in the Family Room. She like the white raked brick with the floating white hearth. She thinks however that the fireplace firebox could be "slicker" and could be changed to gas. She would like to see a version of the image where the firebox is more rectangular and "slicker".

- As discussed, let's see how we can improve on the bar millwork: talk to Monroe

- In this instance, light the room, not the perimeter. Lighting needs to be revised.

### DINING PAVILION:

- Likes the idea of the wood ceiling having a gap in between slats for acoustical performance. She thinks it will help the room feel more "rustic". The wood samples should be calibrated to be lighter and browner.

### OFFICE:

- Lighting to stay as shown. She is convinced. Might re-evaluate the wood veneer on the slider and decide to do white lacquer instead.

# PHONE CALL

## 10-01-2018

### FRENCH DOORS:

- Amy requested a study that reclaims the roughly 2' of lost width on the French doors& sidelight composition. She especially said that she wants to look out from her DR/LR and see as much glass as she has today. In contrast, she doesn't care if the center door gets narrower (as narrow as it is today). She wants us to push and pull to retrieve all her current width.

- She still wants to understand how the curtains rest within the composition of walls and French doors, however thinks that this will be resolved as a secondary matter, after the door proportions and size have been established.

### FAMILY ROOM FIREPLACE:

- 1100 will send her a short photoshop study as discussed, showing the options for a revised firebox size, if we retrofit a gas fireplace in her existing family room. She asked that we don't "go crazy", she just thinks it will be a really sexy, small move to improve the family room. She re-iterated that she likes the raked white brick and we should plan to imitate the look.

### LR/DR :

- Amy asked about the dimensions in the LR/DR and the specific dimension of the panel wall. She wanted to know if both rooms got slightly wider, by means of thinning up the panel wall, or if we shaved off more of the panel wall on one side. *(note: we took all of it from the Dining Room. That means her Living Room width stayed the same, but she gained some inches on the Dining Room, which is narrower)*

### GUTTERS AND DOWNSPOUTS:

- Amy requested that we show her rendered elevations to fully understand exactly where she has downspouts and what they look like. She also asked for a drawing that highlights the gutter liner, with the drip edge in the whole composition, so she can more easily understand

- Amy said that Bill Glynn told her they do concealed downspouts "all the time". This statement led her to distrust Todd's earlier statement that he has done concealed downspouts with "mixed results". She expressed some lack of faith in Todd's word. In light of this knowledge, she asked that 1100 look into options to conceal downspouts as discussed on Friday's meeting at 1100's office.

- Materials:

  • Downspouts: She's against white painted downspouts for maintenance issues. *(note: 1100's presentation proposes white kynar finish, as a response).* She also suggested that a few downspouts could be exposed copper, to add a "charming" note to the house. The garage was one location she thought might be a possible location.
  • Gutter liner: Although she feels that lead coated copper is what she wants, she wants to see our presentation to decide is she'd rather have brown-ish gutter liner (to match the

1100APC1937441

roof shakes), or white-ish gutter liner (to match the siding). She's also concerned because her current valley flashing and gutter liners have deteriorated and show streaks of discoloration. *(note: Michael and Robert reviewed and believe this to be an installation issue of her existing roof& roof drainage assembly)*

# PHONE CALL

## 10-01-2018

**FRENCH DOORS:**

- Just said we can show her the study whenever we're ready and that she thinks we'll get it right.

**FAMILY ROOM:**

- LOVES the fireplace options we presented for the family room. She "showed it to everyone". She thinks this is a "stunner". Asked that we ensure it doesn't need a glass protection screen, because she doesn't want one and she wants to make sure our fire medium isn't fake logs. She asked for the flame to come directly from the "black thing", so the slot itself. (can we skip all fire media and only have the visible slot?)

- She's eager to see the design of the Family room on her visit on 10/18 and put checkmarks on everything and put it to bed. I explained we're waiting for Monroe to provide original documentation for the bar millwork. If he can't find/provide it, either 1100, or Seadar will have to go and document it so we can recreate it.

- Monroe should have information on the original fields carpet. We should get in touch and get information, so we can track this down and make sure we can recreate the room.

- Lighting to be revised per her direction on Friday's in person meeting. (only light perimeter where necessary, if the bar is lit within the niche, then no recessed lights in the ceiling in front etc)

**GUTTERS AND DOWNSPOUTS:**

- The presentation was still confusing, but she thanked us nonetheless.

- Downspouts: she likes the round exposed downspouts, traditional-style, for all single-story downspouts. However, the long downspouts that span two floors are the ones she doesn't like. So she's happy we're concealing the two ones in the front within the envelope. However, she would hope to do the same in the Family room/guest suite wall, where we have long downspouts. She understood the verbal explanation that over there it will be more difficult, without thickening up the walls.

- Materials: She's hoping that we can show her material samples of lead coated copper. Does it only come in a dull silver finish, or are there other alternatives? She wants to see an elevation (enlarged?) that shows 1) silver drip edge and downspouts or 2) brown-ish, darker color drip edge and downspouts to decide.

**EXTERIOR LIGHTING:**

- Amy brought up her concern that the front court is too dimly lit. She said we should make sure the front is properly lit, especially when there's snow on the ground and any ground fixtures will be covered.

- She is OK with the recessed fixtures in the ceiling above the front entry pediment and the mudroom entry recess. However, she said she currently has recessed light fixtures and they still don't provide

sufficient illumination. 1100 and RH should discuss. She is ambivalent about having sconces on the front entry's wall, because the new design doesn't allow room.

- She is asking where 1100 thinks we should have lighting sconces affixed to the exterior envelope: she brought up potential locations 1) center French door on the south elevation, 2) the garage side door, 3) the back mudroom door. 1100 Architect to study and have an opinion.

## BATHROOMS:

- The bathrooms should probably all have the same fixtures and fittings and she is OK with them being more standard (she mentioned waterworks). Only the master bath will have more high-end plumbing fixtures and fittings. The master will have a heated toilet and rimless inside.

- She wants us to decidedly recommend Toto VS Duravit. She's unsure what she likes more. She wants us to tell her what is "the latest and newest". She has the Duravit Philippe Starck and is OK with it, but is it the latest and newest?

- Guest suite: she wants some really dramatic marble finish in the guest suite shower. (or maybe tile?)

- Guest Bath: she wants a different, but similar marble finish in the guest bathroom, but only in the bathtub niche, not the whole room. (or maybe tile?). The bathtub should double as a shower.

- Bathrooms should generally look similar, with slightly different finishes.

- Is clearly against glass enclosures in showers and bathtubs. Wants to only have partial glass enclosures if possible, like the master shower (glass close to the showerheads but open center), and the guest bathroom (partial enclosure on the showerhead/south side)

## FINISHES:

- Wood chevron: she likes the Obumex brochure cover image. We should have samples for her based on the obumex cover image, Dirand's house in Paris and a lighter version, to be able to select. She wants the color to be a little darker/browner, so it contrasts with the terrazzo. The chevron wood should have some degree of natural color variation, to more effectively look classic and traditional.

- Hardwood planks on 2nd floor: she is still waiting for 1100 to tell her if we recommend engineered wood or not for the 2nd floor. For the finish, she thinks we should have a more uniform/monochromatic finish here, something more contemporary than the chevron.

- Main stair: we should pick a color from the chevron finish we pick and make the main stair out of it. She wants the stair to look monolithic/monochromatic.


NOTE: Amy will be visiting the office on 10/18. We should develop an Agenda and also suggest showrooms we need to go to together.

# PHONE CALL

## 10-01-2018

**FRENCH DOORS:**

- Just said we can show her the study whenever we're ready and that she thinks we'll get it right.

- Amy mentioned that the south terrace's paving has a bigger bluestone in the center, as a threshold to announce the center French doors. She stressed the absolute importance of lining up the center French doors on the south elevation with that bigger stone. (There is no reason why this wouldn't be the case, since these doors are maintaining the centerline alignment with the front entry)

**FAMILY ROOM:**

- LOVES the fireplace options we presented for the family room. She "showed it to everyone". She thinks this is a "stunner". Asked that we ensure it doesn't need a glass protection screen, because she doesn't want one and she wants to make sure our fire medium isn't fake logs. She asked for the flame to come directly from the "black thing", so the slot itself. (can we skip all fire media and only have the visible slot?)

- She's eager to see the design of the Family room on her visit on 10/18 and put checkmarks on everything and put it to bed. I explained we're waiting for Monroe to provide original documentation for the bar millwork. If he can't find/provide it, either 1100, or Seadar will have to go and document it so we can recreate it.

- Monroe should have information on the original fields carpet. We should get in touch and get information, so we can track this down and make sure we can recreate the room.

- Lighting to be revised per her direction on Friday's in person meeting. (only light perimeter where necessary, if the bar is lit within the niche, then no recessed lights in the ceiling in front etc)

**GUTTERS AND DOWNSPOUTS:**

- The presentation was still confusing, but she thanked us nonetheless.

- Downspouts: she likes the round exposed downspouts, traditional-style, for all single-story downspouts. However, the long downspouts that span two floors are the ones she doesn't like. So she's happy we're concealing the two ones in the front within the envelope. However, she would hope to do the same in the Family room/guest suite wall, where we have long downspouts. She understood the verbal explanation that over there it will be more difficult, without thickening up the walls.

- Materials: She's hoping that we can show her material samples of lead coated copper. Does it only come in a dull silver finish, or are there other alternatives? She wants to see an elevation (enlarged?) that shows 1) silver drip edge and downspouts or 2) brown-ish, darker color drip edge and downspouts to decide.

**EXTERIOR LIGHTING:**

1100APC0211085

- Amy brought up her concern that the front court is too dimly lit. She said we should make sure the front is properly lit, especially when there's snow on the ground and any ground fixtures will be covered.

- She is OK with the recessed fixtures in the ceiling above the front entry pediment and the mudroom entry recess. However, she said she currently has recessed light fixtures and they still don't provide sufficient illumination. 1100 and RH should discuss. She is ambivalent about having sconces on the front entry's wall, because the new design doesn't allow room.

- She is asking where 1100 thinks we should have lighting sconces affixed to the exterior envelope: she brought up potential locations 1) center French door on the south elevation, 2) the garage side door, 3) the back mudroom door. 1100 Architect to study and have an opinion.

## BATHROOMS:

- The bathrooms should probably all have the same fixtures and fittings and she is OK with them being more standard (she mentioned waterworks). Only the master bath will have more high-end plumbing fixtures and fittings. The master will have a heated toilet and rimless inside.

- She wants us to decidedly recommend Toto VS Duravit. She's unsure what she likes more. She wants us to tell her what is "the latest and newest". She has the Duravit Philippe Starck and is OK with it, but is it the latest and newest?

- Guest suite: she wants some really dramatic marble finish in the guest suite shower. (or maybe tile?)

- Guest Bath: she wants a different, but similar marble finish in the guest bathroom, but only in the bathtub niche, not the whole room. (or maybe tile?). The bathtub should double as a shower.

- Bathrooms should generally look similar, with slightly different finishes.

- Is clearly against glass enclosures in showers and bathtubs. Wants to only have partial glass enclosures if possible, like the master shower (glass close to the showerheads but open center), and the guest bathroom (partial enclosure on the showerhead/south side)

## FINISHES:

- Wood chevron: she likes the Obumex brochure cover image. We should have samples for her based on the obumex cover image, Dirand's house in Paris and a lighter version, to be able to select. She wants the color to be a little darker/browner, so it contrasts with the terrazzo. The chevron wood should have some degree of natural color variation, to more effectively look classic and traditional.

- Hardwood planks on 2nd floor: she is still waiting for 1100 to tell her if we recommend engineered wood or not for the 2nd floor. For the finish, she thinks we should have a more uniform/monochromatic finish here, something more contemporary than the chevron.

- Main stair: we should pick a color from the chevron finish we pick and make the main stair out of it. She wants the stair to look monolithic/monochromatic.


NOTE: Amy will be visiting the office on 10/18. We should develop an Agenda and also suggest showrooms we need to go to together.

# PHONE CALL

## 10-02-2018

**FRENCH DOORS:**

- Amy requested a study that reclaims the roughly 2' of lost width on the French doors& sidelight composition. She especially said that she wants to look out from her DR/LR and see as much glass as she has today. In contrast, she doesn't care if the center door gets narrower (as narrow as it is today). She wants us to push and pull to retrieve all her current width.

- She still wants to understand how the curtains rest within the composition of walls and French doors, however thinks that this will be resolved as a secondary matter, after the door proportions and size have been established.

**FAMILY ROOM FIREPLACE:**

- 1100 will send her a short photoshop study as discussed, showing the options for a revised firebox size, if we retrofit a gas fireplace in her existing family room. She asked that we don't "go crazy", she just thinks it will be a really sexy, small move to improve the family room. She re-iterated that she likes the raked white brick and we should plan to imitate the look.

**LR/DR :**

- Amy asked about the dimensions in the LR/DR and the specific dimension of the panel wall. She wanted to know if both rooms got slightly wider, by means of thinning up the panel wall, or if we shaved off more of the panel wall on one side. *(note: we took all of it from the Dining Room. That means her Living Room width stayed the same, but she gained some inches on the Dining Room, which is narrower)*

**GUTTERS AND DOWNSPOUTS:**

- Amy requested that we show her rendered elevations to fully understand exactly where she has downspouts and what they look like. She also asked for a drawing that highlights the gutter liner, with the drip edge in the whole composition, so she can more easily understand

- Amy said that Bill Glynn told her they do concealed downspouts "all the time". This statement led her to distrust Todd's earlier statement that he has done concealed downspouts with "mixed results". She expressed some lack of faith in Todd's word. In light of this knowledge, she asked that 1100 look into options to conceal downspouts as discussed on Friday's meeting at 1100's office.

- Materials:

  - Downspouts: She's against white painted downspouts for maintenance issues. *(note: 1100's presentation proposes white kynar finish, as a response).* She also suggested that a few downspouts could be exposed copper, to add a "charming" note to the house. The garage was one location she thought might be a possible location.
  - Gutter liner: Although she feels that lead coated copper is what she wants, she wants to see our presentation to decide is she'd rather have brown-ish gutter liner (to match the

1100APC0393000

roof shakes), or white-ish gutter liner (to match the siding). She's also concerned because her current valley flashing and gutter liners have deteriorated and show streaks of discoloration. *(note: Michael and Robert reviewed and believe this to be an installation issue of her existing roof & roof drainage assembly)*

1100APC0393001

## PHONE CALL

## 10-03-2018

**FRENCH DOORS:**

- Just said we can show her the study whenever we're ready and that she thinks we'll get it right.

- Amy mentioned that the south terrace's paving has a bigger bluestone in the center, as a threshold to announce the center French doors. She stressed the absolute importance of lining up the center French doors on the south elevation with that bigger stone. (There is no reason why this wouldn't be the case, since these doors are maintaining the centerline alignment with the front entry)

**FAMILY ROOM:**

- LOVES the fireplace options we presented for the family room. She "showed it to everyone". She thinks this is a "stunner". Asked that we ensure it doesn't need a glass protection screen, because she doesn't want one and she wants to make sure our fire medium isn't fake logs. She asked for the flame to come directly from the "black thing", so the slot itself. (can we skip all fire media and only have the visible slot?)

- She's eager to see the design of the Family room on her visit on 10/18 and put checkmarks on everything and put it to bed. I explained we're waiting for Monroe to provide original documentation for the bar millwork. If he can't find/provide it, either 1100, or Seadar will have to go and document it so we can recreate it.

- Monroe should have information on the original fields carpet. We should get in touch and get information, so we can track this down and make sure we can recreate the room.

- Lighting to be revised per her direction on Friday's in person meeting. (only light perimeter where necessary, if the bar is lit within the niche, then no recessed lights in the ceiling in front etc)

**GUTTERS AND DOWNSPOUTS:**

- The presentation was still confusing, but she thanked us nonetheless.

- Downspouts: she likes the round exposed downspouts, traditional-style, for all single-story downspouts. However, the long downspouts that span two floors are the ones she doesn't like. So she's happy we're concealing the two ones in the front within the envelope. However, she would hope to do the same in the Family room/guest suite wall, where we have long downspouts. She understood the verbal explanation that over there it will be more difficult, without thickening up the walls.

- Materials: She's hoping that we can show her material samples of lead coated copper. Does it only come in a dull silver finish, or are there other alternatives? She wants to see an elevation (enlarged?) that shows 1) silver drip edge and downspouts or 2) brown-ish, darker color drip edge and downspouts to decide.

**EXTERIOR LIGHTING:**

1100APC0392955

- Amy brought up her concern that the front court is too dimly lit. She said we should make sure the front is properly lit, especially when there's snow on the ground and any ground fixtures will be covered.

- She is OK with the recessed fixtures in the ceiling above the front entry pediment and the mudroom entry recess. However, she said she currently has recessed light fixtures and they still don't provide sufficient illumination. 1100 and RH should discuss. She is ambivalent about having sconces on the front entry's wall, because the new design doesn't allow room.

- She is asking where 1100 thinks we should have lighting sconces affixed to the exterior envelope: she brought up potential locations 1) center French door on the south elevation, 2) the garage side door, 3) the back mudroom door. 1100 Architect to study and have an opinion.

**BATHROOMS:**

- The bathrooms should probably all have the same fixtures and fittings and she is OK with them being more standard (she mentioned waterworks). Only the master bath will have more high-end plumbing fixtures and fittings. The master will have a heated toilet and rimless inside.

- She wants us to decidedly recommend Toto VS Duravit. She's unsure what she likes more. She wants us to tell her what is "the latest and newest". She has the Duravit Philippe Starck and is OK with it, but is it the latest and newest?

- Guest suite: she wants some really dramatic marble finish in the guest suite shower. (or maybe tile?)

- Guest Bath: she wants a different, but similar marble finish in the guest bathroom, but only in the bathtub niche, not the whole room. (or maybe tile?). The bathtub should double as a shower.

- Bathrooms should generally look similar, with slightly different finishes.

- Is clearly against glass enclosures in showers and bathtubs. Wants to only have partial glass enclosures if possible, like the master shower (glass close to the showerheads but open center), and the guest bathroom (partial enclosure on the showerhead/south side)

**FINISHES:**

- Wood chevron: she likes the Obumex brochure cover image. We should have samples for her based on the obumex cover image, Dirand's house in Paris and a lighter version, to be able to select. She wants the color to be a little darker/browner, so it contrasts with the terrazzo. The chevron wood should have some degree of natural color variation, to more effectively look classic and traditional.

- Hardwood planks on 2nd floor: she is still waiting for 1100 to tell her if we recommend engineered wood or not for the 2nd floor. For the finish, she thinks we should have a more uniform/monochromatic finish here, something more contemporary than the chevron.

- Main stair: we should pick a color from the chevron finish we pick and make the main stair out of it. She wants the stair to look monolithic/monochromatic.


NOTE: Amy will be visiting the office on 10/18. We should develop an Agenda and also suggest showrooms we need to go to together.

1100APC0392956

Message

| | |
|---|---|
| **From:** | Fanichristina Papadopoulou |
| **Sent:** | 10/3/2018 9:14:16 PM |
| **To:** | Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson]; Michael Fierle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d16e39c13b9464dae266517c880b7c8-mfierle]; Julia Brooks [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=64475ac8dd1445a0854cc8aca6b8cffc-jbrooks]; Ida Tam [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9f54e17989f041c89256dc2755008d39-jross]; Andrew Schalk [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a2e67d6c54741d5a46a3551f5c0e422-aschalk] |
| **CC:** | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| **Subject:** | RE: 38 Highgate - client minutes |
| **Attachments:** | Amy phone call - 10-03-2018.pdf |

Team,

Small update I forgot to include, attached updated minutes, but to avoid re-reading, below is the part I skipped:

*"- Amy mentioned that the south terrace's paving has a bigger bluestone in the center, as a threshold to announce the center French doors. She stressed the absolute importance of lining up the center French doors on the south elevation with that bigger stone. (There is no reason why this wouldn't be the case, since these doors are maintaining the centerline alignment with the front entry)"*

Best,

Christina

FANI CHRISTINA PAPADOPOULOU
DESIGNER

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5626

**From:** Fanichristina Papadopoulou
**Sent:** Wednesday, October 3, 2018 4:39 PM
**To:** Andrew Schalk <aschalk@1100architect.com>; Ida Tam <itam@1100architect.com>; Julia Brooks <jbrooks@1100architect.com>; Michael Fierle <mfierle@1100architect.com>; Robert Lipson <rlipson@1100architect.com>
**Cc:** David Piscuskas <dp@1100architect.com>
**Subject:** 38 Highgate - client minutes

Team,

Attached minutes from today's phone call with Amy.

Best,

Christina

FANI CHRISTINA PAPADOPOULOU
DESIGNER

1100APC1937461

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5626

1100APC1937462

# PHONE CALL

## 10-04-2018

### DORMER ON EAST GABLE ROOF:

- Amy expressed intense concern that 1100 had somewhere along the line omitted a dormer from the east gable roof. She said it was deemed absolutely necessary to break the "developer" look of too much gable roof. After some conversation, it was apparent that the dormer is still there, hasn't gone anywhere and Amy just has some difficulty fully comprehending elevations, so 1100 prepared an axonometric sketch of the roof on the east side to make sure we're all aligned and there's clarity.

### GUTTERS AND DOWNSPOUTS:

- Still, the question persists of what material to use for gutter liner and downspouts. Maybe a conversation to have in person and show an enlarged elevation, along with samples

- Downspouts: she dislikes having two-story high downspouts showing on the exterior. They're "ugly". She understands and appreciates that we took care of the front ones (on the north) but isn't happy about the ones in front of the Family room/guest suite wall (on the south). 1100 will try and study ways to relocate or conceal those.

### EXTERIOR AND LANDSCAPE LIGHTING:

- She apparently talked to RH about this but wanted to tell me too: She thinks the front of the house is underlit and not welcoming. She doesn't like posts, but what if they're necessary?

- 1100 should study where we need light fixtures on the exterior envelope, perhaps in the form of wall mounted sconces. Flagged locations are: 1) front entry, where Amy thinks the recessed downlights won't suffice, 2) the side garage door, 3) the back mudroom door and 4) the center French door)

### FRENCH DOORS:

- She asked what we're doing, so I said we'd send a presentation. Verbally explained that we revised the design to give her the same width for her French door/sidelight compositions in the LR/DR and in the process actually gain her glazing surface. She was satisfied with that verbal description. She asked what that then means for the office and I explained that we thought the best option we found is to revise the design to three pairs of French doors. She liked that idea very much. Described it as "an improvement. It won't read so matchy-matchy. Very nice."

### ATTIC AND ATTIC STAIR:

- She had many questions regarding the Attic stair. What it looks like, how we detail the guardrail, what its material are. Also, had more high-level questions like: is it in the right location, why is not flipped, how does one enter the guest suite, how big is the opening above the stair and does the double height space there look generous. We talked about it and at least over the phone she was satisfied with the general description. She asked that we eventually show her images of the attic stair

- She asked that we eventually show her a presentation of what the attic will look like and what we think the ceilings should look like. Other than asking that the cedar closet have cedar ceiling, she didn't ask for anything specific.

1100APC1937517

# PHONE CALL

## 10-05-2018

**DORMER ON EAST ROOF:**

- It looks good. The roofscape looks good in general. She can't remember what it was back in the schematic phases that had her worried; she remembers a time when it was proposed to have a hip roof on both sides, east and west and she thought it looked like a castle. By looking at pictures it became apparent that the dormer is existing, so it's not like we added it; we assumed that we took it away on a certain design iteration and she demanded that it comes back. It's back. We think the roof is overall good. *(physical model not necessary?)*

**GUTTERS AND DOWNSPOUTS:**

- Seeing the roof sketch made her think that lead coated copper of a darker color might be the right decision for the gutter liner, given that the gutters really seem to belong to the roof, rather than the walls. Still ambivalent though.

**FRENCH DOORS:**

- Talked through the options. She is happy with p.4 and p.13, so we can go ahead and put a stamp of approval on the south elevation, including LR/DR and office. She thinks it looks great, everything has been a considerable improvement and she feels very satisfied.

- The center French door should have screens, as discussed. The Vitrocsa slider in the Gem should have an integrated screen as well. No other doors with screens. *(note: we need to look into the integrated screen option for the Vitrocsa slider in the Gem. It seems they do maximum 5' width and our door is 5'11")*

**ATTIC AND ATTIC STAIR:**

- Clearly very interested in understanding what the attic looks like. She is asking specific questions about the layout, the storage, the stair etc. We might want to have some views for her to understand better, when she visits on the 18th.

- She is concerned that there's no radiant heating in the attic, but really the only reason she's asking is that she wants to make sure we're providing correct environmental control in the cedar closet. As long as we have a good conditioning plan in the overall attic and the cedar closet specifically, she's good.

- The "front-of-house" areas in the attic should have a white ceiling, to the underside of the roof rafters, wood floor, same as the second floor and white millwork. So, all white, but for the floor. The cedar closet should be fully wrapped in cedar. The mechanical, "back-of-house" rooms can be unfinished, no problem.

- The attic stair: she doesn't fully understand what it looks like: maybe we make a couple of views to be on the same page when she visits again. She likes everything we talk about, but it's a little vague and

1100APC1937528

tough to understand, just by verbally explaining. The stair will be white or wood, and the balustrade probably a frosted glass. The handrail will be recessed into the wall.

**FAMILY ROOM:**

- She liked the last image in the presentation, with the long and narrow gas fireplace. I explained that these require a glass screen by code, so we could either switch to ventless and lose the glass protection screen or keep the screen. She wants to go ventless, to be able to have an open fireplace, without a screen, similar to Elizabeth's.

- Monroe needs to provide the contact information for the Fields carpet designer that did the original carpet. "something Ming, he lives in LA". We need to track him down, tell him that Amy was a client of Howard Perry Rothberg's and ask for the same carpet. She still has the threads.

- Shelves on the north wall should probably be recreated, books or no books.

- No fabric on the wall anymore, just white plaster.

**PLUMBING FIXTRUES:**

- 1100 just needs to make a recommendation for all the plumbing fixtures. She wants wall hung toilets everywhere with the only exception perhaps in the first floor powder room with the circle window. Maybe this room has a floor mounted one. As discussed before, we need to tell her what the best and finest is and that's all she cares about, as long as the design looks good. Doesn't feel the need to visit showrooms, we can show her pictures

**INTERIOR DOORS:**

- All doors in the interior to be flush, floor to ceiling, frameless doors where possible. The point is for the doors to disappear.

- She's still unresolved about the door to the living room from the kitchen. She might be OK with how it is shown currently, a swing door, that doesn't pocket into the wall when it is open. She also would love for the door to swing both ways. 1100 needs to detail the door. DP had expressed preference for single swing pocket door to the living room, but Amy will not allow that.

**A/V AND SECURITY:**

- Has some aversion to meeting and greeting. **She made the decision on the phone to go with System 7.** Basco is already decided. She will try to meet with Susanne and System 7 on Friday 10/12 to go over scope. Basco later? She can't do Wednesday.

**OBUMEX:**

- She wants us to talk to hire Obumex for two discrete tasks: the server millwork piece with the drawers, and the island in the breakfast room, with an integrated Obumex faucet. She doesn't want them to do the kitchen or anything else, but wants them for the two aforementioned elements.

## PHONE CALL

## 10-09-2018

**MEETING ON 10/18:**

- Reed Hildebrand should not physically participate in this meeting in NYC, at 1100 Architect's office. It is a waste of money. They can call in via GoTo Meeting if necessary

**A/V CONSULTANTS:**

- She is backtracking on her decision to go with System 7. She wants both System 7 and Maverick to submit a proposal with best and final offer. She is OK with System 7 doing a walkthrough of 38 Highgate on Wednesday with Susanne, even if she's absent. She asked that Elizabeth let them in if she's not around.

- Amy spent **a lot of time** describing what she's looking to get out of her Security and A/V systems. Because many of her statements were either contradictory or ambivalent (e.g. said she wants a TV in the kitchen, but later retracted that statement), I'm not putting down anything in the minutes. She will need to have that conversation when she engages System 7, or Maverick to establish scope.

**EXTERIOR AND LADSCAPE LIGHTING:**

- I said we've been coordinating Landscape Lighting with RH and also were hoping to take a look at places on the exterior envelope of the House where we'd need light fixtures. Amy asked why we're even talking about that stuff, given that it's way down the line. My response was that she herself brought these matters up on our phone calls last week, so we were trying to be attentive and responsive.

**PLUMBING FIXTURES:**

- Re-iterated many of the comments she's made in previous conversations (see last week's minutes). It is still 1100's responsibility to show her the fixtures we recommend, and she would like to stick with a single manufacturer. She cautioned against the regular toilets that we installed at Elizabeth's and asked that we instead specify the "elongated" ones at 38 Highgate.

**GEM BAR:**

- She is suddenly bringing up all sorts of issues with the Gem Bar:

- Should we include a dishwasher? After a long conversation, we decided that we shouldn't
- We need to re-design the floating shelves. She is asking that they are maybe shallower, that they don't go all the way to the edges, that they are maybe one directly above the other only for the flat portion of the wall, instead of the curved. She's unsure what the best material is for them, however likes them in glass. She knows they will have some light integrated in their underside to light the countertop.
- We need to ensure that she can store wine glasses somewhere. She thinks no wine glasses should ever be stored in the undercounter cabinets/drawers. She is asking that we show her a way to incorporate a tall, skinny shelf, like she has in her current Family Room Bar, that sits

higher on the wall, somewhere between the floating glass shelves. After making a case for why this design works at the existing family room because of the niche's shape and recess but wouldn't work at the Gem Bar because of the illusion of continuity between ceiling and wall, she asked that we find another location, adjacent to the Bar. The shelves flanking the banquette are off limits. 1100 could study making a small upper cabinet for wine glasses and crystals on the wall next to the bar niche, the one that slants towards the north entry. Some MEP re-shuffling might be necessary, but Amy sounds adamant that she can't do without wine glass storage higher up.

- (Essentially the conversation stems from her being used to how the existing Family Room Bar works and how she's gotten accustomed to that layout. She seems to be choreographed according to that bar, which is why she's asking to replicate that design at the Gem. It sounds as if we manage to give her some storage higher up for crystals (16" depth is enough) she might be satisfied.)

**FAMILY ROOM BAR:**

- Monroe should give us contacts for the Fields carpet and should send us information on the marquetry lacquer/varnish which he described as a polyurethane and which has us and Amy thinking that its the culprit of the marquetry's noticeable color change. I've already contacted him; he is in SF for business and he should be getting back to us shortly.

1100APC1937725

<u>PHONE CALL</u>

<u>10-12-2018</u>

### <u>MEETING ON 10/18:</u>

- Amy asked if it's necessary for her to visit the office in person on 10/18. Hearing the Agenda, she decided she should indeed come have the presentation in person. She is happy to visit the A&D building to see our Field carpet rep and maybe also visit some plumbing vendors for bathtubs and toilets.

### <u>SUB-CONTRACTORS:</u>

- The plumber for 39 Highgate is terrible: "you can see the glue around the edges, it is still leaking and the button on the wall gets stuck". Let's make sure not to use whoever the plumbing sub was across the street.

- Northern Lights (presumably the sub that painted the walls across the street) did a bad job painting Elizabeth's walls. They look *"garbaje"*. Word on the street is they're "good value", "which means cheap" but she doesn't want to get the "good value" people, she wants us to get her the "high end people". She's sure we'll use Benjamin Moore Architectural White on her walls.

### <u>WINDOWS& DOORS:</u>

- Screens:

> - No screens on the front of the house
>
> - Only two screens in master bedroom, similar to existing
>
> - Only screens for the casement windows in Guest suite.

- Double hung windows everywhere (as opposed to selectively changing to single hung)

- TRIM: what's our trim detail around the windows? On the interior they should have a sort-of decorative trim, otherwise it defeats the purpose of opting to go with traditional windows. 1100 should develop a detail and discuss with Amy.

- Not ready to decide on hardware yet. She wants some time and has clearly been agonizing over the hardware aesthetic for a while. She's concerned that the gold hardware she wants for the French doors and traditional windows will clash with the chrome hardware she's considering for the modern doors.

- Shades: Other than the approved shades and blinds in the family room, we need a strategy for roller shades. The double hung windows might not be able to accommodate roller shades

within the thickness of our assembly. Amy has expressed a preference to shades that fit within the wall opening, instead of rolling in front of the wall. 1100 should develop options that could work with our assembly. (We should use the Guest suite as a case study, since it includes double hung and casement windows and present trim options and shade options all in one.

**INTERIOR DOORS:**

- There is a question about any of the interior doors potentially needing more "charm" and perhaps some paneling. I've explained that the interior doors should for the most part be solid, simple, flush doors that disappear. She seems OK with that narrative

- There is a question about hardware on interior doors and some concern that simple, solid, flush, modern doors will look funny with gold hardware.

**GUEST SUITE:**

- Take Elizabeth's master bedroom layout with the king bed and the night tables and copy paste it in the Guest suite. Make sure it fits with the floating wall.

- The shower should be some knockout statement shower. Find and show a really dramatic black and white marble for the shower.

- What floor material are we suggesting for the area in front of the shower and toilet in the Guest Suite? Is it a problem to have the wood floor continue in front of the shower?

**WOOD ON SECOND FLOOR:**

- Engineered wood boards running E-W direction : "check-check!"

## PHONE CALL

## 10-15-2018

**MEETING ON 10/18:**

- Amy will be at 1100 at 8:00 AM. She will spend only a few hours and then go to the A&D building to see the Fields Carpet rep and perhaps tour some plumbing vendors. She will then directly return to her hotel.

**FAMILY ROOM:**

- Had long conversation about the Bar. Not sharing minutes here, since we'll be presenting design intent on Thursday's meeting. (are the edges mitered or not, how do they meet the countertop, what do we do with the toe kick etc.). The gist was that we're applying micro-moves and performing surgical interventions. Only important note is to get rid of the outlet in the suede back wall and just put it somewhere in the cabinets.

- Fireplace: she likes her chrome lintel but isn't saying it should be chrome again necessarily

- North wall with bookcases. Long conversation here as well. The gist was that the whole wall should be clad in the marquetry veneer so that the bookcases seem like they belong to the whole composition. How the pocket door is resolved then, is also important. Domino effect means that the butler's pantry millwork wall should probably be white, to not clash with the marquetry veneer.

- Overall re-iteration of simplification of the Family room

**A/V CONSULTANT:**

- "I've been talking to people including my son in law and they all love Maverick". She is leaning towards Maverick now, based on testimonials of aforementioned "people". She thinks they are a big company with a large presence in the region and should interview them, the following week. Still wants to interview System 7 though. Asked that we get in touch with Oliver, from B&O. I said we already were in conversation with Oliver.

-All TVs will be B&O and will be purchased last minute, so as to buy the most up-to-date ones possible. Integral sound systems are OK.

- Wants to make sure she has "professional WI-FI", because it's a hike from the Dining Pavilion to the Family Room and she can't have weak signal.

**PLUMBING FIXTURES:**

- We should show her what vendor we are recommending. She seems to lean towards Philippe Starck high end, elongated wall mounted toilets from Duravit. Toto seems too bulbous. She wants to see what we propose for faucets and sinks. We should not "waste her time" with middle of the road vendors.

## GUEST SUITE:

- Floor finishes. Question of what to do in front of the shower floor

- Dramatic marble in shower box

- Lighting: the millwork floating wall should light up and down- we should devise of a light shelf/strip detail that allows this piece to light down on the bed. The wall sconces will be decorative and provide task lighting.

- The cabinets should be white lacquer, but should have an accent color on the inside (surprise element- yellow was mentioned)

## GUEST WING:

- Double beds in kid's rooms, daybed in guest bedroom and king bed in Guest suite, all by Flou.

- Maybe would like a wallpaper on the wall in the Guest bedroom. Maybe not.

- The hall bathroom should be somewhat in sync with the Guest suite bathroom. Subtle marble in bathtub niche, same plumbing fixtures.

## WOOD VENEER:

- Where do we have wood veneer? In the mudroom hall? On the butler's pantry wall (this one is a definite "no" if we have marquetry on the adjacent family room wall)? In the office (most definitely yes)?

## MONROE SHERMAN:

- What are we giving to Monroe? He should do the two bars and maybe the banquette in the Gem. Anything else? (Amy seemed to suggest that Monroe complained 1100 has not shared images with him. I explained we have shown him everything in person and have coordinated to send him millwork drawings. She asked that we send him pictures of the two bars, so he knows what he'll be working on)

## BACK BAY PENTHOUSE:

- Amy asked that I call Seadar to find out who the vendor was for the blinds in her son's apartment, so that 1100 can propose replacing the blinds, but keeping the motors. I responded I'm not involved in the project, but she insisted.

## PHONE CALL

### 10-16-2018

**MEETING ON 10/18:**

- Should be very short. 2 hours max. Shorter Agenda. Focus on Family room.

**FAMILY ROOM:**

- Amy said **"I won"** the north wall argument and she wants to see the whole wall plastered white. The bookcases should however not be very different because she doesn't want to take too much space away for John's books. She said she regretted telling me otherwise yesterday. She will still look at the options we made to give her a full marquetry wall but is convinced it should actually be a white wall. The bookcases will be marquetry. No suede in the back, just the marquetry bookcases attached to the white wall. Pocket door to be white too.

- Power Outlets in baseboard and inside cabinet. Floor mounted outlet to be in the room enough to not be covered by the roller shade when it is down.

**DINING PAVILION:**

- Get rid of chandeliers in this room. Have a few back boxes in the ceiling to allow her the opportunity to have pendants in the future, but let's only light this room with architectural, recessed lights.

- The ceiling should be detailed in a more "country" or "rustic" way, to have some grooves. The wood should look like reclaimed French oak.

- Asked if we need a sink in the servery. We discussed and decided not to include a sink.

# PHONE CALL

## 10-18-2018

**BUDGET CONCERNS:**

- Bob C. sent an "alarming" email to Amy and John, alerting them of a few budget concerns. The things Amy specifically mentioned were related to the waterproofing budget bust and the Lighting budget allegedly coming back much more expensive than the control estimate. On the first matter, her stance was that she should not have to pay for the waterproofing since Seadar has owned up to their mistake. On Lighting, she believes nothing in our Lighting plans is extravagant or too excessive and as such, she doesn't understand why it is so much more expensive than what was estimated in the control budget. (she however fully agrees that we should get hard numbers back from Seadar before we discuss lighting budget)

- She wants to order custom samples from Morselletto. She understands that they're the most expensive vendor, but doesn't want to go with any vendor that would make her home look like an airport. We agreed to put this item on the Agenda as a priority item to develop the cost event for, so we can move forward with the custom samples.

**BAR MILLWORK:**

- 1100 should touch base with Monroe and share drawings for both bars. We should collaborate on getting him on board to make these two pieces at least.

**ENP:**

- 1100 should get more samples from ENP. Amy liked the samples I showed her that Florent shared in his email and would like to engage them for the Dining Pavilion and the office slider.

**TERRAZZO:**

- 1100 should engage Morselletto to get custom samples made. She feels that this is one of the most important finishes to decide on before figuring out anything else.

PHONE CALL

10-22-2018

**FAMILY ROOM:**

- Bookshelves: Likes the heft of the stiles, should be thick, not flimsy. The bookcases should probably go to the wall and not float in the room. The shelves should have some reveal from the corner wall (2"?) and otherwise she's fine with what we come up with. Find a noce brown suede to line the back of the bookshelves with.

- Bar: she noticed there are joints between the panels. (there are three panels). We should maintain that. Standoffs for the glass countertop, not brackets in the wall. Otherwise OK with the design

- Call Oliver from B&O to figure out if there are new TV models we should be considering. She had a conversation with him and thinks there are new models and perhaps they will be discontinuing models we've been working with. Also, we should engage Oliver to understand what speakers/Soundsystem we should be assuming for the Family Room. Unsure if we need speakers in ceiling, or floor B&O speakers, or what not.

**SEQUENCING:**

- SDC needs to commit to delivering the Family Room and Guest Suite fully finished to Amy by Labor Day. She described that her expectation is that she can sit in these rooms and watch TV. She wants us to make sure this is discussed and understood with Seadar on Wednesday.

- Amy doesn't want Seadar to do any work in the Guest Bedroom and the Kid's bedrooms before the Family room and guest suite are handed off to her.

- Let's establish for a fact that the Vitrocsa slider in the breakfast room will be going in together with the Family Room vitrocsa windows and door.

**STAFF ROOM:**

- Where does the TV go? Probably the existing Family Room TV will be getting re-assigned to the Staff Room, but if it's on the wall, then the sofa would have to flip, but she doesn't want that.

- Likes the bookcases under the windows. Do we maybe want to look at them as squares?

- Should we bring the drawer/dresser that's in the Baby's room in the Staff Room, i.l.o. built in closets? (we decided no: it's better to keep the built ins. The furniture piece will be going to the Cape)

**BABY'S ROOM:**

- This room will most likely have a twin daybed from Flou (maybe a queen?). Get rid of the furniture piece in the room and replace with built-ins. Unsure if we need all closets and drawers, or if we can design the closets as half closet and half open shelving/bookcase.

**INTERIOR DOORS:**

- Gravitating towards having the five second floor doors be paneled. We should design the paneled doors.

- Perhaps all first floor doors should be solid doors, no paneling.

**EXTERIOR DOORS:**

- Re-iterated that the two mudroom exterior doors and the front entry should be broken out of the Hirschmann package, so that Littleton has a chance to bid and build those.

**HARDWARE:**

- Open question if we want hardware to be white or gold, what treatment of brass, does that affect decisions for handrail materiality and is it necessary to have the same finish for all windows and doors?

**GUEST SUITE:**

- Do we have actual closet doors or open shelves and drawers?

- Do we need wall sconces? Maybe we find a simple, nice, white sconce so we don't need table lamps.

- Maybe we light much of the room from the floating wall, so we can have time to pick hanging pendant lights. We should wire for the pendants, but maybe not select them yet. The floating wall can light up and down and we should detail it to do so.

- Do we maybe want to recess medicine cabinets on either side of the sink, in the sides of the built in? Then we can have a simple circle mirror.

- Talked about the extents of the marble; we should study.

- Shutters: they should probably be solid but wants to see some design iterations. Maybe louvered? We should know that they are mostly stationed on the wall; rarely are the shutters closed, only when someone is visiting.

**PLUMBING FIXTURES:**

- Unsure she wants to go with Duravit. We should double check that there are no good Toto equivalents. She heard Toto will be coming out with a competitive fixture to Duravit's line, one that's less amoeba-like. If that's the case, we should track that down.

- Generally, thinks that most plumbing fixtures should be the same for all wet areas, however she keeps bringing up areas as exceptions.

- The sink in the laundry room should be a deep sink that can fit mops.

**HARDWOOD FLOOR UPSTAIRS:**

- Prefinished boards. Should have them as long as possible. As mentioned previously, she wants the second floor wood to have a more monochromatic and streamlined finish, as opposed to first floor, where we should have some variation. Also, wants to see both options: running E-W and N-S to make a decision. Should not turn the direction, so we need to evaluate each option and pick one.

1100APC0211313

<u>PHONE CALL</u>

<u>10-25-2018</u>

**HVAC ZONES:**

- A heating issue at 39 Highgate prompted Amy to ask about our Zones. She expressed the desire to have as few zones as possible and the ability to override the system if she wants to, through her phone or wall mounted controls. I walked her through the zones verbally, as they are depicted on the MEP drawings. She expressed satisfaction with the way we've zoned the different areas and approved our strategy, also understanding that different floor finished

**WETLANDS HEARING:**

- Amy is upset that some neighbor reported them to the Town for taking down a few diseased Ash trees, even though she was advised to do so by her landscape architects. There is a hearing scheduled to discuss this matter and wants to make sure David knows and is monitoring.

**SHADING:**

- "In your leisure time" find out who the best shutter guy in Boston is. She said she will get "this girl" involved (which I believe to be this person Lucy that she's brought up before as a local decorator) to help track down things like wallpaper, curtains, shutters etc. I explained that most shading devices must be coordinated with Architectural and A/V scope and thus we're on top of that and shutters would be a bespoke piece rather than a purchased item.

- Asked about the Guest Suite shutters. Are they solid or louvered? Where and how do they nest? Maybe one, single panel is too cumbersome to swing, so we should also investigate an accordion type, bifold shutter. Generally, she wants to see a few options and would like to know what we recommend. She brought up that Littleton might be a good fit to do the shutters.

- She mentioned Barrows Window Treatments in Newton, as her go-to vendor for shades and blinds.

- Breakfast room Vitrocsa: no shades, **will not use**. We can include wiring in A/V scope to ensure retrofitting option remains available.

- Kitchen windows: doesn't see Lutron linen roller shades above a sink. Maybe Levolors? Does 1100 have a suggestion?

- Kitchen small window by the desk, round window in PR and small window in closet should have shutters.

- Master bathroom, upper hallway bathroom: shutters.

- Windows in staff room: Lutron roller shades

- Baby's room and kid's rooms: Lutron roller shades or Levolors?

**<u>BABY'S ROOM:</u>**

- She's obsessed with this wallpaper with a tree's image on it. Which wall can she wrap in it? Wanted to have the south wall, but will the daybed hide it? Maybe the north wall?

- Show twin daybed, chair in the corner, built in closets&shelves and make sure we can have a night table. She's interested in exploring maybe a shelving unit that has an extension to become a night table.

- Design the built-ins. She's thinking maybe two sets of closets with doors and an open shelving unit. Swing doors or sliding doors. Inside, space for hanging clothes, three to four drawers and shelves. Open shelving for books etc.

**<u>DINING PAVILION STAIR:</u>**

- 1100 to make sure that the stair can accommodate a catering staff bringing their standard equipment up and down. She thinks 3' will be too tight. Amy will also try to ask the catering service she uses typically.

1100APC0043436

## PHONE CALL

### 10-30-2018

**PARTY:**

- When in Boston, try dining at Sarma restaurant, in Somerville. Her kids threw a party to her honor there and she can't recommend it enough.

**A/V:**

- She met with Maverick, when Susanne brought them over on Friday 10/26. She said that she liked meeting both System 7 and Maverick for a little while, she is not keen on meeting them again for longer, they have both seen the house and chatted with her so they should now present final, tailored proposals to Susanne and 1100 can make a decision.

- Bang&Olufsen will be coming out with new TV models. We should keep some design flexibility to accommodate new models if they came out and look sleek and cool. This is clearly more important in the Gem.

**KITCHEN:**

- Amy wants to see a layout of the kitchen and a thorough explanation of storage space, functionality etc. She wants to see the updated kitchen without the cantilever/ overhang on the island. She wants to do an exercise of figuring out the kitchen in the next couple of months and would like to do that ideally with FCP in 38 Highgate, so we can take inventory and discuss in her space.

- Leaning towards honed marble finish

**FAMILY ROOM:**

- Overall satisfaction. Wants to review the most updated images- perhaps in person on Wednesday 11/7, at 38 Highgate, if FCP goes up. (Amy will verify availabil

- Materials: happy we tracked down the marquetry, upset with Monroe for taking longer than anticipated. We need to ensure materials look good and are easy to maintain ("wipe it with windex and you're good")

**DECORATOR:**

- She thinks after we've issued the Family room and Guest suite package, a decorator will have to be onboarded.

1100APC0176093

**DINING PAVILION CURTAINS:**

- She questioned whether the curtains should all nest on one side, or if it is nice to nest them at different locations. We agreed that for the design and intent of the glass box, it is better to nest them all in one side, so there's the option to visually open the whole pavilion out to the garden.

**GUEST SUITE:**

- We have to review the design of various elements in the Guest Suite. Especially interested in the design on the millwork cabinetry, because in her mind, it will serve as a "prototype" for many other areas in the house, like the baby's room, the hall bathroom, the staff room etc. The "look" has to repeat.

1100APC0176094

## PHONE CALL

## 11-02-2018

**BASEMENT CLEAR OUT:**

- Todd purchased one rack. Amy and Todd will load the rack to see how much it holds and how much more storage they're in need of to clear out the basement. Process ongoing.

**FAMILY ROOM:**

- The bar piece will have no handles; touch to open mechanisms instead. She's OK with that but wants to keep the handles and maybe still use them if she feels that they're missing, after the fact.

- Mitered corners for the cabinets are a great idea in the family room, but we shouldn't use the same details at the Gem Bar (contrary to a previous comment)

- Need to get marquetry sample lacquered, so we can go to Fields again and match/pick the carpet sample. Likes DP's wording that the marquetry is "blonde"

**GUEST SUITE:**

- TV should go on the wall, not a floor stand. Might even be the 55" B&O she currently has in the Family Room, maybe not.

- Shutters: generally, on board with the following description: shutters are solid paneled, not louvered. We are exploring two panel options, one with three vertical panels, one with three over three. The shutters match the size of the window; they do not over extend to the ceiling or the floor. They are painted white. They are hinged on one side and swing 180 degrees to the open position on the wall. Amy suggested we contact Back Bay Shutters to discuss shutters design and construction.

- For the floating wall design she is interested in the following description: The wall is a thick wall that's floating in the space and acts as a divider between the sleeping area and the wet area. The wall "hosts" the two identical cabinet pieces on either side. The cabinets are blind on the wet area; they are open and accessible from the sides instead. They cabinets should appear thinner, as opposed to the thick wall. On the wet area, between the cabinets we have two sinks and a big mirror on the wall in front of the sinks. The counter is 7' – 1 ½" long, which is a good length in Amy's mind to accommodate two sinks. Medicine cabinets will be recessed on the side of the cabinets, on either end of the sinks (maybe we want to look at robern medicine cabinets? Maybe not, if we want to build them ourselves). Perhaps it's nice to have a thicker counter, 6-8" to have some heft and also integrated sinks in it. Below the counter, one cantilevered shelf for towels.

- The marble finish starts behind the shower, goes to the floor, wraps up at the sinks. We need to ensure slip resistant treatment on marble slab will not dull the marble too much.

- Shower enclosure should just be one single glazed partition, no doors.

- The closet doors should be solid, flush. No panels: they are supposed to disappear. Panels should only be studied on the pivot door (entry to the room).

**FINISHES:**

- We should find three marble stones: a dramatic one for the guest suite, a subdued white one for the master and perhaps another simple, subdued one for the hallway bathroom.

**ROLLER SHADES:**

- Breakfast room slider: she is retracting her previous statement and wants to have Lutron roller shades for the breakfast room slider, even though she insists she will not use them.

**HARDWARE:**

- General conversation on window/door hardware. Talked about types and finishes, but nothing specific or definitive came out of it.

**STAIRS:**

- Talked briefly about the stairs:

    - Attic stair. She doesn't want to include a glass railing, but we have obviously expressed that the railing is necessary. She is not opposed to the design of the stair as it was proposed, with the treads pronounced, but is asking for a version of that design where the whole stair is white. Also is concerned about how we'll treat the treads to avoid wear and tear. Asked about leather runner similar to Elizabeth's?

    - Main stair. Reiterated that she likes the idea of lighting from the treads and that the handrail should be a nice bronze or brass finish, distressed and maybe hammered.

    - Gallery Stair: All she said here is that she assumes the railing will be some nice aluminum handrail to match the Gem finish palette. Monumental white terrazzo stair.

1100APC0210476

## PHONE CALL

## 11-05-2018

**WEDNESDAY CA MEETING:**

- Amy has a Board meeting until appr. 2:30PM. She might be able to run back and meet with FCP at 3:00PM for about an hour to discuss the Guest suite and family room design. Otherwise she wants us there to "do her bidding" and represent her interest re: budget and SDC's performance.

- Amy cautioned that John Berylson has decided to attend/participate in the 11/07 CA meeting. He will attend to address the budget issues that have them both "outraged". Amy mentioned the below items specifically:

  - Bob Hans' schedule is absurd and his "increase is garbage". She said the issue with Hans is "disgusting" and he needs to find a way to finish his scope and wrap up before the interiors are finished.

  - The waterproofing issue is "disgusting" and Seadar should have bid better.

  - The only budget increase she understands, and thinks is justified is the steel increase.

She didn't mention other items specifically, but she mentioned that she talked to David, that she completely agrees with him and he got her outraged over the several Seadar issues. She expects us to be there on Wednesday to represent her and defend her interests.

**MILLWORK:**

- She thinks the kitchen cabinets at 39 Highgate are "nothing". She explained that in her opinion he cabinets look like "budget" cabinets and all the sides that are veneered with wood will not hold up. The quality of Jennifer's cabinets is better. Amy will touch base with Jen to see who her millworkers were. She thinks they're from Rhode Island.

**PAINT:**

- Amy said Elizabeth's house is already showing problems with paint. She thinks Northern Lights is a "good value" painter, but for 38 Highgate we should also invite a higher end painter to bid. We should ask Virgil who he would recommend.

**FINISHES:**

- Track down the Nubuck leather @ Family room millwork. Ideally would like to find the same exact finish again, same color.

- Use the same black laminate material for the interiors of cabinets @ family room bar

- Do we want to opt for Roman Shades instead of Lutron roller shades? (not really, maybe we can entertain them in the master bedroom)

**HARDWARE:**

- If we can't find a super nice cremone bolt for the French doors, maybe we should only use a nice handle and lockset

**LUTRON SWITCHES:**

- At Elizabeth's place Amy noticed that the Lutron switches have stickers, instead of painted tags. This is unacceptable in her opinion, since the stickers are already starting to peel off and can't be swept clean with Windex.

**HW FLOORS:**

- Jennifer's hardwood floors are great. We should figure out who provided and installed the hardwood floors there and maybe use them?

**GUEST SUITE SHOWER:**

- She absolutely hates sliding door track in a shower. For no reason should we suggest a sliding glass door in the guest suite shower. However, she really likes what we did in a few bathroom areas at 39 Highgate. I'm unsure what she was referring to specifically but she mentioned: " the back side is glass, instead of a wall and then there's a shower curtain". Maybe we can find what she's referencing and draw inspiration?

1100APC0210478

# PHONE CALL

## 11-06-2018

**FAMILY ROOM:**

- There was extensive conversation about the "disaster" of losing 6-9 inches of width from the bookcases in the Family room. The conversation lasted 2 hours and was mostly a back and forth to understand the existing dimensions and how they're changing or not in the proposed design. This conversation was captured and presented to Amy in person on 11/07 and this is "issue" is now closed.

**BREAKFAST ROOM MILLWORK:**

- Extensive conversation about how the millwork piece will accommodate all the same things that are currently stored in this location. This conversation has been resolved by the in-person conversation on 11/07 and remains to be shown in drawings at a later time. For now, assurances have been provided that we are not reducing storage capacity.

1100APC0210568

## PHONE CALL

## 11-09-2018

### BREAKFAST ROOM SLIDER:

- Amy had not seen the email we shared with pictures of the breakfast room glazing. However, as described over the phone, Amy is pleased that we experimented with three divisions instead of two, but if we are certain that two is the right choice, we stick with two and move on. (✓✓)

### MOLDING/CASING:

- She understands the premise of casing around doors and windows not being necessary when the glazed opening spans from wall to wall, instead of being inserted within a wall. That difference explains the fact that windows and doors in the Family room have a 1" wood casing around them, as opposed to Breakfast room sliders not having any trim, just spanning from wall to wall. Au contraire, she is happy to hear that we are implementing a consistent strategy of exterior molding around all windows for the traditional house. (✓✓)

### INTERIOR DOORS:

- She noticed that interior doors were mentioned on Wednesday as a considerable cost risk in the Risk Log. She asked why interior doors had such a low number assigned to them. When told that the budget didn't account for all solid core doors, she prompted me to call Jean and convey the following message: "Tell him to go eat that! Go choke on it. I'm not paying for that. Non-solid doors would be a *downgrade* from my current house. Go choke on it. I am disgusted."

- No paneled doors throughout the first floor. No paneled doors inside rooms. We should however entertain paneled doors for the 5 entry doors to all rooms on the second floor. Direction for the paneled doors: "queen, or flat panels. Not just a groove in the door. Don't make it Belgian looking. Maybe we have a panel at the bottom and three above? Maybe we have three panels, instead of the classic 6? The refrigerator door now has one single panel and it look much better than it used to with the old panels."

### GUEST SUITE:

- We should send her the Guest Suite Design on Monday, even though Monday is a holiday.

- What does the marble look like? She's gravitating towards a black and white marble with clean and crisp veining, not too loud, not too overwhelming. Something we can find a calmer version of for the other areas of the house.

1100APC0210566

- Generally pleased with verbal narrative: floating wall to divide sleeping area from wet area, shutters, just a Flou upholstered bed and two table stands with a chair in the corner and maybe a floor lamp by the chair, a Hermes throw on the bed and "END IT". Likes the description of an architectural detail instead of a sconce on either side of the bed, but should also have reading lamps on the nigh tables. Wants to make sure we have a niche in the shower to accommodate shampoo etc and wants to make sure we have a hanging opportunity for dry and wet towels. She's not one of those people that place towels on the countertop.

## AMAZON HQ2:

- Pleased that Amazon HQ2 is not coming to Boston. She thinks the Boston market would not be able to tolerate that kind of intrusion; it would displace the lower and middle income families and annihilate the startups and entrepreneurs.

PHONE CALL

11-13-2018

**INTERIOR TRIMS:**

- Amy requests that we omit the trim around the openings in the Family Room. In her mind, since Virgil will be plastering this room, it's unnecessary. Also, she mentioned that all Vitrocsa windows should have the same trim. Given that the Breakfast room and Gem ones don't have any, then why would we consider trim in the Family Room?

- We should have a "beautiful thing" around the circle window at the main stair. She's referring to some "charming" molding.

- We should have some trim around the double hung windows.

**FAMILY ROOM:**

- Amy said she's "ready to sign off on the room". She wants however to address the trims around the windows and doors.

- We realized over the phone that Amy has been incorrectly asking for a "raked mortar joint" for the fireplace brick wall in the Family Room. She didn't know that raked mortar joints are recessed and produce a "reveal" between the bricks. She described a look of a flush mortar joint, that's distressed. She mentioned a "gallery wall" or a "Brooklyn apartment". She asked for a "sloppy brick job".

- Bocci single outlets in baseboard confirmed.

**CHIMEYS:**

- All chimney brick to be painted white. Do not go finding a reclaimed brick; reclaimed brick never looks nice. Find some nice, New England brick that's nice and appropriate. We have to find "really pretty brick"

**GUTTER LINER:**

- She's re-roofing the Vermont house. The roofers used copper. That prompted her to re-consider the lead coated copper decision. After discussing it, we're good with lead coated copper.

**SEQUENCING:**

- Amy thinks it's unreasonable to leave the new roof unfinished, with the exposed vapor barrier. I reinforced her understanding by stating the fact that the warranty on that product might not even allow it to be exposed to weather elements for longer than some months. Amy

clearly understand the reasoning behind installing all cedar shakes together: they will start weathering together at the same rate. However, she is OK with the first batch being installed ahead of time. It won't take long until the rest of the roof gets installed anyway. Seadar should plan accordingly.

## A/V ITEMS:

- *Does not want to meet with Gerry.* She produced at least three excuses why she can't meet System 7. She then started erratically mentioning all sorts of A/V related items, however none of it was systematic or formal enough to record as direction (e.g. need wireless alarm system, smoke detector locations, switches etc). Amy more or less asked that we engage Gerry on our end, develop the drawings together and make sure everything is simple and fuss-free. Specifically, for Family Room, the direction is to not have any speakers in the ceiling; if Oliver determines we need more speakers than the B&O integrated sound systems, then we can buy a couple B&O speakers and place them on either side of the bar. No need for surround sound. The smoke detector should be in the corner, close to the current location. No phone in the family room.

## DINING PAVILION:

- She has been seeing ads for Bulthaup on every magazine. She wants to visit their showroom together, either in NYC or Boston, to see the stainless steel kitchens. She really wants a Bulthaup stainless steel kitchen in the Dining Pavilion. The island in the middle should be a simple countertop surface, with a shelf below, no drawers or other storage. The two sinks are good. Amy wants us to consider upper cabinets, maybe on the south wing of the "U". Maybe even on both south and north wings. Backsplash should be stainless steel. She likes this kitchen so much, she's even considering having her guests hover over by the island, sipping wine, while a chef prepares food. I pointed out that this room is so awesome, they could invite a chef to only do knifework, sashimi, sushi, nigiri etc and have them prepare everything on the main table. They can have sake and sides in the servery. She loves that scenario.

- Wood veneer. She wants to know what we're doing for the wood paneling on vertical surfaces: is it boards, is it panels? What finish? What is the extent of the wood veneer? Only the front+servery, or does it extend to the north face of the core? Ceiling: what does it look like, how is it detailed, how is the acoustical treatment expressed?

## GEM:

- Bar: the glass shelves should be ¾" thick, only span the straight portion of the bar, not to extend to the curved portion. They should be shallower, appr. 8" and be cantilevered out of the wall. We can decide if we want low-iron or not. She's OK with green edge however.

- Do we maybe have too much length for bookshelves? Amy would like to try stealing another 12" from the bookshelves and giving them over to the banquette, on the east side.

- After some discussion, we agreed that this room has so many unique design elements that the bookshelves should be simple and we should not over-design.

- Where do we have power outlets in the Gem?

- Amy doesn't think we need roller shades @ the north entry in the Gem. Unless there's a sightline from Highgate that allows people to see into the Gem through the north entry, she doesn't think it's necessary.

## TERRAZZO:

- In the Vestibule (Room 114) and in the closet (room 117), on the first floor, Amy wants to see terrazzo floor continue into the closets. Then, all we do is have frameless pivot closet doors, a hanging rod and a nice thick shelf above.

## GUEST SUITE:

- Talked about the Guest suite again. She anticipates that we will share a presentation today, 11/13, for her to review. As discussed, she thinks it sounds amazing. She requested that we find either the lucite chair Dirand uses all the time (I think she refers to the Ceci Thompson Antonio chair), or the other chair FCP suggested, the one by Oscar Niemeyer, that Dirand also uses occasionally. We discussed that it's better to at least use a classic, Architect's chair, than something Dirand sprinkles in his projects, which prompted her to announce that Dirand is a "hack" that always repeats the same stuff.

- Fine with two sinks. Mirror should be placed and sized in a way that doesn't have people looking at themselves in the shower.

- Should probably have magnifying mirror on the inside of medicine cabinet door. On the outside, the medicine cabinet door should match the neighboring surface.

- Really interested to hear that the shower head is mounted on the ceiling.

- Very happy to hear the floating wall's height matches the drop ceiling in the shower enclosure. That's how it should be.

- Implored me to not over-design this space. She wants the clean cathedral ceiling, beautiful floor and likes the way we've discussed the wet area composition. No more fuss, or it will go too much.

## VACATION:

- Leaving on the 14th of December for two weeks. Going to Vermont. Happy to talk to FCP; does not want to be pressured to talk to System 7.

<u>PHONE CALL</u>

<u>11-14-2018</u>

**<u>GUEST SUITE REVIEW:</u>**

- Agrees that N-S direction for the wood floor is preferable. We should not rotate the direction if possible for the whole second floor extent.

- page 3: this view looks stunning. The Niemeyer chair is an amazing choice and she loves it. The closets look good, nice and deep. The shelves shouldn't be adjustable; just evenly divide the height and have two nice, thick shelves.

- night tables: she doesn't mind what we're showing, but this is clearly not good enough for reading. She's giving us two options: we either find a way to provide task lighting for reading at night and keep the architectural detail, or we offer two simple, small, square, white lacquer night tables with two table lamps on them.

- The floating wall on the sleeping side should be white, not wood. Show the bed's headboard.

- page 5: No recessed niche for TV. The TV will be mounted on the wall.

- Trim/molding around windows: All double hung windows need a more traditional/old fashioned trim/molding around them. What we're showing isn't going to cut it. It's too simple and it doesn't go with the charming character of the double hungs. Maybe casements don't need the same, maybe they do, since they're in the same room, but definitely the double hungs.

- Dislikes the shutters as shown. After a lot of conversation, Amy decided we need to study two scenarios and decide on one:

> A) **Double Hungs**: No shutters. Instead, roman shades coming down from the ceiling. **Casements:** Better shutters; something more traditional looking, maybe bifold shutters that have real panels. Euro style. No louvers, solid. But real panels. Optional Lutron roller shades.

> B) **Double Hungs& Casements:** Better shutters; something more traditional looking, maybe bifold shutters that have real panels. Euro style. No louvers, solid. But real panels. Optional Lutron roller shades.

- Vanity side: Went back and forth on side panels, whether she prefers them as marble or not. At the end of the conversation, she settled on marble. Let's get rid of the hand towel bars. Think if we want to have the medicine cabinet doors to be mirror clad, instead of marble. The

medicine cabinets could also be narrower than shown, if that helps. Mirror on the wall looks good, fine with lighting halo. Fine with sinks as shown. Fine with shelf under counter.

- Shower: Wants a marble ceiling. Not white. Even though she loves the way it looks, she wants to explore a composition that has the fixed glass partition covering 2/3 of the opening and being open 1/3 of the way. That way, you enter and exit on the same side, so the opening can be more than 2' (which is currently shown). 2 feet is too narrow. If necessary, shower head can move to center on the glazing, however she clearly prefers it on center with the whole shower enclosure. Likes the "his&hers" niche; can't stand John's things.

- Towel bars and hooks: no. Let's get rid of the hooks where shown, let's place two hooks on the east cabinet next to the sinks instead and show two stacked towel bars instead, one low and one higher; the low one is for the bathmat and the high one is for towels.

- Wants to see a plumbing fixture presentation- isn't convinced what we're showing is what she wants.

- Medium sheen lacquer for all cabinets. Honed marble finish, but not dull.

- She has a problem with the entry pivot door. She wants the door to be open all the time, unless when she's hosting people there. In that light, she wondered if we can have a pocket door here, similar to the WC door on the other end. If it's a pocket door, it can be open most of the time and look really nice. Also, this way it wouldn't conflict with the closet doors.

- Didn't really understand the crease and slant wall detail above the shower. It seems she didn't really understand it because of the Revit view not clearly communicating it. She's lukewarm about it.

- Lighting: We need to consider lighting in the room. Awesome light coves in shower and WC. OK with light halo behind mirror. However, we need to have more light, especially a light shelf or light cove to light the floating wall. Also, light for makeup and shaving. Also, task light for night reading. Generally, we might have pendants from the cathedral ceiling, but we should not be dependent upon them; the room should be lit without them.

1100APC0210628

## PHONE CALL

## 11-21-2018

**ELECTRICAL:**

- For some reason, some kitchen outlets went out of power and the fully stocked refrigerator was compromised. Amy called Danny Dambrogio and got power back very quickly. That's the kind of service she expects of the electrician that we on board for the project.

**GUEST SUITE:**

- Amy is backing out of the decision made with DP on the phone to have a sliding shower door. She thanked us for trying it but she dislikes the notion of a thin slot in the ceiling for the track. She asked that we revert to a fixed glass partition but allow for the girth of a big person to be the driver for the opening width.

- Amy appreciates that we made the entry door a pocket door, instead of a pivot, per her direction, however, now that it's drawn and she understands the implication (there's always a fixed triangle "transom" above the door) she has asked that we try and make it a swing door, that is hinged on the west wall and pockets into the west wall, opposite the attic stair.

## PHONE CALL

## 11-27-2018

### LANDSCAPE?:

- Amy said Bob Hans knows about the rubble on the wall on the street. Garrett also knows. *(I don't know what she's referring to)* Amy said she's been getting way too much Bob Carlson. She's starting to think he's too "alarmist".

### BUDGET:

- Amy conveyed the following: John and Amy Berylson are reasonable people and are fine paying for changes within reason; changes that are justified and agreed upon. However, they refuse to pay for other people's mistakes. She mentioned specifically the double hung windows: she mentioned that Seadar has underbid by at least $40,000 for the windows and she's not having it. She remembers attending a budget and VE meeting when the control estimate was established and does not think it is legitimate for Seadar to be requesting money for items they have clearly underbid for.  Again, she is "not OK paying for other people's mistakes"

### MEETINGS:

- Amy will be in NYC next week but doesn't want to meet. However, welcomes the option to meet in Wellesley with the opportunity of the already established December 10 meeting. After the CA/budget meeting, she can meet to discuss anything we want her attention on. (1100 could prepare a few items to review with Amy on 12/10)

### SHOWROOMS:



- Amy seems to not prefer to come to NYC to go to showrooms. She wants FCP to track down showrooms and vendors in Boston that we can go together and see things like plumbing fixtures and hardware. She goes to Splash and the Boston Design Center sometimes; maybe we can go there together to look at things? Generally, she's clearly open, if not eager to take the train from Wellesley to Boston to visit showrooms. She had in the past mentioned Bulthaup.

### PLUMBING FIXTURES:

- Remembers that I told her we included three different vendors for the plumbing fixtures. *(FCP note: I feel that the "three different vendors from three different countries" helped a lot in narrowing down the options. She seems to have reacted really well to that pitch).* That being said, she wants to see a presentation that shows all the products/vendors we are considering. Also, she would like to see the products in person, hence the showroom conversation (see

1100APC0015140

above). Maybe for 12/10 we can look at a printed presentation/ brochures of those vendors and then selectively go look at fixtures.

- Amy asked me to find out if Elizabeth is happy with her wall hung toilets. She is oscillating between thinking she absolutely wants them to be wall hung or not. Anytime we discuss this with any ambivalence, we always arrive at the same conclusion; go with the wall hung fixtures.

- The flushing mechanism that includes two buttons is unappealing and dysfunctional to Amy. She believes it is an effort towards water conservation but she "doesn't care about water conservation". If we can get a single button that's powerful enough to "flush down No2" then she'd prefer that. She currently has the double button control in her pool WC and "you'd be surprised how many people don't get it".

- Sinks: she's of the opinion that sinks should be small to maximize counter area.

**HALL BATHROOM:**

- The layout is more or less figured out, but we discussed the design a bit: two sinks or one sink? Built-in bathtub or free standing? All white with some marble accents? All marble? Marble floor and walls up to a height and then plaster?

**DECORATION:**

- After FCP is back from Europe, we should engage Dirand. Amy professed that she knows Dirand is a one trick pony, however he's developed a brand that he successfully repeats. She decided she will "throw him a bone to do the Cape house which he's always been interested in" so that she can lure him into picking some furniture for her. Amy mentioned that Dirand's schtick is that he uses some Design Within Reach pieces which are "whatever" and then a few great antique Jean Nouvel pieces (?). I did not contest the antique Jean Nouvel comments.

- We need to get that local decorator (the girl from Boston?) to be on top of a few things that Amy thinks are poorly done across the street, like the curtains. That person could also help with fabrics, pillows and the like.

- In last month's "Departures" she saw a couple's apartment in Tribeca that she really liked. Unclear to me why she brought that up. I believe she wants us to acquire the magazine and track down the decorator for that project.

**HVAC/MEP CONCERNS:**

- Amy mentioned that Elizabeth experienced a leak in her mechanical room last week. That made her lose all faith in Gas Associates.

- Amy mentioned that her heat is not well regulated, and Keyes did not immediately respond to her phone call to come fix it. She expects the best and most immediate customer service and if Keyes is not willing or able to offer that, then also don't have her vote of confidence.

- She is now "gravely concerned" that radiant heat will be too slow to act on a cold day. Over Thanksgiving, we experienced really drastic temperature fluctuations from one day to the next and she is afraid that our current system won't be nimble enough to respond to those heat fluctuations. She mentioned that radiant flooring being slow, we should ensure that the forced air system is able to compensate for that slowness and kick in if necessary.

## CABINETS @ BREAKFAST ROOM:

- We're back at her thinking that the cabinets between breakfast room and dining room have diminished in storage capacity. She believes that the issue is our HVAC consultant having exorbitant expectations of what to fit in this area. (*FCP note: This item is worth diagramming and going over on 12/10 so she can rest assured that the storage space is not compromised, at least not noticeably*)

## FAMILY ROOM:

- We should immediately get with Fields carpet to establish the carpet pattern and get them started on fabrication. I asked that she give them her sample so they can match the quality and the weave. I'll attempt to get that from her on 12/10 and send it over to Fields, so they can make a few samples for us in a few colors.

- She would like us to track down her coffee table. It's showing signs of age, so she'd like to purchase a new identical one. She believes it was bought by Luminaire in Miami but believes it to be of German make. She thinks I can somehow track it down so she can buy a new one.

- She will probably buy new Bertoia chairs and upholster them with velvet? She was rambling a bit about this subject.

## MONROE SHERMAN:

Finck Now Lee

- Satisfied that we've provided drawings to Monroe for the Family room. She thinks he should also be assigned the banquette and the Gem bar. Maybe also the bookcase piece in her office.

## KITCHEN:

- Talked about a few things including:

  o material palette,
  o backsplash materials (marble up to a point, then a shelf and then plaster?)
  o island materials (she likes the marble ones, dislikes those islands when they're not rendered in marble, e.g. the Dirand Miami Surf Club which is white and looks bad),
  o where do we have upper cabinets
  o do we have an area to set up, when she's hosting smaller events, not worthy of the Dining Pavilion? She currently sets up at the Butler's Pantry which produces a huge and embarrassing mess. We identified the pantry with her desk as a good potential location for that.

- ○   Wine storage under the kitchen island?
- ○   Laptop or screen @ her desk in the kitchen?
- ○   Kitchen island reserved for cheese platters and decorative pots&pans

**DINING PAVILION:**

- Asked about the kitchen. Seems to be completely oblivious to what the space looks like for some reason because she was concerned that the kitchen might be visible through the servery, maybe through a reveal at the ceiling. This was ironed out and resolved in her mind.

 - Seems to not fully grasp where the ceiling is dropped.  We discussed it but I'm not confident at all that it was understood.

- Wood veneer: she asked if we think the wall veneer should be horizontal boards. I replied they should be big panels, not boards. They become boards when they crawl up to the ceiling, for acoustics. She took really well to that. She thought it sounded luxurious.

- For the first time she's backing out of her conviction that the wood here needs to look "country". I told her we're working on curating a collection of samples with ENP. She vividly remembers the sample we showed her when she visited the office and remembers it looking too dark. We agreed to review samples both in daylight and artificial light to avoid any surprises with the wood's appearance during dinner time.

**TERRAZZO:**

- Eager to see custom samples. Seems to think that terrazzo finish will be the anchor for selecting most finishes.

1100APC0015143

## PHONE CALL

## 12-03-2018

**MEETINGS:**

- Amy can't accommodate FCP on Wednesday; it's her birthday and will have preparations and guests all day. She thinks it's completely unnecessary to take inventory of her kitchen stuff now, given the phasing of the project. We can totally wait until at least January for that. She did tell me I can decide on my own if I want to go on Monday to meet with Virgil and Joe Macey or not, but she won't be the one to make me come.

- Friday meeting: 8:30AM to 11:30AM tops. The Agenda is to be determined but we discussed: door&window hardware (material and look), metal finishes, guest suite update, floor finishes, kitchen maybe, terrazzo sample review and wood sample review

**BREAKFAST ROOM:**

- Regarding the breakfast room cabinets: Most of the stuff that's currently stored there will be getting moved to the Dining Pavilion Servery. Some stuff however will remain here. We need to accommodate glasses, silverware, trays and one set of 16, one set of 12 and one set of 8. Some drawers need to be deep (24-25") for the trays and some shelves/drawers should be shallow (16") for the glasses etc. She is concerned that with the ductwork running through there, her storage capacity will be diminished, however, based on her description, it will definitely not be an issue.

- Regarding the breakfast room island, we talked about it having an integrated sink in the marble counter and an Obumex faucet, facing west. The undercounter storage will be exclusively for placemats and linens, maybe some everyday silverware. That's it. Perhaps, if she decides that she needs it, we can have an undercounter wine storage unit as well, in the B.R. island.

**KITCHEN:**

- Discussed kitchen layout in great detail. As a general note, Amy seemed to know absolutely everything about the kitchen layout and design, in its current state and seems to be very comfortable with it.

- We've been talking about the material palette in the kitchen for quite some time. FCP suggested that we limit the palette to 1) wood chevron floor, 2) white millwork of our desired sheen and 3) marble. The two islands will feature the marble finish and then we will also wrap the two kitchen countertops in marble, turn it into the backsplash and end it as a shelf, with integrated lighting. The surface above the marble shelf can be plastered white. This effectively

1100APC0036641

limits the palette and allows Amy to decorate as she likes, seasonally or per occasion. Amy gave this idea a really warm response, as opposed to almost all preceding conversation about this matter. Currently, this scheme is the frontrunner.

- Amy remembered that the kitchen windows have a low sill that would be problematic with a tall Obumex faucet. She suggested that the main sink can have a simple faucet, something functional, not Obumex.

- Seems to suggest that she needs two dishwashers; suggested that one could be in the main island, however we can accommodate the second DW on either side of the sink and keep her main island free of appliances, which she seemed to suggest is her preference.

- She remembers the design of the "coffee station". She seems to be completely on board with where it is (once more, the layout seems to be well understood and worked out). The coffee station will have some shelving above, for cups, coffee and other small things. Below maybe storage for some everyday silverware.

- The Area with her laptop is right by the double hung window. This is a "nice" vignette, where we need a nice chair, a phone charger, a phone line and a laptop. Above, perhaps some shelving for a picture and some cookbooks. She has 8 cookbooks. Maybe also some upper cabinets?

- The counter next to the laptop should be 6' of uninterrupted counter area, for staging. This is the only part of the layout that Amy has an issue with: it's currently 6'-3" including her laptop nook. She feels it needs to extend, to be more like 6' free- not including her laptop.

- The pantry area for dry goods and food storage is behind the refrigerators. Good.

- The nice pots and pans will be stored in the closet opposite the pantry cabinets. Only good pots and pans here. The copper stuff. The rest, including the big soup pots will be in the basement. Amy said that pots and pans can also be stored in lower drawers, for example under the stovetop.

- Place for the microwave? Amy hates microwaves and wants them out of sight. She suggested that we somehow integrate a microwave in the pantry closet, behind the refrigerators. She likes that idea.

- Main island: mostly decorative; not much storage underneath, should be empty. Also, needs to have two slabs of marble: one lower and one higher, for two seats. Amy suggested that John and herself might eat there from time to time. She talked about Dirand's island having three different levels of marble slabs, which she thinks her space can't afford, mostly because of the compressed ceiling height. But otherwise, not much else happening in this island. Flirted with adding a faucet here, but we decided it's unnecessary.

## FLOOR FINISHES:

- The wood chevron should go into the mudroom but then she's thinking of using Lapitec tile in the Laundry room and the Mudroom's WC.

- She thinks we could have either Lapitec or the bluestone we used at Elizabeth's for the service hall, staff pantry and staff bathroom?

- Wants something that's easy to clean and zippy for the laundry room and mudroom WC walls. She suggested vinyl wallpaper from "innovations".

- Agrees we should look at all terrazzo samples together on Friday and determine which ones we like and how we want to modify them for the custom samples. She and I talked about how many different terrazzo finishes we need and settled on three: (1) one for the Dining Pavilion, (1) one for Gem+office+PR+closet+vestibule, (1) one for basement areas and gallery stair. She favors smaller aggregates and simple recipes. She thinks the Valentino store has too many different types and is fussy. She cautioned against our floor looking like an Apple store, to which statement I protested, because we're not using epoxy terrazzo and her home would not look like an Apple store with the product we're using. She asked that we have a chevron sample to review terrazzo up against; she doesn't care if it's not finished with the color of our choice, she just wants to review the samples side by side to ensure they don't look overly busy.

## SERVERY:

- The servery should have the lower storage piece, which should be simple, look like Dirand's kitchen lower cabinets and their finish should be the proprietary Obumex bronze-like finish. They need to accommodate the aforementioned stuff that's in the breakfast room currently.

- The servery hanging shelves should be wood with integrated lighting.

## HARDWARE:

- We should come up with a plan to keep our hardware material palette minimal and consistent. She wants us to consider hardware on French doors, double hung windows, flush doors on 2nd floor, stari railings etc all together. Can we pick different finishes/treatments of brass for everything and have it be polished where we want the flash of gold, but burnished where we just want a duller finish?

- Can we maybe have white painted mortised, concealed hignes for all the 2nd floor doors, so as to never see chrome/silver next to brass handles/knobs? "I refuse to see a gold lever next to a chrome hinge"

- After discussion, she is very satisfied with the idea to have the main stair double hung window not be operable. It will look like all other double hung windows, but will lack the weight and chain system to operate it. That would eliminate all hardware on it and alleviate any issues with the hardware clashing with the bronze handrail.

- French doors don't necessarily need exposed hinges and/or chromone bolts. It's up to us to make a recommendation.

1100APC0036644

## PHONE CALL

## 12-03-2018

**HARDWARE:**

- Amy elaborated upon what she called a "cryptic email" she sent to FCP this weekend. She is considering that the lever Michael and FCP liked was probably more attractive than the one Amy gravitated towards, from Vervloet. She wants us to have really simple hardware choices, eliminate as much hardware from doors and windows as possible. Simple levers, simple knobs and as few locks as possible.

- No lock @ Guest Suite pocket entry door

**DINING PAVILION:**

- Amy re-emphasized her concern about the look and feel of the Dining Pavilion. She now understands that the ceiling is tapered to the glass and also has agreed to sliding doors. In that regard, she's afraid we're nearing "Japanese Tea-House" territory. I explained that our details and finishes don't have a Japanese flair at all and she agrees, but it's clearly a concern of hers.

- Amy said we shouldn't get any red oak; no matter how you treat it, it's always red-ish

- Amy asked if we would ever consider asking Exquisite Surfaces to provide wood samples for the Dining Pavilion. If we don't want to, she asked that ENP provide a finish that has a "rustic" or "reclaimed" feel to it.

- She expressed frustration about the idea of micro-perforations on the wood. She doesn't want to see perforated wood on the ceiling.

- She talked to Monroe Sherman, who told her he could make the marble table for the Dining Pavilion. He keeps trying to sell this product which is a carbon fiber backerboard with a thin marble veneer attached to it and it's clear that he is pitching this idea to Amy for the table in the Dining Pavilion. Also, Amy thinks the table should be white.

- The Dining Pavilion should get a little more "feminine and pretty"

- All in all Amy described the Dining Pavilion as this "Euro Gem in the woods. It's as if you went to diner and drove an hour outside of Paris and stumbled upon this place in the middle of the woods".

**LANDSCAPE:**

- Amy said she will ask David to take a look into the landscape. She thinks Reed Hilderband is designing the Versailles and she really doesn't like anything looking too formal and fenced out. She wants to live openly, not with gates everywhere and tons of formal planting.

**CHEVRON FLOORS:**

- Amy said she trusts us to be OCD about the wood chevron pattern alignments. She thinks it might be nice to try and align the chevron nicely with the shelves in the Living Room, because now we have the floor going straight into that recess.

**MIRROR LIGHTS:**

- She is OK with us having the mirror lights in the Guest Suite, given that we don't have a ceiling there to downlight, but all other bathrooms should just rely on ceiling dwonlights for most of their lighting.

**OFFICE:**

- She visited Bottega's showroom in NY. She wants FCP to go check out the desk and chair she likes and lets her know what she thinks. Amy wants us to size the Bottega desk according to the room and let her know what we decide. She thinks the director's chair Bottega has paired with the desk is nice.

- She doesn't need a desk lamp. The downlights should suffice. In fact, maybe we should lose the wall washers. There's probably not going to be any art on the wall.

- For her shelf behind the desk, she asked FCP to send her ideas (maybe we buy something instead of building a shelf). She will probably display her Louise Bourgeois on it.

- All her awards will go on the shelves in the closet, which she imagines will always be half open. The "barn door" should probably be white, not wood.

**DINING PAVILION KITCHEN:**

- She likes the Bulthaup stainless steel island. Asked if we can make it bigger than the standard.

- Amy inquired about our refrigerators. I told her we have two full height 30" refrigerator units, one of which has a freezer and an 18" full height wine refrigerator. She said that's fine. She said 30" is not that wide, but "she'll survive". "Remember, the refrigerator needs to be able to fit trays".

**FAMILY ROOM:**

- Amy gave us her carpet sample. We **can't lose it.**

- The brown/taupe leather background for the Bar and the Bookcases in a Henry Calvin faux leather No. 7001, color mushroom. We should find something to match it. She is not giving us her sample though.

- Amy asked if our bookcases have a brown leather or a white background. I reminded her of where we had landed (brown) and then she asked to do them in white. However, after sharing a presentation with her, she retracted that statement and we're back to brown.

- She noticed that for the Bar, we're increasing the number of cylinder standoffs from three to five. But we are also making them smaller. She said it's fine with her, but she wants us to be sure which we prefer: smaller and more, or bigger and fewer.

- She wants the downlights in the Family room to be lighting the room, not the furniture. Thus, she wants the center lights to be more centered to the room; currently they're more on the periphery.

- She asked what we're doing with thresholds, where wood transitions to carpet. She noticed on the rendered floor plan that we stoop the chevron floor. I talked to her about the several ways to do this and she gravitated towards what we're showing.

**BUDGET MEETING:**

- She said the meeting was good and covered everything line by line. She said she's OK with Difoggio, if that's who ends up getting the job. She knows we all like Driskill, but she likes Difoggio, even if his team is smaller.

- Amy said David talked to her about millwork. David expressed the desire to bring his millworker on board, instead of Monroe. Amy seemed resistant to this idea, especially because she has had a good experience with Monroe and feels comfortable with his work. She thinks it's still good to get someone else to bid, so they can get Monroe's price down.

**ELECTRICAL:**

- She hadn't fully grasped the difference between Bocci and Trufig. She understood the difference in the budget meeting. She wants to be doing single round Bocci outlets everywhere she can. She doesn't think Trufig looks as good as Bocci. I told her we've been accounting for the single round Bocci outlets in the baseboard of Family Room and Guest Suite, and unless we have to use duplex outlets, or GFCI outlets, then we'll try to use Bocci outlets in baseboards everywhere. For the floor outlets in the Family Room, she's fine with what's there now. She would hope that nowhere else do we need floor outlets, other than maybe at the Gem, which we should study.

1100APC0169570

**Julia Brooks**

| | |
|---|---|
| **From:** | Julia Brooks |
| **Sent:** | Friday, December 07, 2018 2:58 PM |
| **To:** | David Piscuskas; Robert Lipson; Michael Fierle; Fanichristina Papadopoulou; Andrew Schalk |
| **Subject:** | RE: Highgate re-cap |

David,
Our lists are below. I'll also print for the meeting.

Decisions made:
- Hardware
  - No sash lifts
  - Distressed brass/bronze
  - No eggs
  - 5-knuckle, flat hinges at French doors
  - Levers at French doors, knobs elsewhere
  - Operable casements with lever, no cranks
  - Storm door – upper latch (for kids)
- Servery doors = 4 panels, ends slide toward center, each panel has center divider (reads as 8 panels when doors closed), horizontal division aligns with counter
- Screens at gem slider, center French doors, gallery transoms, master suite (2), guest suite (2)
- Catering Kitchen
  - No prep sink at island
  - 2 dishwashers & 1 ice maker
  - Range okay off-center
- Plumbing fixtures
  - Fantini first (pending further vetting)
  - Dornbracht second
  - No Kohler—stick to Duravit
  - Wall-mounted toilet (Duravit Starck elongated)
  - Dual-flush upstairs, single-flush elsewhere
- No sliding door at basement upper hall
- Bifold shutters @ guest suite; paneled
- No roller shades @ double hung windows in guest suite
- Only two operable casement windows in master bedroom
- Kitchen casement windows- two operable, center fixed
- Family room carpet pattern established
- Breakfast room cabinets (depth, HVAC) OK
- Drop ceiling @ Dining pavilion to only show sliding track thickness and diffuser slot
- Gallery stair terrazzo monolith
- Mud room storm doors: front - steel and glass; back - wood and glass with lock
- Pocket door into kitchen: better than nesting pivot
- JB collection needs pocket doors

Immediate investigations:
- Terrazzo samples, detailing, costs
- Review of F+R shop drawings

1

CTRL0000306048

1100APC0393056

- Catering Kitchen
- Servery
- Lapitec floors
- Ovens match existing oven depth
- ENP wood samples
- Sliding screen door at gem
- Dining Pavilion curtain track

Next steps:
- Dec 21st set and specs
- IGU samples & review
- Updates to Guest Suite – no niche at nightstand, air supply location, shutters, backlit mirror, roller shade @ dbl hung
- Design, review, & approval of remaining spaces


**JULIA BROOKS**

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

**From:** David Piscuskas <dp@1100architect.com>
**Sent:** Friday, December 07, 2018 1:14 PM
**To:** Robert Lipson <rlipson@1100architect.com>; Michael Fierle <mfierle@1100architect.com>; Fanichristina Papadopoulou <fpapadopoulou@1100architect.com>; Julia Brooks <jbrooks@1100architect.com>; Andrew Schalk <aschalk@1100architect.com>
**Subject:** Highgate re-cap

I would like a Highgate re-cap meeting later this afternoon.
In advance thereof Kindly prepare lists of:

- Decisions advanced/made
- Immediate investigations pursuant to confirming a pending decision
- Next steps to advance progress of the project


--
**DAVID PISCUSKAS** FAIA LEED AP
FOUNDING PRINCIPAL
**1100:** ARCHITECT

475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670 • M 917 847 5081
WWW.1100ARCHITECT.COM

2017 PRESIDENT - AIA NEW YORK

1100APC0393057

CTRL0000306048

Message

| | |
|---|---|
| **From:** | Fanichristina Papadopoulou [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F159EFFC99FD47B785671951C78C2CD4-CPAPADOPOUL] |
| **Sent:** | 12/11/2018 5:58:35 PM |
| **To:** | Andrew Schalk [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a2e67d6c54741d5a46a3551f5c0e422-aschalk]; Ida Tam [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9f54e17989f041c89256dc2755008d39-jross]; Julia Brooks [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=64475ac8dd1445a0854cc8aca6b8cffc-jbrooks]; Michael Fierle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d16e39c13b9464dae266517c880b7c8-mfierle]; Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson] |
| **CC:** | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| **Subject:** | 38 Highgate - client minutes |
| **Attachments:** | Amy phone call - 12-11-2018.pdf |

Team,

Attached minutes from yesterday's and today's phone calls with Amy.

Best,

Christina

FANI CHRISTINA PAPADOPOULOU
DESIGNER

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5626

1100APC0169567

## PHONE CALL

## 12-13-2018

### LESS IS MORE:

- This phone call lacked focus. Amy herself admitted that she was rambling. However, the overarching theme was her desire to simplify things, let all details recede, pick simple and functional fixtures and hardware. She emphasized this point quite a few times with different examples

### BABY'S ROOM:

- The next room Amy wants to review is the baby's Room. She's clearly obsessed with that wallpaper with the tree that she keeps mentioning. She'd like to visualize it against the south wall.

- We should send her plan and interior elevations of the Baby's room because she wants to share this with her "Boston girl". She is this person that's supposed to help Amy pick and buy the Flou beds and pick the curtain fabrics.

- We discussed the millwork on the west wall. We discussed maybe a three-part organization with two closets and one unit with open shelving. The two closet units have two pairs of doors and behind have a hanging rod and some shelving, whereas the open shelving unit features a couple of drawers, an integrated night table that project out and some open shelves.

### FAMILY ROOM:

- Happy that we shared the presentation once more with her. She expressed her satisfaction that "we are in very good shape" in the Family Room

### PLUMBING FIXTURES:

- Wouldn't be adverse to using Waterworks plumbing fixtures everywhere in the house. We should research Waterworks plumbing fixtures and see if we like their stuff. Amy mentioned that she was browsing the internet and noticed that many times Dirand will use lowly Waterworks fixtures, to contrast and downplay his extravagant and opulent spaces. She suggested that some of our more high-end spaces in the house could be helped by simple and utilitarian fixtures.

- She said the Fantini fixtures we picked are "really beautiful". She seemed really appreciative of the Fantini fixtures and said she would use them, but is afraid they have too much of a "look".

- Philip Stark toilets are OK

- Elizabeth's housekeeper and the baby nurse both said that the Duravit drains don't work well and get clogged with long hair. She asked that we investigate.

- Duravit stuff: She looked at Duravit's catalogs and realized that their stuff taken all together looks way to cutesy. We can use their toilets and sinks, but we shouldn't use any of their other toilet accessories.

- When we get to the kitchen sink: she likes funky sinks. She remembers a sink called the "Cube" that she liked. She also thinks that she's not into the trendy style nowadays, where everyone has the sinks that have straight edges. She has seen sinks with slanted edges that she liked.

**FINISHES:**

- Staff Room WC shouldn't have marble; tile.

- Should we take a step back and re consider how much marble we're using in the project overall?

- Don't necessarily care to have marble in her master bathroom

- She's thinking of white lizard in her dressing room

- Her bedroom should be all white and clean (even though she likes her green carpet)

**HALL BATHROOM:**

- Marble floor and back of bathtub? Rest is white?

- The countertop in the Guest Bathroom doesn't have to be as thick and feature as the Guest Suite one.

- Built-in bathtub

- Open shelving where she has cabinets currently (behind bathtub)

- This is a Family Bathroom. It needs to be nice.

- Two sinks or one sink?

1100APC0169557

<u>PHONE CALL</u>

<u>12-18-2018</u>

**<u>SHADES:</u>**

- In the Guest Suite, we either make it work with the roller shades concealed in the double hung header, or we eliminate the roller shades and do the shutters. She seemed to suggest either/or.

- In all other areas where we have double hung windows, she seemed open to accepting a roller shade solution that comes down from the ceiling. However, after discussion, it was preferred that we develop one unified solution for all the double hung windows; one that conceals roller shades in the header.

- Amy doesn't want room darkening shades in bedrooms; however, we should explore a fabric solution that it slightly more opaque than the bistre white fabric we've picked for the 1st floor rooms.

**<u>BABY'S ROOM:</u>**

- Daybed: Dueto, by Flou

- night table: some simpe wood night table, by Christian Liaigre

- armchair: Kalos Max Alto linen chair with ottoman (already owns)

- Millwork: we should make something a little cuter. Perhaps we keep the trifold organization and have one part shallower bookshelves/display, one part closet with hanging rod and door in front and one part low drawers/ upper shelf? Something a little more interesting.

**<u>WOOD MILLWORK THICKNESS:</u>**

- She liked the 1 ½" thickness of Thomas' room's shelves (across the street). She thinks the shelves in millwork and generally the exposed thicknesses should be on the heftier side (1 ½", 1 ¾")

**<u>GENERAL NOTE:</u>**

- She is satisfied with the in-depth room by room design investigations. Suggested that we keep this up and try to look into each room to make it as good as it can be. This comment stems from the recent change to re-center the double hung windows in the baby's room, which we all agreed was the right decision but was only revealed this late in the game, because we delved into the room's design.

# PHONE CALL

## 01-04-2019

### SEADAR- RICHIE- NEW GC:

- Amy wants to know what the concrete test results are saying. She suggested that the concrete tests will be a quantifiable way to make it apparent that Seadar messed up. She has been filled in regarding the waterproofing problems and thinks it is "busted" that Seadar hasn't done a great job.

- She is following the conversation regarding Seadar's replacement closely. She said she "understands and is open minded" about the desire to have them replaced. She did however mention that she will not accept F.H. Perry as a replacement. Her opinion is that they "don't know how to do that stuff" and that she would never trust them to "install a Vitrocsa window".

- Amy thinks Richie is great. She mentioned that everyone on site respects him. She also mentioned he has a personal relationship with Hans guys, so they are all on good terms. Her assessment is that Richie is a builder who "knows everything". She praised Bob C. for suggesting that Richie take over.

- Hans' people are making good progress on her fieldstone wall. She likes what she's seeing so far.

### SEQUENCING:

- Amy might opt out of installing the Vitrocsa slider in the Breakfast room during the first phase of renovations (Family room – guest suite). She just isn't ready to have her breakfast room area disrupted and wants Seadar to contain the mess to the Family Room. (** Might want to put this in the Agenda for the CA phone call, to let Seadar bring it up with her)

### GUEST SUITE:

- Still unsure if she prefers a fixed glass partition over a sliding glass door in the Shower. Leans towards a fixed solution.

- Shutters should be kept on the casement windows on the south. Even if never used, she wants them for decoration. They should be a double shutter, opening on either side of the window and have two panels. She's leaning towards eliminating the shutters from the double hung windows and only having roller shades.

- Roller shades in double hung windows. There are two options:

    A. we recess them in the ceiling, as had been previously suggested and accept that part of the shade will be covering the wall, and part of the shade will be covering the

window. Amy said she's "apparently the only one that has a problem with that" and she is willing to accept that solution if we can't make it work otherwise.

B. We conceal them within the window header and accept a hairline joint between a front access panel and the wall for maintenance. Amy doesn't like the sound of this solution at all.

Amy suggested that we keep studying this issue and determine what the best solution is.

- In the spring, we'll go look at marble slabs.

- It's a good idea to have routed pulls for our millwork door panels and closet doors. That way, they are integral to the millwork panels and the need for extra hardware is eliminated, thus saving us from the big problem of matching hardware finishes.

- We should decide where we want to have an electrical back box for a chandelier in the Guest suite. She wants to be able to install a chandelier, if and only if she finds an appropriate one and IF she thinks it's necessary, after the room is finished. Our shared feeling is that it won't be necessary, but she wants to keep the option open. The location most likely is close to the SW corner, above the armchair.

- When John gets his other knee operated on, she will move to the Guest suite, because "no one can stand John when he gets his knee surgery". Thus, the Guest suite needs to be fully fleshed out to host her, when she's not living in her master quarters.

**PLUMBING FIXTURES:**

- This topic has now been discussed countless times without resolution. I told Amy that I can't think of another way at this point to make a decision other than arranging a visit to showrooms of the vendors we're considering, to see the fixtures up close, touch them, see exactly what they look like IRL and decide. We've looked at them together, on the internet, in brochures, but she's still torn. She agrees, so we will look into the different vendor showrooms in Boston and try to arrange a day to go visit them. In her mind, she's making a house-wide commitment and that's why it's so tough for her to make up her mind.

**HARDWARE:**

- She likes Butler more the more she thinks about it. They're "nice, cool and NY". Also, it's a way to "take it down a notch". She later retracted the last statement about taking down a notch, but nevertheless, pretty confident that Butler is the way to go.

**BABY'S (SARAH'S) ROOM:**

- The baby's room will now also be known as Sarah's room, which will be the room where Sarah escapes to, when she runs away from home.

- We discussed the few changes I've made, since last time we talked. All changes reflect the last phone call we had (see 12/18 minutes). She is satisfied with the verbal description, so we should send her an updated presentation and then she'll give me the "Boston person's" information, so I can connect with her and arrange the few items she'll be responsible for, i.e. the wallpaper, the Flou daybed and maybe the night table.

**ATTIC STAIR:**

- Amy would like to see an updated presentation of the Attic stair. She wants to make sure the whole composition looks good, with the awkward ceiling and the hallway turning etc. She thinks it will look cool, especially with the glass balustrade and the recessed handrail. The stair treads should be wood. Also, this stair should have any special lighting- it's a stair to the Attic after all.

**HALL BATHROOM:**

- One sink OK. Round mirror OK – no medicine cabinet OK. Whatever medicine cabinet items could be stored in the millwork piece behind the bathtub. Built in bathtub OK.

- Need to figure out what we do with the bathtub, because the fixed glass partition won't work: A. if you want to give a baby a bath, this doesn't allow you to do so, and B. because of where the glass is placed, there's no way to access the controls without entering the tub. Amy thinks we should have a swing glass door, which is what she has now as well. Maybe we can look into a curtain idea?

- This bathroom shouldn't be marble slab. Based on our conversation, the idea to only have the floor and the bathtub niche covered in tile and the rest be white plaster is acceptable. We need to find a cool tile option for this room. I floated Thassos marble tile and she seemed very intrigued.

**WINDOW SHADING:**

- The hall bathroom's window and the three windows in the master bathroom will have shutters. No roller shades. The reason is privacy. Amy claims she can see silhouettes through Elizabeth's roller shades. We should finalize our detail for the Guest suite shutters and then repeat it for these windows.

- Once we develop the detail for roller shades in double hung windows (see above), then we will probably use it for the other second floor rooms (kid's bedroom, baby's room, dressing rooms etc).

- No shading for the main stair windows.

1100APC0342901

**SERVERY KITCHEN:**

- We really need to discuss if we require one sink or two. It might be that we indeed need a smaller second sink.

- She prefers wall ovens, but thinks the 60" Wolf range might be a better idea for this kitchen

- We seriously need to research refrigerators. She is concerned that the standard 30" Subzero refrigerators can't fit platters.

- She needs an ice maker. Freezer space is not as valuable as refrigerator space in a catering kitchen

- The floating island should be open below in her opinion. There is no need for much storage in this kitchen, other than a few appliances that might live under the counter on the back wall. Other than that, the various utensils and pots/pans/bowls etc will be stored elsewhere, perhaps the basement and the staff will have to retrieve them from there to bring to the catering kitchen on the special occasions. Thus, the floating island in the middle should be an attractive stainless-steel island that has shelves underneath for the servers to place prepared plates there to rest until they can be served. Also, the island should look cool, so that her friends can go observe the catering staff prepare the food.

**KITCHEN:**

- The kitchen has been giving her nightmares. Even though the layout is pretty much figured out, the material palette really concerns her. Should we use quartzite? Corian? Marble? Tile?

- One thing is for sure: NO induction cooktops **ANYWHERE**. They scratch.

1100APC0342902

<u>PHONE CALL</u>

<u>01-08-2019</u>

**SEADAR- GC:**

- Lots of speculation regarding who's to blame for the recent concrete and waterproofing problems. Amy is open to replacing contractors, even though she likes Andrew Childs. She believes it's most likely either Todd, or John Kruse, or both, that are dropping the ball.

*[handwritten: or site super]*

- She is angry that the various construction problems (concrete strength, waterproofing, gravel compaction etc) are only being superficially addressed by Seadar. In her opinion, if the waterproofing is not properly installed, or the concrete isn't perfectly poured, then the contractor should redo the whole piece of defective work, instead of applying patches, or corrective solutions.

**WINDOW TREATMENTS:**

- Still ongoing conversation regarding roller shades in the double hung windows. We're exploring options with the roller shade concealed in the header and different access panel conditions. The alternative to recess the shade in the ceiling is also still in the game. No resolution yet.

- Shutters in Guest suite only for the casement windows and largely understood as decorative. Solid shutters in this location.

- Shutters in the hall bathroom and the master bathroom. These shutters should be louvered, similar to the plantation shutters she has currently, because they allow for privacy, but not blacking out all natural light.

- Get a shutter company to do the shutters

**LIGHTING:**

- Exhaustive conversation regarding Lighting, mostly lighting fixture types. She is unsure that we want to have LED fixtures, despite my numerous reassurances that this is undoubtedly the way to go.

- Wants to ensure that maintenance, repair and replacement of light fixtures doesn't mean the ceiling needs to be cut around the fixture and patched after the repair. If that's the case, she will absolutely veto the use of LED fixtures. (note after the fact: some of our recessed, trimless downlights can be repaired from below the finish ceiling)

- Doesn't like the temperature of Elizabeth's lights (2700K). She thinks they are too yellow, too warm. We discussed specifying 3000K for her fixtures instead, for a whiter/cooler temperature.

*[handwritten: too white]*

She has been briefed however that 2700K is what's often used in residential projects, because of its warmer, more homey feel.

- The fixtures we installed at Elizabeth's have "big bulbs". By discussing, it's assumed she's referring to the lens. She doesn't like them.

- The fixtures we installed in Elizabeth's basement are not good. Avoid for 38. Maybe it was a VE fixture?

*hellogen*

- Ask Difoggio what they installed in the kid's bedroom and the guest bedroom recently. She claims they recently changed her lights in those bedroom and she loves the new fixtures.

- Ask Eddie from Difoggio to help out on all matters in regards to lighting fixtures. She trusts him and only him. No one else.

- Ask Driscoll what they used at Jennifer's house.

1100APC0342897

Message

| | |
|---|---|
| **From:** | Fanichristina Papadopoulou |
| **Sent:** | 1/10/2019 8:10:48 PM |
| **To:** | Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson]; Michael Fierle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d16e39c13b9464dae266517c880b7c8-mfierle]; Julia Brooks [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=64475ac8dd1445a0854cc8aca6b8cffc-jbrooks]; Ida Tam [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9f54e17989f041c89256dc2755008d39-jross]; Andrew Schalk [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a2e67d6c54741d5a46a3551f5c0e422-aschalk] |
| **CC:** | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| **Subject:** | 38 Highgate - client minutes from Wednesday |
| **Attachments:** | Amy phone call - 01-08-2019.pdf |

Team,

There have been a few undocumented conversations with Amy. I'm condensing most of the content from Wednesday's call in the attached and preparing minutes from my conversation just an hour ago right now.
Stay tuned.

Christina

FANI CHRISTINA PAPADOPOULOU
DESIGNER

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5626

1100APC1939341

PHONE CALL

01-10-2019

**SEADAR-GC:**

- Amy talked to Jean on the phone. She said she "talked to him forcefully". Her conversation was focused on the several construction problems we've had regarding concrete quality, waterproofing installation, gravel compaction and F&R glass.

- Jean addressed the concrete issues by saying it's essentially a red herring, because the concrete tests are coming back stronger than our specs (is that true?). I told her that even if the tests show acceptable concrete strength, there are several red flags in the pouring process that make everyone feel insecure, specifically because of protocols not being strictly followed.

- Jean addressed the F&R glass samples problems by telling Amy it's really their first strike and they have now talked to F&R and are closely monitoring their progress. I told Amy it's not the first time F&R has had to be reprimanded or course-corrected which was shocking news to her. She asked that I send her some sort of executive summary of cases in which Jean could have helped course-correct F&R but didn't. (examples that come to mind are the heated glass research which was fruitless until Andrew's involvement and the recent glass samples that arrived wrong. Also, the numerous wrong samples or misinformation regarding silicones/coatings might have occurred before Seadar had a formal contractual relationship with F&R, but they could have taken action nonetheless.) Amy's point is that Seadar should not be getting a 13% markup on F&R scope, if they can't manage them effectively.

- Amy wants to have any information we think is relevant in attacking Jean's arguments on the upcoming Thursday meeting. If there are indeed F&R problems that went unattended from Seadar's end, she wants to know.

- Amy is insecure about transitioning to a different contractor. She said she's pretty convinced the projects David visits on Friday will check out and look great, because if they didn't she wouldn't even be considering that contractor. However, she mentioned to me that the new team only consists of 6 people in total and is afraid that they will not be as attentive on a 24/7 basis, as Seadar. She obviously understands Seadar's shortcomings but isn't willing to jump the gun. She needs to have a chance to interview the new people and she wants David to ensure that there will be someone on site all the time, as much as possible. She explained that when Todd took vacation over Christmas, Andrew C. covered for him, which she appreciated.

- Amy needs references for the new GC. She wants to call them to develop a comfort level with the new team.

1100APC0025413

**DOOR TO KIDS ROOM:**

- Amy panicked that the door to the kid's bedroom is still in the wrong spot. After some discussion, we established that her preference is for the  notch to come back, where it was, the door will be facing north (to the dormer), the hallway will indeed be awkwardly shaped, but she doesn't care and everything is OK otherwise. "No more nightmares"

**BABY'S ROOM:**

- Looks great. She's impressed that we listened to her ramblings and included the daybed she likes. She thinks we might want to have our millworker build a small side table, or we could buy something "from Pottery Barn for all I care".

- The millwork piece looks good. She would however like the two top drawers to be subdivided to shallower, perhaps 8" high drawers. The bottoms drawer should stay deep, as is, and perhaps we should get rid of the toe kick, because we don't need it anyway. These should be medium gloss lacquer.

- She's reconsidering the shelf thickness (this comments applies to other millwork details as well). She thinks exposed edges should be thinner than what we've been showing (1 ¾").

**ATTIC STAIR:**

- She would like to see an image of the attic stair to review progress and understand it.

**GUEST SUITE:**

- Amy said we're done with this room, pending the decision on roller shade details. Regarding the entry door to this room, she said if we can't make the pocket door work, with the trapezoidal shape, then we can go ahead a design a swing door that nests inside the wall. Essentially, the door would be hinged on the NW corner of the room and swing out into the stair landing, to nest inside a niche on the east wall of her dressing room. She'd be OK with that option.

Message

| | |
|---|---|
| **From:** | Fanichristina Papadopoulou |
| **Sent:** | 1/10/2019 8:51:35 PM |
| **To:** | Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson]; Michael Fierle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d16e39c13b9464dae266517c880b7c8-mfierle]; Julia Brooks [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=64475ac8dd1445a0854cc8aca6b8cffc-jbrooks]; Ida Tam [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9f54e17989f041c89256dc2755008d39-jross]; Andrew Schalk [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a2e67d6c54741d5a46a3551f5c0e422-aschalk] |
| **CC:** | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| **Subject:** | 38 Highgate - client minutes |
| **Attachments:** | Amy phone call - 01-10-2019.pdf |

Team,

Amy called from London. She's been having conversations with Jean and seems to be quite concerned with all the site activity and the various other issues that she heard about. She had many specific questions relating to the concrete, waterproofing, F&R glass. I tried to answer based on all the data I've seen exchanged over the past few days, but it's clear that she gets partial information from all parties and tries to piece together what's really happening. Obviously Jean has his own story that contradicts our understanding. See attached.

Christina

FANI CHRISTINA PAPADOPOULOU
DESIGNER

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5626

1100APC1939344

PHONE CALL

01-15-2019

**SEADAR-GC:**

- Amy is "sick of everyone and everything". She said everyone working for her is letting her down and all she cares about is to get stuff done. She doesn't care for the conflicts and she definitely doesn't like the bad work quality. She's sick of the lawyers and sick of Seadar.

- Richie is happy with Hans and his men. He pointed out that they exhibit attention to detail and they strive for perfection. Amy wishes Todd would take que from Hans' men and improve his performance.

- "Todd sucks". Several incidents were mentioned, including not turning off the alarm system and not providing her with the necessary racks from the container store, as he had promised he would.

- The concrete is not good. Maybe the concrete strength tests out OK, but the slump is bad and "if the slump is bad, forget it. Rip it out and get it right.

- Amy asked several questions about the waterproofing and the appropriateness of the Carlisle products for the area.

- She needs to ensure that Paul Reiss has two foremen on the job, so If one goes on vacation, the other one can cover. She needs to know at all times that someone is taking care of the site and paying attention.

- How do we ensure a smooth transition? How will we transfer over the F&R contract? How are we going to transfer the Building Permit from SDC to the new GC?

**FAMILY ROOM:**

- Amy emphasized that she fully expects us to hand off the renovated Family Room by Labor Day. For that reason, she is concerned that Seadar hasn't bought the Vitrocsa windows, hasn't given Monroe Sherman a contract to start working and generally hasn't taken steps to ensure a timely delivery. Amy suggested that 1100 Architect can break the Family Room out of the SDC contract and procure all materials and products ourselves. I explained the various contractual and legal reasons why this is not an easy process, but Amy only cares to see her Family Room ready by September.

- We should talk to Oliver and order the TV for the Family room. Also, she is OK with System7 buying the TVs, if they don't markup the cost. If it's just a passthrough and there is no markup,

then they can purchase and install, but if there is a markup, then Oliver should provide the TVs and System 7 can install.

- We should get a sample of the Family Room fireplace bricks

- We should make sure Monroe is working on the millwork finishes, especially the marquetry and the leather.

- We should get samples for the chimney bricks

- Ask Richie why her windows in her Family room are leaking and are wicked. She says the leaking occurs around the sill, not anywhere near the ceiling.

- Maybe buy the new coffee table for the Family Room?

**HALL BATHROOM:**

- She saw nice Moroccan tiles. Should we find some nice Moroccan tile for the hall bathroom?

**ATTIC STAIR:**

- Amy wants to see the Attic stair and the entry door to the Guest Suite so that we can say check check to the whole Guest wing. In her opinion, the whole guest wing is figured out-pending the Attic Stair, guest suite entry door and hall bathroom.

1100APC1939487

PHONE CALL

01-18-2019

**SEADAR-PAUL:**

- "We're making the move!". Pending on references. Amy talked about meeting Paul on Thursday and developing a level of trust that he can do the project. He has assured her that he has experience installing Vitrocsa windows (clearly a big Amy concern) and also gave her some tips on how to properly install and calibrate them. She mentioned a few other things that she learned by talking to him and generally expressed confidence in him. She mentioned that the glass (F&R) would have become a never ending nightmare had Seadar stayed on board and that she's lost sleep over the sinking and settling that will be caused by underpinning the house.

- Amy solved the riddle of why Paul wanted to build her house. She mentioned he has so many rich clients that are building second homes, that Wellesley didn't make sense to her. Now she knows why: he has two kids. His one daughter lives in Sommervile, MA and his other one lives in Conway, NH. Thus, this is an opportunity for Paul to be closer to his kids.

- Paul is apparently an expert in HVAC. He has ideas about the Dining Pavilion and how to get us down to the temperature Δ we had agreed upon. I just said we're happy to engage in any dialogue.

**MERYL THOMPSON:**

- It was unveiled that the "girl from Boston" is Meryl Thompson, co-founder of Lusso. Amy met her when she was working at Montage in Boston. According to Amy, Meryl "is no decorator", but she "gets it", so we could collaborate with her to get some of the rooms finished, for example for the wallpaper in Sarah's room.

**SARAH'S ROOM:**

- Amy is happy with the room, pending decision on the roller shade detail. She asked that we make all drawers even. She doesn't like the bottom drawers being bigger. We could fake the bottom drawer by inserting a fake groove, to make it appear even, or just make all drawers equally shallow.

- Following a back and forth, we have settled on 1" thick shelves for the white lacquered millwork. Amy retracted her statement about wanting them really thick and is very much on board with something in the neighborhood of 1" – 1 ¼". "Looks beautiful, I don't even have anything to say!"

- Show David the millwork in Sarah's room to make sure he likes it, because we'll be using this language as a "prototype" for most areas in the house, e.g. Guest Suite, Staff Room, Packing room etc.

## KITCHEN& MASTER SUITE:

- Master wing will be the last thing we do. She only wants us to think about plumbing, but otherwise we can wait. (but still proceeded to talk about the master for about 5 minutes)

- Kitchen will come later as well. She likes the layout but is afraid that we'll make something austere and drab like the Dirand kitchens, but she wants something zippy, perhaps with tile. Anyway, Amy declared that she's "washing her hands off the kitchen right now".

- She saw a chalet in the Alps in Elle Décor and was really impressed by their use of tile. *(note by FCP: I found said article. It is not really special. You can see it here: rothschild-ski-chalet-french-alps)*

## KIDS' BEDROOM:

- Should discuss where the door is.

## PHONE CALL

## 01-22-2019

### ATTIC/2ND FLOOR HALLWAY/GUEST SUITE:

- Amy loves everything about the 2nd floor hallway presentation. Loves that the door to the Guest Suite is a trapezoid, because it's so quirky. "You made the ugliest part of the house look cool as hell!"

- She understands the pros and cons of the options for the door to the kids' bedroom. She wants us to officially have it as a TBD decision, which can be made late in the game. But she gets it.

- The Attic stair looks good and our lighting of it seems sufficient (although FCP urged that this area might be a little dark). The only thing weird about the Attic stair is the two materials. We should make the Attic stair an object, different from the wood floor. Let's render it all in white, and find some nice pleather to dress the treads, so they don't weather as much.

### SHUTTERS:

- Hers are from Barrows. We should check who makes the best shutters in Boston. I told her that at this point we've designed custom shutters for her, so a millworker could put them together and she agreed. Shutters, as per previous conversations, will appear in the Guest suite as solid panels and in the Hall Bathroom and Master Bathroom as louvered panels.

- She saw Shonda Rhimes' house in AD that Michael Smith did. She only referenced this because of the Roman Shades that she keeps seeing in magazines. That was kind of a non-sequitur.

### BED:

- She saw a bed in Saturday's Wall Street Journal magazine. She loved it and is considering it for her master bedroom. The brand is "savoir" and the one she liked must have been the one they call "Stella".

### TVs:

- We need to call Oliver and figure out which TVs we need for the various locations.

1100APC0182134

<u>PHONE CALL</u>

<u>01-25-2019</u>

**<u>GC-SUBS:</u>**

- Amy will speak to references to get reviews on Paul. She is very concerned with the news she's receiving that Jennifer's basement is flooded. Apparently, David Newton "forgot to do drainage" and now they have massive problems with their basement. "There's a lot of forgetting". Amy is concerned that no one person is specifically responsible to make sure things don't go south and that nothing gets forgotten. She brought up a problem at Elizabeth's, where we apparently forgo to install a disposal in the kitchen. I explained that it will be an orchestrated effort on all parties to ensure we get everything right the first time. Her directive was "get it right the first time". Thankfully, Paul and Eric seem very detail oriented and will be hands on.

- Jennifer is very happy with Northern Lights and Virgil works well with them. Amy is OK with signing up Northern Lights to paint 38. Also, Virgil had to do a lot of reparative work at Jennifer's, and he's been told by Jennifer that he's the chosen one to plaster over 38 Highgate.

- Amy wants to know what we're doing with the concrete. She allowed us to make a judgement call on whether to keep the footings Seadar poured, or not, depending on strength and performance tests and the survey results. She otherwise knows that in the case of replacing all the work, Paul will be planning to pour all the footings at once.

**<u>IRRIGATION, LANDSCAPE, PAUL:</u>**

- Paul should get in touch with Danny (I'm assuming Pellegrino) to wrap his head around landscape needs, irrigation status quo and develop a plan to keep the site running while construction is underway. Paul needs to consult Danny and Bob to keep the house running.

- Gerry (?) is no longer with them (?) so Paul should reach out to J.B. Landscaping to understand the sprinkler locations and the "pipe sticking out".

**<u>MONROE SHERMAN:</u>**

- Amy wishes he would stop calling her, but she brought up that Monroe tracked down the original order for the leather backing in the Family Room and will try to track down a new sample for the renovation.

1100APC0052111

<u>PHONE CALL</u>

<u>01-29-2019</u>

## MICHAEL GRANT:

- Amy said David and Paul met with Michael Grant and had a productive conversation. The outcome was a consensus that the first order of business will be to underpin the existing house.

## VARIOUS PAUL ITEMS:

- Have Paul look into the "internal gutters". She must mean the internal downspouts. She is concerned about them and wants everyone to pay close attention to how we route them through the envelope.

- Ask Paul if he's ever used Lapitec and what is his opinion?

- Ask Paul to do some building forensics in the Family Room. For years, she's had water seep through thr sliding door sill. Not the fixed windows; they are fine. But water comes crawling in through the ground at the slider. It's not coming down from the ceiling- it's coming up from the ground. Investigate and tell her why.

## HALL BATHROOM:

- She doesn't want any more marble. We need to find a "snazzy" tile to make the bathroom "cool". Remember, the door is open most of the time. Remember, this is a family bathroom- everyone uses it. Sometimes there will be three grandchildren sleeping at 38, so she needs this bathroom to work well.

## FAMILY ROOM:

- Happy we received the carpet samples. Will take a look next time she visits NY, or next time I visit Wellesley.

- Marquetry. Tell Monroe to work on the bleached sample already. He's been saying he's working on it for more than 6 weeks.

- The room needs to have a warm, neutral, natural tone to it. It's the only room in the house with some warmth.

## GUEST SUITE:

- Find something cool to light either side of the bed. We need wall mounted sconces because visible wires are the bane of Amy's existence. Don't give her any of these gold lights that everyone has; she's sick of them. Find something white, something cool. "I've got news for you: not every sconce needs to be gold".

## SYSTEM 7 - DIFOGGIO:

- Eddie showed up to fix some things. Amy said everything is breaking down at her house and she needs to get people to repair things all the time. She didn't call System 7 even though she "hired them", because they don't know anything about the existing conditions, Eddie is the expert on that. After we renovate and System 7 installs everything, she'll start calling System 7 for maintenance etc. "You should know I hired System 7, so that's done"

## ELECTRICAL/LIGHTS:

- Eddie from Difoggio showed up and showed her two Philips light bulbs, for her Vermont house. One was a 2700K and the other 3000K. She doesn't like light that's too warm (2700K). She thinks she wants 3000K for the house, except for the Dining Pavilion which needs to glow. So we should specify 3000K for all fixtures except the Dining Pavilion, which should be 2700K. I agree with Amy, however I did explain that 2700K is pretty standard for residential projects, as a warmer light temperature.

- "My lights should all have dimmers"

- "I'm really glad we don't have chandeliers in the Dining Pavilion anymore, they make me sick!"

- "Thank god we're doing Bocci everywhere!". Amy pointed out that when the floors aren't perfectly level, you can tell all imperfections by looking at the rectangular outlet boxes. We need to do the round Bocci outlets everywhere, in the baseboard, cause they're cute.

## FLOORS:

- She is asking about terrazzo. I told her we've been getting custom samples and going through a process of reviewing and finessing. We talked about the aesthetics verbally, obviously she has to come see the samples in person, but she agreed that we need the terrazzo to have definition and look sharp and that it might be better to do polished than honed.

- Amy asked how we maintain and protect the terrazzo floors from scuffing and weathering. She refuses to ask her guest to take off their shoes. "You might as well never invite anyone if you ask them to take their shoes off, that's just embarrassing". I told her we've already asked our vendor what they recommend and how they typically maintain the terrazzo floors. We'll follow up with her on that subject as soon as Morselletto responds.

## BERNARDIN:

- Amy really likes the vibe at Le Bernardin. She particularly likes the palette at the Bar. She told me "if you're ever by midtown around 5PM for cocktail hour, go to Bernardin, you don't have to eat there, just go sit at the bar and have a drink. I love their white tile under the bar, it's so cool". Then she went on a tangent about having only white flower arrangements in the Dining Pavilion, like Le Bernardin. She would of course need to talk to Dirand to get her a stunning custom table.

1100APC0052109

**<u>39 HIGHGATE:</u>**

- Amy said Paul pointed out some poor workmanship across the street at Elizabeth's house. She says the wood siding is crooked and out of plumb, not to mention it needs another layer of paint.

<u>PHONE CALL</u>

<u>01-31-2019</u>

**<u>FRENER REIFER & GLASS:</u>**

- Amy said Bob C. called her to alert her that F&R is stealing her money. She asked me what all of this is about and inquired about the financial status of F&R scope. I told her we're working on it very closely and have all the high up people involved. I explained Bob might be referring to a couple of things, one being the heated glass research and the other one being the engineering of the glass to hold up to high wind speeds. On both fronts we are aware of the situation and working towards figuring everything out smoothly and without any surprises.

- Glass samples (logistics): Amy asked why she hasn't seen any glass samples, when she can expect to see glass samples and what we are doing. She asked for the glass samples to be driven to Wellesley, put up somewhere in the garden and left there from dawn till dusk, so as to review them at all different sunlight conditions. That's something we should discuss when we receive the samples, especially if Amy wants to review the samples outside.

- Glass samples (aesthetics): Amy wanted a recap of what we're pursuing with out glass. I explained all our research in getting her really good performance energy-wise, structural integrity, and the aesthetics of really clear, colorless glass. This is all well understood and agreed upon. We had a very long conversation however about how reflective the glass will be. Amy is convinced that the pavilion will look amazing in the morning, from the outside. We agree that the intent is for the pavilion to reflect some of the landscape back at the viewer, when someone is by the pool for example, or in the Family Room. It is also well understood that the glass will behave differently through the day and the year, based on the type, quality and location of the sunlight relative to the glass. At nighttime however, Amy is concerned that the glass will just reflect your own image back and none of the landscape will be visible. We discussed the inherent properties of glass and discussed what can be done to mitigate that reflectivity from the inside. Two paths forward:

- Amongst the samples 1100 Architect is working on will be options for high, medium and low reflectivity. When we review them together, we will make sure to point out the different values for interior VS exterior reflectivity and make a judgement call.
- Exterior Lighting: 1) On the North side, we should call Reed Hildebrand to determine how they're lighting the big Beech Tree. Because that direction only looks towards the wetlands ("woods") and Amy thinks it's tacky to light the woods, we need to come up with a few more powerful light strategies to have the Beech tree be a light focal point, so as to draw the eye towards that and counteract the interior lighting. 2) On the east side, the Pavilion will have a few sources of light helping the viewer see past their

1100APC0052105

reflection, i.e. the pool house & pool lights, the family-dining-living room lights and any exterior lights we decide on. We should talk to Difoggio and fgure out what hose little white spotlights are that Amy has mounted on her garage roof eaves, to see if and where we want to use them for exterior lighting.

**GEM MOCKUP:**

- Amy thinks the Gem mockup needs to go up quickly, because we're missing out on some really informative winter weather. If we need the mockup to help us determine what to do, then we need it up and exposed immediately. I gave her a tentative horizon of 6-8 weeks.

- She was asking about freeze & thaw cycles affecting the marble bricks. I gave her a brief description of our collective efforts (masons, Malcolm, Paul, 1100) to mitigate the detrimental effects of freeze/thaw on the marble and said I'd keep her updated.

- Amy also asked how the walls will be moving. It appears that her concern was whether the bricks would have leeway in moving vertically, thus breaking the perfect horizontal joint lines. I told her that the bricks are gravity loaded and braced to the CMUs for lateral support, and that each brick will be spaced vertically by means of a plastic shim. She asked that we make sure the shims and the bricks are perfectly aligned so that the joints appear perfectly horizontal.

- Amy asked what we're sealing the bricks with. She doesn't want to know every technical detail but wants us to ensure that the sealant A) doesn't allow the stones to move out of alignment, B) behaves well under adverse weather conditions and C) that it doesn't get too dirty over time.

**AMY'S VISIT:**

- She'll be in NY in about a month. During her visit, she could come see samples, review anything we want her to review and go visit some plumbing fixture showrooms.

**TVs:**

- We should talk to Oliver and order the Family Room TV

**LIGHTS:**

- Eddie from Difoggio told Amy about the RCP changes. (This is unexpected and frustrating because he shouldn't be sharing those decisions with our client in our absence, while the VE exercise is underway). Amy asked why and how we managed to cut down the downlight quantity by 30%. I gave her a brief overview and she almost gave us a carte blanche to figure out the lighting, as long as we have enough light in all areas. Generally, she agrees that we shouldn't use wall washers and instead just use downlights to provide general illumination.

- I had the opportunity to tell Amy we have surface mounted linear lights in all garage spaces. She is fine with that.

1100APC0052106

**TERRAZZO:**

- Amy was asking when I'll be driving to Wellesley to carry the terrazzo samples with me. If I'm not driving, does Robert? If not, then David should drive the samples to Wellesley. We agreed that it's better if she comes to NY to review those samples, because they don't necessarily need to be on site and it's better to have them here with all the other materials, forming her own material palette. We discussed the samples again over the phone, but clearly nothing is set in stone, because she hasn't seen them.

**MILLWORK SUBS:**

- Yet again, Amy wants to know who our millworker is and what pieces we'll hand over to Monroe Sherman. She keeps telling me she thinks the two bars (Family Room and Gem) are actually furniture and we got it all wrong saying it's millwork. She also said Monroe should probably do the banquette because he's good with upholstery and leather. This conversation went nowhere, however I argued that as soon as it is time, Paul, Richie, Bob and David might all have suggestions and recommendation on subs and we will review all and any recommendations and make a decision then.

**HARDWARE:**

- She likes Butler, doesn't like Nanz.

- All pocket and sliding door to have recessed white hardware- if possible eliminate visible hardware. All swing doors on the second floor to have brass knobs.

**CABINETRY:**

- She hates that Monroe calls her every day. "He's always trying to sell something. If he calls you to sell you something, don't listen to him, it's all ugly". However, she liked something she saw in one of the images he shared with her, which was a closet rod with integrated lights. We discussed that I already had in mind that she'd like that for her dressing room closets, but It's overkill to have that everywhere there's a coat closet. She agrees.

**LESSONS FROM 39 HIGHGATE:**

- Ana (?) can't clean the refrigerator across the street, because the refrigerator door panel wont open wider than 90°. We need to make sure her refrigerator door panels allow the door to swing open enough for the shelves to come out, for thorough cleaning.

- Do not forget the disposals.

**GARAGE:**

- Make sure the garage can fit a Suburban. Not a Range Rover because "who drives a Range Rover?". Also, make sure a Suburban with a Thule rack can fit through our garage doors.

<u>PHONE CALL</u>

<u>02-04-2019</u>

**<u>NEWS REPORT:</u>**

- "the invasion has begun". Amy was talking to me while Paul and Eric were going around the house, looking at the existing conditions.

**<u>LIGHTING:</u>**

- Eddie from Difoggio (unfortunately unsolicited) told Amy about our new RCP design. Now Amy is concerned that we have reduced the number of light fixtures too drastically. I explained that for the purposes of allowing us room to value engineer and to make sure we have margin to reduce lights, but we're not in need of more lights (and thus more labor costs) we had opted to issue RCPs that were showing an abundance of lights. We have now started the VE exercise, given the cost implications and have been carefully looking at all spaces and evaluating their real lighting requirements. Amy understands this explanation and seemed on board with my narrative. We discussed a few important areas that she was concerned about:

- Gallery: The Gallery is her biggest concern. She remembers telling us that there are way too many lights recessed in the Gallery ceiling. She also remembers the conversation about the line of lights moving all the way from the kitchen to the Gem seeming relentless. However: the gallery is a signature area and should not lose its excitement. She described the old design she saw as "really exciting and a nice design" that was just a bit "overkill". All she's asking is that we make sure that only one single line down the gallery centerline is exciting enough. I explained that we actually have studies for this area and were going to go over them with her (totally true). We have options for a single line down the middle, or a double row of fewer lights. I also explained that the gallery has now been broken off from the remaining composition, creating a hierarchy of lights: the main entry has a quad, the kitchen corridor has a few on a single line and the gallery has its own row(s).
- In bathrooms and wet rooms that aren't really high end rooms, like the Staff bathroom, she will allow us to use the mirror vanity lights we used across the street. She doesn't like them generally, but thinks they're just fine for lower importance areas. In the Guest suite we should opt for the backlight solution, where light shoots through the mirror.
- Eddie told her the Family Room had a weird checkerboard of lights. She inquired about that comment, because she clearly remembers our back-and-forth on that subject. It is assumed by both of us that Eddie might be referring to an old version of the RCP, where lights were shown for reference and to capture quantities and scope but were not

interrogated aesthetically and functionally. We both agree that the design we ended up with is great and works well.

**PLUMBING FIXTURES/SINKS:**

- Amy said that the sink units with the integrated drawer that we used across the street are acceptable for lower importance areas (like the staff bathroom). She just wants something more special for the high end areas, like the Guest Suite and her master.

- She and I agree that we've exhausted our resources in trying to make a decision on plumbing fixtures. She is now pretty much aware of the options, she likes Fantini and Vola, but would like to arrange to visit some showrooms and see the options up close to make a decision. She can do this when she visits NY next, but her preference is for FCP to join her in Boston one day on the next Wellesley trip, so that we can visit vendors and showrooms there.

**CONDENSATION:**

- Ana (the housekeeper at 39 Highgate) has alerted Amy of the condensation issues across the street. Amy expressed concern over this issue; she said she's very familiar with condensation because she gets condensation on her windows in Vermont. She said she doesn't expect condensation on her traditional windows but is afraid for the Vitrocsa windows. I told her that we are aware of the phenomenon and actively working on providing the best system we can, to alleviate potential condensation issues. Amy followed up with the statement that "Paul and Eric are HVAC geniuses" and should be able to help ensure we never get condensation.

**PHASING/FAMILY ROOM:**

- Amy said Paul talked to her about his plan regarding phasing and getting started on the Family Room. She said she didn't understand the whole strategy but wants to eventually (soon) have a "pow wow" with us, Paul and Eric and herself to iron out our strategy in regards to the Family Room.

**KITCHEN:**

- She thinks the layout is good and works well. She repeated her concern that the Dirand kitchens she's been gravitating towards are perhaps too heavy and too serious. She wants something "cool, young and fun". Out of the various things that were discussed, the most important ones seem to be:

- Needs a trash compactor. "It changes your life"
- No dishwasher in the breakfast room island (that sink is only decorative)
- Maybe need an undercounter wine unit in the breakfast room island
- Need to have a convincing argument on which company makes the best refrigerators, because SubZero has changed up its management team.

- Amy is now second guessing the need for a chair and a small desk space in the kitchen (behind the pantry by the window). She knows that she used to be absolutely adamant about this but is now giving it some thought. She said that she used to think more about her old ways but now she's so much closer to the new, that she is starting to see things with fresh eyes. Since she will now have her own office, it's possible this chair and desk space is redundant. However, "where does the mail go"? We discussed that an option would be to show a desk with just a short drawer below, so that she can choose to have a chair there or not, but also, so that she has some storage space to hide things such as mail, stationery and other miscellaneous items.

- Along that wall, we could also maybe have a few upper cabinets for everyday dishes and glasses etc. This is the only location where we'd entertain upper cabinets and they're probably well located here to be close to the dishwashers.

**OFFICE:**

- Send Amy ideas for a floating shelf behind her desk in the Office. It needs to be a "piece".

- In the office shelving unit, we will have three shelves to display awards, picture frames, trinkets etc. Underneath, in the drawer, she can hide away stationery, files, a printer etc. Essentially all the office related things will be tucked away in the drawers, only to be used occasionally. The rest will be "pretty display". The shelf behind the desk might not have anything on it or might hold just one thing.

**CONCRETE:**

- As soon as we know what's going on with the concrete and whether or not Seadar has mis-poured, we should call her and let her know. It's high priority for her to know.

<u>PHONE CALL</u>

<u>02-08-2019</u>

**<u>LANDSCAPE WALL "E" AND CONCRETE FOOTINGS:</u>**

- During a very short call, Amy requested that we do investigative work based on whatever information we have received from Metro West Engineering and determine:

1. if the Landscape wall "E" by the tennis court is parallel to the house or not. She is very stressed about the potential of this wall being crooked
2. If the footings SDC poured are in the right location or not. She wants someone to send her an email at the end of the day with our findings, an executive summary and let her know simply and quickly if we can keep the footings they had poured, or if we have to get rid of them.

1100APC0182848

## PHONE CALL

## 02-11-2019

**GC AND SEADAR:**

- Amy said John and her received the numbers from Paul and discussed.

- She is still very stressed about the Landscape wall "E", she keeps asking us to verify if it is indeed parallel to the house or not. She thinks it is unacceptable that this really easy thing is being questioned because of Seadar's work having shown so many flaws.

- She made some general comments about Seadar and how disappointed she is in the way they handled the project. She said their mismanagement is unacceptable.

- She also mentioned that the way this was going, we would never have been done and all the issues would have compounded.

**SUB-CONTRACTORS:**

- Amy spoke to Monroe Sherman and she has requested that we look into the option of having her sign a contract with him directly, not through Paul. She said she asked Monroe to send us his quote so we could evaluate it and she also asked that we be her middle man in managing Monroe. I explained the benefits of having all our subs sign contracts with Paul, given that he will then be responsible for their coordination and oversight. She seemed eager to save herself the markup, given that these pieces are effectively "furniture"

- Richie should find her a good carpenter

- Happy with Skillings

- Why is it taking so long to select a concrete subcontractor?

- Who's doing underpinning? Should she be concerned with settling due to underpinning?

- Are we choosing Keyes for HVAC?

**SCHEDULE:**

- Amy asked if we have figured out our schedule for the Family Room. She wants to know if they'll be demolishing in the summer and also how they plan to hook up the new systems for the Family Room.

1100APC0182846

**THOMAS BLOCK AND MARILYN FRIEDMAN:**

- Amy talked about Jennifer's in-laws: she said they're an "Upper East Side complete piece of work". Marilyn has a new book out on interior design and that's how lately she's getting invited to all sorts of events. But they're both lovely people.

1100APC0182847

<u>PHONE CALL</u>

<u>02-19-2019</u>

**<u>HVAC SUBCONTRACTOR:</u>**

- Amy is not convinced Gas Associates is the way to go. She wouldn't mention a specific reason why. She just asked that we get bids from both Keyes and Gas Associates and compare them. She remembers that Gas Associates was the highest bidder but she attributes that to the Seadar factor.

**<u>DINING PAVILION GLASS:</u>**

- I explained what she should expect to see when we receive the frit and silicone samples. It is in my recollection the first time I brought up the gray fritt and grey silicone choice. I explained that we had the option between black, white and a variety of greys. We determined that black would be too commercial and white would probably get dirty much too quickly (because of dust, rain, etc). So we have selected an ethereal tone of light grey. She understood and appreciated the thought process, but she wants to see it in person. She said that she would probably gravitate towards white, but can accept the grey, if it's light enough and looks like a "non-color"

**<u>GEM MOCKUP:</u>**

- I explained that both marble brick types are now on site and we the CMU backup walls are erected. She can expect that the mockups will go up soon.

**<u>LANDSCAPE WALL "E" AND FOOTINGS:</u>**

- I gave Amy a brief overview of our findings in relation to Landscape wall "E" and the footings SDC had poured. She is OK with the Landscape wall as described. She is obviously frustrated at yet another thing being off because of Seadar's poor workmanship, but she thinks it is a condition we can work with. Regarding the footings, she is of the opinion that it is better to do them over and have peace of mind, than pay to have corrective action taken. Nevertheless, she said she'd call David to discuss this matter.

**<u>LIGHTING:</u>**

- Amy told me to beware of Eddie's design advice: "he only has ever known Boston design". She said I shouldn't listen to Eddie when it comes to design advice. She likes our lighting design and thinks it is exciting. She does think that a single line of lights down the centerline of the gallery is too boring and predictable so she asked me if we can still maintain the double row.

1100APC0182843

**UNDERPINNING:**

- I gave Amy a quick update. I conveyed that the team had a productive phone call about underpinning, that we are starting to zero in on the preferred detail, and that Paul has met with three underpinning engineers/subs. This will be an Agenda item for our phone call tomorrow and following that, we will make a selection and meet with the selected engineer/sub next Thursday on site.

**NY VISIT:**

- Amy will be getting a haircut in a couple of weeks and then later she'll be coming in to the city to attend a wedding in Brooklyn. At some point, she'll let us know that she can be available to us. When that happens, we discussed it might be useful to spend a couple of hours in the office to review samples we've received in house and any design updates and then we should go visit plumbing fixture vendors.

**DECORATION:**

- Amy would like 1100 to do most of the work on her house. She doesn't think she needs a decorator for much more than just a few pieces in the Dining Pavilion and the Gem. She said she thinks we have got it under control and our design is great, so she doesn't feel the need to engage more people. She's particularly concerned that a decorator might start suggesting too much stuff, for which she has very little appetite.

- This week is "subs week". Next week will be "decorating week".

**BASEMENT:**

- Amy thought it would be useful to review our ideas for John's collections room and what the bookcases look like in there. She would also like to see what we've done with the back of closets across from the JB collections room. Based on our discussion, she seems fine with the fact that only part of these closets are actual closets, the rest is mechanical and elevator machine rooms. She is on board with the idea of keeping the doors consistent and stretching the terrazzo finish all the way into the closets.

- She likes the idea of concrete floor in the garage spaces, she thinks it looks cool.

- Amy asked if we'd like to consider that the luggage storage unit by the lower hall should be white or maybe wood, or something else. She seems to want something other than white here.

- Amy said the sauna should be "Norwegian awesome". Something in a lighter wood, not dark wood. Norwegian, not Danish. Think Viking. None of that hippie Brooklyn looking stuff.

- She doesn't think she'll use the sliding door in the basement's upper hall, but understands why it might be good to have it.

- Do we want to maybe not have doors along the closets in the garage storage hall?

1100APC0182844

**SCHEDULE:**

- She wants to know if we can somehow expedite getting John's collections room up and running. She thinks he will be very upset when his books are moved away and she wants to make sure he can have his collections back as soon as possible.

1100APC0182845

## PHONE CALL

## 02-22-2019

### A/V - ELECTRICAL:

- Amy said she's been discussing the electrical scope with Eddie from Diffoggio.

- She saw the plastered-in ceiling speakers at Elizabeth's house and was impressed. She wants them "everywhere". Locations she mentioned specifically were the kitchen, the family room and the Gem. Because the Gem has the dome ceiling, it's possible we wont be able to plaster-in speakers. Amy also likes the B&O standalone speakers, and she'd be totally fine if we used those as our sound system in the Gem.

### SNOWMELT:

- Amy asked if we should/could increase the snowmelt scope to include the driveway from Old Farm. She knows we've accounted for snowmelt in the parking court, but she thinks it might be smarter and more efficient to have it in the driveway as well. My response was that the gas capacity will probably be exceeded if we add such a big area of snowmelt to the overall gas load. She asked that we give it a look and if the capacity makes it unfeasible, then so be it, she'll have people snow blow the driveway.

### PARKING COURT MATERIAL:

- Marcy has loose stone on her driveway. It looks good but gets messy. Amy is not convinced she likes the chip&seal material and generally hasn't reached a conclusion with RH on what material to use on the parking court. She is gravitating towards loose stone, despite RH and 1100 arguing about its maintenance issues.

<u>PHONE CALL</u>

<u>02-25-2019</u>

<u>AMY OFFICE VISIT:</u>

-Amy will be visiting NY sometime in the next 3 weeks. She will be dedicating a day to 1100 and is willing to come to the office and go out to look at things. We discussed that it would be useful to split our time, so she can see all the samples we've been collecting and also go out to select vendors to see plumbing fixtures and tiles.

- Amy thinks 1100 could go find marble slabs to recommend for the various locations in the house.

<u>DECORATORS:</u>

-Carlo Colombo. He is famous and does good work, but he is "too Italian" and she's bored of the Italian style.

- We should revisit Dirand. Maybe we can convince him to consign some pieces, as opposed to taking on the project. Dirand's style is opulent with cheap couches.

- India Mahdavi is too obvious.

- FCP should send Amy images of Pierre Yovanovitch's work. He might be a potential candidate.

- Tomas Meier is great. He did nice work for Bottega as the creative director. She loves the Bottega travertine tables.

- Who else do we want to talk to? Do we know anyone in Boston? Or New York? Need to find three people total to interview.

- Elizabeth's curtains are bad.

- We'll buy some nice, classic furniture. Maybe and Eileen gray couch?

- Maybe we should redo the rug in the Living Room.

- No stupid chandeliers. "I'm sick of them".

- Maybe we should go to Fields to do all the rugs in the house, including the one in the Gem. Why not? I mentioned that we saw the "Chanel" rug at Fields and it looks like a nice idea for the Gem's rug.

- Which decorator did Perry's house? It had an Austin Powers '70s vibe.

1100APC0214843

- For everything that's not high level, we can use the "girl in Boston". She has good taste. (Meryl?)

- What are the dining chairs in the Dining Pavilion? They can't be the Jeanneret chairs, they're too big.

**BASEMENT:**

- What are we doing in the JB collections room? It should be fuss-free and utilitarian. I told her about the Dieter Rahm modular shelving unit and the story behind it and its designer and she had an amenable reaction. We should only include a solitary small chair and table in this room, nothing too big or too lounge-y,  no desk.

- We should interrogate the option to leave the joists exposed in the JB collections room. If we do, maybe we paint them black?

- "(the JB collections room) is such a fun room! I love it!"

- Can we get the basement closets next to the main stair any deeper than 24"? 26" would go a long way to fit all her pots and pans and wide trays. 27" would be ideal.

**A/V SYSTEMS:**

- Do we need surround sound in the Family Room? She thinks it is excessive. She really only uses the TV in there for listening to news and watching True Detective, which has a really boring third season. She thinks it's overkill to have surround sound in there. Ask System 7.

- Do we need a TV in the kitchen? She can live without but thinks it's cool to have one and nowadays everyone has a TV in their kitchen. We both agreed however that those new-age TVs that are embedded within the backsplash are gimmicky. Amy said all they do is clutter and look ugly.

- No TV in Breakfast Room.

- Where can we have a TV in the Office?

- What do we do for sound in the Gem? Maybe we can use the B&O speakers. They're black and discrete.

## PHONE CALL

## 02-26-2019

**PAUL:**

- Amy talked to Paul and had a conversation about phasing. They don't want to do the Family Room and Guest Suite as part of a first phase. She disagrees, very much wants the Family Room done soon and said she'll talk to David about that. The only thing they agreed about was guns ahead on the addition. **(The phasing conversation was mostly a monologue and lasted about 45 mins. No resolution)**

- Paul told Amy the whole renovation at 38 Highgate is going to be reframed in steel. He also told her that the house will have a colonial façade on a steel structure. She took serious offense with that narrative, but I explained that this is not the case; we are in fact framing everything we can in lumber, except for cases where we need to reinforce selectively, like the guest Suite. She understood.

1100APC0342814

## PHONE CALL

## 02-28-2019

### FEEDBACK FROM MEETING WITH DP:

- Marble Mockup: the Italian marble is the obvious choice, it looks better. It is "stunning, knockout". They just need to buy enough of it to ensure they get a uniform result and avoid the sharp discrepancies in color that can be observed on the mockup.

- Hirschman:

- the hardware looks like a rose gold bracelet, not good. We need to get with E R Butler and talk through the finishes again, see if we can get the unlacquered hardware and let them patina.
- Hate the black gasket/weather-strip. "It's busted".
- Profiles seem good. Very similar to what she has now. They seem substantial and hefty
- Paint seemed rough and sloppy. Her Marvin windows have smoother paint. We should ensure the paint job is smooth and doesn't have texture.

- F&R glass:

- She needs to see the high reflectivity sample to decide. The reflectivity seems nice for the exterior, but the interior seems dark and cloudy. The darkness of the glass on the interior side concerns her.
- Frit: she is unhappy with the grey frit. She thinks it will make the pavilion feel dreary. Not only does she not like the idea of the frit being grey, she also doesn't like the specific grey we have selected, because she thinks it skews to purple. She also thinks it's not a match to the silicone. Her inclination is that the frit should be white.

- Dining Pavilion table should be white, curtains should be white or off white. However, given her concern over the glass looking too dark and the wood veneer being also too dark, she is considering having the core wall plastered (perhaps with the exception of the servery back wall?) Also, she thinks it might be cool to have the stair be aluminum, like Metro Pictures. Generally she is looking to "brighten up" the Pavilion's interior.

## PHONE CALL

## 03-04-2019

**MARBLE MOCKUP:**

- Amy feels very good about the marble. She thought it was very exciting to see the mockups get constructed and is only asking that we have enough material to curate our slabs and avoid obvious color discrepancies.

**PHASING:**

- We had another inconclusive conversation on phasing: Amy wants the Family Room and Guest suite done first. And then she has several versions of how work could be phased after that.

**OFFICE VISIT:**

- Amy is visiting the office next Tuesday, 03/12. We discussed she would spend some time looking at our new samples in the office (terrazzo, wood veneer, wood chevron, carpet, E.R. Butler HW). She would also review a few odd items I've been working on (2nd floor bathroom, sconces @ Guest suite, JB collections room, gallery lighting etc). After the office, we'll visit any showrooms we suggest. It's on us to suggest showrooms. Generally, she's open to visiting the A&D building. We could see Fantini&Vola fixtures there.

**DINING PAVILION:**

- The Dining Pavilion ceiling should be wood boards- no question there. However, Amy is not convinced the walls should be wood veneer. In my opinion, the Dining pavilion has a pure concept and should be clad in wood, except for the kitchen niche, which is seemingly carved out of the core and could be a combo of stainless steel and white. Amy says she agrees, but she's gone back and forth on this subject, so I don't trust her. The wood veneer should be more rustic and have some texture. We discussed that the core could be panels, not planks, with the grain oriented horizontally to give the impression of continuity from ceiling to wall. To be continued.

- No chandeliers. Or maybe yes chandeliers? No, no chandeliers.

- Frit. She is adamant that grey is not a good idea. She is terrified that the Dining Pavilion will look dark and gloomy. The only grey thing she will entertain is grey cushions on the chairs. The frit should be white in her opinion.

- The doors are either bronze or black steel.

- The buffet should be the Obumex "bronze" finish.

1100APC0214838

- We should discuss the Dining Pavilion kitchen. She needs to better understand it. We discussed it but without too much focus because she doesn't have plans in front of her, so she never really knows exactly how everything works.

- Should we hang an Anish Kapoor in the Dining Pavilion? Maybe not?

## DECORATION:

- Monroe is a "pest" and he keeps bothering her. She doesn't want to hire Carlo Colombo and he should drop it.

- The Gio Ponti chairs are uncomfortable

- Her sister has a table from J. Roberts Scott.

- Amy wants us to update the Decorator's booklet to be ready to interview decorators. She said we'll interview her sister's decorator from California but she probably won't use them. (?)

## HIRSCHMANN:

- The windows have a few problems we should address:

  - Expose the chains and weights. But have them in a dark color, like a pewter silver. She has concealed balance windows in Vermont, but if we insist on her having the weight and chain, then so be it.
  - Hardware. Should be as tiny as possible. Talk to E.R. Butler to get their hardware in the office and see finishes and sizes.
  - The weather-stripping is bad.

## SYSTEM 7:

- When are we going to talk to System 7 to discuss A/V scope?

## 2ND FLOOR BATHROOM:

- It's fine to build in the bathtub, but make it a long one, not one of those 5 foot ones

## PLASTER TRADES:

- Who's doing the value oriented plaster? Have Paul/Richie/Bob recommend someone.

## BASEMENT:

- The Storage Hall probably doesn't need doors. It's cool to have the concrete floor and have the whole garage composition feel a bit more utilitarian. We should lose the doors and replace with a continuous sliding track with maybe one or two door leaves, to slide as necessary, in front of stored items that aren't super cool to look at, like toilet paper.

- Amy kept mentioning Garage Tek to outfit the storage hall closets.

- Can we make up our mind on what the floor of the service hall should be, next to the staff garage? Granite, bluestone, tile, terrazzo, other?

**TILE:**

- We talked about the 2nd floor bathroom having tile. I described a design that's a little more playful and fun for this bathroom. Amy wants to do tile for a few bathrooms so she's excited to hear that we're trying this out. Happy to look at options, would be interested in tiling up the WC in the Laundry room as well.

1100APC0214840

**Fanichristina Papadopoulou**

| | |
|---|---|
| **From:** | Fanichristina Papadopoulou |
| **Sent:** | Tuesday, March 12, 2019 6:53 PM |
| **To:** | Andrew Schalk; Ida Tam; Julia Brooks; Michael Fierle; Robert Lipson |
| **Cc:** | David Piscuskas |
| **Subject:** | 38 Highgate - Debrief |

David,

Below are detailed minutes from today's meeting.

## Hirschmann Windows:
- Aluminum spacer bar, not black
- Top gasket is a "fabric"(?), needs to be vinyl
- Black chain and pulley
- Factory finished in white
- Buttler hardware

## Frener Reifer:
- Let's get the three new samples ASAP, with white frit
- Review them in May in person at 1100's office, subsequently transport to Wellelsey

## Guest Suite:
- Loves the room.
- Reluctantly said yes to the access panel detail @ double hungs for roller shade
- Likes the bed we're showing
- Likes the drawers Likes either the "Marienbad" or the "cornet" sconce. Likes the Le Corbusier lamp, but maybe is too present for the room.
- Likes the pocket doors a lot, doesn't mind seeing the track at all, but wants to keep it all white. Let's develop a routed pull detail, have it be white and use it on all the pocket doors in the house.

## Attic Stair:
- Loves Attic Stair.
- Likes the light strip in the corner
- Wants to pursue all white treads: if painted white wood is not a good idea in terms of maintenance, then do vinyl ( or something we can think of, maybe upholstered treads, as long as it's not stone but it's white)

## Door Hardware:
- 3'-0" knob mounting height, confirmed
- E.R. Buttler polished, unlacquered brass knob with ferrule finial for all swing doors, confirmed
- E.R. Buttler matching polished, unlacquered brass hinge for all swing doors, confirmed
- E.R. Buttler polished, unlacquered brass lever with matching thumb turn, confirmed
- E.R. Buttler small, polished, unlacquered brass millwork knob for storm door&screen door, confirmed
- Basement doors to have more heavy duty, utilitarian, stainless steel (?) hardware

## Baby's Room:
- All good, all done. Fake a groove in bottom drawer to have consistency.

## Window Treatments:
- Roller shades in Guest suite, baby's room, kid's bedroom, master bedroom, packing room, two dressing rooms.
- Louvered shutters in 2nd floor bathroom, master bathroom
- No shading @ main stair

## 2nd floor Bathroom:

1

1100APC0393150

- Remote, single flush button, confirmed
- Layout looks fine
- Not thrilled with tile selection, but wants to pursue tile option
- The counter needs to move closer to the toilet, maybe get a tad smaller, float away from wall
- Unclear if bathtub should be longer
- Storage unit: maybe provide closed shelving, not open shelves. Provide pull-out hamper underneath and if there's space left, drawers.

## 2nd floor Hallway:
- Wants to sleep on it, but reacted really favorably to the idea of the corridor wall (to Amy's dressing room) being a prime spot for art. Thus, thinks our proposal to push the door in to the kid;s bedroom and clean up the corridor is warranted.

## Family Room:
- Fields carpet color "Cake" selected
- Confirmed decision for no hardwood frames with reveal around the windows. Should keep the plaster return details. Amy understands it is a trickier and more vulnerable detail.

## Wood Chevron:
- Liked both samples. Appeared to like the darker color, but the rift sewn cut of the lighter sample, so:
- Next steps: finish the rift sewn one with the same color and then evaluate them side by side

## Gallery Lighting:
- Loves it.
- For stair, let's do the option with the three pairs, aligned with the window mullions.

## Powder Room:
- Likes the floating counter from both sides
- Likes the simple Vola fixtures as shown
- Likes the lighting scheme
- Likes the mood and the tile idea
- Wants to see the tile in black. She's thinking a moody, sexy powder room
- Does NOT like Heath tiles. (they're "too Sausalito")
- Maybe line the towel cutout in metal, not wood

## Gem:
- Stop showing furniture. She doesn't like the furniture as shown. She doesn't want a coffee table at all and will likely opt for a couple of Eileen Gray sofas.
- The art wall seems great. It's perfect for art display and the new views help.
- We should make sure the art wall has a dedicated light fixture washing it
- Gem Bar:
  o The shelves should just be all glass, ¾" thick
  o The bar should be illuminated. Either thicken up the light shelf and light down from it, or embed a light strip at the inner edge of the counter and light up.

## Terrazzo:
- Polished preferred over honed
- Agreed that the original terrazzo sample for the Gem is better and more special than the new, super white ones. She playfully acknowledged she's been changing her mind a lot and is funny to be back where we started. The team agreed, the original sample in indeed the most special
- Liked a specific sample with smaller aggregates and grey speckles for basement and stair. A lot.
- Hold on the Dining Pavilion until we see the whiter version, however agrees that the original looks really good and ends up looking white in context.
- How do we maintain it? How often do they need to be re-polished etc?

## Dining Pavilion materials:

2

1100APC0393151

- After reviewing all new wood veneers, she ended up gravitating towards the very first sample, which was dark in color. She was shocked herself by how much she though it was the best choice. We reviewed it in daylight and under nighttime lighting conditions. Next steps:
- Get the original sample in a texture that matches the other sample we liked.
- Figure out what to do with the servery countertop
- The shelves should be wood
- Talked about options/ideas to have some white cladding @ the Dining Pavilion. Takeaways:
  - It's a good idea to programmatically split the core in "service" and "guest" chunks. That way, everything west of the servery back wall can be white and everything east of the servery wall can be wood.
  - Agreed with us that no options we showed (to humor her) that incorporated white in the servery area were good. We should keep the wood at the "guest" area.

## Pavilion Kitchen:
- Need microwave
- Needs trash compactors (maybe one, maybe two, TBD)
- Pot filler approved
- Stainless steel finish
- Coffee station?
- Liquor storage? (doesn't need much)
- Fine with storing large pots in basement
- Dry goods/canned goods pantry- not too much, the basics
- No Baswaphon in ceiling, ugly
- No griddle in stove
- Slimmer hood, nicer, not as bulky
- Shelf OK, can use to hang ladles etc. Still open to upper cabinets if need be, but doesn't prefer them
- Undercounter Ice unit and ice in freezer seem sufficient
- White materials: back painted glass good idea, TBD
- Refrigerator-freezer-wine storage trio approved
- Acknowledged return air grill; fine with it.
- Spice rack important. Find place.
- Cocktails: no dedicated station necessary, rarely mix. If needed, can prepare @ servery
- Island: probably better solid, use for storage&trash. Should check out Bulthaup. (maybe visit Bulthaup together)
- Dornbracht faucet OK, we'll keep looking

## JB Collections:
- Loves the Vitsoe modular shelving
- Loves the room. Doesn't need the pocket doors, could eliminate
- Should we maybe not have the soffit above the south shelving? See if it's better. (we have it for consistency with the north that needs to be furred out for steel beam above)
- Can we install the shelves and place books before terrazzo floors are poured? NO.
- Likes the drywall ceiling. Prefers to exposed joists, given the existing conditions.
- Questioned the lighting, but seemed to be on board with the explanation of the room looking like "an offshoot of Widener"
- Knee wall for underpinning: OK
- Do we need chair? Table? She likes the Jean Prouve we showed.

## Transformer:
- (Surprisingly chill conversation)
- Prefers option that puts transformer closer to Old Farm, between walls E and F
- Doesn't care to shove transformer in neighbors face. Doesn't want more walls.

## Showrooms:
- Likes Vola. Entertains using them throughout.
- Likes THG. Wants to use in Master Bathroom

3

1100APC0393152

- Didn't seem too impressed with Fantini, but likes the idea of the original bulbous one with the colorful crosses, for the Laundry WC.
- Liked and approved backlit mirrors.
- Wants to see Agape tubs
- Wants to use utilitarian faucet for potting sink
- Wolf range: they have a new-ish flush burner she liked, i.l.o. Gaggennau stovetop for her kitchen
- Subzero refrigerators preferred. Miele also nice, but perhaps no go because they're a tad less deep. Doesn't like Gaggenau refrigeration
- Gem undercounter units seen and approved
- Undercounter ice maker seen and approved
- Gaggenau double stacked ovens with warming drawer: like (for her kitchen)
- Proposed 60" Wolf range @ Dining Pavilion seen. She thinks it's too bulky, but seems fine for the aesthetic.
- Miele dishwashers, knock to open, for all dishwashers
- Complained about Gaggenau stovetop getting dirty: no solution
- We went to the Hermes showroom trying to find the tiles. No luck. Left my name with a salesperson, hoping to hear back.

Best,

Christina

FANI CHRISTINA PAPADOPOULOU
DESIGNER

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5626

4

1100APC0393153

PHONE CALL

03-12-2019

**DINING PAVILION:**

- Not sure about the wood color and texture, but feels that we did good progress during the meeting, reviewing all the samples. We should get the new samples she asked for, in the more accentuated texture, but in the darker color.

- We should find a natural material that we like for the countertop in the servery.

- She is satisfied with the Subzero appliances. We saw all of them at the showroom and she thinks they are OK to use in the Dining Pavilion

- She is concerned that the Wolf unit (she calls it the "glumper") is too big and bulky, but understands that it offers superior utility, with the two 30" stove units under the stovetop.

- Coffee will be served at the servery. No need to create a "station" for guests to be served coffee on the kitchen side. We only need to provide space for a coffee maker and that should suffice

- Make sure we can fit a marble slab in one piece for the Dining Table right through the Gem.

**BATHROOMS/ POWDER ROOMS:**

- Very instructive meeting and visit at showrooms: she doesn't feel the need to go back and re-visit.

- She liked the powder room a lot and advised on the following: black morrocan zellige tile for the tile wall, floating counter on both sides, unlined cutout for towels and add one recessed downlight in the middle of the room.

- She thinks we should use Vola fixtures in the Guest Suite, the Staff room and the spa WC (perhaps even the curved bathroom)

- We shouldn't use Vola in the Master Bathroom. It's too weak. We should do something else, like for example THG.

- Should we entertain waterworks, or Dornbracht for the powder rooms?

- For the Hall bathroom, she was thinking maybe we only tile the shower niche, with a colorful tile and everything else goes white. Maybe a green tile?

- For the Hall bathroom, we should use one of the Duravit sink models that has the integrated drawer underneath (we used it at 39 also). She doesn't want wood shelf under the sinks, she

also seems to want to buy a unit for the sinks, instead of building something potentially out of marble.

- We will only have two marble bathrooms: the master and the guest suite. And she's actually unsure about the master.

- Maybe next time we should go check out Agape bathtubs.

1100APC1940798

## PHONE CALL

## 03-15-2019

**LIGHTING:**

- Talked a lot about lighting all around:

- Liked the square little sconces for the Guest Suite. She wants something understated there.
- Should we introduce some decorative sconces somewhere in the project? (she dropped this idea without any conviction – more posed as an open question)
- Should we look into landscape lighting? Are we going to make a bollard, or a post?
- How will we be lighting the Gem Bar? Amy suggested that we use the Joseph Dirand Diamant fixture to light the bar; maybe mount it somewhere on the bar's wall and light the countertop that way.

**DINING PAVILION:**

- Amy wants us to talk to Bulthaup to do the kitchen in the Dining Pavilion.

- Amy also suggested that we talk to Obumex to get them to do the servery buffet piece. It needs to have their "proprietary" finish that looks like bronze and the interior needs to be lined with pacific cloth.

1100APC0029287

## PHONE CALL

## 03-21-2019

**LIFE:**

- Ski season is officially over. She is not going back to ski this year; happy spring

- Amy will be travelling for 10 days in the middle of June. She would like for the work to speed up during her absence.

**PAUL'S CONTRACT – SEADAR:**

- Amy said we should call John Berylson and get him to sign Paul's contract already.

- The new survey (from the independent source) came in and it shows similar results to the previous surveys. Amy believes someone should get fired for the mess at 38 Highgate and she believes it should be either John Kruse, or Jean should take some responsibility

**BATHROOMS:**

- We should see the Agape bathtubs and see if we want to use them in the kid's bathroom instead of the expected Kohler/Duravit.

- She wants to explore an idea of an integrated sink that's carved out of an organic material. She told me we should find a big block of stone and carve it out and turn it into a sink.

**LIGHTING:**

- Amy re-capped what we are doing with Lighting once more and said we're at a good spot but we need to discuss the front entry-DR-LR lighting composition and the bar lighting.

**ATTIC STAIR:**

- Amy likes the idea of covering the treads with white vinyl. She is however retracting that idea in favor of matching the tread material to the floor. So, in that spirit, she said she is fine if we want to have wood treads, finished the same as the floors.

**PHASING:**

- She was the Family Room done first.

**DINING PAVILION:**

- Talked about the coffee procession again; no change

- We should get some samples of materials we would suggest for the servery's countertop

- She is OK with Subzero refrigeration, Wolf "glumper", microwave and warming drawer.

- "Thank god we have doors that open in the Dining Pavilion"

- Talked about the servery doors. Nothing new to report.

- Talked about finishes; nothing new to report

1100APC0029289

## PHONE CALL

## 03-27-2019

**GAS LINE:**

- Very frustrated that we have to trench out somewhere at the front of the house for the gas line to service the house and the generator.

**CEILING HEIGHT:**

- Very frustrated that we intend to raise the existing finish floor by ½" to install radiant heating.

1100APC0393123

## PHONE CALL

## 04-01-2019

**ART DEALER'S BOOK:**

- We should include the Family Room images in the book

- Amy was wondering if we want to show two panel wall options in the Dining Room/Living room, forgetting that we had explored all the options she brought up and decided on the three vertical panels.

- Include enlarged plan of master bedroom, even if we don't have images developed yet

- Create image for Gallery stair; at least she needs one image as you come up the stair

- Maybe we want to show options for the Terrazzo floor in the Dining Pavilion in the book?

- For the Gem:

- If she sees another curved sofa she will pass out. She thinks curved sofas are old news and tired. She thinks the same of all B&B Italia furniture. We should show a simple, straight sofa, that has a "T" layout.
- Two sets of nesting tables, no coffee tables, on either side of the "T"
- Make rug as big as is reasonable and show it lighter than we have been showing it
- Maybe show a platner chair facing the banquette but nothing else in front of the banquette.
- Pierre Pauling armchairs at the fireplace side. Maybe the pumpkin chairs
- Daybed in front of yelling door?
- Display shelving units at the south
- Bar area, all white
- All white furniture

**BATHROOMS:**

- Concerned with Vola, she used them at a hotel in Brooklyn and thought they were just fine, but she especially disliked the bathtub spout.

- Square off the curved bathroom maybe? She doesn't know that it is a good idea to have the corners filleted.

1100APC0029282

**CURTAINS:**

- We need to study the curtains in the Dining Pavilion. We discussed the potential "scenes" at length, but it all comes down to us researching what is possible and showing her a few options with our recommendations.

- She is clearly asking for direction on the curtains, but has her own ideas. She is slightly concerned with the curved corners, but understands the trade-off of having a continuous track VS four straight ones.

- We talked about the fabric and draping of the curtains, but didn't arrive at any decisions

- We talked about the curtains in LR/DR/Office being manual, not motorized. She agreed.

**HIRSHMANN:**

- It will be completely unacceptable to have windows without aluminum spacer bars. White, or gray foam will not be acceptable. If Hirshmann can't provide that, we will not use them.

- Chains and pulleys are OK in oil rubbed bronze, as long as they appear graphite gray.

- We should make sure we know how we're painting them and what paint we're using

**GEM STONE:**

- Amy said she saw the gem marble mockups. She hasn't seen them white, but she did mention she through they look stunning and that they will make all her neighbors jealous. She also mentioned with excitement, that the guys on site also commented on the beauty of the stone.

PHONE CALL

04-02-2019

**PAINT:**

- Amy talked to her paint people and has the following insight:

- They have stopped using Fine Paints of Europe because they have exhibited mildew problems when used on exterior applications. They also thought it is hard to apply.

- Amy thinks we should do research and figure out if we can use Fine Paints of Europe on the outside envelope given the above statements.

- The primer should be oil based

- The finish coats should be water-based latex paint

- She wonders if we should differentiate finishes: the shutters need to be glossy, the house in general needs to be matte and the front door as well as the back center French door should be satin.

- She doesn't like flat finish, she prefers matte.

- Maybe we use satin finish for all the trims, but it yellows.

- There are two colors and manufacturers she has used and likes:

  - California paint: 2010 Velvet flat, water based latex paint, in Titanium white
  - Benjamin Moore: Aura Line, waterborne in super white

- There is only one way to get super smooth finish on your walls and that is to use a ¼" mohair nap on your roller. Anything else will get you orange peel finish.

- We should ask Virgil who he trusts to paint his walls. What does he think of Louis Perry? Should they bid? What does he think of Northern Lights?

- The white walls need to be washable.

**HIRSHMANN:**

- Make sure the wood does not protrude past the spacer bar.

1100APC0029284

## PHONE CALL

## 04-05-2019

### BOB CARLSON

- Amy said Bob called her to complain that 1100 Architect should "stop with the design and do construction documents".

### WATERPROOFING

- Amy said waterproofing is coming in too expensive and told me she doesn't want to spend money waterproofing the existing house, especially not at the north. She is OK with us fully waterproofing the addition properly but doesn't want to spend money to go heavy on waterproofing existing 38. She specifically said: "waterproof 38 on the inside, I'm not ripping out the landscape to waterproof the basement at 38. Don't go overboard with bath tubing 38"

### GEOTHERMAL

- Amy talked to a friend of hers that has geothermal and found out that their house doesn't satisfactorily get cooled down in the summer months. She was told this is due to geothermal limitations and thus Amy expressed concern that our system might betray her and not be able to cool her house down. She asked that we "double check the geothermal capacity"

### CEILING HEIGHTS

- Amy said she's not giving up any floor height at 38 Highgate. She was told by Eric and Paul that the radiant heating can be installed within the joists, so as to not give up any ceiling height. If we can't make it work with radiant heat, she would rather not have radiant than give up the half inch.

### BOSTON VISIT

- Amy asked that FCP visit Boston after Passover. She didn't really mention what for, just that she wants me to go.

### DINING PAVILION KITCHEN

- Very long conversation regarding the Dining Pavilion Kitchen:

  - Refrigeration: we discussed refrigeration at length. We ended up deciding on two 30" Subzero units (one fridge and one fridge with freezer) and the 18" wine storage unit in the Dining Pavilion, but add a big 36" unit as backup downstairs, right next to the laundry room, where we have an unclaimed closet. This is an ideal location for a refrigerator, because it is right on someone's path when they're coming in from the

parking court. Amy was very worried that she didn't have enough refrigeration capacity in the Dining Pavilion, but this decision made her feel much more comfortable.

- In terms of ovens/cooktops: she doesn't really like the Wolf "glumper". She wants to find a different solution that looks better. Her two big concerns are that the unit is too bulky and that its stainless-steel finish will never match the rest of the kitchen. In that regard, she wants us to research options and present to her at least one alternative that doesn't include the "glumper" from Wolf. She brought up La Cornue, as a potential alternative. I mentioned Viking, which she immediately turned down as a downgrade. We don't want to use Gaggenau because of the learning curve associated with their use. The trade off will likely be between number of burners on the stove VS the aesthetics. We think we could give her the nicer looking Wolf stove, however that probably comes with 6 burners (4 small and 1 double), instead of the "glumper" range that come with 8 (6 small and 1 french pot)
- She doesn't need liquor storage. Omit.
- She needs ample pantry storage for the basics. We discussed the location of the pull out drawer at the north side. It sounds sufficient, we will likely have to show her dimensions to make sure.
- Storage: she needs ample storage for utensils and appliances. She mentioned 6-7 frying pans, stacked, a few pots (not the big soup ones), some cast iron pans, a Cuisinart, rolling pins, pie plates, casserole dishes, graters, a "pasta thing" etc. Some big items that only get used once a year can be stored away in the basement, however the Dining Pavilion needs to be able to store some basic equipment. 1100 needs to showcase the storage capacity in detail.
- Amy thinks that the Dining Pavilion kitchen will be used on the regular by her staff to make dinner. In that sense, she thinks the Dining Pavilion kitchen should also include a location to house some everyday use equipment, like a set of 4 or 6 of tableware, maybe some mugs and wine glasses etc. She thinks that would best be stored in upper cabinets. We could potentially store all that above the coffee machine at the south end. 1100 should study a "small getup for everyday use. Like a vignette with a garage door"
- Spice rack: above the coffee machine?
- Garage door cabinet above coffee machine?
- Move Microwave and warming drawer over to the side of the island and have two big double doors that hold storage.
- Island design: M/W and warming drawer and storage cabinets on the kitchen side and clean stainless-steel surface with a toe kick on the circulation side. AB likes.
- Japanese knives go in a drawer.
- Miele new Futura dishwasher is Amy's favorite. She likes the door's finish so much, she was asking if we could buy that dishwasher and use it in the Dining Pavilion and then ask Bulthaup to match the finish.

- Amy wants to visit Bulthaup's showroom. Potentially wants to do it in Boston. She wants us to talk to Bulthaup first, get their opinion on the design and then engage them to do shop drawings and install. She wants to use their finishes and their workmanship and if they are hired to install, she feels that it would concentrate responsibility for that isolated part of the project effectively. Essentially she wants 1100 to issue the design and Bulthaup to execute.

- 1100 should forward Amy some reference images we like from Bulthaup. Maybe we can send that as a package with the kitchen design studies as described above.

## DINING PAVILION SERVERY

- Amy wonders if we should engage Obumex to build the servery unit. It is clear that she wants us to draw and design it, so we should study the buffet and show her how we would like it to work. In terms of needs, she outlined:

- Bank of silverware
- Trays
- Dishes/Plates/Bowls
- Placemats
- Serving pieces
- Linens/napkins
- Etc

- Amy wants us to find a nice dark limestone for the countertop of the bouffet.

- The servery bouffet should be lined in pacific cloth.

## LINEN STORAGE

- Amy talked about needing cedar closet storage for her linens. She needs it in the basement. She was suggesting turning one closet in the storage hall by the main stair into a cedar closet, however I suggested that she use a small portion of John's cedar closet which is conveniently located right in that area. She might be OK with that, even though she hates John's closets; they are messy. She asked to see how we're designing John's cedar closet, because he needs shelves as well, not just a hanging rod. She wasn't much more specific than that and then hung up.

# PHONE CALL

## 04-11-2019

### LIGHTING

- Need to review lighting with Amy, room by room, to ensure she understands what we've issued and approve the design. She is afraid the Lighting VE exercise might have resulted in a drastic reduction of light fixtures.

- Need to solve Lighting @ the Gem Bar

### ACCESS PANELS

- Amy dislikes access panels. She asked us to reduce access panels of all types to the absolute minimum.

### MARBLE

- Amy said she spoke to David about the marble and they both agree the Lasa is the correct direction. The Lincoln is not living up to the expectations; it looks grey.

### BATHROOMS/ POWDER ROOMS

- Loves the bathroom design so far and is particularly excited about the Powder room near her office. She likes the black zellige tiled wall. She wants to make sure we don't over-embellish or over-design, because our typical 1100 restraint is very much in sync with her inclination to avoid visual clutter.

### FLOOR FINISHES

- Has been re-thinking the floor finishes in the vestibule/WC/Closet trinity by the main door. She thinks it is weird to have terrazzo there and we should revert to wood chevron. In her mind, these rooms belong with 38 Highgate and the Main Entry and should be finished as such. Conceptually, the floor finishes in old 38 Highgate will be wood and the floor finishes in the addition will be terrazzo.

### DECORATOR

- Amy is thinking of showing our book to the "lady in Boston" who has good taste. Amy will task this person with "recovering the furniture in the Family Room" and find some other furniture for a few select areas as well.

1100APC0182258

**DRAWINGS REFERENCED BY PAUL**

- Paul was referencing drawings with her that are out of date, because she knew that certain details had been re-worked, but the construction documents Paul had didn't reflect our most recent conversations.

1100APC0182259

## PHONE CALL
## 04-16-2019

### MONROE SHERMAN

- Amy wants us to call Monroe and give him a contract. She asked again why she needs to pay Paul's markup on Monroe's scope, instead of just signing a contract with him directly, or having us sign a contract with him. The answer is always that it is better for coordination of trades, scheduling purposes and single source responsibility to have the GC own the trade awards. The plan is still that Monroe will be given a contract either through BWP or 1100 and then get to work on the Family Room pieces. If he is finished before the room is ready, he will keep the items in storage (which should be in his contract)

### CABINETRY

- Elizabeth used 9 Point for her cabinets and they're "not good". Jennifer's are better. Better quality, better workmanship. Amy suggested that we visit Jennifer's house and Elizabeth's house to see the cabinets. She herself wants to have clean, flush, white cabinets: really nice.

- Doesn't love spice drawers but will live with them if we think it's a good idea.

### LIGHTING

- We discussed that tucking a light strip in the Light Shelf above the Gem Bar is possible, to wash down the wall surface with light. However, I also alerted Amy to the fact that the factories will not be able to guarantee 100% light color match, even if the temperature specs match. Amy is preliminarily OK with the scheme and we have to keep pursuing the best solution

- We need to review the Lighting on a room by room basis, in person

- Make sure all stairs have some degree of "safety illumination", meaning there is some light being cast on the steps at all times, even if downlights are off, or dimmed. By the way, lights in handrails are "tacky".

### MARBLE

- Amy doesn't want David to go to Wellesley this week- it is Passover week and she will be busy. However, she talked to David over the phone and they both agreed that the direction should be to stick with Lasa and only pick A, A-, B and B+ stones. C is not happening, and D is out of question.

**PAINT**

- Amy said she talked to Paul about paint and agreed that we will be using Benjamin Moore for interiors and California Paint on the exteriors. She asked us not to make a "big production" out of paint type. We should just get the paint she prescribed on one of our previous phone calls and see it next to the Gem stone.

- She is looking to us to recommend what to spray VS what to roll, given that touch ups are easer with a rolled application but sprayed finish looks better.

- She complained that modern paint doesn't have any lead in it. She seems to think that lead was the ingredient that helped the paint adhere to the substrate and also prevented yellowing.

**DOORS**

- Amy wants to revert to having a swing door that nests inside the wall between the kitchen and the main stair. She said she thinks the pocket door doesn't looks like a real door. She also thinks if the door were to be a swing door, it would look nice with a decorative sconce on the wall next to it?

- She emphasized once again the importance of the door between dining room and kitchen to swing both ways. 1100 should ensure the door is detailed in such a way and the hardware specified is such that he door can swing both ways.

**MAIN KITCHEN**

- All white for the kitchen perimeter

- No chair in the kitchen pantry area, where we have been discussing she would have her "office" space with the laptop. She will have a proper office, so she doesn't need to give up any of the counter space for a chair and laptop, it can all be for staging

- Backsplash material: what will we do? She's not against corian.

**FINISHES**

- She likes the duality between wood veneer and white plaster in the Dining Pavilion. She likes where we proposed the transition.

- She insisted that the floor finish in the Vestibule/WC/Closet near the Main entry should be the wood chevron, not terrazzo.

**HARDWARE**

- French Doors should have levers on both sides.

**F&R GLASS**

- She is looking forward to seeing the glass sample C, in the hopes that it is the least green one.

- Repeated the desire to investigate landscape lighting sources that could help alleviate the interior reflectivity of the Dining Pavilion glass at night.

## CATERING KITCHEN

- The refrigerators should have white panels, with some sheen.

- Island should be impeccable

- Should have a refrigerator in the basement, as surplus storage.

## DIRAND

- Amy hopes Dirand will agree to design and build the Dining Table for her Dining Pavilion.

## PHONE CALL

## 04-18-2019

**MONROE SHERMAN**

- Amy wants us to send Monroe Sherman the book so he can see the Gem Bar, the Family Room and the office. She wants him to build the millwork in the family room, the Gem and the Office, so that they all share the same "hand".

**OFFICE MILLWORK**

- Sliding door should be white, not wood veneered

- For her display millwork in the office she would like:

- three white shelves

- white backdrop

- a white countertop and white cabinets at the bottom, similar to the gem bar

**GEM BAR**

- Decide how we want to detail the Gem Bar counter and cabinets. Amy likes the idea of Thassos marble as the countertop material and white lacquer for the front panels. She also seems to gravitate towards a mitered edge for countertop and front panels, similar to the existing Family Room Bar. She left it up to 1100 to study.

1100APC0182263

<u>PHONE CALL</u>

<u>04-22-2019</u>

## <u>CONSTRUCTION PROGRESS</u>

- Amy thinks it is "pathetic" that BWP can't phase the construction schedule so that the existing Family Room can be renovated this summer.

- Amy gave me a report of progress on site: they will soon be dealing with the geothermal wells and underpinning. In her mind, the big outstanding things are decisions on the marble and the structural glass.

## <u>CATERING KITCHEN</u>

- Having a range is more efficient in the way that it compacts ovens and stovetop in one appliance, however Amy said that people who have ranges typically also have a wall oven, so it might be that you don't really save space by consolidating all cooking appliance to the range unit.

- If the ovens are in the island, maybe they should move to the north of the island, instead of the south.

- Amy wanted to finesse the kitchen scheme so we can go to Bulthaup together. Tentatively the idea is to go to Bulthaup's showroom in Boston together and have a conversation with a technical consultant, or someone that could give us ideas and make recommendations, as well as walk us through the process of getting our kitchen design built by Bulthaup.

- Subzero refrigeration, Miele dishwashers, Dornbracht fixtures (check, check)

## <u>LIGHTING</u>

- Find out who that lady is that design lights for Bottega and check out her lighting fixtures. Amy thinks her work is nice and is considering having one of her pendants, or maybe three, above her desk in the office. *(later note: the designer's name is Ossana Visconti)*

- We should schedule an in-person meeting in Wellesley to go room by room on lighting

## <u>DEVICES</u>

- Amy wants to discuss A/V devices, lighting controls and security devices. She wants to know what kind of devices she needs, where and how many she needs and what they look like.

- For security, she wants cameras only at the entry doors, where people could get in.

1100APC0182264

## DINING PAVILION TABLE

- Amy wants to know how many Lucite support legs she will need and how big they need to be, to support a 3" thick, solid marble slab for the Dining Pavilion table. Her desire is to not have any steel supports, only lucite, but wants to know if Lucite will have the required compressive strength to support the marble slab.

1100APC0182265

## PHONE CALL

## 04-23-2019

**CATERING KITCHEN**

- Amy received the book. She had comments about the Kitchen design:

- Pantry pull out looks stupid and ridiculous on the north wall. We should flip the pantry to face the same way as the refrigerators. Needs to be deep.

- Stair material? TBD. Amy thinks it should be wood

- The wall where the coffee machine is looks ridiculous and stupid. She thinks it is a waste of space. She thinks it is imperative that she regain some counter space, so the coffee station should go away and give way to counter space. She has nowhere to "put things down"

- Hates the venting hood as shown. Hates it.

- Hates back painted glass. It reminds her of her pool house. Find a better backsplash material. Maybe venetian plaster?

- The "glumper" option appears to maximize available storage. That is a plus for that scheme.

- Amy wants us to "figure out" that steel post on the south side of the kitchen. It is in the way of her gaining more counter space. She told me anything is possible and I should not rule out the possibility of moving the column.

- She would rather not have upper cabinets.

- Likes the thing that hangs down from the shelf with the utensils: it is cute.

- She prefers round downlights in this area, rather than the square ones.

- The kitchen overall has no style. It looks "clean+perfect". She said it's like a German: "no character".

**LIVING ROOM**

- Amy was asking if we think the proportions are right in the Living room, with the shelves not going all the way to the walls, rather niched in. Shea sked if we would like to take another "final" look at it, to make sure we're making the right decision

## GALLERY STAIR

- She knows the railing we show in the images is a placeholder, but thinks we need to work on it. She remembers having seen a railing that looked like a tuning fork and liked it, maybe we should pursue a similar look.

## UPSTAIRS

- All the upstairs rooms look excellent, terrific.

## ATTIC STAIR

- Amy is again concerned that the Attic Stair should either be all white, or all wood.

## POWDER ROOM

- "looks fantastic" and "best thing we've designed so far". She likes the tile a lot and asked to see a sample of it. All in all thinks we did a really good job.

## WC @ MAIN ENTRY

- Amy thinks this should be the next room to design. She has several ideas. Mainly she keeps talking about the sink being a nice, small pedestal sink and the toilet being the only floor mounted toilet in the project. We will eventually have a conversation when we come up with a design.

## SCONCES

- Amy insists it will be really nice to have a wall sconce mounted next to the door between the main stair and the kitchen. She thinks it will look very nice and will provide all necessary lighting required for when all lights are off, but the stair needs some "safety illumination".

## BASEMENT

- "looks amazing", "really good". "All in all, super good"

## MAID'S QUARTERS

- "super good"

## LIGHTING

- Amy (again) asked to review the Living Room lighting layout. She wants me to see a picture she found of an interesting furniture layout, so that we can design the lighting accordingly (for a similar furniture layout).

## GEM

- The banquette looks glumpy in the pictures.

PHONE CALL

04-25-2019

**FINISHES**

- Reverted her decision on the floor finish for the trinity by the front door, vestibule/closet/WC. She had requested that we change the finish to be wood chevron, however now that she studied the images on the book, she thinks we should keep terrazzo.

- Find a nice tile for the curvy bathroom

- Likes the zellige tiles, would like to see samples.

- Ask Virgil if he can do the paneled wall between LR/DR

**CATERING KITCHEN**

- We need to explore the option of an "L" counter. Amy emphasized the need to maximize counter space. She also said that her current kitchen layout at 38 Highgate has an "L" corner and she uses it just fine; in other words she doesn't necessarily consider it a "dead corner"

- Do we need upper cabinets or not?

- Hates the hood as shown. We need to find a thinner, more elegant profile. She likes hoods that have integrated lighting.

- Pantry storage should be deep

**ART DEALERS**

- Amy said her art dealers looked at the book. The consensus is that the plaster walls look great and should be left empty. There will be few select spots for art display.

- Amy will buy her dad's Diego Rivera and a couple of Gaskins. Maybe a Miro sculpture. That's it for art

**POWDER ROOMS**

- Mirror in powder room with lighting halo effect behind: really nice.

- Downlight in ceiling shouldn't be centered to the room, it should move to be above the sink

- The curvy bathroom could get smaller if we want to

- Likes the idea of having a niche in a wall where the color changes

1100APC0182268

**A/V**

- Amy thinks Maverick would be better than System 7

- Her pool iPad keeps disconnecting; the software goes off. She wants System 7 to go fix it?

- She gets those occasional brownouts and insists it is not due to her internet. She gets power outages. She want Gerry to go check her Aqualink system.

**DIRAND**

- Now that the book is ready, Amy wants us to connect with Dessele Partners to set up an appointment with Joseph Dirand to commission him to make the Dining Pavilion table and pick some furniture.

**HOUSE @ CAPE**

- Amy said she hired "the guy who did my brother's house to do an environmental survey for the house on the Cape". She said that's all she's done on the house so far.

- She repeated the idea of offering up the Cape house to Dirand as a means of luring him into the few tasks she wants him to complete at 38 Highgate. She said it's a premier property on the Cape and everyone would die to do this project.

## PHONE CALL

### 04-29-2019

### LASA MARBLE

- Amy said they looked at the marble mockup with David for about half an hour. She told me they both liked the marble and that the stone is a "check-check".

- The plan ahead will be as indicated by 1100: David will go to Lasa and select only "A" and "B" quality stones.

- Amy likes the slight inconsistency in color, because it's the only element that makes the marble look like a natural material

- Her request at this point is to set up a mockup of the cedar siding next to the marble mockup so we can review the white finishes and see how they look next to each other.

### LITTLETON VS HIRSCHMANN

- Amy said she decided with David that Littleton should be responsible for the Front Door, the round windows and the Garage Doors.

### OFFICE

- 1100 should study and decide on the selected desk's size.

- Amy said we should first decide how big the desk will be and where exactly it will be placed, so we can then assess the lighting options: she's interested in the idea of introducing pendants, or a table lamp. She likes Ossana Visconti's pendants.

### WHITE LACQUER

- David advised Amy against using white lacquer for the Gem bar and the Office millwork. He explained that UV radiation will undoubtedly affect the color and make it yellow over time. Amy said she will not be bothered by the lacquer yellowing over time, however she is open to our ideas, if we want to argue against white lacquer.

### POWDER ROOM

- For the curvy powder room, David told Amy we should use dark colored plaster, like the proposed finish at the fireplace wall in the Gem

- Amy suggested that the molding around the round window could itself be painted dark, to match the wall finish

- The ceiling will be white

- Pedestal sink, floor mounted toilet

**OLD FARM DRIVEWAY**

- "Ask David to bring you up to speed about the driveway on Old Farm, I don't care to repeat all that"

**CATERING KITCHEN**

- Amy pointed out that Jennifer owns a 48" range from Wolf, which is essentially a smaller version of our "glumper". Jennifer told her mother that she is very satisfied with the unit. Amy is adamant that she needs the 60" unit though

- Amy and David decide it is not ergonomic to have the ovens in the island. Having a range is preferred.

- Amy asked David to move the steel column in the Dining Pavilion. She told me that David agreed to move the column (however David explained that he didn't)

- We need to change the layout to give her more counter space. An "L" layout should be studied with or without upper cabinets

- Need to find a better hood

- They now make sinks with baskets that fit in to subdivide the sink into compartments, in case someone needs to use the sink e.g. for rinsing and washing vegetables but there are other things in the sink

- We discussed refrigeration again. After a long back and forth and some measuring of her refrigerators in her house, Amy said she is OK with the two 30" refrigerator units in the Dining Pavilion as long as we include a 36" refrigerator in the basement, where we had discussed previously. Amy saw the location on the basement plan and is very satisfied with the strategy.

**WOOD CHEVRON**

- David advised Amy to select the natural wood finish, not the stained. She prefers the look of the stained wood, however. To make a final decision, they agreed that 1100 should contact Archetypal and get two new samples, this time of the actual wood stock they'd use for the project, not the Dinesen wood (unless they advise that Dinesen is the best source). Upon review of these samples, Amy will make a decision.

**DRIVEWAY**

- What is the material? Crushed stone? Chip and seal? Other?

**FLOOR FINISHES**

- Gym Floor material? Wood? Rubber? Vinyl? Amy wants the floor to be durable and easy to clean, but also look good because you can see it from the upper hall.

- Service Hall, Laundry, tennis WC and staff pantry floor finish? Lapitek?

**MILLWORK**

- Find a good millworker

- How are we detailing the luggage storage unit in the basement? What are its finishes? How many suitcases and duffle bags can one fit in there? Can you fit 20?

**STAFF ROOM**

- TV goes in bookshelves wall.

**2nd FLOOR BATHROOM**

- Update on design?

**LIGHTING**

- Should schedule a visit soon to go over the Lighting room-by-room. FCP to let her know ehat dates are good to make sure she's available and around: Amy indicated she'll be going to the Cape soon to sort out the house work.

1100APC0182272

## PHONE CALL

### 05-03-2019

### LANDSCAPE

- Met with the Landscape team and Paul. She appreciates John Grove a lot. She said he is "very good". He will take a look at the grade between the office and the terrace.

- Danny (Pellegrino?) is coordinated with all the sprinklers

- They will be staking and preparing the driveway by the wall soon, but will not pave it immediately; they will let it rest

- The stone pavers for the driveways might need to be flamed to match the existing pavers

### BATHTUBS

- Amy visited the Agape showroom. She didn't like any of the Agape bathtubs. They all looked like Corian and were very matte in their finish. She thought Kohler might be better? If we can find her original Japanese soaking bathtub, she would be happy. She likes it.

- Amy saw a bathtub in this month's Elle Décor and liked it. She thinks it was John Pawson.

### SARAH'S BDAY

- Sarah is a charming and spunky girl. She is adorable and very cute. However, she seems to not have a mind of her own and copies her little brother's every move.

### MASTER BEDROOM

- Amy got concerned that in our new design, there's not going to be a wide enough opening to the bathroom on John's side. I dimensioned it while we were on the phone and it is 3'. That is sufficient in Amy's mind, so that's OK.

- We discussed the display niche behind the bed, facing the bathroom. She likes the concept, will wait until we visualize it to see it.

- Wants to ensure we have enough space to fit a king bed and two Robert Scott side tables on either side. It appears that in general the Master bedroom layout is in order, based on our conversation.

### DESSELLE PARTNERS

- David should call Desselle to schedule an appointment for Amy to meet with Joseph Dirand in person, when she is in Paris.

## PHONE CALL

## 05-06-2019

### CLAPBOARD

- The clapboard mockup with the California paint "looks terrible". The reasons discussed were that the paint is right out of the can and hasn't even had time to dry. We should explore white paint options and see if we can come up with a complimentary white color to the white marble bricks. We need a classic New England white, nothing cream or blue. In all fairness we discussed that the pool house is also white, but a different type and hue of white, because it is back painted glass, so the house already features a variety of white colors and textures, but the composition works together.

### SCHEDULE/PACE

- "I'm only getting older". Amy complained that construction is taking too long and that we could push Paul to speed up, so the house could be completed sooner.

### DECORATOR

- Amy is obsessed with finding the right decorator to suggest a few pieces of furniture and design her dining table. She wants to contact Dessele partners and arrange to meet with Dirand when she is in Paris. She wants David himself to arrange the Dirand meeting. She believes that she doesn't have a chance on her own, but David could use his leverage to make it happen

- She also found this other designer called Patrick Jouin who she likes.

- Generally speaking, she thinks she might drop by Dessele Partners on June 16th, when she's in Paris, because they represent other designers as well and she liked other things in their portfolio, outside of Dirand.

- Clements Design was discussed as another option. They are apparently the decorators that helped decorate Kris Jenner's house in LA. Amy likes Kris Jenner's house a lot. She references it often.

## PHONE CALL

## 05-10-2019

### CLAPBOARD PAINT

- We discussed the clapboard mockup that Eric made of the five different white paints we selected. Amy saw it but is clearly not particularly interested in selecting a white. She asked us to "pick whatever" and not sweat it as much. The real concern is to ensure that we only select A++ stones at Lasa, so we can make the Gem as pure white as possible.

### REED HILDEBRAND

- Amy had a meeting on site with Paul, John Grove and Garrett. Amy is thoroughly pleased with John Grove and thinks he is excellent. He is looking at everything with "fresh eyes". They discussed strategies to salvage the dying yews and about how to best deal with wall E.

### THE HOUSE ON OLD FARM

- Amy is concerned with the house coming up on Old Farm. It is growing bigger and bigger, it is visible from her property and looks like an eyesore. She is trying to figure out who the house belongs to and how to make sure she uses landscape to block its view to and from the property.

### TV

- Amy met with Oliver from B&O and visited the showroom to get acquainted with all their new products and gadgets. She liked absolutely nothing from the new collection.

- In terms of TVs, she thinks Sonys are heavy looking, LGs are better and the new B&O are not good. All in all, she wants to reserve two of the B&O TVs she likes, the one with the speaker that drops downs when the TV is turned on. The model is Beovision Avant and it is likely that B&O is discontinuing this model. Maybe Amy should indeed purchase a couple of them before it is too late.

- She likes some B&O speakers

- She will most likely have a 55" TV in the Family Room, maybe an LG with invisible speakers.

- small TV in the Guest Suite.

### A/V – MISC

- Amy is adamant that she needs landlines. Wifi connection and phone signals are really bad in Wellesley, so she needs to be able to pick up the landline and talk.

- She thinks we need to set up a meeting with System 7 to discuss all systems. We can discuss controls for all the HVAC systems, A/V systems, lighting controls, etc.

**BREAKFAST ROOM**

- Get rid of roller shade above the Vitrocsa slider in the Breakfast Room. She doesn't want it, will never use it, neither for privacy nor for sun control. We discussed that, as per previous conversation about this, it's better to have the shade and not use it often, than not have it at all, but she believes she won't like the slot in the ceiling.

**LIFE**

- Amy went on a big tangent about how all of her friends are moving to Boston and buying townhouses there, but she insists on staying in Wellesley.

**OFFICE**

- Amy wonders how big the Bottega Veneta desk should be. We agreed that we will incorporate the optional leather pad, maybe in black leather. Potentially will have a Jeanerette chair here as well.

**BASEMENT**

- In the Spa Amy wants to see a nice piece of millwork on the north wall. We have a niche there, that has a piece of millwork, that I described as similar to the one she has in her office: a few shelves above and drawers below. She thinks that this could be made out of wood veneer, some exciting wood veneer to bring some warmth and interest to the room, which is otherwise not that exciting. She said we could use something similar to what Elizabeth used in her playroom.

- The Sauna should look like a Viking Sauna. She did not elaborate on that remark.

- The Gym and Spa should have a carpet floor. She is looking for something exciting, maybe a vibrant color accent. She specifically said she doesn't want a solid color, rather is thinking about a carpet with maybe a stripe across in red or something like that.

- She also got excited about the idea of the luggage storage piece in the lower hall being wrapped in a cool wood veneer by ENP. Again, she thinks the wood would help bring some warmth and excitement to the lower hall, which is predominantly white plaster, terrazzo and white marble.

## PHONE CALL

## 05-14-2019

**KIDS' BEDROOM**

- Amy asked if we could change our plan (which was to keep the buro/closet she has in this room and largely recreate the room as is) to instead design a piece of built in millwork to go where the buro/closet is, so she can move the buro to the Cape.

- She likes the built in drawers under the window niches in the kids' bedroom; these should stay. They are two drawers and in them she stores toys.

- She likes the Sliding door that the Buro has.  Maybe whatever we design should closely mimic this piece.

- Maybe we should resurrect the "Spencer" idea, to put the beds against the corner, in niches and free up the rest of the space.

- This is the only room on the guest wind that we haven't worked on, but she feels comfortable with the upstairs portion for now.

**HOUSE AT CAPE COD**

- Amy said she has already spent a couple hundred thousand dollars on the House at the Cape, but she can't really do much until her father is dead. She thought she would get started, but regrets that the old man is in the best health he's ever been in.

**PAUL**

- Amy said "every time I talk to Paul, he wants to take something away. So, I stopped talking to him"

**HIRSCHMANN WINDOWS**

- Amy was visiting her sister in Boston. She inspected her double hung windows and saw that she also has exposed chains in her windows. She liked them a lot and thought they are very cool. She also noted that the groove in which the chains reside weren't painted at her sister's house. She asked if we should leave that slot unpainted as well, but there doesn't appear to be good reason why we would.

**DECORATORS/KITCHENS**

- Amy all of a sudden has developed an affinity for John Pawson, who she calls "her boyfriend". She asked to see kitchens that he has designed, thinking that they might be great inspiration. I tried to explain that Pawson's work is probably too bare for her taste. She also inquired about

David Chipperfield and asked to see what kitchen **he** has designed. I tried to explain that Chipperfield most likely doesn't design the kitchens in house.

- Amy decided to get rid of the desk in the kitchen. She thinks the area over there by the coffee station should be used exclusively for staging and prep and it is not useful or necessary for her to have a desk and a chair there. She does have an office after all.

1100APC1941775

## PHONE CALL

## 05-17-2019

### DINING PAVILION CURTAINS

- Amy talked about the curtains a lot. She reinforced her previously expressed opinion that the curtains turning around the corner will not look good, most importantly because the radius will look like a shower curtain. It is true that we can't avoid the curve; we can minimize the radius, but we can't turn around the corner in any other way. Thus, Amy asked that we design the curtain track as four separate linear tracks, one for each side. In this way, the curtains will always nest somewhere on every side. Amy thinks that she doesn't need a fully uninhibited view out in any one side; she thinks the curtains will look really beautiful and as such would not be visually bothersome if they are in the way.

### DINING PAVILION KITCHEN

- Amy reiterated the discussions we had about the kitchen. She asked that we find a better hood for ventilation. She doesn't like the hood we're showing because it is too bulky.

### KIDS' BEDROOM

- Amy retracted her previous statement about wanting to re-explore the "Spencer" option in the Kids' bedroom. She'd rather keep things as they are.

PHONE CALL

05-21-2019

**PROBES**

- Amy said she approved our request for probes. She said when she's gone, one of these days, Paul will get in the house and drill a hole in her closet.

**HVAC**

- Amy was surprised to hear we are using the basement crawl space to run ductwork and pipes through.

- She asked if and when Gas Associates will take over the service of the house from Keyes. Amy had Keyes at the house to check her A/C systems for the summer, but she would like to stop calling Keyes at this point and start dealing with Gas Associates who will be taking over.

**DINING PAVILION CEILING**

- Amy wondered how wide the planks will be for the Dining Pavilion Ceiling. We discussed that it could be 8" or 10" wide. No decision.

**DINING PAVILION SERVERY**

- Amy asked how many shelves we have on the servery wall. I told her we have been showing three shelves of variable lengths. She did not remember that. No decision made. We agreed to look into this in further detail in the future.

**LIGHTING AND GRD LAYOUT**

- Amy wants to schedule a through review of the Lighting Layout and the GRD Layout. Maybe we should include System 7 on that conversation.

**DECORATORS**

- Talked about Dessele again. Nothing new.

**TENNIS COURT**

- Amy said that she would like David to go check out those new Princeton Tennis Courts. She said David would know what she's referring to. She explained that there are some new courts in Princeton that feature a new red clay product that can be used both indoors and outdoors and requires considerably less maintenance that the har tru surface.

## PHONE CALL

## 05-30-2019

### LISA PERRY

- Amy saw Lisa Perry's vacation home on Elle Décor and liked it a lot. She saw some Pierre Paulin pieces she thought would look great in her breakfast room.

### BASEMENT

- Let's continue the terrazzo floor in the Spa WC, so we don't have to pick yet another material. It makes sense to continue the terrazzo floor, so there's continuity.

- Carpet with some interest for the Gym and Spa. Maybe a colorful stripe, or something vibrant and fun. Not a solid color.

- Reiterated that she would like ENP to fabricate the luggage storage piece. She thinks it will be very cool if they use on of their special wood finishes in this area.

- The TV for the Gym should be on the Sauna wall. Re orient the equipment so the they face the sauna, instead of the Spa. This way, we don't have to mess with the marble wall, which we both agree is a little indulgent, but conceptually a pure and solid idea, so we want to maintain it and highlight it.

### REED HILDEBRAND

- Amy sang John Grove's praises again. She said he has put together some top tennis courts and will help determine what to do with planting, the tennis court and the driveway.

### SKYLIGHT ABOVE THE SPA

- We discussed that the skylight above the Spa is not really well centered to the room and isn't necessary for natural light, or for the Gem patio composition. Thus, we agreed to take the skylight out of the project and only hold on to the long skylight above the Gym, in front of the office doors.

### STAFF ROOM & SERVICE HALL

- We discussed the floor finish in the basement where the staff room is. We agree that the service hall, laundry, WC, Staff pantry and Staff Bathroom should all have the same floor tile finish. Amy is thinking something "rugged but cool". The Staff room proper itself will have a carpet finish. Again, we need to explore carpet finishes, colors and patterns and propose something.

**PARKING COURT - SNOWMELT**

- Amy really wants to have a gravel driveway with crushed stone, like a French Chateau. Unfortunately, as everyone has told her, this material choice makes snowmelt really inefficient. The snowmelt systems can't work as efficiently under the gravel and if the gravel is not stabilized the tubing might come to the surface.

## PHONE CALL

## 06-03-2019

**DECORATORS**

- Amy called the mysterious "local decorator". She said this person will help us with various things, like the curtains.

- Amy talked exhaustively about the Lisa Perry house in France, that was featured on Elle Décor. She talked about all the pieces of furniture shown in the feature, especially the Pierre Paulin pieces that the article describes as custom pieces. The only useful piece of information was that she thinks the dining table and chair vignette with the Pierre Paulin tulip chairs and the Pierre Paulin custom table looked amazing and we could use the as inspiration for her breakfast room.

- Amy asked what we can do with the rug/rugs in the Gem. She suggested maybe breaking the single big rug into two or more rugs. I also suggested altering the shape of the rug to be more responsive to the room and the architecture, as opposed to this orthographic system that is imposed onto the gem geometry. We should investigate options.

- For the small powder room near the entrance, we agree it's better to start with dark colored plaster. Van gerven will do this room. We agree to try either a pedestal sink, or a vessel, one pendant off center and maybe one shelf at the side.

## PHONE CALL

## 06-06-2019

**PREPARATION FOR FRANCE TRIP:**

- Send Amy two copies of the Art Dealer's Booklet. She needs one to have and one to give Dirand

- Amy has booked an appointment with Dessele and Dirand. She wants to make sure Dirand will make her table.

- Send Amy a "cheat sheet" to ensure she has information on the main vendors (Morselletto, ENP etc) and also include some information on the Architecture, Atmosphere, Finishes etc, so she can have an educated conversation with Dirand

## PHONE CALL

## 06-11-2019

**BOOK:**

- Amy confirmed receipt of the book. She has studied it to prepare for her meeting with Dirand. She is seeing them next week.

**GEM:**

- The banquette is disturbing in the way it projects out. It looks a little coo coo. That reading vignette needs a little work.

- Gem furniture layout needs work

- Maybe we need a lower looking couch? The one in the image looks a little heavy.

**CALL WITH DAVID:**

- Amy and David had decided they should have a call before Amy goes to France on vacation. It should take place at 8:30AM on Friday and we will use the book to discuss progress. FCP to put together an Agenda and guide the conversation- DP and AB will use this opportunity to get aligned on design progress so far.

**CHEVRON FLOOR:**

- Amy prefers the darker stain for the chevron wood floor but DP prefers and argues for the natural color- unstained. Amy can't shake off her head David's comment that the darker stain looks like a "TriBeCa re-do" which she hates as a mental image. She mentioned the Berlutti store that has a lighter French Oak floor that she might be interested in

**LISA PERRY:**

- Amy said David should reach out to Lisa Perry to get a signed copy of her new book and use the opportunity to ask her for a contact to Pierre Paulin's son.

**J ROBERT SCOTT:**

- Amy thinks there might be a J Robert Scott round lacquered table that looks like a Saarinen table that would be good for her Breakfast Room

**STAIRS:**

- Amy wants to discuss what the Dining Pavilion Stair looks like. She would like to discuss this with DP on their phone call (see above)

- Amy is intrigued by FCP suggesting that there might be a way to avoid the need to have a guardrail on the first few risers of the main stair. She would like 1100 to show her how that could be accomplished and what it would look like (it involves moving the front entry further in, to only have three risers exposed)

**<u>PARKING COURT MATERIALITY:</u>**

- Amy is oscillating between the various materials that have been suggested for the parking court surface. DP might want to pitch in on the call.

## PHONE CALL

## 06-14-2019

**PHONE CALL WITH DAVID:**

- We went through the whole book with David and Amy. David had to drop off the call about 45 minutes in,however a few key items discussed are:

- Driveway and Parking Court could be retarded concrete (exposed aggregate concrete)

- Basement hallway could have concrete finish, like the adjacent garage& storage areas, instead of a tile floor finish.

- ENP is not holding up at Elizabeth's house, so David is not convinced they should handle Amy's Dining Pavilion.

- The Main Stair proposal as shown in the additional material was very successful for Amy. She is giving 1100 the green light to move forward with pushing the Front Entry inward as necessary to eliminate the code requirement for fall protection on the Main Stair.

- The grille above the refrigerators in the Catering kitchen should extend to align with the pantry cabinet.

- Amy asked if it would be possible to make a few last minute changes and send her a new book overnight, so she could take the most up-to-date version with her.

## PHONE CALL

## 06-21-2019

### DIRAND MEETING IN PARIS:

- John was kicked out of the meeting. He "doesn't get the aesthetics"

- Amy invited Dirand and Julien Dessele to her house in Cape Cod to talk about the furniture pieces Amy wants to hire Dirand for. Amy claims that Julien and Joseph were excited.

- Dirand expressed concern about the acoustics of the Dining Pavilion. He pointed out the reflective and hard finishes.

- Dirand suggested that a light green marble is used for the table in the Dining Pavilion. He showed Amy a sample that he had available. It was a Chinese marble. Amy mentioned that they discussed a "not too busy" marble that would perhaps be broken down into three equal pieces for ease of fabrication and installation. Amy trusts that Dirand can put the pieces together in a way that she would not be able to tell that it is not a single slab.

- Dirand mentioned Pierre Paulin chairs as an option for the Dining Pavilion, which got Amy very excited since she was considering Pierre Paulin herself

- Dirand is currently designing a big boat

### MUDROOM:

- Amy saw a wall finish at Liaigre's showroom in NY that she likes for the mudroom walls. She described it as white barnboard. By the description, it appears that she is referring to a beadboard, or shiplap interior paneling.

### VACATION:

- The family will be going on vacation from the 19th to the 30th of August. Between now and then, Amy expects she will be spending a lot of time at the Cape.

**Fanichristina Papadopoulou**

| | |
|---|---|
| **From:** | Fani Christina Papadopoulou |
| **Sent:** | Thursday, October 17, 2019 11:55 AM |
| **To:** | David Piscuskas |
| **Cc:** | Andrew Schalk; Robert Lipson |
| **Subject:** | 38 Highgate - client update |

David, a small update

I just got off the phone with Amy. She will talk to you tomorrow.

-   We went over the construction progress. She is satisfied we're moving along.
-   She made a decision over the phone **to add snowmelt on the driveway to Old Farm Road**, understanding that it involves **adding a boiler and equipment** that with installation will be an added cost of **approximately $150,000** (this was estimated by Paul on the phone yesterday). She thinks it is necessary and she would rather "pay for snowmelt which is necessary, than "Reed Hilderband's railing"
-   She doesn't want RH to even present her with a rigid railing option. She will ask your opinion on the phone as well, but is opposed to a heavier look at an increased cost. She specifically said that "Gary is annoying me and I don't like his taste". That's to give you a taste of where she is at on that matter.
-   I am having breakfast with her at the Peninsula on Tuesday morning. She asked me to bring samples for the Dining Pavilion to discuss the material palette.
-   She is happy to meet with Andrew next Wednesday or Thursday to look at the double hung window mockup, but on the phone expressed confidence that we made the right decisions.
-   She is eager to start discussing trades for finishes, millwork and ornamental metals. We have some preliminary conversation about subcontractors, however Paul is holding until he has sorted out contracts with higher priority trades (glass, windows, marble etc).

Best,

Christina

FANI CHRISTINA PAPADOPOULOU
DESIGNER

1100 ARCHITECT
475 TENTH AVENUE NEW YORK NY 10018
T 212 645 1011 • F 212 645 4670 • D 646 412 5626

1

1100APC0393143

Message

| | |
|---|---|
| **From:** | Fanichristina Papadopoulou |
| **Sent:** | 1/8/2020 9:47:55 PM |
| **To:** | David Piscuskas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f9b67b532e564111b939bf66418573c9-dp] |
| **CC:** | Robert Lipson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0022b64c8924cca8157e060811fb694-rlipson]; Andrew Schalk [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a2e67d6c54741d5a46a3551f5c0e422-aschalk] |
| **Subject:** | RE: 38 Highgate - Amy phone call |

FYI, Amy did not want to hold on to the previously attached presentation. If you would like her to follow along with you, let me know and I can send her a digital copy.

Best,

Christina

**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

**From:** Fanichristina Papadopoulou
**Sent:** Wednesday, January 8, 2020 3:57 PM
**To:** David Piscuskas <dp@1100architect.com>
**Cc:** Andrew Schalk <aschalk@1100architect.com>; Robert Lipson <rlipson@1100architect.com>
**Subject:** RE: 38 Highgate - Amy phone call

David,

For your call with Amy as requested we have the following material (attached):

- Latest client presentation marked up to reflect what was discussed. Mostly captures current state of design in the Dining Pavilion.
- Comparison of Iasa VS Thassos
- Phasing matrix as presented to you last.

Best,

Christina

**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

**From:** Fanichristina Papadopoulou
**Sent:** Tuesday, January 7, 2020 5:48 PM
**To:** David Piscuskas <dp@1100architect.com>
**Subject:** 38 Highgate - Amy phone call

David,

Key points from the conversation with Amy (for reference, the latest presentation is attached, that covers several of the below):

- Where do we have plaster walls at Dining Pavilion? She refuses to see any wood veneer on the kitchen side. Change at corners? Have a reveal somewhere close to the stair?
- Likes the Dining Pavilion Stair (stainless steel in wood enclosure), but wonders how we terminate the enclosure at the base in the basement. Do we introduce a guardrail?
- Wants to know what the interiors of drawers are throughout the house, and specifically Pavilion kitchen, servery, Gem bar, office. She wants to use Formica, which is durable and cleans well. Doesn't want to have painted/sprayed wood.
- What exactly goes into the servery/buffet, where does she have drawers, or fixed dividers? She wants to make sure every single dish is accounted for. (that elevation is ready and has been discussed, but she wants to "make sure")
- Wood veneer on Pavilion walls: how big are the panels? Can we have big panels going from floor to ceiling? Will the joints be noticeable?
- Wants to know exactly what goes into the cabinets in the Catering kitchen. What material are the interiors of drawers, how are they outfitted etc.
- Dining Pavilion crystal closet: instead of rolling cart, give her a few drawers at the bottom for linens and the rest can be fixed shelves for crystals
- How many shelves are there above the servery? She wants 3, at eye level. Should they be wood, to match the wall finish or not? She wants them 2" thick.
- Basalt for servery countertop? Likes the idea, doesn't want marble or granite or soapstone.
- Which color wood chevron should we choose? (she knows you would argue in favor of the natural-yellower finish)
- What marble should we choose for the kitchen island? Green? White with veins?
- Elevator cabin: simple stainless steel walls with terrazzo tile floor to match the two landings. Likes a lot.
- Master bathroom: is it too tight? What marble are we using as a finish? White?
- Need to find her a nice porcelain free-standing soaking bathtub. Hates Agape. Hates corian bathtubs. Maybe Kohler has one?
- John's dressing room: have some accent of wood and/or leather. If wood, make it look like a Berlutti store.
- Amy's dressing room: should be mostly white, clean, serene and simple. Maybe a chagrin or stingray as an accent, but mostly white. Some doors- not all closets open.
- Eliminate all doors from the east side of the storage hall in the basement. Instead, compose a wall storage system, like Garage Tech. She can hang a bicycle here, or store some good looking housekeeping items. She thinks that would look very utilitarian and cool.
- TVs: Is starting to think B&O is busted. Should we talk to System 7 and get their opinions about LG, or Sony?

Let me know if you want to discuss. We are preparing material for your conversation on Thursday, specifically around stone comparison, Dining Pavilion design update and the phasing diagrams.

Best,

Christina

FANI CHRISTINA PAPADOPOULOU
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

1100APC1946257

**38 HIGHGATE**

**AMY CALL 01/10/2020**

Kitchen at 38 was the subject

The image she saw: She was watching "Keeping up with the Kardashians" and liked Kim Kardashians kitchen. She kept saying it is a John Pawson, but it isn't, it is a collaboration of Axel Vervoodt, Vincent van Duysen and Claudio Silvestrin.

38 Highgate Kitchen design:

See marked up plan. She seems to be very familiar with the layout and where things live for the most part. The two issues she brought up:

- Changed her mind about wanting the microwave within the pantry closet, to be far away from sight, since they barely use it. She wants us to find another place for it, but also doesn't like undercounter microwaves. I suggested thickening up the upper cabinets, on the far west wall, but doesn't want that either.

- Changed her mind about not needing upper cabinets in the main cooking area. She needs at least two. One for spices and one for olive oil, potato chips and cereal. She probably prefers them flanking the window, because the stove wall is the first thing one sees when approaching from the hall and prefers to keep it clean.

1100APC0392927

38 HIGHGATE
AMY PHONE CALL 01/14/2020



**AMY: WHERE DO THE BARRELS GO?**

**Laundry Room:**
Existing 38 Highgate
94 Square Feet

115 SF taken from existing garage space for :

-Enlargement of kitchen
-Addition of half bath
-Additional coat storage

**Laundry Room:** Existing Condition
51

**House on Highgate**
September 2018

1100APC0392928



**Laundry Room:**
**Option A**
**xxx Square Feet**

A  STACKED WASHER AND DRYER
B  FOLDING COUNTER
C  FULL HEIGHT SUPPLY CABINET
D  SUBZERO 30" REFRIGERATOR
E  SINK
F  FULL HEIGHT PULL OUT UTILITY CABINET
G  UPPER CABINETS
H  ADDITIONAL COAT CLOSETS

**AMY: WHERE DO THE BARRELS GO?**

AMY CHANGED HER MIND ON THE BARRELS. THEY NEED TO BE ON THE KITCHEN SIDE. ONLY WAY WE SEE TO ACCOMMODATE THAT IS TO CARVE OUT A NICHE FROM THE CLOSETS. SEEMS INEFFICIENT. THOUGHTS?

**Title: Subtitle**
53

**House on Highgate**
September 2018

11OOAPCO3392929

**AMY:** WHERE DOES PLASTER TRANSITION TO WOOD VENEER AT THE D.P.?

AMY HAS DECIDED THIS IS THE VIEW SHE WANTS. SHE LIKES THIS VIEW ALL WHITE. REFUSES TO ENTERTAIN ANY WOOD WRAPPING AROUND HERE



*Curtains omitted for clarity*

p. 43

Catering Kitchen – drone view

House on Highgate, December 2019

All drawings, designs and intellectual content, representations are the sole property of 1100 Architect, PC, who is deemed the author and shall retain all common law, statutory law and other rights, without limitation, including copyrights.

1100APC0392930

1100APC0392931

AMY: WHERE DOES PLASTER TRANSITION TO WOOD VENEER AT THE D.P.?

WOULD YOU ACCEPT A REVEAL IN THIS LOCATION? TO SEPARATE PLASTER FROM WOOD VENEER?



p. 40

Glass Bridge: towards Dining Pavilion

House on Highgate, December 2019

All drawings, designs and intellectual content represented are the sole property of 1100 Architect PC who is deemed the author and shall retain all common law statutory law and other rights without limitation, including copyrights



**AMY: B.R. ISLAND CENTERD ON CLOSETS BEHIND, OR FLOOR?**

She prefers that the Breakfast room island be centered on the closets behind it, rather than it be aligned to the wood chevron floor.

WE HAD IT ALIGNED TO THE CHEVRON

Obumex faucet and integrated sink

Trays, dishes

Glasses

Dishwasher

Placemats&linens

Trays, dishes

30" refrigerator unit, 18" refrigerator unit

coffee station

full height pots&pans storage

full height closet (vacuum, cleaner, stool, broom etc)

full height pantry closet (dry goods, food)

microwave in closet

baking counter area

upper cabinets or shelves

desk with laptop and phone

undercounter storage (everyday silverware, etc)

stainless steel sink

island open below for seating

full height pull-out drawer for storage

undercounter storage copper pots and pans

marble backsplash and shelf

professional stovetop - freely configurable

copper pots and pans under counter storage

loaded counter trash compactor

undercounter dishwasher

**Breakfast Room and Kitchen:** Plan

73

**House on Highgate**
December 2018

1100APC0392932

1  1  0  0



**AMY: KITCHEN AT 38?**

make island slightly longer and center on closets behind. forget about alignment to floor

no longer obsessed with Obumex. Polished stainless steel finish

Obumex faucet and integrated sink

wine refrigerator

make a wall return here and create a niche

remove

Trays, dishes

Glasses

Dishwasher

Placemats&linens

Trays, dishes

30" refrigerator unit, 18" refrigerator unit

coffee station

full height pots&pans storage

full height closet (vacuum cleaner, stool, broom etc)

full height pantry closet (dry goods, food)

microwave closet

staging counter area

upper cabinets or shelves   not anymore

desk with laptop and phone

not anymore

undercounter storage (everyday silverware, etc)

stainless steel sink

give her deeper under counter cabinets here for everyday dishes, etc and upper cabinets for everyday glasses etc

bread drawer and onion drawer in island

make pantry 18" deep. the right door leaf should have a spice rack mounted on its inside face

levolor blinds for shading

upper cabinet for spices

dishwasher #2

upper cabinet for olive oil, potato chips, cereal

Island open below for seating

full height pull out drawer for storage

stacked gaggenau ovens

no

yes

willing to entertain microwave drawer under counter

no: Wolf cooktop, 5 burners

marble backsplash and shelf

gaggenau stovetop - freely configurable

copper pots and pans undercounter storage

yes

undercounter trash compactor

undercounter dishwasher

**Breakfast Room and Kitchen:** Plan

**House on Highgate**
December 2018

73

1100APC0392933

Message

| | |
|---|---|
| **From:** | Rich Roberts<rich@truestconstructionservices.com> |
| **Sent:** | 6/5/2020 11:02:06 PM |
| **To:** | Fanichristina Papadopoulou [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f159effc99fd47b785671951c78c2cd4-cpapadopoul] |
| **Subject:** | RE: 38 Highgate - client phone call |

[1100 EXTERNAL]
thx

**From:** Fanichristina Papadopoulou <fpapadopoulou@1100architect.com>
**Sent:** Friday, June 5, 2020 7:01 PM
**To:** Rich Roberts <rich@truestconstructionservices.com>
**Subject:** RE: 38 Highgate - client phone call

Richie,

About an hour and 15 minutes.

**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 · F 212 645 4670

WWW.1100ARCHITECT.COM

**From:** Rich Roberts <rich@truestconstructionservices.com>
**Sent:** Friday, June 5, 2020 6:52 PM
**To:** Fanichristina Papadopoulou <fpapadopoulou@1100architect.com>
**Subject:** RE: 38 Highgate - client phone call

[1100 EXTERNAL]
Christina,
        What was length of conversation with Amy?

**From:** Fanichristina Papadopoulou <fpapadopoulou@1100architect.com>
**Sent:** Friday, June 5, 2020 5:19 PM
**To:** Rich Roberts <rich@truestconstructionservices.com>
**Subject:** Fwd: 38 Highgate - client phone call


Sent from my iPhone

Begin forwarded message:

> **From:** Fanichristina Papadopoulou <fpapadopoulou@1100architect.com>
> **Date:** June 5, 2020 at 4:36:00 PM EDT
> **To:** David Piscuskas <dp@1100architect.com>
> **Cc:** Susanne Milne <smilne@1100architect.com>, Robert Lipson <rlipson@1100architect.com>, Andrew Schalk <aschalk@1100architect.com>, Rachel Sung <rsung@1100architect.com>
> **Subject: RE: 38 Highgate - client phone call**

**Amy phone call**
06/05/2020
01:44PM to 03:01PM

1. <u>Dining Pavilion wood finish</u>: AB would like to review in person the wood finish samples we have narrowed down the selection to. She would also like a memory jog on where we landed on the panelization on the wall surfaces.
2. <u>Terrazzo</u>: AB would like to review the selected terrazzo samples in person again. She remembers that she liked the Dining Pavilion terrazzo sample we selected and remembers and approves of the decision to select a large aggregate terrazzo finish for the Gem but a smaller, more understated aggregate for the remaining terrazzo scope.
3. <u>Bang&Olufsen</u>: AB read in the NYTimes that B&O is going bankrupt. Maybe she should not buy B&O TVs after all.
4. <u>System 7</u>: AB wants to have a call with System 7 to discuss what they recommend for TVs, speakers, wifi/internet connection etc
5. <u>Alarms/security</u>: AB wants to know  when she should talk to Basco and develop a strategy regarding security and alarms
6. <u>Lighting</u>: AB wants RR/Driscoll to find a way to mockup a few recessed downlights as specified in2700K and a few in 3000K. She may be open to allowing them to do that in the existing 38 HG mudroom. RR/Driscoll to coordinate with AB to see if they can accommodate the mockup somewhere either in 38 Highgate, or perhaps in a different location (someone's shop? A showroom?) to have an answer sooner than later. FCP will Fedex RR the value oriented downlights next week so he can show them to AB and see if she can be convinced to swap the basement lights for the value oriented option.
7. <u>Catering kitchen</u>: AB wants RR to reach out to Monroe Sherman to see if he will bid the catering kitchen. She wants to know who will build the kitchen given that Bulthaup cannot.
8. <u>Generator exhaust pipe</u>: AB wants the generator exhaust pipe to be cut down to be less visible. FCP communicated that the pipe will indeed be getting cut down tight to the elbow and also will be getting painted a less conspicuous color. AB expressed satisfaction.
9. <u>Windows</u>: We discussed the history behind the decision to expose the weights and chains. AB now remembers why we ended up with the latest window mockup. She decided she wants to move forward with exposed weights and chains in oil rubbed  bronze, with the zinc weatherstrip and the brass E.R. Butler sash lock. For the stair window, since it is so high up, we decided this window will be fixed: no hardware,  no weights and chains. 1100 will issue window schedule per this conversation.
10. <u>Window shade pockets</u>: All double hung windows to have integral shade pockets except for the ones that will have shutters. 1100 will issue window schedule per this conversation.

Amy did not provide much transparency into the ongoing conversations regarding contracts/budget. She did not want to entertain any conversation on the basis of value engineering.

Best,

Christina

**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

**From:** Fanichristina Papadopoulou
**Sent:** Tuesday, May 19, 2020 10:18 AM
**To:** David Piscuskas <dp@1100architect.com>
**Cc:** Susanne Milne <smilne@1100architect.com>; Robert Lipson <rlipson@1100architect.com>; Andrew Schalk <aschalk@1100architect.com>; Rachel Sung <rsung@1100architect.com>
**Subject:** RE: 38 Highgate - client phone call

**Amy phone call**
05/18/2020
09:34AM to 10:01AM

1. **Electrical receptacles:** AB is now considering that bedside outlets should not be in baseboard: they should be at nightstand height and should be duplex.
2. **GEM floor outlets:** AB wants us to coordinate a floor outlet location in the GEM that works with the assumed couch location so she can have the option to plug in a floor lamp near the couch, somewhere in the general NW corner
3. **Plumbing fixtures:** AB took some time to review the presentation deck from last Thursday. She didn't like the Waterworks alternate fixtures. At the same time, she keeps wondering if Dornbracht is good. Once more she reiterated she wants a THG faucet and tub spout for the master bathroom. Also, she wants 1100 to think of accessories to make the Tennis WC and the Spa WC "cute but industrial". FCP communicated that we have selected fixtures for these rooms and AB suggested that she is mostly referring to accessories.
4. **Gym:** AB is interested in Scavolini's gym equipment. She would like for 1100 to recommend and buy some cool equipment from them to outfit the gym in the basement
5. **Catering Kitchen vendor:** AB communicated again that she is concerned with the quality of any millwork shop in regards to her Dining Pavilion kitchen. She reiterated that she loves the 1100 design and would hate to see the design get ruined by a millwork shop. She insists that 1100&RR need to contact kitchen vendors, like Bulthaup, to see who can build the kitchen. In her mind "the more we can buy and the less we can build, the better". (FCP note: there is some disconnect between the idea of "buying a kitchen" from a store like Poggenpohl or Bulthaup and designing and building a custom kitchen.)
6. **Meeting:** AB is unavailable on Thursday. She will call FCP to talk on Wednesday morning. She also expressed the opinion that her part in the VE exercise is fulfilled, given that she has accepted and rejected a large list of items. She referenced a WSJ article to talk about construction costs dropping and how that may be leveraged.

Best,

Christina


**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 · F 212 645 4670

WWW.1100ARCHITECT.COM


**From:** Fanichristina Papadopoulou
**Sent:** Wednesday, May 13, 2020 3:34 PM
**To:** David Piscuskas <dp@1100architect.com>

1100APC1927270

**Cc:** Susanne Milne <smilne@1100architect.com>; Robert Lipson <rlipson@1100architect.com>; Andrew
Schalk <aschalk@1100architect.com>; Rachel Sung <rsung@1100architect.com>
**Subject:** RE: 38 Highgate - client phone call

**Amy phone call**
05/13/2020
10:34AM to 12:34PM

1. Quarantine: friendly chat
2. BWP and site activity: displeased with site activity being slow. Dissatisfied with Eric's absence from the site. Requests that this be made an Agenda item for tomorrow.
3. Lighting in Dining Pavilion: Wanted a memory jog of where we landed. Walked through the revisions made post 01/30 meeting. Expressed satisfaction at the current design.
4. Catering kitchen: Displeased that Bulthaup can't do the kitchen 100% as designed. Asked to find other vendor that may be able to do this, e.g. Scavolini. (FCP note: Richie and DP should speak to this. Amy doubts a millwork shop can do a "quality job")
5. Scavolini: she saw a yellow sink&vanity in Arch Digest and wants it for the SPA WC.
6. Gym and Spa floor finish: Carpet. Find one that can be cleaned.
7. Gem marble stone: Asked about the Greek stone compared to the Lasa. Gave a verbal description. She expressed – for the very first time- an openness to considering the Greek stone. (FCP note. I got the sense Amy is developing a narrative that the Greek stone is indeed better)
8. GEM furniture: Minotti couch? Pierre Paulin chairs? Loves the rug we've selected.
9. Door hardware: reviewed over the phone. Agreement: pocket doors to have nanz recessed pulls, powder coated white. Swing doors in 1st & 2nd floor (3 and 4 respectively) to have E.R. Butler brass knobs and butt hinges. All basement doors that need handles to have FSB lever in natural anodized aluminum.
10. Plumbing fixtures: we talked about 1100 having reached out to Waterworks to ascertain their ability to furnish alternates to Dornbracht. Amy now expressed that she wasn't seriously considering Waterworks- she just wanted to see if we could use the Dirand fixtures anywhere. She said she "didn't mean for us to turn this into a federal production".(FCP note: Dirand used the "henry" faucet from waterworks.)
11. Gem bar: detail discussed of ¾" marble countertop, 1" reveal for finger pull with an aluminum band as background and white lacquer cabinet door panels. Approved.
12. Downspouts @ front entry: talked about this briefly – I asked that we table this until tomorrow's call.
13. 38HG Kitchen: some conversation about marble finishes for islands. I asked that we table this until we can review samples in person.

I will update the Agenda for tomorrow to include the BWP site progress item.
Best,

Christina

**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

**From:** Fanichristina Papadopoulou
**Sent:** Wednesday, May 6, 2020 2:40 PM
**To:** David Piscuskas <dp@1100architect.com>

**Cc:** Susanne Milne <smilne@1100architect.com>; Robert Lipson <rlipson@1100architect.com>; Andrew Schalk <aschalk@1100architect.com>; Rachel Sung <rsung@1100architect.com>
**Subject:** 38 Highgate - client phone call

**Amy phone call**
05/06/2020
10:52AM to 12:56PM

1. <u>Hirschmann:</u> change all windows to concealed balance. No weights and chains. Ensure weatherstripping isn't big black rubber gasket. If the windows otherwise looks like the mockup but without the weights and chains, then OK. E.R. Butler hardware as decided upon.
2. <u>Shades:</u>
   a) First Floor:
      - Levolor blinds for kitchen sink windows, and fixed vitrocsa windows in family room.
      - Motorized Lutron roller shades **in ceiling** for all other windows.
      - (except) Motorized Lutron roller shades above window header for gallery windows (above transom).
   b) Second floor:
      - Motorized roller shades integrated in all double hung window headers except:
      - Kid's bathroom and Master bathroom to have shutters with louvers
      - Oval stair double hung window not to have any shading
3. <u>38 HG Kitchen:</u>
   a. What do the islands look like? Could they both be white?
   b. Cool green tile backsplash for behind the gaggenau oven?
   c. Ceiling exhaust fan or hood?
   d. Where do we put upper cabinets?
   e. Wants to see the view from inside the 38 kitchen, looking towards the kitchen sink.
   f. Dirand is now a family man and there is a preference shift towards John Pawson instead. New Dirand apartment= too cluttered.
4. <u>Dining Pavilion Catering Kitchen:</u>
   a. Bulthaup: FCP explained the constraints they communicated to 1100. Amy is unhappy with Bulthaup's caveats (can't do hood enclosure, need filler panels, can't do back painted white glass upper cabinets etc). She wants to let a millwork shop building the kitchen and Bulthaup just outfit the drawers and shelves with accessories (spice racks, knife dividers etc)
   b. Pantry: No big pull out. Regular swing out door for pantry and then some upper shelves and drawers below. She is pushing for more depth (there is currently 15 ½" depth there, if we can get clear 14" with drawers in, that is OK)
   c. Handles on panel ready appliances. Wine refrigerator, refrigerator, freezer and pantry door to have a thin handle to open.
5. <u>Basement Tekpanel finish extents:</u>
   a. Questioning where we need Tekpanel. Agreed to have tekpanel finish everywhere in Owner's garage, staff garage, outdoor storage and storage hall. The idea is that the whole garage and storage composition which is within the fire rated enclosure is more geared towards utility, durability and maintenance and the two fire rated doors then lead into higher end, front of house spaces.
6. <u>Dining Pavilion Stair:</u>
   a. No way this is changing to wood. Looks great
   b. (note from FCP to team: we have not resolved the way the stair terminates at the base. We need a continuous handrail and our rendering shows the handrail stop short). See attached.

       c.  (note from FCP to team: Also, the recessed handrail in that locations splits the partition in half. David, you had suggested we can work around this, are you thinking we hang the upper partition from the roof and the bottom is supported on the floor? See attached.)

7. Hard Wood floor:
   a. Natural or darker stain?
   b. Let's do **engineered wood** floor for both 1st and 2nd floors. Rift sawn, European white oak. Doesn't care if it is Diinesen. If anything, she has an affinity for Exquisite surfaces.
8. Potting room sink:
   a. Eric suggested soapstone sink. She likes the idea. She doesn't feel great about the kohler cast iron farmhouse sink she approved, despite her having specifically asked for an enameled cast iron sink.

Best,

Christina

**FANI CHRISTINA PAPADOPOULOU**
**DESIGNER**

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

1100APC1927273

## Fanichristina Papadopoulou

| | |
|---|---|
| **From:** | Fanichristina Papadopoulou |
| **Sent:** | Wednesday, June 17, 2020 8:45 PM |
| **To:** | David Piscuskas |
| **Cc:** | Susanne Milne; Robert Lipson; Andrew Schalk; Rich Roberts |
| **Subject:** | RE: 38 Highgate - client phone call |

**Amy phone call**
06/17/2020
09:59PM to 11:11PM

1. Lasa call: AB wanted to ensure that John Berylson would not be invited in tomorrow's meeting, neither would Malcolm. She wishes to have a conversation with 1100 Architect and specifically David, to discuss the visual range and the desired aesthetic outcome.
2. RH work : AB reported she is pleased with RH and the progress on their scope of work. She went into detail about the planting both on herlot, as well as on the neighbor's lot- in the interest of concealing the "atrocious" house her neighbor has been building.
3. Monroe Sherman : AB received an email from Monroe Sherman with some attachments of his work with stainless steel. She requested that we send Monroe the drawings for him to bid out the installation of the catering kitchen for starters. RR to connect with Monroe?
4. Furniture: AB talked about her preferences in regards to furniture for the entire house. She is interested in Minnotti as the vendor for a sofa for the Gem and a few Pierre Paulin chairs. She likes the carpet as shown in 1100's visualizations. The Dining Pavilion should have the Pierre Paulin tulip chairs in light grey upholstery. The Dining Pavilion table to be green marble. She talked about her preferences in setting the table. She asked if there was a good spot in the house for a travertine table or an alabaster table.
5. Personal life: AB described a variety of activities, including dinner at the Belmont Country Club, private dinner at Cava, Jennifer's and Elizabeth's kids' activities etc

Best,

Christina

**FANI CHRISTINA PAPADOPOULOU**
DESIGNER

**1100** ARCHITECT
475 TENTH AVENUE **NEW YORK** NY 10018
T 212 645 1011 • F 212 645 4670

WWW.1100ARCHITECT.COM

1100APC0392937

# II00: ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM
## 475 TENTH AVENUE NEW YORK NY I0018 USA
## T 212 645 I0II • F 212 645 4670
## INFO@II00ARCHITECT.COM • WWW.II00ARCHITECT.COM

**House on Highgate**
38 Highgate road
Wellesley Hills, MA 02481

**Client meeting – Design review**
14 May 2020
11:30 AM – 12:30 PM
Conference call – remote meeting

**Introduction:**
*The item numbering is maintained from 05/07 meeting. Approved and rejected items removed from list. Agenda's purpose is to address items deemed possible ("maybe") and open items.*

- AB wants to discuss BWP site presence and site progress first. The remaining Agenda items cover the design review and VE ongoing process

| Design Review Agenda | Outcome 05/07 | Outcome 05/14 |
|---|---|---|
| **In progress/ under consideration – not aesthetically involved** | | |
| 7. Radiant floor heating descope | **NO**- All of first floor to have radiant heat. All of the basement as well. **MAYBE**- All of second floor – however bathrooms to have electric radiant | **NO**- All of first floor to have radiant heat. All of the basement as well. **Despite RR and FCP having communicated that HVAC system is sized to heat the house by itself: radiant heat in floors is a luxury for comfort **YES**- All of second floor – however Master bathrooms to have electric radiant |
| **In progress/ under consideration – windows& doors** | | |
| 11. Hirschmann windows: concealed balance i.l.o. weight and chain | **YES**- eliminate weight and chain pocket | **NO**- since Hirschmann recommends against concealed balance, keep weight and chains but conceal them. |

1

1100APC0392938

**II00:** ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM
475 TENTH AVENUE **NEW YORK** NY I0018 USA
T 212 645 I0II • F 212 645 4670
INFO@II00ARCHITECT.COM • WWW.II00ARCHITECT.COM

| 12. Hirschmann windows: eliminate integral shade pocket | **NO-** 2nd floor windows to have integrated shade pocket in header **YES-** no integrated shade pocket for the five center north windows on 2nd floor @master bath, stair, and kid's bath (shutters instead) MAYBE- first floor double hungs | **Not discussed** |
|---|---|---|
| 14. Door hardware -vendor selection | *OPEN-* 1100 to present door hardware package | **YES-** 1100 to issue door package with details, schedule and hardware sets as discussed and presented, for pricing. Eventually 1100 to show AB samples. |
| **Under consideration – MEP** | | |
| 15. Plumbing fixtures and fittings – vendor selection | *OPEN-* AB requested that 1100 reach out to Waterworks to acquire alternatives for the specified plumbing fixtures | **YES-** Budget to hold allowance for Donrbracht throughout the house, except bigger allowance for THG faucets in Master bath. Plumber to consult AB ahead of purchasing any fixtures |
| 16. Concealed downspouts@ front entrance: run outside the envelope | *OPEN-* RR recommends keeping all downspouts outboard of exterior envelope | **NO-** Downspout at front entry to remain concealed, as designed. **Despite RR having emphasized his expert opinion that concealing downspouts within the envelope is prone to leaks. AB did not take into consideration. |
| 17. Light fixtures: Value-oriented lights in basement, attic& kids' rooms (90 units) | **MAYBE-** 1100 to order the alternative light fixture and ship to the job site. RR will mockup the ceiling installation for AB to review. AB is open to substituting basement fixtures and attic fixtures if the appearance is near identical | **NO-** first floor, second floor and upper& lower basement hall to have Element 3" round plastered-in downlights as specified **YES-** Storage Hall, Service Hall, Garages and Staff quarters |

2

1100APC0392939

**1100:** ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM
475 TENTH AVENUE **NEW YORK** NY 10018 USA
T 212 645 1011 • F 212 645 4670
INFO@1100ARCHITECT.COM • WWW.1100ARCHITECT.COM

| | | |
|---|---|---|
| 18. Electrical receptacles: Lutron in wall i.l.o. Bocci in baseboard | **NO**– first floor to still have Bocci outlets in baseboard. **YES**– garage and storage in basement to keep exterior grade outlets **MAYBE**– basement outlets to be Bocci but at a higher, consistent datum (e.g. 15" AFF). 1100 to make recommendation | **NO**– first floor to still have Bocci outlets in baseboard. **YES**– garage and storage in basement to keep exterior grade outlets **YES** – basement outlets to be Bocci mounted 15" AFF |
| 19. Diffusers and registers: Titus slot diffusers i.l.o. Trufig | **MAYBE**– 1100 to show AB the difference between Trufig diffuser and Titus slot diffuser | **YES** – Eliminate Trufig diffusers. Only use Titus slot diffusers |

**Under consideration – Stairs**

| | | |
|---|---|---|
| 22. Oval Stair: alternative handrail material | **MAYBE**– 1100 to recommend alternative | **NO**– bronze handrail |
| 23. Attic Stair: simple wood treads, eliminate steel connections | **YES**– 1100 to show AB picture | **YES**– AB was shown new image. Approved |
| 24. Attic Stair: white plaster guardrail i.l.o. glass in shoe (half wall) | **YES**– 1100 to show AB picture | **YES**– AB was shown new image. Approved, but keep guardrail as low as possible (34" from tread) |

**Under consideration – Finishes**

| | | |
|---|---|---|
| 25. Plaster: Virgil van Gerven descope (target $8/sf i.l.o $15/sf) | *OPEN* – conversation tabled | **NO**– Virgil is AB's vendor of choice for most areas in the house **••**Despite RR providing his experience having worked with other plaster subcontractors that can deliver a high quality result at lower cost |
| 26. Gem marble bricks – marble selection | *OPEN*– conversation tabled | *OPEN*– to be further discussed with DP |

**Under consideration – miscellaneous**

| | | |
|---|---|---|
| 34. Millwork: cap allowance at $1.1mil | *OPEN* – conversation tabled | **Not discussed** |

3

**1100:** ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM
475 TENTH AVENUE **NEW YORK** NY 10018 USA
T 212 645 1011 • F 212 645 4670
INFO@1100ARCHITECT.COM • WWW.1100ARCHITECT.COM

| | | |
|---|---|---|
| 36. Carpentry at 38 HG: adjust lighting layout and MEP outlets per existing joist locations | *OPEN* – conversation tabled | **Not discussed** |

**Ongoing**

| | | |
|---|---|---|
| 38. Negotiation with subcontractors | *OPEN* – conversation tabled | **Not discussed** |
| 39. Negotiation with vendors | *OPEN* – conversation tabled | **Not discussed** |

**New items – for consideration (05/14 additions)**

| | | |
|---|---|---|
| 40. Sauna – eliminate. Allow retrofit | | **NO** |
| 41. Terrazzo vendor: alternative cement terrazzo vendor for basement | | **NO** |
| 42. HVAC: reduce Dining Pavilion △T | | **NO** |
| 43. Renovation scope: keep 38 HG façade but reconstruct remaining ex. House from scratch | | **NO–** Contentious subject. RR explained how expansive the renovation scope is, to the point where this is effectively a "rebuild". AB emphasized that studs and joists should be stripped to ensure new walls and floors are plumb, straight, and square but then contradicted the statement by requesting that his be considered a renovation. |
| 44. Exterior running decorative trim: use stock profiles | | **NO–** Although RR offered his expert opinion that the stock profiles would not look different than the custom ones. AB did not take into consideration |
| 45. Walkable skylight: eliminate and replace with bluestone | | **NO** |

4

1100APC0392941

**1100:** ARCHITECT • DAVID PISCUSKAS • JUERGEN RIEHM
475 TENTH AVENUE **NEW YORK** NY 10018 USA
T 212 645 1011 • F 212 645 4670
INFO@1100ARCHITECT.COM • WWW.1100ARCHITECT.COM

| Future items – for consideration | | |
|---|---|---|
| 46. | | |
| 47. | | |
| 48. | | |

5

1100APC0392942