# EXHIBIT 78

Message

**From**: John Berylson [jberylson@gccinv.com]
on behalf of  John Berylson <jberylson@gccinv.com> [jberylson@gccinv.com]
**Sent**: 7/6/2020 2:36:22 PM
**To**: Rich Roberts
**Subject**: Re: BWP APP 16

Still too high Sent from my iPhone > On Jul 6, 2020, at 11:55 AM, Rich Roberts wrote: > >

Confidential                                                                                                                                    BERYLSON0002708