### THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

_____
                                     )
John G. Berylson and Amy Smith Berylson, )
      Plaintiffs,                  )
                                     )     Civil Action No.: 1:21-cv-10527-(RGS)
      v.                          )
                                     )
1100 Architect, P.C. and David Piscuskas, )
      Defendants.             )
_____)

### PLAINTIFFS' INDEX OF EXHIBITS IN CONNECTION
### WITH THEIR REPLY IN SUPPORT OF THEIR MOTION FOR
### PARTIAL SUMMARY JUDGMENT

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 98 | Relevant excerpts from Transcript of David Piscuskas Deposition, taken November 18, 2022 | N/A |
| 99 | Relevant excerpts from Transcript of Amy Smith Berylson Deposition, Vol I, taken November 10, 2022 | N/A |
| 100 | Sea-Dar Limited Notice to Proceed, dated July 27, 2018 | BERYLSON0011866-78 |
| 101 | Relevant excerpts from Transcript of Richard Roberts Deposition, Vol I, taken October 19, 2022 | N/A |
| 102 | October 16, 2020 Email from J. Grippo to J. Van Horne | N/A |
| 103 | Affidavit of J. Grippo, dated May 12, 2023 | N/A |
| 104 | Affidavit of Richard Roberts, dated May 12, 2023 ("Roberts Aff. II) | N/A |
| 105 | Affidavit of Paul Reiss, dated May 12, 2023 ("Reiss Aff. II) | N/A |
| 106 | Relevant excerpts from Transcript of Betty Gonzalez Deposition, Vol I, taken October 12, 2022 | N/A |

| 107 | Relevant excerpts from Transcript of Marc Newman Deposition, Vol II, taken November 4, 2022 | N/A |
|-----|------------------------------------------------------------------------------------------------|------------------------|
| 108 | BWP Payment Application No. 13, dated February 28, 2020 | 1100APC0309536-84 |
| 109 | May 24, 2020 Email from R. Roberts to D. Piscuskas | 1100APC0212277-78 |
| 110 | Relevant excerpts from Transcript of Richard Roberts Deposition, Vol II, taken November 17, 2022 | N/A |
| 111 | Relevant excerpts from Transcript of John Berylson Deposition, taken November 21, 2022 | N/A |
| 112 | May 18, 2020 Email from J. Berylson to R. Roberts | TRUEST_0014716 |
| 113 | April 2, 2020 Emails Between J. Berylson and G. Newton | BERYLSON0002414-21 |