# Exhibit 103

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| John G. Berylson and Amy Smith Berylson,<br>    Plaintiffs,<br><br>v.<br><br>1100 Architect, P.C., and David Piscuskas,<br>    Defendants. | Civil Action No: 1:21-CV-10527 |

## AFFIDAVIT OF JONATHAN A. GRIPPO

I, Jonathan A. Grippo, being duly sworn, depose and state as follows:

1. My name is Jonathan Grippo, and I am over 21 years of age. I am an attorney in good standing in the bars of New York and New Jersey. I submit this affidavit in support of John and Amy Berylson's (collectively, "Berylsons") Reply Memorandum in support of their Motion for Partial Summary Judgment.

2. I am presently Counsel at the law firm, Goodwin Procter LLP ("Goodwin"). Prior to joining Goodwin, I was an Associate and Counsel at the law firm, Goulston & Storrs PC ("Goulston"). While I was employed at Goulston, I represented the Beryslons concerning this matter. I continue to represent the Berylsons at Goodwin concerning this matter.

3. Attached hereto as Exhibit 1 is a true and accurate copy of an email I sent to counsel for 1100 Architects, P.C. ("1100") while I was still working at Goulston, which further

notified Defendants and their counsel of the Berylsons' position in disputing 1100's recent invoices for the Project.

Signed under the penalties of perjury this 12th day of May 2023

*Jonathan Grippo*
_____
Jonathan A. Grippo