# Exhibit 112

Message

| | |
|---|---|
| **From**: | John Berylson [jberylson@gccinv.com] |
| on behalf of | John Berylson <jberylson@gccinv.com> [jberylson@gccinv.com] |
| **Sent**: | 5/18/2020 7:44:44 AM |
| **To**: | Rich Roberts <rich@truestconstructionservices.com> [rich@truestconstructionservices.com] |
| **CC**: | Celeste Oneill <co'neill@goulstonstorrs.com> [co'neill@goulstonstorrs.com] |
| **Subject**: | Re: 38 Highgate: 1100 Invoice February + March |

Yes. What do. U think we should pay. Clearly out of pocket. Do not want to have any ill will but there is a contract. At 20mm it is about 3.6 in fees. We've hit that. Shouldn't they hold these for awhile? Sent from my iPhone > On May 18, 2020, at 7:23 AM, Rich Roberts wrote: > >

CONFIDENTIAL

TRUEST_0014716