# Exhibit 113

Message

**From:** Garrett Newton [garrett@reedhilderbrand.com]
**on behalf of** Garrett Newton <garrett@reedhilderbrand.com> [garrett@reedhilderbrand.com]
**Sent:** 4/2/2020 8:42:55 PM
**To:** John Berylson <jberylson@gmail.com> [jberylson@gmail.com]
**Subject:** Re: Hanss Invoice

Ha. Or extra time on their hands. Thanks John.

**Garrett C Newton**
Associate

617 972 7924

**Reed Hilderbrand LLC**
Landscape Architecture
130 Bishop Allen Drive
Cambridge, MA  02139

www.reedhilderbrand.com

---

**From:** John Berylson <jberylson@gmail.com>
**Date:** Thursday, April 2, 2020 at 8:39 PM
**To:** Garrett Newton <garrett@reedhilderbrand.com>
**Cc:** Amy Emal <asberylson@aol.com>, John Grove <johng@reedhilderbrand.com>, Rich Roberts <rich@truestconstructionservices.com>, "O'Neill, Celeste" <CONeill@goulstonstorrs.com>
**Subject:** Re: Hanss Invoice

Got it. Someone nervous?
John

Sent from my iPhone


On Apr 2, 2020, at 5:36 PM, Garrett Newton <garrett@reedhilderbrand.com> wrote:

John and Celeste,
Just want to ensure this message was received as I'm sure everyone's working arrangements are a bit different these days.
Hope you are all doing well.

**Garrett C Newton**
Associate

617 972 7924

**Reed Hilderbrand LLC**
Landscape Architecture
130 Bishop Allen Drive
Cambridge, MA  02139

www.reedhilderbrand.com

Confidential
BERYLSON0002418

**From:** Garrett Newton <garrett@reedhilderbrand.com>
**Date:** Sunday, March 29, 2020 at 2:28 PM
**To:** John Gregory Berylson <jberylson@gmail.com>, Amy Emal <asberylson@aol.com>
**Cc:** John Grove <johng@reedhilderbrand.com>, Rich Roberts <rich@truestconstructionservices.com>, "O'Neill, Celeste" <CONeill@GOULSTONSTORRS.com>
**Subject:** Re: Hanss Invoice

Hi John,
Attached is Hanss' fifth application for payment in the amount of $306,764 representing all of his masonry work built to-date. Reed Hilderbrand is in agreement with the schedule of values based on the work completed though you will note that we've held 10% of his costs associated with retaining wall C until we have final client signoff. This brings the total amount billed to-date to $640,904, which is 25% of the total contract amount of $2,526,874. Bob continues to operate under his notice to proceed agreement for the amount up to $742,086. We will prompt him to finalize his contract with you asap.

Sincerely,

**Garrett C Newton**
Associate

617 972 7924

Reed Hilderbrand LLC
Landscape Architecture
130 Bishop Allen Drive
Cambridge, MA  02139

www.reedhilderbrand.com


**From:** Garrett Newton <garrett@reedhilderbrand.com>
**Date:** Wednesday, February 26, 2020 at 10:01 AM
**To:** John Gregory Berylson <jberylson@gmail.com>, Amy Emal <asberylson@aol.com>
**Cc:** John Grove <johng@reedhilderbrand.com>, Rich Roberts <rich@truestconstructionservices.com>, "O'Neill, Celeste" <CONeill@GOULSTONSTORRS.com>
**Subject:** Re: Hanss Invoice

Good morning John,
Please find attached Bob Hanss' fourth application for payment in the amount of $61,968 for masonry work associated with wall F (Old Farm Road) and pre-purchase of landscape paving materials at the front parking court. Reed Hilderbrand is in agreement with the schedule of values based on the work completed. This brings the total amount billed to-date to $334,140, which is 13.2% of the total contract amount of $2,526,874. Bob is currently operating under his notice to proceed agreement for the amount up to $742,086.

We are working with Bob to bring his invoicing up to date as there are outstanding, unbilled items which have been completed. He is away this week, but we will resolve asap upon his return.
Sincerely,

**Garrett C Newton**
Associate

617 972 7924

Confidential
BERYLSON0002419

Reed Hilderbrand LLC
Landscape Architecture
130 Bishop Allen Drive
Cambridge, MA 02139

www.reedhilderbrand.com

---

**From:** Garrett Newton <garrett@reedhilderbrand.com>
**Date:** Wednesday, May 22, 2019 at 9:24 AM
**To:** John Gregory Berylson <jberylson@gmail.com>, Amy Emal <asberylson@aol.com>
**Cc:** John Grove <johng@reedhilderbrand.com>, "rich@truestconstructionservices.com" <rich@truestconstructionservices.com>, Robert Carlson <ake@silicapond.com>, "O'Neill, Celeste" <CONeill@GOULSTONSTORRS.com>
**Subject:** Re: Hanss Invoice

Good morning,
Attached is Hanss' third application for payment for work associated with Wall F along Old Farm Road.  We are in agreement with the schedule of values based on the work completed.

Thank you.

**Garrett C Newton**
Associate

617 972 7924

Reed Hilderbrand LLC
Landscape Architecture
130 Bishop Allen Drive
Cambridge, MA 02139

www.reedhilderbrand.com

---

**From:** Garrett Newton <garrett@reedhilderbrand.com>
**Date:** Tuesday, April 9, 2019 at 4:18 PM
**To:** John Gregory Berylson <jberylson@gmail.com>, Amy Emal <asberylson@aol.com>
**Cc:** John Grove <johng@reedhilderbrand.com>, "rich@truestconstructionservices.com" <rich@truestconstructionservices.com>, Robert Carlson <ake@silicapond.com>, "O'Neill, Celeste" <CONeill@GOULSTONSTORRS.com>
**Subject:** Re: Hanss Invoice

John and Amy,
Hanss' has provided his second application for payment.  See attached in the amount of $85,264 currently due.  Reed Hilderbrand approves this schedule of values based on the work completed.  Any change orders to the contract scope / price will be submitted separately.

We've asked Bob to bill monthly as the project moves forward.
Sincerely,

**Garrett C Newton**
Associate

617 972 7924

Confidential
BERYLSON0002420

**Reed Hilderbrand LLC**
Landscape Architecture
130 Bishop Allen Drive
Cambridge, MA  02139

www.reedhilderbrand.com

---

**From:** Garrett Newton <garrett@reedhilderbrand.com>
**Date:** Thursday, January 31, 2019 at 5:26 PM
**To:** John Gregory Berylson <jberylson@gmail.com>, Amy Emal <asberylson@aol.com>
**Cc:** John Grove <johng@reedhilderbrand.com>, "rich@truestconstructionservices.com" <rich@truestconstructionservices.com>, Robert Carlson <ake@silicapond.com>
**Subject:** Hanss Invoice

Dear John and Amy,
Bob Hanss has provided us with his first application for payment for the landscape construction.  The amount due is $106,069.  We have reviewed and approve the schedule of values based on the scope of work per the estimated contract amount.  The current contract price is $2,526,874.00 and Bob will be looking to finalize this with you soon.  He has ensured the invoicing will be more official for the next payment application.

Let me know if you have any questions.
Sincerely,

**Garrett C Newton**
Associate

617 972 7924

**Reed Hilderbrand LLC**
Landscape Architecture
130 Bishop Allen Drive
Cambridge, MA  02139

www.reedhilderbrand.com

Confidential
BERYLSON0002421