UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

John G. Berylson and
Amy Smith Berylson

      Plaintiffs

      v.                            CIVIL ACTION NO. 1:21-10527-RGS

1100 Architect, P.C., and
David Piscuskas

      Defendants

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The court having been advised on January 16, 2024, that the above-entitled action has settled:

It is **ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (60) days if settlement is not consummated.

By the court,

Dated: January 16, 2024

/s/ Arnold Pacho
Deputy Clerk